# **EXHIBIT B**

# COMPAC III


**Crum&Forster**
**Insurance**

## DECLARATIONS

Renewal of: 5031136548    Date Issued: 03/21/1994   Policy No. **503   134659        9**

1. **NAMED INSURED AND ADDRESS**
MARIETTA DRAPERY
& WINDOW COVERINGS CO., INC.
P.O. BOX 569

MARIETTA, GA  30060

RETURN TO
COMPANY
IF CANCELLED

2. **POLICY PERIOD:**  From: 03/14/1994    To: 03/14/1995 12:01 Standard Time at Your Mailing Address Shown Above.

3. THIS INSURANCE POLICY IS ISSUED BY: | Producer Name and Address
702676

THIS INSURANCE POLICY IS ISSUED BY:
- ☐ United States Fire Insurance Company
- ☒ The North River Insurance Company
- ☐ Westchester Fire Insurance Company
- ☐ International Insurance Company
- ☐ Mt. Airy Insurance Company
- ☐
- ☐

Producer Name and Address
LITTLE & SMITH INC

P.O. BOX 1089
MARIETTA, GA   30060

4. FORM OF BUSINESS: ☐ Individual ☐ Joint Venture ☐ Partnership ☒ Organization (Other than Partnership or Joint Venture)

5. BUSINESS DESCRIPTION: DRAPERY MANUFACTURNG

6. In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage part(s) for which a premium is indicated.  This premium may be subject to adjustment.

| Coverage Part(s) | Coverage Part Declarations Form (Number and Edition Date) | Advance Premium |
|---|---|---|
| Commercial Property Coverage Part | | $   14,631.00 |
| Commercial Inland Marine Coverage Part | | $      962.00 |
| Commercial General Liability Coverage Part | | $   15,075.00 |
| Commercial Auto Coverage Part | | |
| Commercial Crime Coverage Part | | $      737.00 |
| Other (Specify) | | |

7. FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS (Number and Edition Date)
As Per Master Forms List Attached.

Record ID No. 1803370                                     6-24-94   1d

8. Total Advance Premium  If Paid in Annual Installments, Premium Due:
See Payment Sch (JIMOS)          at inception                          each anniversary

☐ Direct Bill  ☒ See Premium Payment Schedule | Client No. 00116796

Audit Period:  Annual (unless otherwise stated):

☐ Monthly   ☐ Quarterly   ☐ Semi-Annual  ☐ Other (Describe)

Countersigned by:


**Crum&Forster
Insurance**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MASTER FORMS LIST

The following forms and endorsements are attached to this policy effective at inception:

| FORM NUMBER | FORM TITLE |
|---|---|
| FM600.0.453(07-87) | COMPAC III DECLARATION |
| CP 0030(10-91) | BUSINESS INCOME COVERAGE FORM (EXTRA EXPENSE) |
| FM600.0.900(04-89) | PROPERTY ENHANCEMENT ENDORSEMENT |
| CP 0010(10-91) | BUILDING/PERSONAL PROPERTY COVERAGE FORM |
| CP 0090(07-88) | COMMERCIAL PROPERTY CONDITIONS |
| CP 1030(10-91) | CAUSES OF LOSS-SPECIAL FORM |
| FM101.0.867(08-85) | COMMON POLICY CONDITIONS |
| CM0001(10-91) | COMMERCIAL INLAND MARINE CONDITIONS |
| IL0262(11-93) | GA CHANGES -CANCELLATION AND NONRENEWAL |
| IL0270(03-88) | CA CHANGES - CANCELLATION AND NON-RENEWAL |
| FM600.0.879(11-88) | COMM IM COV PART ACCTS RECEIVABLE COV FORM DEC |
| CM0066(10-91) | ACCOUNTS RECEIVABLE COVERAGE FORM |
| IL0021(11-85) | NUCLEAR ENERGY LIAB. EXCLUSION ENDORSEMENT (BF) |
| FM300.0.826(05-91) | INSTALLATION COVERAGE FORM |
| FM300.0.825(12-89) | MINI-COMPUTER/WORD PROCESSOR COVERAGE FORM |
| FM300.0.811(05-90) | MISCELLANEOUS COVERAGE FORM |
| FM300.0.803(06-91) | TRANSPORTATION COVERAGE FORM |
| FM0.0.705(04-87) | MANUSCRIPT ENDORSEMENT |
| IL 0415(10-91) | PROTECTIVE SAFEGUARDS |
| CL 150_(11-85) | COMM'L GENERAL LIABILITY COV PART DEC |
| CG 0001(10-93) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| FM101.0.1252(12-90) | ABSOLUTE ASBESTOS EXCLUSION |
| FM101.0.1206(01-90) | COMMERCIAL GENERAL LIABILITY ENHANCEMENT |
| CG 2026(11-85) | ADDL INSURED-DESIGNATED PERSON OR ORGANIZATION |
| CG 2010(10-93) | ADDITIONAL INSURED - OWNERS, LESSORS, CONTRACTORS |
| CG 2015(11-88) | ADDITIONAL INSURED-VENDORS |
| FM600.0.839(10-87) | COMMERCIAL CRIME COVERAGE PART DECLARATIONS |
| CR 1000(10-90) | CRIME GENERAL PROVISIONS |
| CR 0001(10-90) | EMPLOYEE DISHONESTY COVERAGE FORM |

