# **EXHIBIT C**

| Policy Number<br>5031554067<br>Renewal of Number<br>5031550647 | **COMPAC III**<br>COMMON POLICY DECLARATIONS | |
|---|---|---|

**NORTH RIVER INSURANCE COMPANY**

| Item 1. Named Insured and Mailing Address | Agent Name and Address | |
|---|---|---|
| MARIETTA DRAPERY & WINDOW<br>(SEE NAMED INSURED ENDT)<br>P. O. BOX 569<br>MARIETTA GA 30061 | LITTLE & SMITH INC<br>P.O. BOX 1089<br>MARIETTA GA 30060<br>C70267 | RETURN TO<br>COMPANY<br>IF CANCELLED |

Item 2. Policy Period   From: 04-01-98   To: 04-01-99
at 12:01 A.M., Standard Time at your mailing address shown above.

Item 3. Business Description:
Form of Business: CORPORATION

Item 4. In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | $ 13,889.00 |
| Commercial General Liability Coverage Part | $ 8,467.00 |
| Commercial Crime Coverage Part | $ 756.00 |
| Commercial Inland Marine Coverage Part | $ 1,602.00 |
| Commercial Auto (Business or Truckers) Coverage Part | $ NOT COVERED |
| Commercial Garage Coverage Part | $ NOT COVERED |
| | $ |
| | $ |
| EMPLOYEE BENEFITS | $ 478.00 |
| Total Policy Premium | $ 25,192.00 |

☐ Direct Bill   ☒ See Premium Payment Schedule     Client No. 00116796

Audit Period: Annual (unless otherwise stated):
☐ Monthly   ☐ Quarterly   ☐ Semi-Annual   ☐ Other (Describe)

Item 5. Forms and Endorsements
Form(s) and Endorsement(s) made a part of this policy at time of issue:

See Schedule of Forms and Endorsements

Countersigned:
Date: _____  By: _____
                                  Authorized Representative

... AND THE SU... ...TAL ...TION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS
... PART(S) COVERAGE FORM(S) AND FORM... AND EN... ...EMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

M 600 0 059 04 94                    COMPANY COPY

Policy Number
5031554067

 Crum&Forster Insurance

## SCHEDULE OF FORMS AND ENDORSEMENTS

### NORTH RIVER INSURANCE COMPANY

Named Insured  MARIETTA DRAPERY & WINDOW

Agent Name   LITTLE & SMITH INC

Effective Date: 04-01-98
12:01 A.M., Standard Time
Agent No.  C70267

### COMMON POLICY FORMS AND ENDORSEMENTS

| Form | Date | Description |
|---|---|---|
| FM 600.0.959 | 04-94 | COMPAC III - DEC |
| FM 206.0.2 | 04-94 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| FM 206.0.12 | 09-96 | SIGNATURE PAGE - NORTH RIVER |
| FM 206.0.1 | 04-94 | SCHEDULE OF NAMED INSUREDS |
| FM 206.0.3 | 04-94 | SCHEDULE OF LOCATIONS |
| IL 00 17 | 11-85 | COMMON POLICY CONDITIONS |
| FM 600.0.963 | 04-94 | PREMIUM PAYMENT SCHEDULE |
| IL 00 21 | 11-94 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 02 62 | 12-95 | GEORGIA CHANGES-CANC & NONRENEWAL |
| IL 04 15 | 10-91 | PROTECTIVE SAFEGUARDS |

### PROPERTY FORMS AND ENDORSEMENTS

| Form | Date | Description |
|---|---|---|
| FM 6000960 | 04-94 | COMM PROPERTY COV PART DEC |
| CP-01 | 04-94 | MANUSCRIPT ENDORSEMENT |
| CP-02 | 04-94 | MANUSCRIPT ENDORSEMENT |
| CP 00 10 | 06-95 | BUILDING & PERSONAL PROPERTY COVERAGE FM |
| CP 00 30 | 06-95 | BUSINESS INCOME COVERAGE FORM (W/EX EXP) |
| CP 00 90 | 07-88 | COMMERCIAL PROPERTY CONDITIONS |
| FM 600.0.822 | 07-87 | PROP ENHANCEMENT ENDT |
| FM 600.0.1038 | 12-95 | BUSINESS INCOME CHANGES - TIME PERIOD ? |
| CP 10 30 | 06-95 | CAUSES OF LOSS - SPECIAL FORM |

