# EXHIBIT G



# CRUM&FORSTER, THE DEFENDER
Commercial Umbrella Policy

## DECLARATIONS

POLICY NUMBER: 553 081388 4

Client #00116796

| DATE ISSUED: 04/17/01 | RENEWAL OR REPLACEMENT OF: 553-076794-8 |
|---|---|

| ITEM | | |
|---|---|---|
| 1. | **NAMED INSURED & ADDRESS:**<br>MARIETTA DRAPERY & WINDOW COVERING COMPANY, INC.<br>(and see Form FM100.0.14 [09-96])<br>P.O. BOX 569<br>MARIETTA, GA 30061 | |
| 2. | **POLICY PERIOD: POLICY COVERS FROM:** 04/01/2001 TO: 04/01/2002<br>12:01 a.m. Standard Time at the Named Insured's address stated above | |
| 3. | COVERAGE IS PROVIDED BY COMPANY CHECKED BELOW:<br>☒ United States Fire Insurance Company<br>☐ The North River Insurance Company<br>☐ Crum & Forster Insurance Company<br>☐ Crum & Forster Underwriters Co. of Ohio<br>☐ Crum & Forster Indemnity Company<br>☐ | REPRESENTATIVE:<br>Agent Number: 70267<br><br>Agent or Broker: LITTLE & SMITH, INC.<br><br>Office Address: P.O. BOX 1089<br><br>Town, State & Zip: MARIETTA, GA 30061 |
| 4. | LIMITS OF INSURANCE AS IN INSURING AGREEMENT V and VI (The Limits of Insurance are the amounts shown below)<br>(a) Each Occurrence Limit — $ 10,000,000<br>(b) General Aggregate Limit — $ 20,000,000<br>(other than Products-Completed Operations, Personal and Advertising Injury and Occupational Disease)<br>(c) Products -Completed Operations Aggregate Limit — $ 10,000,000<br>(d) Personal and Advertising Injury Aggregate Limit — $ 10,000,000<br>(e) Occupational Disease Aggregate Limit — $ 10,000,000<br>(f) Self Insured Retention — $ ZERO | |
| 5. | POLICY JACKET, FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT INCEPTION (Number and Edition Date) AS PER MASTER FORMS LIST ATTACHED. | |
| 6. | PREMIUM:<br>$ 10,000  Amount | Ann Egan<br>APR 3 0 2001 |



THESE DECLARATIONS, TOGETHER WITH POLICY JACKET, MASTER FORMS LIST, AND ENDORSEMENTS, IF ANY, ... AND IN THE COMPLETION OF THE ABOVE NUMBER POLICY.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MASTER FORMS LIST

**Policy # 553-081388-4**

The following forms and endorsements are attached to this policy effective at inception:

| FORM NUMBER | FORM TITLE |
| --- | --- |
| L4021D(09-99) | C&F THE DEFENDER – UMBRELLA DECLARATIONS |
| FM100.0.14(09-96) | NAMED INSURED ENDORSEMENT |
| FM116.0.1(07-96) | SCHEDULE A-SCHEDULE OF UNDERLYING INSURANCE |
| FM101.0.1268(09-99) | EXCESS EMPLOYEE BENEFITS LIAB. LIMIT – SUPP. DEC. |
| FM101.0.1132(07-94) | GEORGIA AMENDATORY ENDORSEMENT |
| FM101.0.229(10-80) | CONTRACTORS LIMITATION ENDORSEMENT |
| FM101.0.924(09-89) | EXCLUSION OF DAMAGE TO REAL PROPERTY |
| FM563.0.1(04-98) | YEAR 2000- COMPUTER-RELATED PROBLEMS- EXCLUSION |
| FM206.0.11(05-00) | SIGNATURE PAGE – U.S. FIRE |
| FM101.0.1108(09-99) | THE DEFENDER – COMMERCIAL UMBRELLA POLICY |

# ENDORSEMENT

This endorsement forms a part of Policy No. **553-081388-4**

Issued by UNITED STATES FIRE INSURANCE     Company

It is agreed that Item 1. (Name of Insured) of the Declarations is as follows:

MARIETTA DRAPERY & WINDOW COVERING COMPANY, INC.

MDC DIRECT, INC. DBA MARIETTA MILL OUTLET

F. ANDREW BENTLEY

DOUGLAS C. BENTLEY

MARIETTA DRAPERY, L.L.P.



# SCHEDULE A – SCHEDULE OF UNDERLYING INSURANCE

## MARIETTA DRAPERY & WINDOW COVERING COMPANY INC
## 553-081388-4

| TYPE OF POLICY | APPLICABLE LIMITS | | INSURER/ POLICY NO. | POLICY PERIOD |
|---|---|---|---|---|
| (A) Automobile Liability | Bodily Injury | Each Person | | - |
| | | Each Accident | | - |
| Policy Type and Symbol ☒ Business Auto 1 ☐ Motor Carrier ☐ Truckers ☐ | Property Damage | Each Accident | | - |
| | Bodily Injury and Property Damage Combined Single Limit $1,000,000 | Each Occurrence | CINCINNATI #TBD | 04/01/01 – 04/01/02 |
| (B) Garage Liability | | Auto Each Accident Other Than Auto Each Accident Other Than Auto Aggregate ☐ Per Location Personal & Advertising Injury Fire Damage – Any One Fire | | - |
| (C) Commercial General Liability | $1,000,000 $2,000,000 $1,000,000 N/A $1,000,000 $ 50,000 | Each Occurrence General Aggregate ☐ Per Location ☐ Per Project Products-Completed Operations Aggregate Policy Aggregate Personal & Advertising Injury Fire Damage – Any One Fire | CINCINNATI #TBD | 04/01/01 – 04/01/02 - - - |
| Comprehensive General Liability | Bodily Injury | Each Occurrence Aggregate When Applicable | | - |
| | Property Damage | Each Occurrence Aggregate When Applicable | | - |
| | Bodily Injury and Property Damage Combined Single Limit | Each Occurrence Aggregate When Applicable | | - |

