# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS,
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| THE NORTH RIVER INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:06-cv-517-WDS-DGW |
| v. | ) ) ) | |
| MARIETTA DRAPERY & WINDOW COVERINGS CO., INC., et. al. | ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF GREGORY G. SCHULTZ

State of Georgia  )
                 )
County of Cobb   )

1. I, Gregory G. Schultz, affirm that I am over twenty-one years of age and am competent to make this Affidavit.

2. I make this Affidavit based on my personal knowledge and documents obtained through discovery in conjunction with the above-styled matter by me as lead counsel for Marietta Drapery & Window Coverings Co. (hereinafter, "Marietta Drapery").

3. On September 6, 2007, I served a third-party subpoena on the Window Covering Safety Council ("WCSC") and the Window Covering Manufacturers'

Association ("WCMA"), requesting, among other information, documents relating to injuries or deaths associated with the use of window blinds.

4. On or about October 18, 2007, WCSC and WCMA responded to the subpoena by producing copies of Epidemiologic Investigation Reports and related documents that it received from the Consumer Product Safety Commission ("CPSC"). A true and correct copy of the reports and other documents produced by WCSC and WCMA, along with the accompanying cover letter, are attached hereto as Exhibit A. These reports and documents detail the circumstances of various deaths attributed to the improper use of the miniblinds and other window covering products.

5. On or about November 29, 2007, in response to a Freedom of Information Act request, the CPSC produced a log of its investigation file reports related to 195 incidents of bodily injury and/or deaths attributed to the use of window blinds. A true and accurate copy of this log, along with the CPSC's cover letter, is attached hereto as Exhibit B.

AFFIANT FURTHER SAYETH NAUGHT.

_____
GREGORY G. SCHULTZ

Sworn to and subscribed before
me this 3rd day of December, 2007

_Yolanda G. Coleman_
Notary Public
My Commission Expires: