# EXHIBIT A (1)

# TWOMEY, HOPPE & GALLANTY LLP
## 757 THIRD AVENUE
### NEW YORK, NEW YORK 10017

TELEPHONE: (212) 688-0400
FACSIMILE: (212) 688-1929
E-MAIL: LAW@THGLLP.COM

MICHAEL E. TWOMEY
TWOMEY@THGLLP.COM

AFFILIATED OFFICE:
TIROLA & HERRING
1555 POST ROAD EAST
WESTPORT, CONNECTICUT 06880
TELEPHONE: (203) 255-5144
FACSIMILE: (203) 255-5177
E-MAIL: TIROLALAW@AOL.COM

October 18, 2007

**BY FedEx**

Ramsey Knowles
Taylor, Busch, Slipakoff & Duma, LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339

**Re: Subpoenas To Window Covering Safety Council and
Window Covering Manufacturers Association in
The Northern River Insurance Company, et al. v.
Marietta Drapery and Window Coverings Co. et al.**

Dear Ramsey,

     In accordance with our agreement concerning the subpoenas directed to the Window Covering Safety Council ("WCSC") and the Window Covering Manufacturers Association ("WCMA") by George Shultz in connection with the above-referenced matter, I am providing herewith copies of the Epidemiological Investigation Reports created by the Consumer Products Safety Commission ("CPSC") concerning incidents/accidents involving corded window Coverings that exist in the files of the WCSC or WCMA. As you requested, a blue sheet has been placed between each of the investigative reports as produced.

     As you will see, for the time periods prior to approximately 2004, the WCSC/WCMA files contain only what appears to be the first page of certain Epidemiological Investigative Reports created by the CPSC. As to such incidents, more complete reports or information may exist in the files of the CPSC. In addition, it is apparent that the WCSC/WCMA files contain only a subset of the total universe of Epidemiological Investigative Reports that have been created, and presumably are maintained, by the CPSC. In that regard, and as a point of information, I understand that the CPSC maintains an on-line FOIA request form that is accessible at https://xapps.cpsc.gov/FOIA/pages/requestentry.jsp.

2

Thank you for your courtesies in this matter. If you have any questions concerning the documents that are provided herewith, please do not hesitate to contact me.

Sincerely,

Michael E. Twomey

27 ×

| 1. TASK NUMBER   X9889765   980821CBB0662 | 2. INVESTIGATOR'S ID   8807 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|
| 3. OFFICE CODE   800 | 4. DATE OF ACCIDENT YR MO DAY   980818 | 5. DATE INITIATED YR MO DAY   980821 | |

| 6. SYNOPSIS OF ACCIDENT OR COMPLAINT | UPC   Not Available |
|---|---|

A 16-month old female died of strangulation by a window mini-blind cord, stringing blind slats together, which became entangled around her neck. She apparently woke up from a nap and began playing with the mini-blinds, which covered a window next to her travel playpen/crib. The drawstring was well out of reach.

| 7. LOCATION (Home, School, etc.)   Home 1 | 8. CITY   Duck | 9. STATE   NC |
|---|---|---|
| 10A. FIRST PRODUCT   Mini-blinds 0638 | 10B. TRADE/BRAND NAME   Unknown | 10C. MODEL NUMBER   Unknown |

| 10D. MANUFACTURER NAME AND ADDRESS   Unknown |
|---|

| 11A. SECOND PRODUCT   Playpen 1513 | 11B. TRADE/BRAND NAME   Unknown | 11C. MODEL NUMBER   Unknown |
|---|---|---|

| 11D. MANUFACTURER NAME AND ADDRESS   Unknown |
|---|

| 12. AGE OF VICTIM   216 | 13. SEX   Female 2 | 14. DISPOSITION   Fatality 8 | 15. INJURY DIAGNOSIS   Anoxia 65 |
|---|---|---|---|
| 16. BODY PART (S) INVOLVED   All Parts 85 | 17. RESPONDENT   Sheriff's Deputy 3 | 18. TYPE OF INVESTIGATION   Onsite 1 | 19. TIME SPENT (OPERATIONAL HOURS)   16 |
| 20. ATTACHMENT(S)   Multi 9 | 21. CASE SOURCE   Newspaper 05 | 22. SAMPLE COLLECTION NUMBER   None   Unable to locate mfr | |

23. PERMISSION TO DISCLOSE NAMES (NON NZISS CASES ONLY) EX 32511   No

SUPPLIER NOTIFIED
☐ No comments made
☐ Comments attached
☐ Exclusions/Revisions
☐ Firm has not requested further review

| 24. REVIEW DATE | 25. REVIEWED BY | 26. REGIONAL OFFICE DIRECTOR   7/13/99 |
|---|---|---|

| 27. DISTRIBUTION   O:EHDS   CC: |
|---|

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.3041-0029

310

SEP-29-2000  15:46        CPSC COMPLIANCE                                301 504 0359   P.02/06

| 1. TASK NUMBER<br>000714CNE5665 | 2. INVESTIGATOR'S ID<br>9001 | EPIDEMIOLOGIC<br>INVESTIGATION<br>REPORT |
|---|---|---|

| 3. OFFICE CODE<br>800 | 4. DATE OF ACCIDENT<br>YR MO DAY<br>000317 | 5. DATE INITIATED<br>YR MO DAY<br>000714 |
|---|---|---|