CP 00 10 10 91

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

   a. **Building,** meaning the building or structure described in the Declarations, including:

      (1) Completed additions;

      (2) Permanently installed:

         (a) Fixtures;

         (b) Machinery; and

         (c) Equipment;

      (3) Outdoor fixtures;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (5) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   b. **Your Business Personal Property** located in or on the building described in

   the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property Separation of Coverage form:

      (1) Furniture and fixtures;

      (2) Machinery and equipment;

      (3) "Stock";

      (4) All other personal property owned by you and used in your business;

      (5) Labor, materials or services furnished or arranged by you on personal property of others;

      (6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

      (7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

   c. **Personal Property of Others** that is:

      (1) In your care, custody or control; and

      (2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

      However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

   Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of the building described in the Declarations;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

   This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale; or

(c) Rowboats or canoes out of water at the described premises.

p. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

   See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

   a. **Debris Removal**

      (1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

      (2) The most we will pay under this Additional Coverage is 25% of:

         (a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

         (b) The deductible in this policy applicable to that loss or damage.

      But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

      (3) This Additional Coverage does not apply to costs to:

         (a) Extract "pollutants" from land or water; or

         (b) Remove, restore or replace polluted land or water.

   b. **Preservation of Property**

      If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss  we will pay for any direct physical loss or damage to that property:

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 10 days after the property is first moved.

c. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

d. **Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired or Constructed Property**

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than $100,000 at each building.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires.

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. **Personal Effects and Property of Others.**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each

described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

d. **Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock," that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control of your salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension is $5,000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

B. **EXCLUSIONS**

See applicable Causes of Loss Form as shown in the Declarations.

C. **LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Preservation of Property; or

2. Debris Removal; but if:

   a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

   b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

   we will pay up to an additional $5,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

D. **DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

E. **LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that se-

CP 00 10 10 91

lection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our re-quest. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

e. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

f. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## 6. Vacancy

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

a. Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

Buildings under construction are not considered vacant.

## 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follow:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

This provision does not apply to the following even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

f. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

## F. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

## 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in step (1);

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

**(4)** Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**
When:

The value of the property is                     $250,000
The Coinsurance percentage for it is                 80%
The Limit of Insurance for it is                 $100,000
The Deductible is                                    $250
The amount of loss is                             $40,000

Step (1):  $250,000 x 80%  = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000     $200,000 = .50

Step (3):  $40,000 x .50  = $20,000

Step (4):  $20,000 - $250  = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**
When:

The value of the property is                     $250,000
The Coinsurance percentage for it is                 80%
The Limit of Insurance for it is                 $200,000
The Deductible is                                    $250
The amount of loss is                             $40,000

Step (1):  $250,000 x 80%  = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $200,000     $200,000 = 1.00

Step (3):  $40,000 x 1.00 = $40,000

Step (4):  $40,000 – $250  = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**
When:

The value of property is:
Bldg. at Location No. 1         $75,000
Bldg. at Location No. 2        $100,000
Personal Property at Location No. 2        $75,000
                                          $250,000
The Coinsurance percentage for it is           90%
The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is        $180,000
The Deductible is                $1,000
The amount of loss is Bldg. at Location No. 2      $30,000
Personal Property at Location No. 2.      $20,000
                                          $50,000

Step (1):  $250,000 x 90%  = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000     $225,000 =  .80

Step (3):  $50,000 x .80  = $40,000.