### GENERAL LIABILITY FORMS AND ENDORSEMENTS

| Form | Date | Description |
|---|---|---|
| FM 101.0.1252 | 12-90 | ABSOLUTE ASBESTOS EXCLUSION |
| CG 00 01 | 01-96 | CGL COV FORM (OCCURRENCE) |
| FM 101.0.1404 | 04-94 | COMM GL COV PART SUPP DECLARATION |
| FM 101.0.1405 | 04-94 | COMM GL COV PART SUPP DECLARATION |
| CG-01 | 04-94 | MANUSCRIPT ENDORSEMENT |
| FM 600.0.909 | 01-91 | EMPLOYEE BENEFIT LIAB COV LIMITED FORM |
| FM 101.0.1410 | 04-94 | EMPLOYEE BENEFITS LIAB COV PART |
| CG 00 55 | 03-97 | AMENDMENT OF OTHER INSURANCE PROVISION |
| FM 101.0.1206 | 07-94 | GL ENHANCEMENT ENDT |
| FM 101.0.1459 | 03-95 | ADD'S INSD-OWNERS, CONTR, MGRS. |
| CG 20 15 | 11-88 | ADDL INSD-VENDORS |
| CG 21 47 | 10-93 | EMPLOYMENT-RELATED PRACTICES EXCL |

CG0503  *Aggregate limits (Per Project)*

### CRIME FORMS AND ENDORSEMENTS

| Form | Date | Description |
|---|---|---|
| CR 00 01 | 10-90 | EMPLOYEE DISHONESTY COV FORM BLANKET |
| FM 600.0.961 | 04-94 | CRIME COV PART SUPLEMENT DEC |
| CR 10 00 | 06-95 | CRIME GENERAL PROVISIONS |
| CR 01 32 | 06-95 | GA CHANGES |

### INLAND MARINE FORMS AND ENDORSEMENTS

| Form | Date | Description |
|---|---|---|
| CM 00 66 | 06-95 | ACCOUNTS RECEIVABLE COV FORM |
| FM 300.0.825 | 12-95 | MINI COMP/WORD PROCESSOR COV FORM DEC |
| FM 300.0.907 | 04-94 | INLAND MARINE SUPP COV PART DEC |
| IM-01 | 04-94 | MANUSCRIPT ENDORSEMENT |
| FM 300.0.908 | 04-94 | ACCOUNTS RECEIVABLE DEC |
| CM 00 01 | 06-95 | COMMERCIAL IM CONDITIONS |
| CM 66 04 | 07-90 | DUPLICATE RECORDS |
| FM 300.0.803 | 12-95 | TRANSPORTATION COV FORM DEC |
| FM 300.0.809 | 12-95 | DEBRIS REMOVAL & POLLUTANT CLEAN UP |
| FM 300.0.811 | 12-95 | MISC COV FORM DEC |
| FM 300.0.826 | 12-95 | INSTALLATION COV FORM DEC |

Policy Number
5031554067


Crum&Forster Insurance

## SCHEDULE OF FORMS AND ENDORSEMENTS
## NORTH RIVER INSURANCE COMPANY

Named Insured   MARIETTA DRAPERY & WINDOW          Effective Date: 04-01-98
                                                              12:01 A.M., Standard Time
Agent Name      LITTLE & SMITH INC                 Agent No.  C70267

```
FM 300.0.832         12-95     DATA PROCESSING COV FORM
FM 1010149           03-95     ADDITIONAL INSURED
```

# The North River Insurance Company
## A New Jersey Corporation
## Home Office: Township of Morris, NJ

(A Capital Stock Company)

**WE HAVE PROPERLY ISSUED THIS POLICY, BUT IT WILL NOT BE VALID UNLESS COUNTERSIGNED ON THE COMMON DECLARATIONS PAGE BY ONE OF OUR AUTHORIZED REPRESENTATIVES.**

SIGNATURE

*[signature]*

Valerie J. Gasparik
Secretary

SIGNATURE

*[signature]*

James A. Stark
Chairman of the Board

FM 206.0.12

Policy Number
5031554067

 Crum&Forster Insurance

## SCHEDULE OF NAMED INSUREDS

## NORTH RIVER INSURANCE COMPANY

Named Insured   MARIETTA DRAPERY & WINDOW

Agent Name   LITTLE & SMITH INC

Effective Date: 04-01-98
12:01 A.M., Standard Time
Agent No.  C70267

FM 600.0.959   (cont.)