Page 1 of 2

**THIS ENDORSEMENT PROVIDES EXCESS CLAIMS MADE COVERAGE.
PLEASE READ IT CAREFULLY.**

# EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE LIMITATION

## SUPPLEMENTAL DECLARATIONS

Item 1.  Retroactive Date (Same retroactive date as policy listed below in Item 2, unless another date is shown here):

Item 2.  Schedule A - Schedule of Underlying Insurance:

| Type of Coverage | Applicable Limits | Insurer, Policy No. & Policy Dates |
|---|---|---|
| Employee Benefits Liability $1,000,000 | Each Claim | CINCINNATI #TBD 04/01/01 - 04/01/02 |
| $1,000,000 | Aggregate | |

Item 3.  Limits of Liability:

$10,000,000 Each Claim          $10,000,000 Aggregate

## INSURING AGREEMENT

I. Coverage

We will pay those sums that the "Insured" becomes legally obligated to pay as damages, in accordance with the applicable provisions of the underlying coverage shown above Item 2. Schedule A - Schedule of Underlying Insurance, which are in excess of the Applicable Limits of the Underlying Insurance shown above in Item 2. Schedule A - Schedule of Underlying Insurance.

The provisions of the coverage shown above in Item 2. Schedule A - Schedule of Underlying Insurance are incorporated as a part of this endorsement, except for (a) any duty to investigate or defend any "Claim", or to pay for any investigation or defense, (b) the limits of insurance, and (c) any other provision that is not consistent with the provisions of this endorsement.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

FM 101.0.1268 (0999)                                                                 Page 1 of 3

V. CONDITIONS

Paragraph (2) of Condition K. Maintenance of Underlying Insurance, is amended, as follows, as respects this endorsement only:

(2) that the applicable limits of liability, as warranted above in Item 2. Schedule A - Schedule of Underlying Insurance, will not change, except for reduction or exhaustion in the aggregate or each claim limits due to payments for damages for "Claims" first made during the "Policy Period" and occurring on or after the date, if any, shown in Item 1. Retroactive Date.

| |
|---|
| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
| Policy Number: <u>553-081388-4</u> <br><br> Effective on and after <u>04/01/2001</u>   12:01 a.m. standard time. <br><br> Issued to <u>MARIETTA DRAPERY & WINDOW COVERING COMPANY INC</u> |

Countersigned by _____
                              Authorized Representative

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GEORGIA AMENDATORY ENDORSEMENT

The following is added to the policy cancellation provision and supersedes any other provisions to the contrary:

A.1. The first "Named Insured" shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation, subject to the following:

    a. If only the interest of the first "Named Insured" is affected, the effective date of cancellation will be either the date we receive notice from the first "Named Insured" or the date specified in the notice, whichever is later.

    b. If by statute, regulation or contract this policy may not be canceled unless notices is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 60 days notice to the first "Named Insured" and the third party as soon as practicable after receiving the first "Named Insured's" request for cancellation.

    Our notice will state the effective date of cancellation, which will be the later of the following:

    (1) 60 days from the date of mailing or delivering our notice, or

    (2) The effective date of cancellation stated in the first "Named Insured's" notice to us.

B. If we decide to:

    1. Cancel or non-renew this policy; or

    2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

    3. Change any policy provision which would limit or restrict coverage;

    Then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first "Named Insured" and lienholder, if any, at the last mailing address known to us. We will mail or deliver notice at least:

FM 101 0 1132    (0794)

Page 1 of 2

1. 60 days before the expiration date of this policy if e decide to non-renew, increase the premium or limit or restrict coverage.

All other policy terms and conditions remain unchanged.

FM 101.0.1132  (0794)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONTRACTORS LIMITATION ENDORSEMENT

I. This policy does not apply to "Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury" arising out of:

   A. Any project insured under a wrap-up rating plan; or

   B. The rendering or failure to render, architectural, engineering or land survey professional services by or for you, including:

      1. the preparing, approving or failure to prepare or approve maps, drawings, opinions, reports, surveys, changes orders, designs or specifications; and

      2. supervisory, inspection, or engineering services.

II. Exclusion D of this policy is amended to read:

   D. "Property Damage" to

      1. any property owned by the "Insured";

      2. personal property in the care, custody and control of the "Insured";

      3. that particular part of real property on which the "Insured" or any contractors or subcontractors working directly or indirectly on the "Insured's" behalf are performing "Your Work", if the "Property Damage" arises out of "Your Work"; and

      4. that particular part of any property that must be restored, repaired, or replaced because "your work" was incorrectly performed on it. This exclusion (4) does not apply to "property damage" included in the "products-completed operations hazard".

III. With respect to "Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury" arising out of liability you assume under contract, this policy is limited to the coverage provided by the "Underlying Insurance". If coverage is not provided by the "Underlying Insurance", coverage is excluded by this policy.

IV. With respect to "Property Damage"

   A. arising from blasting or explosion other than the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment; or

FM 101.0.229 (1080)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION OF DAMAGE TO REAL PROPERTY

This policy does not apply to "Property Damage" to real property leased to, rented to, occupied or managed by the "Insured".

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
| --- |
| Policy # _____ |
| Effective on and after _____ 12:01 am standard time |
| Issued to _____ |

Countersigned by _____
                        Authorized Representative

FM 101 0 924 (0989)