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**          UPC

2 year old male was found unconscious and not breathing, hanging from a blind cord at his home.  Victim was temporarily resuscitated, but died the next day.

| 7. LOCATION (Home, School, etc.)<br>home 1 | 8. CITY<br>Irvington | 9. STATE<br>NY |
|---|---|---|

| 10A. FIRST PRODUCT<br>venetian blinds 0638 | 10B. TRADE/BRAND NAME<br>unknown | 10C. MODEL NUMBER<br>unknown |
|---|---|---|

**10D. MANUFACTURER NAME AND ADDRESS**
unknown

| 11A. SECOND PRODUCT<br>Couch/sofa 0679 | 11B. TRADE/BRAND NAME | 11C. MODEL NUMBER |
|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS**

| 12. AGE OF VICTIM<br>002 | 13. SEX<br>1 male | 14. DISPOSITION<br>Fatality 8 | 15. INJURY DIAGNOSIS<br>Anoxia  65 |
|---|---|---|---|

| 16. BODY PART (S)<br>INVOLVED<br>All parts 85 | 17. RESPONDENT<br>M.E.; Police 3 | 18. TYPE OF<br>INVESTIGATION<br>Other 3 | 19. TIME SPENT<br>(OPERATIONAL HOURS)<br>10 |
|---|---|---|---|

| 20. ATTACHMENT (S)<br>Multiple 9 | 21. CASE SOURCE<br>MECAP 12 | 22. SAMPLE COLLECTION NUMBER<br>None |
|---|---|---|

**23. PERMISSION TO DISCLOSE NAMES  (NON NEISS CASES ONLY)**   NO

| 24. REVIEW DATE | 25. REVIEWED BY | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

| 27. DISTRIBUTION EASQ-IDI<br>O:EHDS   CC: Lansing (EHDS); Bodin (FOER) | 28. Document Number<br>N007-0005 |
|---|---|

CPSC FORM 182 (7/2000) Approved for use through 7/31/2003 OMB NO.30410029

0023822                          **WC   2398**




| 1. TASK NUMBER 980821CBB0662 | | 2. INVESTIGATOR'S ID 8807 | | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|---|
| 3. OFFICE CODE 800 | 4. DATE OF ACCIDENT YR MO DAY 980818 | 5. DATE INITIATED YR MO DAY 980821 | | |

| 6. SYNOPSIS OF ACCIDENT OR COMPLAINT | UPC | Not Available |
|---|---|---|

A 16-month old female died of strangulation by a window mini-blind cord, stringing blind slats together, which became entangled around her neck. She apparently woke up from a nap and began playing with the mini-blinds, which covered a window next to her travel playpen/crib. The drawstring was well out of reach.

MFR/PRVLBR NOTIFIED

N6 Comments made
Comments attached
Firm has not requested Duck

| 7. LOCATION (Home, School, etc.) Home 1 | | 9. STATE NC |
|---|---|---|
| 10A. FIRST PRODUCT Mini-blinds 0638 | 10B. TRADE/BRAND NAME Unknown | 10C. MODEL NUMBER Unknown |
| 10D. MANUFACTURER NAME AND ADDRESS Unknown | | |
| 11A. SECOND PRODUCT Playpen 1513 | 11B. TRADE/BRAND NAME Unknown | 11C. MODEL NUMBER Unknown |
| 11D. MANUFACTURER NAME AND ADDRESS Unknown | | |
| 12. AGE OF VICTIM 216 | 13. SEX Female 2 | 14. DISPOSITION Fatality 8 | 15. INJURY DIAGNOSIS Anoxia 65 |
| 16. BODY PART (S) INVOLVED All Parts 85 | 17. RESPONDENT Sheriff's Deputy 3 | 18. TYPE OF INVESTIGATION Onsite 1 | 19. TIME SPENT (OPERATIONAL HOURS) 16 |
| 20. ATTACHMENT (S) Multi 9 | 21. CASE SOURCE Newspaper 05 | 22. SAMPLE COLLECTION NUMBER None | |
| 23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY) | | No | |
| 24. REVIEW DATE | 25. REVIEWED BY | 26. REGIONAL OFFICE DIRECTOR | |