Step (4):  $40,000 - $1,000  = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgage Holders**

**a.** The term "mortgage holder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. **Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. **Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times.

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:
If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |

The amount of increase is
$100,000 x .08 x 146 ÷ 365 = $3,200

3. **Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b. This Optional Coverage does not apply to:

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

(1) Property of others;

(2) Contents of a residence;

(3) Manuscripts;

(4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(5) "Stock," unless the Including "Stock" option is shown in the Declarations.

c. You may make a claim for loss or damage covered by this Insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

e. We will not pay more for loss or damage on a replacement cost basis than the least of:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

## H. DEFINITIONS

1. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

CP 00 30 10 91

# BUSINESS INCOME COVERAGE FORM
# (AND EXTRA EXPENSE)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION G - DEFINITIONS.

## A. COVERAGE

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(i)   Business Income including "Rental Value."

(ii)  Business Income other than "Rental Value."

(iii) "Rental Value."

If option (i) above is selected, the term Business Income will include "Rental Value." If option (iii) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss.

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before Income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

### 2. Covered Causes Of Loss.

See applicable Causes of Loss Form as shown in the Declarations.

### 3. Additional Coverages

a. Extra Expense.

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

(1) We will pay any Extra Expense to avoid or minimize the suspension of business and to continue "operations":

(a) At the described premises; or

(b) At replacement premises or at temporary locations, including:

(i) Relocation expenses; and

(ii) Costs to equip and operate the replacement or temporary locations.

(2) We will pay any Extra Expense to minimize the suspension of business if you cannot continue "operations."

(3) We will pay any Extra Expense to:

(a) Repair or replace any property; or

(b) Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

b. Civil Authority. We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

c. Alterations and New Buildings. We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

    (a) Used in the construction, alterations or additions; or

    (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**d. Extended Business Income.** We will pay for the actual loss of Business Income you incur during the period that:

(1) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(2) Ends on the earlier of:

    (a) The date you could restore your "operations" with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

    (b) 30 consecutive days after the date determined in (1) above.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**4. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income Coverage to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay for loss under this Extension is 10% of the Limit of Insurance for Business Income shown in the Declarations, but not more than $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the propert...

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**B. EXCLUSIONS**

See applicable Causes of Loss Form as shown in the Declarations.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of insurance:

1. Alterations and New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

**D. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Limitation - Electronic Media And Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or

b. The period beginning with the date of direct physical loss or damage, necessary

to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic date processing, recording or storage media such as films, tapes, discs, drums, or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

This limitation does not apply to Extra Expense.

Example No. 1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 – September 1. Loss during the period September 2 – October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 – September 29 (60 consecutive days). Loss during the period September 30 – October 15 is not covered.

4. **Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no loss or damage occurred;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration," once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. **Resumption Of Operations**

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

5. **Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

a. You have complied with all of the terms of this Coverage Part; and

b. (1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

E. **ADDITIONAL CONDITION**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

a. The Coinsurance percentage shown for Business Income in the Declarations; times

b. The sum of:

(1) The Net Income (Net Profit or Loss before income taxes), and

(2) All operating expenses, including payroll expenses,

that would have been earned (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1. Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2. Divide the Limit of Insurance for the described premises by the figure determined in step 1; and

3. Multiply the total amount of loss by the figure determined in Step 2.

We will pay the amount determined in step 3. or the limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $150,000 |
| | The amount of loss is | $80,000 |

Step 1: $400,000 × 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requi...

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Step 2:  $150,000    $200,000 = .75

Step 3:  $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

Example No. 2 (Adequate Insurance):

When:    The Net Income and op-
         erating expenses for the
         12 months following the
         inception, or last pre-
         vious anniversary date,
         of this policy at the,
         described premises
         would have been              $400,000
         The Coinsurance per-
         centage is                        50%
         The Limit of Insurance is    $200,000
         The amount of loss is         $80,000

Step 1:  $400,000 x 50% = $200,000
         (the minimum amount of
         insurance to meet your
         Coinsurance requirements)

Step 2:  $200,000    $200,000 = 1.00

Step 3:  $80,000 x 1.00 = $80,000

We will cover the $80,000 loss. No penalty applies.