THE NAMED INSURED ON FORM FM 600.0.959 IS AMENDED TO READ:

MARIETTA DRAPERY & WINDOW
COVERING CO., INC.
MDC DIRECT, INC. AND
ANDREW S. BENTLEY AND
DOUGLAS C. BENTLEY, INDIVIDUAL
MARIETTA DRAPERY, L.P.

| Policy Number 5031554067 | | |  Crum&Forster Insurance |
|---|---|---|---|
| | | **SCHEDULE OF LOCATIONS** | |
| | | **NORTH RIVER INSURANCE COMPANY** | |
| Named Insured  MARIETTA DRAPERY & WINDOW | | | Effective Date: 04-01-98 |
| Agent Name     LITTLE & SMITH INC | | | 12:01 A.M., Standard Time |
| | | | Agent No. C70267 |

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 001 | 001 | 22 TRAMMELL STREET, MARIETTA, GA 30060-0000 | |
| 002 | 001 | 3640 REED DRIVE, AUSTELL, GA 30001-0000 | |
| 003 | 001 | 249 CRESCENT DRIVE, MARIETTA, GA 30060-0000 | |
| 004 | 001 | 2244 QUIMBY ROAD, SAN JOSE, CA 95122-0000 | |

COMPANY COPY

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Policy Number
5031554067

 Crum&Forster Insurance

## PREMIUM PAYMENT SCHEDULE
## NORTH RIVER INSURANCE COMPANY

Named Insured  MARIETTA DRAPERY & WINDOW
Agent Name  LITTLE & SMITH INC

Effective Date: 04-01-98
12:01 A.M., Standard Time
Agent No. C70267

IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY IS PAYABLE ON INSTALLMENTS AS FOLLOWS:

| DUE | SERVICE CHARGE | PREMIUM | GRAND TOTAL |
|---|---|---|---|
| DEPOSIT 04/01/98 | | 2,103.00 | 2,103.00 |
| INSTALL 05/01/98 | | 2,099.00 | 2,099.00 |
| INSTALL 06/01/98 | | 2,099.00 | 2,099.00 |
| INSTALL 07/01/98 | | 2,099.00 | 2,099.00 |
| INSTALL 08/01/98 | | 2,099.00 | 2,099.00 |
| INSTALL 09/01/98 | | 2,099.00 | 2,099.00 |
| INSTALL 10/01/98 | | 2,099.00 | 2,099.00 |
| INSTALL 11/01/98 | | 2,099.00 | 2,099.00 |
| INSTALL 12/01/98 | | 2,099.00 | 2,099.00 |
| INSTALL 01/01/99 | | 2,099.00 | 2,099.00 |
| INSTALL 02/01/99 | | 2,099.00 | 2,099.00 |
| INSTALL 03/01/99 | | 2,099.00 | 2,099.00 |

allure to pay … Installment Premium by the Date Due shown shall constitute non-payment of premium for which we …
ay cancel this policy.

M 500 A 063 04 94                                   COMPANY COPY

IL 00 21 11 94

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
(Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 02 62 12 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

```
BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
```

A. Paragraph A.1. of the CANCELLATION Common Policy Condition is replace by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

   a. If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

   b. If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

(1) 10 days from the date of mailing or delivering our notice, or

(2) The effective date of cancellation stated in the first Named Insured's notice to us.

B. Paragraph A.5. of the CANCELLATION Common Policy Condition is replaced by the following:

5. Premium Refund

   a. If this policy is cancelled, we will send the first Named Insured any premium refund due.

   b. If we cancel, the refund will be pro rata, except as provided in c. below.

   c. If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

   d. If the first Named Insured cancels, the refund may be less than pro rata.

   e. The cancellation will be effective even if we have not made or offered a refund.