27. DISTRIBUTION
   O:EHDS   CC:

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

0024580          **WC   3156**

(No 1

BALI BRAND BLIND
NOV 4 1991

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE | EPIDEMIOLOGIC |
|---|---|---|---|
| 910905CWE7078 F197003 | 8 9 4 0 | 8 6 5 | INVESTIGATION |

| 4. DATE OF ACCIDENT | YR | MO | DAY | 5. DATE INVESTIGATION INITIATED | YR | MO | DAY | REPORT |
|---|---|---|---|---|---|---|---|---|
| | 9 1 | 0 8 | 0 1 | | 9 1 | 0 9 | 1 6 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**  A six (6) year old male died after he accidentally
hanged himself from a venetian blind cord in his bedroom.  The
victim had been playing on top of a built-in toy box/chest directly
under the window ~~that~~ WHERE the venetian blind was attached.  The  cord
attached to the venetian blind was free hanging and not attached
to the wall.  The cause of death was listed as Anoxia/accidental hangin

| 7. LOCATION (Home, school, etc.) | | 8. CITY | 9. STATE |
|---|---|---|---|
| HOME / BEDROOM | 1 0 | FREEPORT | T X |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Venetian Blind | 0 6 3 8 | Draw String Cord |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Homemade Toy box/chest | 1 3 5 3 | Homemade & Built-in |

| 12. AGE OF VICTIM | 13. SEX (Use numerical code) | 14. DISPOSITION | | 15. INJURY DIAGNOSIS | |
|---|---|---|---|---|---|
| 0 0 6 | MALE :1 FEMALE :2 UNKNOWN :3 | 1 | Fatality | 8 | Anoxia | 6 5 |

| 16. BODY PART | | 17. RESPONDENT(S) (Mother, Friend) | | 18. TYPE INVESTIGATION | | 19. TIME SPENT | |
|---|---|---|---|---|---|---|---|
| ALL | 8 5 | Police Dept. | 3 | ON SITE 1 TELEPHONE 2 OTHER 3 | 2 | 1 0 0 | |

| 20. ATTACHMENTS | | 21. CASE SOURCE | | 22. REVIEWED BY | YR | MO | DAY |
|---|---|---|---|---|---|---|---|
| Multiple | 9 | Newsclip | 0 5 | 8 2 5 7 | 9 1 | 1 0 | 2 1 |

| 23. PERMISSION TO DISCLOSE NAMES | | | |
|---|---|---|---|
| (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | CPSC MAY NOT DISCLOSE MY NAME | XX |

| 24. NARRATIVE (See Instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW        DATE |
|---|---|
| | |

THE NARRATIVE AND EXHIBITS ARE ATTACHED.

CPSA 6 (b)(1) Cleared  9/11/9

____ No Mfrs/Prvtlblrs or
Products identified
____ Screened by _____
____ Firms Notified,
Comments Processed.

0024593

*(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)*

CPSC FORM NO. 182 (Revised 10/85)                    APPROVED FOR USE THROUGH 5/31/94 OMB. NO. 3041-0029.

BLIND — 3 CORD SECURED                    LORENTZEN BLU - ....

# EPIDEMIOLOGIC INVESTIGATION REPORT

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE |
|---|---|---|
| 911031HCC1464 | 8 0 5 8 | 8 0 0 |

| 4. DATE OF ACCIDENT | | | 5. DATE INVESTIGATION INITIATED | | |
|---|---|---|---|---|---|
| YR 9 1 | MO 1 0 | DAY 0 6 | YR 9 1 | MO 1 1 | DAY 1 2 |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT** ___ A three (3) year old male, died from ligature strangula-tion, when he became entrapped in a loop of beaded chain, located on end of vertical window blind. On-site, CPR was attempted when victim was discovered, but victim was D.O.A. at local hospital emergency room.

| 7. LOCATION (Home, school, etc.) | | 8. CITY | 9. STATE |
|---|---|---|---|
| Home—Indoors/Bedroom | 1 0 | Randold | M A |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Window blind | 0 6 3 8 | 54" Vertical Blind-Levolor Lorentzen, Inc.— 720 Monroe St., Hoboken, NJ 07030 |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Stuffed doll | 5 0 0 4 | Unknown |

| 12. AGE OF VICTIM | 13. SEX (Use numerical code) MALE -1 FEMALE -2 UNKNOWN -3 | 14. DISPOSITION | 15. INJURY DIAGNOSIS |
|---|---|---|---|
| 0 0 3 | 1 | D.O.A.        8 | Anoxia/ Strangulation   6 5 |

| 16. BODY PART | 17. RESPONDENT(S) (Mother, Friend) | 18. TYPE INVESTIGATION ON SITE 1 TELEPHONE 2 OTHER 3 | 19. TIME SPENT |
|---|---|---|---|
| All        8 5 | Police Investigator   2 | 3 | 1 2 0 |

| 20. ATTACHMENTS | 21. CASE SOURCE | 22. REVIEWED BY | | | |
|---|---|---|---|---|---|
| Photos/Ceath Certificate   9 | Police Department   0 1 | 8 3 4 2 | YR 9 1 | MO 1 2 | DAY 0 3 |

| 23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | CPSC MAY NOT DISCLOSE MY NAME XX |
|---|---|---|

| 24. NARRATIVE (See Instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW | DATE |
|---|---|---|
| | TDS | 12-5-91 |