This condition does not apply to the Extra Expense Additional Coverage.

## F.  OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

### 1.  Maximum Period Of Indemnity

  a.  The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

  b.  The most we will pay for loss of Business Income is the lesser of:

  (1)  The amount of loss sustained during the 120 days immediately following the direct physical loss or damage; or

  (2)  The Limit of Insurance shown in the Declarations.

### 2.  Monthly Limit Of Indemnity

  a.  The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

  b.  The most we will pay for loss of Business Income in each period of 30 consecutive days after the direct physical loss or damage is:

  (1) The Limit of Insurance multiplied by

  (2)  The fraction shown in the Declarations for this Optional Coverage.

Example:

When:    The Limit of Insurance
         is                           $120,000
         The fraction shown in
         the Declarations for
         this Optional Cover-
         age is                            1/4

         The most we will pay for loss in each period of 30 consecutive days is:

         $120,000 x 1/4 = $30,000

         If, in this example, the actual amount of loss is:

         Days  1-30  $40,000
         Days 31-60   20,000
         Days 61-90   30,000
                     $90,000

         We will pay:

         Days  1-30  $30,000
         Days 31-60   20,000
         Days 61-90   30,000
                     $80,000

         The remaining $10,000 is not covered.

### 3.  Agreed Value

  a.  To activate this Optional Coverage:

  (1)  A Business Income Report/Work Sheet must be made a part of this policy and must show financial data for your "operations":

  (a)  During the 12 months prior to the date of the Work Sheet; and

  (b)  Estimated for the 12 months immediately following the inception of this Optional Coverage.

  (2)  An Agreed Value must be shown in the Declarations or on the Work Sheet. The Agreed Value should be at least equal to:

  (a)  The Coinsurance percentage shown in the Declarations; multiplied by

  (b)  The amount of Net Income and Operating Expenses for the following 12 months you report on the Work Sheet.

  b.  The Additional Condition, Coinsurance, is suspended until:

  (1)  12 months after the effective date of this Optional Coverage; or

  (2)  the expiration date of this policy

whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

(1) Within 12 months of the effective date of this Optional Coverage; or

(2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

(1) The Business Income Limit of Insurance; divided by

(2) The Agreed Value.

Example:

| When: | The Limit of Insurance is | $100,000 |
| | The Agreed Value is | $200,000 |
| | The amount of loss is | $80,000 |

Step (a):  $100,000      $200,000  =  .50

Step (b):  .50 x $80,000  =  $40,000

We will pay $40,000. The remaining $40,000 is not covered.

4. **Extended Period Of Indemnity**

Under paragraph A.3.d., Extended Business Income, the number "30" in subparagraph (2)(b) is replaced by the number shown in the Declarations for this Optional Coverage.

## G. DEFINITIONS

1. **"Finished Stock"** means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. **"Operations"** means:

a. Your business activities occurring at the described premises; and

b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

3. **"Period of Restoration"** means the period of time that:

a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration."

4. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. **"Rental Value"** means the:

a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

b. Amount of all charges which are the legal obligations of the tenant(s) and which would otherwise be your obligations, and

c. Fair rental value of any portion of the described premises which is occupied by you.

Copyright, ISO Commercial ... ...ces, Inc., 1983, 1990



COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided by the **Building and Personal Property Coverage Form**, CP 00 10 and **Business Income Coverage Form**, CP 00 30 or CP 00 32.

The following is a summary of increased limits of insurance and additional coverage provided by this endorsement.

**Coverage is subject to the Causes of Loss form attached to this policy.**

| LIMITS OF INSURANCE | SUBJECTS OF INSURANCE |
|---|---|
| **SECTION A.** | |
| 10,000.00 | Personal Computers, EDP Equipment, Data or Media |
| 10,000.00 | Accounts Receivable |
| 2,500.00 | Property In or On a Vehicle or on Exhibition |
| 1,000.00 | Property in the Custody of Salespersons |
| 1,000.00 | Fire Protective Devices |
| 5,000.00 | Inventory or Appraisal |
| 15,000.00 | Off Premises Power |
| 1,000.00 | Indoor and Outdoor Signs, Attached or Unattached |
| 2,500.00 | Personal Effects |
| 15,000.00 | Personal Property of Others |
| 5,000.00 | Valuable Papers and Records - Cost of Research |
| 10,000.00 | Trees, Shrubs, Plants and Lawns |
| 1,000.00 | Other Outdoor Property |
| 10,000.00 | Debris Removal |
| **SECTION B.** | **Newly Acquired or Constructed Property** |
| 250,000.00 | Buildings |
| 100,000.00 | Personal Property At Each Newly Acquired Premises |
| 100,000.00 | Business Income At Each Newly Acquired Premises |

## SECTION A.

The coverages listed in Section A of the Summary are provided as additions to your Insurance program. These coverages apply separately to each of your premises described in the Declarations.