IL 02 62 12 95

Copyright, Insurance Services, Office Inc., 1995
Copyright, ISO Commercial Risk Services, Inc., 1995

Page 1 of 2

C. The following is added to the CANCELLATION Common Policy condition and supersedes any other provisions to the contrary:

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

Then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable is described in Paragraph D. below, we will mail or deliver notice at least:

1. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

D. The following provisions apply to insurance covering residential real property only provided under the:

COMMERCIAL PROPERTY COVERAGE PART;
FARM COVERAGE PART;

If the named insured is a natural person.

With respect to such insurance, the following is added to the CANCELLATION Common Policy Condition and supersedes any provisions to the contrary:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first named insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium, whether payable to us or to our agent;

   b. Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

   c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

   d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first named insured at least:

- 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

- 45 days before the effective date of cancellation if we cancel for any of the reasons listed in b., c. or d. above.

POLICY NUMBER: 5031554067

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-1 |

Describe any "P-9":

1. The following is added to the:
   Commercial Property Conditions
   General Conditions in the Farm Property Coverage Form
   General Conditions in the Mobile Agricultural Machinery and Equipment Coverage Form
   General Conditions in the Livestock Coverage Form

   **PROTECTIVE SAFEGUARDS**
   a. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.
   b. The protective safeguards to which this endorsement applies are identified by the following symbols:

   "P-1"  Automatic Sprinkler System, including related supervisory services.
   Automatic Sprinkler System means:
   (1) Any automatic fire protective or extinguishing system, including connected:
       (a) Sprinklers and discharge nozzles;
       (b) Ducts, pipes, valves and fittings;
       (c) Tanks, their component parts and supports; and
       (d) Pumps and private fire protection mains.
   (2) When supplied from an automatic fire protective system:
       (a) Non-automatic fire protective systems; and
       (b) Hydrants, standpipes and outlets.

   "P-2"  Automatic Fire Alarm, protecting the entire building, that is:
   (1) Connected to a central station; or
   (2) Reporting to a public or private fire alarm station.

   "P-3"  Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   "P-4"  Service Contract with a privately owned fire department providing fire protection service to the described premises.

   "P-9"  The protective system described in the Schedule.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

IL 04 15 09 91          Copyright, Insurance Services Office, Inc., 1990          Page 1 of 2
                        Copyright, ISO Commercial Risk Services, Inc., 1990

2. The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND
  OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
FARM PROPERTY COVERAGE FORM
MOBILE AGRICULTURAL MACHINERY AND
  EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

a. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

b. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright, Insurance Services Office, Inc., 1990
ISO Commercial Risk Services, Inc., 1990
COMPANY COPY

IL 04 15 10 91

POLICY NUMBER: 5031554067

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

## SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| 2 | 1 | P-1 |

Describe any "P-9":

1. The following is added to the:

    Commerical Property Conditions
    General Conditions in the Farm Property Coverage Form
    General Conditions in the Mobile Agricultural Machinery and Equipment Coverage Form
    General Conditions in the Livestock Coverage Form

    **PROTECTIVE SAFEGUARDS**

    a. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.
    b. The protective safeguards to which this endorsement applies are identified by the following symbols:

    "P-1"   Automatic Sprinkler System, including related supervisory services.

    Automatic Sprinkler System means:
    (1) Any automatic fire protective or extinguishing system, including connected:
    (a) Sprinklers and discharge nozzles;
    (b) Ducts, pipes, valves and fittings;
    (c) Tanks, their component parts and supports; and
    (d) Pumps and private fire protection mains.
    (2) When supplied from an automatic fire protective system:
    (a) Non-automatic fire protective systems; and
    (b) Hydrants, standpipes and outlets.

    "P-2"   Automatic Fire Alarm, protecting the entire building, that is:
    (1) Connected to a central station; or
    (2) Reporting to a public or private fire alarm station.

    "P-3"   Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

    "P-4"   Service Contract with a privately owned fire department providing fire protection service to the described premises.

    "P-9"   The protective system described in the Schedule.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

IL 04 15 10 93    Copyright, Insurance Services Office, Inc., 1990    Page 1 of 2
Copyright, ISO Commercial Risk Services, Inc., 1990

2. The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
FARM PROPERTY COVERAGE FORM
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

a. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

b. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright Insurance Services Office, Inc., 1990
Copyright, ISO Commercial Risk Services, Inc. 1990

COMPANY COPY

IL 04 15 10 91   ☐