( SEE ATTACHED

*(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)*

CPSC FORM NO. 182 (Revised 10/85)                    APPROVED FOR USE THROUGH 5/31/94 OMB. NO. 3041-0029

0024594                    WC   3170

*GREAT EXAMPLE R.C.S,   JOANNA BLINDS   CHF INDUSTRIES   EPDS   17 81   2 7 MAR 1995*

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE | |
|---|---|---|---|
| 950224CCC2392 | 8 0 5 2 | 8 3 0 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |

| 4. DATE OF ACCIDENT | | | 5. DATE INVESTIGATION INITIATED | | | |
|---|---|---|---|---|---|---|
| YR 9 1 | MO 0 8 | DAY 2 5 | YR 9 5 | MO 0 3 | DAY 1 4 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**

A 13 month old female strangled on a venetian blind cord to the venetian blinds in her bedroom.  Her crib was next to the venetian blinds, and she somehow got the cord from the blinds wrapped around her throat & neck.  She was declared DOA.  She died due to anoxia due to the compression of her airway, because of the cord wrapped around her throat & neck.  It was believed that she was attempting to look out the window when the accident occurred.

| 7. LOCATION (Home, school, etc.) | | 8. CITY | 9. STATE | |
|---|---|---|---|---|
| Home | 1 0 | Harris | M | I |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| venetian blinds | 0 6 3 8 | Joanna Blinds, Div. of CHF Industries, 8701 Red Oak Blvd |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| none | 0 0 0 0 | n/a    Charlotte, NC 28217 |

| 12. AGE OF VICTIM | 13. SEX (Use numerical code) | | 14. DISPOSITION | | 15. INJURY DIAGNOSIS | |
|---|---|---|---|---|---|---|
| 2 1 3 | MALE -1 FEMALE -2 UNKNOWN -3 | 2 | Fatality | 8 | anoxia. | 6 5 |

| 16. BODY PART | | 17. RESPONDENT(S) (Mother, Friend) | | 18. TYPE INVESTIGATION | | 19. TIME SPENT | |
|---|---|---|---|---|---|---|---|
| all parts of body | 8 5 | victim's father & detective | 1 | ON SITE 1 TELEPHONE 2 OTHER 3 | 2 | 0 8 0 | |

| 20. ATTACHMENTS | | 21. CASE SOURCE | | 22. REVIEWED BY | | | |
|---|---|---|---|---|---|---|---|
| multiple | 9 | newspaper | 0 5 | 83/11 | YR 95 | MO 03 | DAY 22 |

| 23. PERMISSION TO DISCLOSE NAMES | | | | |
|---|---|---|---|---|
| (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | | CPSC MAY NOT DISCLOSE MY NAME | X |

| 24. NARRATIVE (See Instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW | DATE |
|---|---|---|
| See attached. | | |

*Out of Business*

MFR/PRVLER NOTIFIED
_X_ No comments made
___ Comments attached
25C ___ Excisions/Revisions
___ Firm has not requested further notice
3/21/00

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)

CPSC FORM NO. 182 (Revised 10/85)

APPROVED FOR USE THROUGH 5/31/94 OMB NO. 3041-0029

LOOP STRANGULATION ?

MFG. LEVELOR                                AUG 25 1993

| 1. CASE NO. 930303HCC3140 | 2. INVESTIGATOR'S ID 8 1 0 1 | 3. OFFICE CODE 8 6 0 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|
| 4. DATE OF ACCIDENT  YR 9 2  MO 0 3  DAY 0 8 | 5. DATE INVESTIGATION INITIATED  YR 9 3  MO 0 3  DAY 0 3 | | |

6. SYNOPSIS OF ACCIDENT OR COMPLAINT

A ten month old child hanged himself in a mini-blind drawstring cord. The child was in his crib which was adjacent to a window with the mini-blind. The child apparently woke from his nap and became entangled in the cord.

| 7. LOCATION (Home, school, etc.) Home | 1 0 | 8. CITY Rancho Cordova | 9. STATE C A |
|---|---|---|---|
| 10A. FIRST PRODUCT mini venetian blind | 0 6 3 8 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS | Levelor |
| 10B. SECOND PRODUCT crib | 1 5 4 3 | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS | Not known |
| 12. AGE OF VICTIM 2 1 0 | 13. SEX (Use numerical code) MALE -1 FEMALE -2 UNKNOWN -3   1 | 14. DISPOSITION Fatal   8 | 15. INJURY DIAGNOSIS anexia   6 5 |
| 16. BODY PART All   8 5 | 17. RESPONDENT (Mother, Friend) Sheriff   3 | 18. TYPE INVESTIGATION ON SITE 1 TELEPHONE 2 OTHER 3   3 | 19. TIME SPENT   4 |
| 20. ATTACHMENTS Multiple   9 | 21. CASE SOURCE Dept. Health Services   1 2 | 22. REVIEWED BY 8 1 0 1 | YR 9 3  MO 0 8  DAY 1 2 |