### Policy Additions

The following paragraphs are added to the Building and Personal Property Coverage Form:

A. Coverage

5. Coverage Extensions

f. **Personal Computers, EDP Equipment, Data or Media**

The most we will pay under this Extension is $10,000 but if the equipment, data or media is lost or damaged while in transit or on a vehicle the most we will pay is $2,500.

You may extend the insurance that applies to Your Business Personal Property to apply to your electronic data processing equipment, data or media. This Extension includes the property of others that you hold in any capacity, or for which you are responsible.

(1) Coverage under this extension includes:

(a) Personal computers, electronic data processing and word processing equipment, including their component parts;

(b) Data stored on the media, including facts, concepts, computer programs and instructional vehicles used in your data processing system as well as accounts, bills, evidences of debt, valuable papers and records, abstracts, deeds, manuscripts or other documents in data processing media form; and

(c) Media on which the data is stored.

(2) We will not cover the following kinds of equipment, data or media:

(a) Any data or media for which duplicates or replacements do not exist; or

(b) Property rented or leased to others while away from the described premises.

(3) Personal Computers, EDP Equipment, Data or Media loss payment will be determined as follows:

(a) Equipment. We will pay the least of the following amounts:

(i) The cost of reasonably restoring that property to its condition immediately before the loss or damage; or

(ii) The cost of replacing that property with identical property.

However, when repair or replacement with identical property is not possible, we will pay the cost to replace that property with

similar property capable of performing the same functions.

If not repaired or replaced, the property will be valued at its actual cash value.

(b) Data. We will pay up to the actual cost incurred of reproducing the data.

(c) Media. We will pay to repair or replace the media with material of the same kind and quality.

### g. Accounts Receivable

The most we will pay under this Extension is $10,000. If accounts receivable records are lost or damaged in transit, the most we will pay is $2,500.

You may extend the insurance that applies to Your business Personal Property to apply to your records of accounts receivable:

(a) At a described premises or in or on a vehicle in transit between described premises; or

(b) If the records must be removed from a described premises to protect them from the threat of a Covered Cause of Loss.

(1) The amount of your Accounts Receivable loss includes:

(a) Money owed to you from customers if you are unable to collect the money as a direct result of a covered loss or damage to your accounts receivable records;

(b) Interest charges on money you must borrow to offset you reduced cash flow;

(c) Additional collection costs, over and above your usual collection costs, made necessary because of loss or damage; and

(d) Reasonable expenses you must incur to re-establish your accounts receivable records.

(2) Accounts receivable loss payment will be determined as follows:

(a) When there is proof that a covered loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding at the time of the loss, the amount of the loss will be computed as follows:

(i) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damages occurs; and

(ii) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance for the average for that month.

(b) We will deduct from the established total amount of accounts receivable:

(i) The amount of any accounts evidenced by records not list or damaged;

(ii) Any other amounts you are able to establish or collect; and

(iii) An amount to allow for probable bad debts which you normally would have been unable to collect.

(c) If you recover the amount of any accounts receivable that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

h. **Property In Or On A Vehicle Or On Exhibition**

The most we will pay for loss or damage under this Extension is $2,500.

You may extend the insurance provided by this Coverage Form to apply to your Covered Property while in or on a vehicle or at any fair or exhibition not located within 100 feet of the described premises. The Extension does not apply to your salespersons samples. We will pay for shipments by mail only if registered.

This Extension also applies to your interest in shipments sold "Free on Board." When the title of a shipment passes to the consignee and if the consignee refuses to pay because the shipment is lost or damaged, you may elect to claim that loss under this Insurance. We will not attempt to collect from the consignee unless you:

(1) Provide us with your written consent to do so; and

(2) Assign us your right of action.

i. **Property In the Custody of Salespersons**

The most we will pay for loss or damage under this Extension is $1,000.