23. PERMISSION TO DISCLOSE NAMES
(NON-NEISS CASES ONLY)    CPSC MAY DISCLOSE MY NAME ☐    CPSC MAY NOT DISCLOSE MY NAME ☒

24. NARRATIVE (See Instructions on Other Side)          25. REGIONAL OFFICE DIRECTOR REVIEW          DATE

MFR./RETAILER NOTIFIED
☒ No comments made
__ Comments attached
__ Excisions/Revisions
☒ Firm has not requested further notice
3/24/00

930303HCC3140

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)

MULTI LOOP CORD LEVELON
STRANGULATION

12 JAN 1993
LORENTZEN INC #1

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE | |
|---|---|---|---|
| 921028HCC3034 | 8 2 3 2 | 8 7 0 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |

| 4. DATE OF ACCIDENT | YR | MO | DAY | 5. DATE INVESTIGATION INITIATED | YR | MO | DAY |
|---|---|---|---|---|---|---|---|
| | 9 2 | 0 9 | 0 5 | | 9 2 | 1 1 | 0 4 |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT** A 12 month old male died of strangulation when his neck
became entangled in a venetian blind cord. The victim was in his crib
at the time of the evnet and the cord was hanging adjacent to the crib.
The victim apparently pulled the cord into the crib and placed his head
in the loop at the bottom of the cord.

| 7. LOCATION (Home, school, etc.) | | 8. CITY | 9. STATE | |
|---|---|---|---|---|
| Home Interior | 1 0 | Redmond | Oregon | O R |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS | Riviera Custom |
|---|---|---|---|
| Venetian blind | 0 6 3 8 | Levolor Lorentzen Inc. | |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS | |
|---|---|---|---|
| Crib | | Unknown | |

| 12. AGE OF VICTIM | 13. SEX (Use numerical code) MALE :1 FEMALE :2 UNKNOWN :3 | 14. DISPOSITION | 15. INJURY DIAGNOSIS |
|---|---|---|---|
| 2 1 2 | 1 | Died 8 | Anoxia 6 5 |

| 16. BODY PART | | 17. RESPONDENT(S) (Mother, friend) | 18. TYPE INVESTIGATION ON SITE :1 TELEPHONE :2 OTHER :3 | 19. TIME SPENT |
|---|---|---|---|---|
| All Parts | 8 5 | Father, Official Reports 2 | 1 | 1 2 0 |

| 20. ATTACHMENTS Data sheet Photos, Diagrams, Official Reports, | 21. CASE SOURCE MECAP X2A0259A1 | 1 2 | 22. REVIEWED BY 8 / 4 / | YR MO DAY 9 3 / 4 / 4 |
|---|---|---|---|---|

| 23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | CPSC MAY NOT DISCLOSE MY NAME XX |
|---|---|---|

| 24. NARRATIVE (See Instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW | DATE |
|---|---|---|

The victim's father was interviewd by telephone. Additional infor-
mation was obtained from the official reports. The victim's family
moved out of the house after the event and another family occupied
the home at the time of the on site visit.

921028HCC3034

CPSC FORM NO. 182 (Revised 10/85)

APPROVED FOR USE THROUGH 5/31/94 OMB. NO. 3041-0029

0024597       WC 3173

*WICHT - 7. RVON*

3 DAY BLIND COMPANY CA.

# EPIDEMIOLOGIC INVESTIGATION REPORT

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE |
|---|---|---|
| 920721HCC1775 | 0 6 5 2 | 8 0 0 |

| 4. DATE OF ACCIDENT | | | 5. DATE INVESTIGATION INITIATED | | | |
|---|---|---|---|---|---|---|
| YR | MO | DAY | | YR | MO | DAY |
| 9 2 | 0 3 | 1 7 | | 9 2 | 0 8 | 2 1 |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT** The father of the victim found the victim, a 14 month old male, entangled in venetian blind cords and lying on the floor in the Recreation Room of their home. The cords were wrapped around the victims neck causing asphyxiation from strangulation.