You may extend the insurance provided by this Coverage Form to apply to your Covered Property in the custody of a salesperson and not located within 100 feet of the described premises.

j. **Fire Protective Devices**

The most we will pay under this Extension is $1,000 for each separate 12 month period of this policy to recharge or refill fire protective devices covered by this Extension.

You may extend the insurance provided by this Coverage Form to apply to your fire pro[tective devices] [that] [...]

in buildings at the described premises. This Extension applies when such devices have been discharged by accident but not for periodic recharge.

k. **Inventory Or Appraisal**

You may extend insurance the provided under this Coverage Form to apply to the following expenses you incur, as required by this Coverage Part, to prepare a claim:

(1) The cost of taking inventories;

(2) The cost of making appraisals; and

(3) The cost of preparing a statement of loss and other supporting exhibits.

The most we will pay under this Extension for any claim is $5,000.

We will not pay for any expenses billed by and payable to independent insurance adjustors or for expenses to prepare claims not covered by this Coverage Part.

If you have purchased Business Income Insurance, the following Coverage is added to the **Business Income Coverage Form:**

A. **Coverage.**

5. **Off Premises Power**

The most we will pay is $15,000 for loss you incur after the first 12 hours following the direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described below.

We will pay for the loss of Business Income and Extra Expense you incur due to the necessary suspension of your "operations" during the "period of restoration" as a result of direct physical loss or damage by a Covered Cause of Loss to property not at the premises described in the Declarations but used to supply you with services by the following utilities:

a. Water supply companies;

b. Communication supply companies but not their overhead communication lines or satellites; and

c. Power supply companies but not their overhead transmission lines.

**Policy Changes**

The **Building and Personal Property Coverage Form** is amended as follows:

A. **Coverage.**

2. **Property Not Covered**

Coverage is extended to include all exterior signs. paragraph p. (2) is amended to delete the phrase "signs (other than signs attached [...] buildings) [...]

5. **Coverage Extensions**

  b. **Personal Effects and Property of Others** — is replaced by the following:

You may extend the insurance that applies to Your Business Personal Property to apply to:

  (1) Personal Effects owned by you, your officers, your partners or your employees. This Extension does not apply to loss or damage by theft. The most we will pay for loss or damage to Personal Effects under this Extension is $2,500.

  (2) Personal Property of Others in your care, custody, or control. The most we will pay for loss or damage to Personal Property of Others under this Extension is $15,000.

Our payment for loss or damage to Personal Property of Others or to Personal Effects of your Offices, your partners or your employees will only be for the account of the owner of the property.

  c. **Valuable Papers and Records — Cost of Research** — is amended as follows:

The most we will pay under this Extension is $5,000 at each described premises.

  e. **Outdoor Property** — is replaced by the following:

The most we will pay for loss or damage under this Extension to trees, shrubs, plants and lawns, including debris removal expense, is $10,000. For all other outdoor property, the most we will pay for loss or damage under this Extension is $1,000.

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, trees, shrubs, plants and lawns, including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

  (1) Fire;

  (2) Lightning;

  (3) Explosion;

  (4) Riot or Civil Commotion; or

  (5) Aircraft.

C. **Limits of Insurance** — is amended as follows:

The most we will pay for loss or damage to signs is $1,000 for each sign in any one occurrence.

The limit of $5,000 shown for Debris Removal is replaced by $10,000.

SECTION B.

**Newly Acquired or Constructed Property**

**Policy Changes**

The **Building and Personal Property Coverage Form** is amended as follows:

A. **Coverage**

  5. **Coverage Extensions**

    a. **Newly Acquired or Constructed Property** — is amended as follows:

    (1) The most we will pay for loss or damage under this Extension is $250,000 for building property at each building.

    (2) The most we will pay for loss or damage under this Extension is $100,000 for personal property at each building.

    (3) (b) 180 days expire after you acquire or begin to construct the property.

If you have purchased Business Income Insurance, the **Business Income Coverage Form** is amended as follows:

A. **Coverage**

  4. **Coverage Extension**

    **Newly Acquired or Locations** — is amended as follows:

    b. The most we will pay for loss under this Extension is $100,000 at each location.

    c. 180 days expire after you acquire or begin construction on the property; or