CPSA 6 (b)(1) Cleared 8/11/95

No Mfrs. Problems or ?

| 7. LOCATION (Home, school, etc.) | 8. CITY | | 9. STATE |
|---|---|---|---|
| Home | 1 0 | Madison | N J |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Venetian Blind | 0 6 3 8 | ▓▓▓▓▓▓▓▓ |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| | | |

| 12. AGE OF VICTIM | 13. SEX (Use numerical code) | 14. DISPOSITION | 15. INJURY DIAGNOSIS |
|---|---|---|---|
| 2 1 4 | MALE - 1 / FEMALE - 2 / UNKNOWN - 3    1 | DOA   8 | 6 5 |

| 16. BODY PART | 17. RESPONDENT(S) (Mother, Friend) | 18. TYPE INVESTIGATION | 19. TIME SPENT |
|---|---|---|---|
| 8 5 | Medical Examiner   3 | ON SITE 1 / TELEPHONE 2 / OTHER 3    3 | 5 |

| 20. ATTACHMENTS | 21. CASE SOURCE | 22. REVIEWED BY | | | |
|---|---|---|---|---|---|
| 2 | 1 2 | 8 7 4 2 | YR 9 2 | MO 0 8 | DAY 0 5 |

| 23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | CPSC MAY NOT DISCLOSE MY NAME X |
|---|---|---|

**24. NARRATIVE (See instructions on Other Side)**

25. REGIONAL OFFICE DIRECTOR REVIEW          DATE

NOTES: The victim was 14 months old, measured 79 cm in length, weighed 11.5 kilograms. The circumference of the head was 47 cm. The purpose of the cord was to raise and lower the venetian blinds.

PRE-ACCIDENT: On March 15, 1992, the father of the victim was doing some work in the kitchen adjacent to the Recreation Room where his 3 children were playing. He then proceeded to the basement followed by his two older sons, while the youngest, the victim remained in the Recreation Room. The father was not alarmed at this and when he returned to the Recreation Room, he saw the victim on the floor behind the rocking chair. He did not check on the victim immediately but, when he did he found the double cord from the venetian blinds wound very tight around the victims neck.

ACCIDENT: At the time of the accident the four cords (a loop of double cord) were draped over the arm of the rocking chair. It is not clear if the chair had been climbed by the victim prior to or after being entangled by the cord. The victim was lying on the floor behind the rocking chair and was unresponsive.

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)          0024598

CPSC FORM NO. 182 (Revised 10/85)          APPROVED FOR USE THROUGH 5/31/91 OMB NO. 3041-0029



WC  3174

*HANNOI*  *LOOP CORD.*  *STRANGULATION*  *DELMAR*  *31*

*AUG 31 1993*

| 1 CASE NUMBER 930409HCC1096 | 2 INVESTIGATOR ID 8 1 8 9 | 3 OFFICE CODE 8 0 0 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4 ACCIDENT DATE 9 2 1 2 1 9 | 5 IDI INITIATED 9 3 0 4 1 9 | | |

**6 SYNOPSIS OF ACCIDENT OR COMPLAINT** A three year old male child was hung as he played in his bedroom at his home.  The victim placed the cord of a venetian blind around his neck, and then either fell or jumped off his bed.

| 7 LOCATION Home  Bedroom                   1 0 | 8 CITY Jacksonville | 9 STATE N C |
|---|---|---|

| 10a FIRST PRODUCT Venetian Blinds          0 6 3 8 | 11a TRADE/BRAND NAME/MODEL Del Mar   Huntington Beach, CA *DELMAR* |
|---|---|

| 10b SECOND PRODUCT None          0 0 0 0  0 6 9 4 | 11b TRADE/BRAND NAME/MODEL |
|---|---|

| 12 AGE OF VICTIM 0 0 3 | 13 SEX 1 | 14 DISPOSITION Fatality Released          0 8 | 15 INJURY DIAGNOSIS Anoxia          6 5 |
|---|---|---|---|

| 16 BODY PART APB          8 5 | 17 RESPONDENTS Police   3 Medical Ex. | 18 INVESTIGATION TYPE 2 | 19 TIME SPENT 1 0 . 0 |
|---|---|---|---|

| 20 ATTACHMENTS Multiple          9 | 21 CASE SOURCE Mecap          1 2 | 22 REVIEWED BY 8 3 4 2   9 3 0 8 1 7 |
|---|---|---|

**23 PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
____ CPSC may disclose my name          XXX   CPSC may not disclose my name

| 24 Narrative | 25 REGIONAL DIRECTOR REVIEW          DATE |
|---|---|

INVESTIGATOR NOTIFIED
____ No comments made   2-17-??
____ Comments attached
2SC Excisions/Revisions
____ Firm has not requested
further notice

930409HCC1096

0024599

**WC  3175**

FReSH?   REVerse cond str...   JUL 21 1993

LEVELoR

| 1 CASE NUMBER 930518HCC1131 | 2 INVESTIGATOR ID 8 0 6 4 | 3 OFFICE CODE 8 0 0 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4 ACCIDENT DATE 9 3 0 5 1 5 | 5 IDI INITIATED 9 3 0 6 0 7 | | |

**6 SYNOPSIS OF ACCIDENT OR COMPLAINT**
While alone in her crib, a 10 month old female stood up in the corner of the crib closest to a window and venetian blind and is believed to have reached out for the blinds when she became entangled in the venetian blind cord. This cord became wrapped around the victim's neck which resulted in her death. The cause of death is reported as asphyxia due to hanging. The manner of death is considered accidental.

| 7 LOCATION Home/Bedroom       1 0 | 8 CITY Port St. John | 9 STATE F L |
|---|---|---|

| 10a FIRST PRODUCT Venetian Blind Cord   0 6 3 8 | 11a TRADE/BRAND NAME/MODEL Levelor   ? |
|---|---|
| 10b SECOND PRODUCT Full Size Crib   1 5 4 3 | 11b TRADE/BRAND NAME/MODEL Unknown |

| 12 AGE OF VICTIM 2 1 0 | 13 SEX 2 | 14 DISPOSITION Dead at Scene   8 | 15 INJURY DIAGNOSIS Asphyxia   6 5 |
|---|---|---|---|

| 16 BODY PART Systemic   8 5 | 17 RESPONDENTS Victim's Mother   2 | 18 INVESTIGATION TYPE   1 | 19 TIME SPENT 1 2 . 0 |
|---|---|---|---|

| 20 ATTACHMENTS Multiple   9 | 21 CASE SOURCE MECAP   1 2 | 22 REVIEWED BY 8 1 6 5   9 3 0 7 1 9 |
|---|---|---|

**23 PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
___ CPSC may disclose my name   .   XXX  CPSC may not disclose my name

**24 Narrative** ROBERT L NEVIN S OPiNiON
IF CHILD WAS iN Loop CoRD
BLiNDS WOULD go up TogETHER.
ONE SIDE UP MEANS ONLY ONE CORD
WAS PULLED ON. I beLieve this
WAS A REVERSE CORD STRANGULATION
pictures SHOW No CoRD POSiTioNS oR
BLiND ANGLES. IF CHILD WAS iN PULL CORD
IT WOULD NOT Stop
goiNG UP.

**25 REGIONAL DIRECTOR REVIEW   DATE**
R/PRVLBR NOTIFIED
X No comments made
___ Comments attached
25C Revisions/Revisions
X Firm has not requested
further notice
3/24/00

930518HCC1131

CPSC Form 182

0024600         WC   3176

CHING FENG IND. CHENGFENG          W + MINS   IMG 3,5

| 1. CASE NO. 940126HCC2056 | 2. INVESTIGATOR'S ID 0 7 4 3 | 3. OFFICE CODE C E N | **EPIDEMIOLOGIC INVESTIGATION REPORT** |

| 4. DATE OF ACCIDENT  YR 9 3  MO 0 8  DAY 1 2 | 5. DATE INVESTIGATION INITIATED  YR 9 4  MO 0 1  DAY 2 6 |

6. SYNOPSIS OF ACCIDENT OR COMPLAINT _A 10 month old child was strangled to death by the cord of a window venetian blind installed in a bedroom window_

| 7. LOCATION (Home, school, etc.) Home  1 0 | 8. CITY Ottawa | 9. STATE Kansas  K S |

| 10A. FIRST PRODUCT 0 6 3 8 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS Mini Blind ▮▮▮▮▮▮ |

| 10B. SECOND PRODUCT 0 0 0 0 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS WALMART + CHING FENG. |

| 12. AGE OF VICTIM 2 1 0 | 13. SEX (Use numerical code) MALE -1 FEMALE -2 UNKNOWN -3   3 | 14. DISPOSITION 8 | 15. INJURY DIAGNOSIS 6 5 |

| 16. BODY PART 8 5 | 17. RESPONDENT(S) (Mother, Friend) Attorney  3 | 18. TYPE INVESTIGATION ON SITE 1 TELEPHONE 2 OTHER 3   3 | 19. TIME SPENT 1 0 |

| 20. ATTACHMENTS 2 | 21. CASE SOURCE 1 1 | 22. REVIEWED BY | YR  MO  DAY |

23. PERMISSION TO DISCLOSE NAMES
*(NON-NEISS CASES ONLY)*   CPSC MAY DISCLOSE MY NAME ☐   CPSC MAY NOT DISCLOSE MY NAME ☐

| 24. NARRATIVE (See Instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW   DATE |

CPSA 6 (b)(1) Cleared 8/16/95

___ No Mfrs/Prvt.blrs or
Products Identified
___ Excepted by _____
___ Firms Notified,
Comments Processed.   ✓

0024601

WC   3177

*(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)*

CPSC FORM NO. 182 (Revised 10/85)          APPROVED FOR USE THROUGH 07/31/88 OMB NO. 3041-0029

VERT   Loop arc
MICHIGAN FABRICATING CO   MAY 27 1994   EPDS

| 1 Case Number 940415CCN1214 S440088 | 2 Investigator ID 8 6 8 9 | 3 Office Code 8 3 0 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4 Accident date 9 4 0 4 1 3 | 5 IDI initiated          9 4 0 5 0 2 | | |

6 Synopsis of Accident or complaint   A 3 year old female died when she became entangled in a metal chain from a vertical window blind and strangled.  The incident occurred in the victim's home

CPSA 6 (b)(1) Cleared  9/1/95

✓ No Mfrs/Prvtlblrs or Products Identified

___ Excepted by_____

___ Firms Notified,

| 7 Location          home (bedroom)          1  0 | 8 City   Comments Processed.          TROY | 9 State          M  I |
|---|---|---|
| 10a First Product VERTICAL BLINDS          0 6 3 8 | 11a Trade/Brand name/Model   MODEL UNKNOWN  ▬▬ | |
| 10b Second Product NONE          0 0 0 0 | 11b Trade/Brand name/Model NONE   MICHIGAN FABRICATING CC | |

| 12 Age of Victim          0 0 3 | 13 Sex          2 | 14 Disposition          DIED IN ER          0 8 | 15 Injury diagnosis          ANOXIA          6 |
|---|---|---|---|

| 16 Body part ALL          8 5 | 17 Respondents POLICE DEPT          3 | 18 Investigation type OTHER          3 | 19 Time spent 0 8 . 0 TR= 3 HRS |
|---|---|---|---|

| 20 Attachments * DOCUMENTS          2 | 21 Case Source NEWSPAPER          0 5 | 22 Reviewed by/Date 8311          5-23-94 |
|---|---|---|

23 Permission to disclose names (Non-NEISS cases only)
___ CPSC may disclose my name          XXX   CPSC may not disclose my name

| 24 Narrative | 25 Regional Director review          date |
|---|---|

## ACCIDENT INFORMATION

In 1991, the consumer purchased vertical window blinds for her home.  The blinds were installed by representatives of the retailer where they were purchased.  According to the victim's mother, there was no safety warning on the product only a statement about laying the blinds flat so that they don't warp (when they are not located over the window and for cleaning purposes).  There were no incidents with the blinds until Apr 13, 1994.  At that time, the victim (3 year old female) was watching a movie in the master bedroom (parents's room) on the VCR.  In that location, there was a vertical window blind that had a metal chain.

REPORT   ~WEIGHTED~   VERTICAL BEADED LOOP   TYNINOS  JENCRAFT JUL 29 1994 5/31/94

| 1. CASE NUMBER | 2. INVESTIGATOR'S ID | 3. OFFICE CODE | |
|---|---|---|---|
| 940603HNE5149 | 8 0 5 0 | 8 0 0 | **EPIDEMIOLOGIC** |

| 4. INCIDENT DATE | YR | MO | DAY | 5. DATE IDI INITIATED | YR | MO | DAY | **INVESTIGATION** |
|---|---|---|---|---|---|---|---|---|
| | 9 4 | 05 | 3 1 | | 9 4 | 06 | 03 | **REPORT** |

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**

A 2 year old male child apparently climbed onto a night stand/table next to the bed in the bedroom of the mother's bedroom and somehow entangled his head/neck in a beaded loop pull-cord of a vertical window treatment/blind covering a sliding glass door next to the table. Autopsy performed by the medical examiner's office concluded that the cause of death was accidental due to asphyxia.

| 7. LOCATION  In mother's bedroom at rented house | 1 0 | 8. CITY  Lauderhill | 9. STATE  F L |
|---|---|---|---|

| 10A. FIRST PRODUCT | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|
| Vertical Window Treatment/blind 6 3 8 | Jencraft Brand, Jencraft Corp. 1 Taft Road Totowa, NJ 07512 |

| 10B. SECOND PRODUCT | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|
| Night Stand/Table   0 4 5 7 | Not Indicated |

| 12. AGE OF VICTIM | 13. SEX | 14. DISPOSITION | 15. INJURY DIAGNOSIS |
|---|---|---|---|
| 0 02 | 1 | Dead at hospital   8 | Asphyxia   6 5 |

| 16. BODY PART | | 17. RESPONDENT(S) | 18. INVESTIGATION TYPE | 19. TIME SPENT |
|---|---|---|---|---|
| All parts of Body | 8 5 | Med. Examiner's Office, Sheriff's Dept., Mother   3 | 1 | 2 5. 0 |

| 20. ATTACHMENTS | | 21. CASE SOURCE | 22. REVIEWED BY | YR | MO | DAY |
|---|---|---|---|---|---|---|
| Multi | 9 | Newsarticle-CPSC Incident #N46-0078A   12 | 8 1 6 5 | 9 4 | 0 7 | 2 7 |

**23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**

CPSC MAY DISCLOSE MY NAME~~~~~CPSC MAY NOT DISCLOSE MY NAME  X

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL DIRECTOR REVIEW | DATE |
|---|---|---|

MFR/PRVLBR NOTIFIED
No Comments made
Comments attached
Excisions/Revisions
Firm has not requested further notice

*(USE ADDITIONAL SHEETS IF NECESSARY)*

CPSC FOR NO. 182 (Revised 10/93)(Adapted for WP for Windows & HP LaserJet III Printer 10/93)

0024603

WC   3179