# EXHIBIT A (2)

*REVERSE CORD HANGING    JENCRAFT   3.*
*FLAT CORD STRANGULATION*                 19 SEP 1994

| 1 Case Number 940802CBB3669 | 2 Investigator ID 8 8 3 3 | 3 Office Code 8 7 2 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4 Accident date 9 4 0 7 2 9 | 5 IDI initiated          9 4 0 8 1 1 | | |

6 Synopsis of Accident or complaint On 7/27/94 at approximately 8:00 PM, an eleven month old male was found with a cord of a venetian mini-blind wrapped around his neck. CPR was given and the victim removed to a nearby hospital. He expired 7/29/94 as result of the incident. The cause of death is given as having been "hypoxic encephalopathy resulting from an accidental asphyxiation by a venetian blind cord.

| 7 Location victim's bedroom          1  0 | 8 City Auburn | 9 State          W   A |
|---|---|---|

| 10a First Product mini venetian blinds          0 6 3 8 | 11a Trade/Brand name/Model/Mfgr ▓▓▓▓▓▓▓▓▓▓▓▓ *JENCRAFT* |
|---|---|

| 10b Second Product Baby Crib, Full Size          1 5 4 3 | 11b Trade/Brand name/Model/Mfgr No visible brand name, purchased second hand - *PRISMA* |
|---|---|

| 12 Age of Victim 2  1  1 | 13 Sex          1 | 14 Disposition Died in hospital          8 | 15 Injury diagnosis Strangulation          6 5 |
|---|---|---|---|

| 16 Body part All          8  5 | 17 Respondents Parents/medical exam.'s 3 investigator | 18 Investigation type On-Site          1 | 19 Time spent 0  8 . 0 |
|---|---|---|---|

| 20 Attachments Photos, documents          9 | 21 Case Source MECAP  X485203          1  2 | 22 Reviewed by 8101   940913 |
|---|---|---|

23 Permission to disclose names (Non-NEISS cases only)
___ CPSC may disclose my name          XXX  CPSC may not disclose my name

| 24 Narrative | 25 Regional Director review          date |
|---|---|
| *See attached pages for narrative* | |

CPSA 6 (b)(1) Cleared  9/14/95

L No Mfrs/PrvtLblrs or
Products Identified
____ Excepted by_____
____ Firms Notified,
Comments Processed.

LOOP   HUNTER ~~~~~~
DUETTE   JUN 28 1995

| 1. CASE NO.<br>950330CCC3537 | 2. INVESTIGATOR'S ID<br>[9 ][0 ][3 ][5 ] | 3. OFFICE CODE<br>[8 ][6 ][0 ] | **EPIDEMIOLOGIC**<br>**INVESTIGATION**<br>**REPORT** |
|---|---|---|---|
| 4. DATE OF INCIDENT   YR   MO   DAY<br>[9 ][4 ][1 ][2 ][3 ][1 ] | 5. DATE INVESTIGATION<br>INITIATED | YR   MO   DAY<br>[9 ][5 ][0 ][5 ][1 ][9 ] | |

SH A i

?

**6. SYNOPSIS OF INCIDENT OR COMPLAINT** A two year old male died as the result of asphyxiation, due to cord ligature hanging
from a window blind cord at his residence.

MFR/PRVLBR NOTIFIED
Oly - New
No Comments made
Comments attached
Excisions/Revisions
Firm has not requested
further notice Ju 8/20/98

| 7. LOCATION (Home, school, etc.)<br>Home                          [1 ][0 ] | 8. CITY<br>Coto De Caza | 9. STATE<br>CA |
|---|---|---|

| 10A. FIRST PRODUCT<br>Window Shade          [0 ][6 ][3 ][8 ]<br>BLINDS   0638 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS<br>Duette, Hunter Douglas Window Fashions Division, One Duette Way,<br>Broomfield, CO 80020, 1-800-4-Duette |
|---|---|
| 10B. SECOND PRODUCT<br>N/A                  [ ][ ][ ][ ] | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS<br>N/A<br>DUETTE |

| 12. AGE OF VICTIM<br>[0 ][0 ][2 ] | 13. SEX (USE NUMERICAL CODE)<br>MALE - 1<br>FEMALE - 2       [1 ]<br>UNKNOWN- 3 | 14. DISPOSITION<br>DOA<br>[8 ] | 15. INJURY DIAGNOSIS<br>Asphyxiation<br>[6 ][5 ] |
|---|---|---|---|

| 16. BODY PART<br>[8 ][5 ] | 17. RESPONDENT(S) (Mother, Friend)<br>Mother & Father<br>[1 ] | 18. TYPE INVESTIGATION<br>ON SITE  - 1<br>TELEPHONE - 2      [1 ]<br>OTHER    - 3 | 19. TIME SPENT<br>[1 ][4 ].[5 ] |
|---|---|---|---|

| 20. ATTACHMENTS<br>Multiple             [9 ] | 21. CASE SOURCE<br>[1 ][2 ] MECAP | 22. REVIEWED BY      YR   MO   DAY |
|---|---|---|

**23. PERMISSION TO DISCLOSE NAMES**
*(NON-NEISS CASES ONLY)*   CPSC MAY DISCLOSE MY NAME [   ]   CPSC MAY NOT DISCLOSE MY NAME [XX ]

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL OFFICE DIRECTOR REVIEW      DATE |
|---|---|

The narrative report and exhibits are attached.

0024605

*(USE ADDITIONAL SHEETS IF NECESSARY)*

CPSC FOR NO. 182 (Revised 10/93) (Adapted for WP for Windows & Epson LQ-1170 Printer 10/93)

WC   3181

SECI   WRAP A ROUND   23 MAR 1995

| 1. CASE NUMBER 950216CCC1367 | 2. INVESTIGATOR'S ID 8930 | 3. OFFICE CODE 8 0 0 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4. INCIDENT DATE   YR   MO   DAY 950130 | 5. DATE EDI INITIATED   YR   MO   DAY 950307 | | |

S H A D E

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**
A 3 year old male died of asphyxiation when the cord from a window shade wrapped around his neck, leaving him hanging from the cord.

| 7. LOCATION Home   1 0 | 8. CITY Chappaqua | 9. STATE   N Y |
|---|---|---|

| 10A. FIRST PRODUCT window shade   0 6 3 8 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS Hunter Douglas 2 Parkway Upper Saddle River, NJ 07458 #951 |
|---|---|
| 10B. SECOND PRODUCT   0 0 0 0 | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS HUNTER DOUGLAS |

| 12. AGE OF VICTIM 003 | 13. SEX male   1 | 14. DISPOSITION Dead   0 8 | 15. INJURY DIAGNOSIS Asphyxiation   6 5 |
|---|---|---|---|
| 16. BODY PART all parts   8 5 | 17. RESPONDENT(S) victim's mother, police   1 | 18. INVESTIGATION TYPE other   3 | 19. TIME SPENT 1 0. 0 |
| 20. ATTACHMENTS multiple   9 | 21. CASE SOURCE MECAP   1 2 | 22. REVIEWED BY 8 3 4 2 | YR   MO   DAY 95 03 15 |

**23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
CPSC MAY DISCLOSE MY NAME ___   CPSC MAY NOT DISCLOSE MY NAME   x

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL DIRECTOR REVIEW   DATE B ES   3/17/95 |
|---|---|

MFR/PRVLBR NOTIFIED   jm 8/20/98
No Comments made
Comments attached
Excisions/Revisions
Firm has not requested further notice
25c

*(USE ADDITIONAL SHEETS IF NECESSARY)*   0024606

CPSC FOR NO. 182 (Revised 10/93)(Adapted for WP for Windows & HP Laserjet III Printer 10/93)

WC   3182

VERX ' ' STRANGULATION — OTHER INCIDENTS WITH CHAINS
5 6 JULY, 1995

| 1. CASE NO.<br>950410CCC3574 | 2. INVESTIGATOR'S ID<br>[8 ][2 ][3 ][2 ] | 3. OFFICE CODE<br>[8 ][7 ][0 ] | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|
| 4. DATE OF INCIDENT YR MO DAY<br>[9 ][5 ][0 ][3 ][2 ][6 ] | 5. DATE INVESTIGATION<br>INITIATED | YR MO DAY<br>[9 ][5 ][0 ][4 ][1 ][4 ] | |

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**

A two year old male died as a result of hanging by her neck in the loop of a beaded chain which operates vertical blinds. The victim was alone in her bedroom at the time of the event. She apparently fell or jumped from the window sill with the chain loop around her neck. The victim was alone for approximately 20 minutes and was found unconcious by her mother. Resuscitation efforts were unsucessfull and the victim was pronounced dead at a local hospital.

COMMERCIAL INTERIOR CONCEPTS

| 7. LOCATION (Home, school, etc.)<br>home, interior    [1 ][0 ] | 8. CITY<br>Salem, OR | 9. STATE<br>Oregon [OR] |
|---|---|---|

| 10A. FIRST PRODUCT<br>vertcal blind [0 ][6 ][3 ][8 ] | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS<br>Commercial Interior Concepts<br>Beaverton OR  97005 |
|---|---|
| 10B. SECOND PRODUCT<br>[ ][ ][ ][ ] | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |

| 12. AGE OF VICTIM<br>[0 ][0 ][2 ] | 13. SEX (USE NUMERICAL CODE)<br>MALE  - 1<br>FEMALE - 2    [1 ]<br>UNKNOWN- 3 | 14. DISPOSITION<br>died in ER<br>[8 ] | 15. INJURY DIAGNOSIS<br>anoxia<br>[6 ][5 ] |
|---|---|---|---|

| 16. BODY PART<br>all parts<br>[8 ][5 ] | 17. RESPONDENT(S) (Mother, Friend)<br>mother ,housing administrator<br>[2 ] | 18. TYPE INVESTIGATION<br>ON SITE  - 1<br>TELEPHONE - 2    [1 ]<br>OTHER   - 3 | 19. TIME SPENT<br>[1 ][6 ].[0 ] |
|---|---|---|---|

| 20. ATTACHMENTS<br>[9 ]<br>reports, photos, diagrams | 21. CASE SOURCE<br>[1 ][2 ]<br>MECAP  X540853 | 22. REVIEWED BY<br>[8][/][0][/] | YR MO DAY<br>[9][5][0][5][3][0] |
|---|---|---|---|

**23. PERMISSION TO DISCLOSE NAMES**

(NON-NEISS CASES ONLY)  CPSC MAY DISCLOSE MY NAME [  ]    CPSC MAY NOT DISCLOSE MY NAME [ X ]

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL OFFICE DIRECTOR REVIEW    DATE |
|---|---|

The respondents were the victim's mother and the admistrator for the public housing where the event occured.

MFR/PRVLBR NOTIFIED
__X__No comments made
_____Comments attached
25C Excisions/Revisions
_____Firm has not requested
      further notice

3/21/00

(USE ADDITIONAL SHEETS IF NECESSARY)

CPSC FOR NO. 182 (Revised 10/93)(Adapted for WP for Windows & Epson LQ-1070 Printer 10/93)

0024607                    WC  3183

*LOOP STRANGULATION*

*LEVELOR*     2 1 AUG 1996     *EHDS*

| 1 Case Number<br>960717CCC5351 | 2 Investigator ID<br>8 6 8 9 | 3 Office Code<br>8 3 0 | EPIDEMIOLOGIC<br>INVESTIGATION<br>REPORT |
|---|---|---|---|
| 4 Accident date<br>9 6 0 7 1 3 | 5 IDI initiated<br>9 6 0 8 1 2 | | |

6 Synopsis of Accident or complaint  A 3 year old female that had cerebral palsy died
as a result of being entangled in a loop from the cord of mini-blinds.

*MFR/RVLER NOTIFIED*
X No comments made
— Comments attached   3/24/00
RSC Provisions/Revisions
X Firm has met requirements
   further action

| 7 Location<br>Home | 1  0 | 8 City<br>Oak Park | 9 State<br>M I |
|---|---|---|---|

| 10a First Product<br>mini-blinds | 0 6 3 8 | 11a Trade/Brand name/Model Levolor Inc<br>25 Green Pond Rd<br>Rockaway, N. Jersey 07866 |
|---|---|---|

| 10b Second Product<br>na | X X X X | 11b Trade/Brand name/Model<br>na |
|---|---|---|

| 12 Age of Victim<br>0 0 3 | 13 Sex<br>2 | 14 Disposition<br>DOA     0  8 | 15 Injury diagnosis<br>Anoxia          . 6 5 |
|---|---|---|---|

| 16 Body part<br>all       8  5 | 17 Respondents<br>Detective       3 | 18 Investigation type<br>other       3 | 19 Time spent<br>0  9 . 0<br>tr= 3 hrs |
|---|---|---|---|

| 20 Attachments<br>police report    2 | 21 Case Source<br>newspaper      0  7 | 22 Reviewed by/Date<br>8311    960819 |
|---|---|---|

23 Permission to disclose names (Non-NEISS cases only)
___ CPSC may disclose my name      xxx  CPSC may not disclose my name

| 24 Narrative | 25 Regional Director review       date |
|---|---|

Pre-Accident

All information contained within this report was obtained from the detective who
investigated this case, save for the identification and age of the product which was
obtained from the victim's step-mother.

The victim was a female who was a crack baby and also had cerebral palsy.  She was
adopted approximately 2 years ago when the child was one year old.

CPSC Form 182                          0024608

WC  3184

NOT A Real MiNi BLIND

CPSC FORM NO. 167  [Rev.  8/86] [Adapted for WP Windows 4/93][HP Laserjet III 10/93]

| 1. CASE NUMBER 960520CNE5140 | | 2. INVESTIGATOR'S ID 8 2 5 1 | 3. OFFICE CODE 8 0 0 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|---|
| 4. INCIDENT DATE  YR   MO   DAY 9 6   0 5   1 7 | | 5. DATE IDI INITIATED   YR   MO   DAY 9 6   0 6   0 1 | | |

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**

A 3 year old female died as a result of ligature hanging, after being suspended by the neck from a venetian blind cord, while in a standing position on her bed.

*(handwritten annotations): No Comments made / Comments attached / Excisions/Revisions / Firm has not requested / further notice*

| 7. LOCATION Home, Bedroom        1 0 | 8. CITY Boca Raton | | 9. STATE                     F L |
|---|---|---|---|
| 10A. FIRST PRODUCT Venetian Blinds        0 6 3 8 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS Hunter Douglas Fabrications 11420 Reeder Road Dallas, Texas 75229 | | |
| 10B. SECOND PRODUCT        0 6 9 4   0 0 0 0 | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS DUETTE | | |

| 12. AGE OF VICTIM 0 0 3 | 13. SEX 2 | 14. DISPOSITION Dead In Hospital        8 | 15. INJURY DIAGNOSIS Anoxia        6 5 |
|---|---|---|---|
| 16. BODY PART        8 5 | 17. RESPONDENT(S) Father        2 | 18. INVESTIGATION TYPE        1 | 1 8. 0 |
| 20. ATTACHMENTS Multi        9 | 21. CASE SOURCE Newspaper        0 5 | 22. REVIEWED BY  8 3 4 2 | YR   MO   DAY 9 6   0 7   0 2 |

**23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
CPSC MAY DISCLOSE MY NAME  _X_ CPSC MAY NOT DISCLOSE MY NAME ___

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL DIRECTOR REVIEW                DATE 1-2-96 |
|---|---|

*(USE ADDITIONAL SHEETS IF NECESSARY)*

0024609

CPSC FOR NO. 182 [Revised 10/93][Adapted for WP for Windows & HP Laserjet III Printer 10/93]

WC   3185

*Loop Copy*

*STRANGULATION*        *INDUSTRIES*

| 1. TASK NUMBER<br>970619CCC3227 | 2. INVESTIGATOR'S ID<br>8310 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|

| 3. OFFICE CODE<br><br>871 | 4. DATE OF ACCIDENT<br>8-8-96 | 5. DATE INITIATED<br>7-15-97 | |
|---|---|---|---|

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**

A one year old female was temporarily alone in the livingroom of her home. She climbed up onto the ledge of a window and got her neck entangled in the pull cord of a miniblind. She was found unconscious by her mother and emergency personnel were summoned. The child was hospitalized, but she was not revived.

*MFR/PRVLER NOTIFIED*   3/24/00

*overall* No comments made

Comments attached

25 c   Excisions/Revisions

Firm has not requested

Further Action

| 7. LOCATION (Home, School, etc.)<br>Livingroom 10- | 8. CITY<br>Corona | | |  CA |
|---|---|---|---|---|

| 10A. FIRST PRODUCT<br>Miniblind 0638 | 10B. TRADE/BRAND NAME<br>Graber Brentwood White | | 10C. MODEL NUMBER<br>3356 |
|---|---|---|---|

| 10D. MANUFACTURER NAME AND ADDRESS<br>Springs Window Fashions, Inc.<br>South Carolina |
|---|

| 11A. SECOND PRODUCT<br>NONE   1870 | 11B. TRADE/BRAND NAME | 11C. MODEL NUMBER |
|---|---|---|

| 11D. MANUFACTURER NAME AND ADDRESS |
|---|

| 12. AGE OF VICTIM<br>222 | 13. SEX<br>Female 2 | 14. DISPOSITION<br>Expired at hospital 8 | 15. INJURY DIAGNOSIS<br>Strangulation 65 |
|---|---|---|---|

| 16. BODY PART (S) INVOLVED<br>All 85 | 17. RESPONDENT<br>Mother 2 | 18. TYPE OF INVESTIGATION<br>Onsite 1 | 19. TIME SPENT (OPERATIONAL HOURS)<br>30 |
|---|---|---|---|

| 20. ATTACHMENT(S)<br>Multiple 9 | 21. CASE SOURCE<br>Coroner 12 | 22. SAMPLE COLLECTION NUMBER<br>NONE |
|---|---|---|

| 23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY)<br>NO |
|---|

| 24. REVIEW DATE<br>Sept. 29, 1997 | 25. REVIEWED BY<br>Keven Barton (SPSI) | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

| 27. DISTRIBUTION<br>O:EHDS   CC:CCA, FOWR |
|---|

CPSC FORM 182 (REVISED 10/93) Approved through 5-31-00 OMB NO. 3041-

*HAS To BE WRAP A ROUND! 2·15-49* *35 HUNTR Dougla! BLINI*

| 1. TASK NUMBER *C97C5026*<br>981020CCC3026 | -2. INVESTIGATOR'S ID<br>8940 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|
| 3. OFFICE CODE<br>860 | 4. DATE OF ACCIDENT YR MO DAY<br>1997/01/08 | 5. DATE INITIATED YR MO DAY<br>1998/11/02 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**     UPC

A 3-year-old female died of asphyxia due to hanging in a mini-blind cord while being cared for by her parents in a single family home in Houston, TX.

| 7. LOCATION (Home, School, etc.)<br>Home, Indoors 1 | 8. CITY<br>Houston | 9. STATE<br>TX |
|---|---|---|
| 10A. FIRST PRODUCT<br>Blinds 0638 | 10B. TRADE/BRAND NAME<br>Flexalum | 10C. MODEL NUMBER<br>UNK |

10D. MANUFACTURER NAME AND ADDRESS
Gulf Coast Window Covering
Houston, TX

| 11A. SECOND PRODUCT<br>none | 11B. TRADE/BRAND NAME *HUNTER DOUGLAS* none | 11C. MODEL NUMBER<br>none |
|---|---|---|

11D. MANUFACTURER NAME AND ADDRESS
none

| 12. AGE OF VICTIM<br>003 | 13. SEX<br>Female 2 | 14. DISPOSITION<br>Death 8 | 15. INJURY DIAGNOSIS<br>Anoxia 65 |
|---|---|---|---|
| 16. BODY PART(S) INVOLVED<br>All 85 | 17. RESPONDENT<br>Attorney 3 | 18. TYPE OF INVESTIGATION<br>tele-2 | 19. TIME SPENT (OPERATIONAL HOURS)<br>9 |
| 20. ATTACHMENT(S)<br>Photo 1 | 21. CASE SOURCE<br>Law Firm 11 | 22. SAMPLE COLLECTION NUMBER<br>N/A | |

23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY) NO
MFR/PRVLBR NOTIFIED
No comments made

| 24. REVIEW DATE<br>12/15/98 | 25. REVIEWED BY<br>Sidney C. Englander | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

Comments attached Decisions/Revisions
Firm has not requested further notice
7/13/99

27. DISTRIBUTION
O: EHDS   CC: CHP(RRauchschwalbe)

*JENCRAFT*
*WRAP-A-ROUND-14M-TASSELS*  4-36-99

| 1. TASK NUMBER 981001CCC4014 | 2. INVESTIGATOR'S ID 8310 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|
| 3. OFFICE CODE 871 | 4. DATE OF ACCIDENT YR MO DAY 4-17-97 | 5. DATE INITIATED YR MO DAY 10-19-98 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**    UPC

A 14 month old male was strangled in the cords from a mini-blind. He was found unresponsive in his bedroom with the cords around his neck. Resuscitation efforts were unsuccessful.

?

| 7. LOCATION (Home, School, etc.) Home 1 | 8. CITY El Cajon | 9. STATE CA |
|---|---|---|
| 10A. FIRST PRODUCT Mini-blinds 0638 | 10B. TRADE/BRAND NAME Jencraft | 10C. MODEL NUMBER F05 |

**10D. MANUFACTURER NAME AND ADDRESS**
Jencraft, 3000 W. U.S. Highway 83, McAllen, TX 78501

| 11A. SECOND PRODUCT None | 11B. TRADE/BRAND NAME | 11C. MODEL NUMBER |
|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS**

| 12. AGE OF VICTIM 214 | 13. SEX Male 1 | 14. DISPOSITION Expired at hosp. 8 | 15. INJURY DIAGNOSIS Anoxia 65 |
|---|---|---|---|
| 16. BODY PART(S) INVOLVED All 85 | 17. RESPONDENT Official Rpts. 3 | 18. TYPE OF INVESTIGATION Other 3 | 19. TIME SPENT (OPERATIONAL HOURS) 16 |
| 20. ATTACHMENT(S) Multiple 9 | 21. CASE SOURCE Coroner 12 | 22. SAMPLE COLLECTION NUMBER None | |

| 23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY) NO |
|---|

| 24. REVIEW DATE April 08, 1999 | 25. REVIEWED BY: Keven Barton 9035 | 26. REGIONAL OFFICE DIRECTOR: Frank Nava |
|---|---|---|

**27. DISTRIBUTION**    O: EHDS (M.McDonald)  CC: FOWR (K.Barton), CRC/SIU (R. Rauchschwalbe).  Travel: 1 hour

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

MFR/PRVLBR NOTIFIED
____ No comments made
____ Comments attached
____ Excisions/Revisions
____ Firm has not requested
    further notice RTF
    10/18/99

0024612

WC 3188

*NO  MANUFACTURER*

36

| 1. CASE NO.<br>971119CWE5009 | 2. INVESTIGATOR ID<br>8101 | 3. OFFICE CODE<br>860 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|
| 4. DATE OF INCIDENT<br>971108 | 5. DATE INITIATED<br>971119 | | |

**6. SYNOPSIS OF INCIDENT OF COMPLAINT**
A 14 month old male child hanged himself in the pull cord of a mini-blind while in his crib. The child was found with his head through the loop of the pull cord. The child had a history of playing with the blinds and the parents had raised the blinds to prevent this. The victim was able to reach the cord and pull it into his crib.

*Mrs. purge* MFR/PRVLAR NOTIFIED 3/31/00
___ No comments made
___ Comments attached
3,4,6,43 Excisions/Revisions
___ Firm has not request···
____ notice

| 7. LOCATION<br>apartment 10 | 8. CITY<br>Rancho Cordova | 9. STATE<br>CA |
|---|---|---|
| 10A. FIRST PRODUCT<br>Mini-blinds    0638 | 10B. TRADE/BRAND NAME | 10C. MODEL NUMBER |

**10D. MANUFACTURER NAME AND ADDRESS**

| 11A. SECOND PRODUCT<br>crib    1543 | 11B. TRADE/BRAND NAME<br>Not known | 11C. MODEL NUMBER |
|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS**

| 12. AGE OF VICTIM<br>214 | 13. SEX<br>1 | 14. DISPOSITION<br>fatal    8 | 15. INJURY DIAGNOSIS<br>anoxia    65 |
|---|---|---|---|
| 16. BODY PART<br>all    85 | 17. RESPONDENT<br>sheriff    3 | 18. TYPE INVESTIGATION<br>other    3 | 19. TIME SPENT<br>12 |
| 20. CATEGORY ID<br>Sect 15 1998 | 21. CASE SOURCE -<br>consumer complaint    07<br>H97B0215A | 22. SAMPLE COLLECTION NUMBER | |

| 23. PERMISSION TO DISCLOSE NAMES *(NON-NEISS CASES ONLY)* | YES: | NO: |
|---|---|---|

| 24. REVIEW DATE<br>980119 | 25. REVIEW BY<br>8101 | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

*B A N G I N G*   " *BALI* " *SPRINGS* w *I N D O W* FASHI*o*   18 FEB 1998

| 1. CASE NO.<br>980109CCC2177 | 2. INVESTIGATOR'S ID<br>[8 ][1 ][5 ][6 ] | 3. OFFICE CODE<br>[8 ][3 ][0 ] | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|
| 4. DATE OF INCIDENT YR   MO   DAY<br>[9 ][7 ][1 ][1 ][2 ][7 ] | 5. DATE INVESTIGATION INITIATED   YR   MO   DAY<br>[9 ][8 ][0 ][1 ][1 ][6 ] | | |

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**

The 1 1/2 old female victim was playing in a bedroom with her 3 year old sister. The victim was helped up on a the bed by her 3 year old sister. Adjacent to the bed was a window that had a venetian blind installed. The cord from the venetian blind was hanging within reach of the bed. The victim grabbed the cord and placed it around her neck. Reportedly, she loss her balance and was accidentally hung by the cord. She died at the hospital from anoxic encephalopathy due to external neck compression.

| 7. LOCATION (Home, school, etc.)<br>Home | 8. CITY<br>[1 ][0 ] Mendota Heights | 9. STATE<br>Minnesota |
|---|---|---|

| 10A. FIRST PRODUCT<br>Venetian Blind          [0 ][6 ][3 ][8 ] | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS<br>"Bali"    Springs Window Fashions, Inc; 7549 Graybery Road; Middleton, WI 53562 |
|---|---|
| 10B. SECOND PRODUCT<br>None          [0 ][0 ][0 ][0 ] | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS<br>N/A |

| 12. AGE OF VICTIM<br>[2 ][2 ][0 ] | 13. SEX (USE NUMERICAL CODE)<br>MALE  - 1<br>FEMALE - 2    [2 ]<br>UNKNOWN- 3 | 14. DISPOSITION<br>Fatality    [8 ] | 15. INJURY DIAGNOSIS<br>Anoxia    [6 ][5 ] |
|---|---|---|---|

| 16. BODY PART<br>APB    [8 ][5 ] | 17. RESPONDENT(S) (Mother, Friend)<br>Attorney, Police          [2 ] | 18. TYPE INVESTIGATION<br>ON SITE  - 1<br>TELEPHONE - 2    [1 ]<br>OTHER    - 3 | 19. TIME SPENT<br>[0 ][8 ].[0 ]<br>2- Travel |
|---|---|---|---|

| 20. ATTACHMENTS<br>Photos, etc.          [9 ] | 21. CASE SOURCE<br>Death Certificate          [0 ][2 ] | 22. REVIEWED BY<br>[8][3][1][1] | YR   MO   DAY<br>[9][8][0][2][0][6] |
|---|---|---|---|

**23. PERMISSION TO DISCLOSE NAMES**
*(NON-NEISS CASES ONLY)*   CPSC MAY DISCLOSE MY NAME [  ]   CPSC MAY NOT DISCLOSE MY NAME [X  ]

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL OFFICE DIRECTOR REVIEW   DATE |
|---|---|
| See Attached | MFR/PRVLDR ... <br> No comments <br> Comments attached <br> Revisions/Revisio <br> Firm has not request <br> further notice <br> 3-24-00 |

*(USE ADDITIONAL SHEETS IF NECESSARY)*

CPSC FORM NO. 182 (Approved for use thru 5/31/2000,   OMB No. 3045-1-0029.)

WC   3190

0024614

*LOOP OR WITH ... AROUND ?*    *KENNEY MFG*

| 1. TASK NUMBER<br>980209CCC3581<br>*H9820051* | 2. INVESTIGATOR'S ID<br>8940 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|
| 3. OFFICE CODE<br>860 | 4. DATE OF ACCIDENT<br>YR MO DAY<br>98/01/30 | 5. DATE INITIATED<br>YR MO DAY<br>98/02 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT                    UPC**
A 3-year-old male died as a result of asphyxia due to hanging on a beaded, vertical patio blind in his apartment.  The mother of the victim reportedly fell asleep on the dining room floor with the victim, while watching television.  When the mother awoke, she found the victim hanging by his neck on the vertical blinds beaded cord.  The product was partially identified and the beaded cord was photographed.  The parents of the victim were unable to be contacted for an interview.

| 7. LOCATION (Home, School, etc.)<br>Home     10 | 8. CITY<br>Houston | 9. STATE<br>TX |
|---|---|---|
| 10A. FIRST PRODUCT<br>Vertical Patio Blinds<br>0638 | 10B. TRADE/BRAND NAME<br>Kenney Mfg. | 10C. MODEL NUMBER<br>Unknown |

10D. MANUFACTURER NAME AND ADDRESS
Kenney Manufacturing
1000 Jefferson Blvd
Warwick, RI  02886

| 11A. SECOND PRODUCT | 11B. TRADE/BRAND NAME | MFR/PR/LBR NOTIFIED NUMBER<br>☑ No comments made<br>☐ Comments attached<br>*Ex.3,25(d)* ☐ Exclusions/Revisions<br>☑ Firm has not requested further notice.<br>*7/13/99* |
|---|---|---|
| 11D. MANUFACTURER NAME AND ADDRESS | | |

| 12. AGE OF VICTIM<br>003 | 13. SEX<br>1 Male | 14. DISPOSITION<br>Fatality<br>8 | 15. INJURY DIAGNOSIS<br>Asphyxia due to hanging<br>65 |
|---|---|---|---|
| 16. BODY PART(S) INVOLVED<br>All<br>85 | 17. RESPONDENT<br>Second-Hand Info Only 3 | 18. TYPE OF INVESTIGATION<br>Tele<br>2 | 19. TIME SPENT (OPERATIONAL HOURS)<br>18 |
| 20. ATTACHMENT(S)<br>Multi<br>9 | 21. CASE SOURCE<br>Consumer Complaint (Atty)<br>07 | 22. SAMPLE COLLECTION NUMBER<br>N/A | |

23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY)
NO

| 24. REVIEW DATE<br>*4/3/98* | 25. REVIEWED BY<br>SIDNEY C ENGLANDER | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

27. DISTRIBUTION
O:EHDS   CC: *FLER corr, CO*

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

*H9820051 A*        0024615        **WC   3191**

CORD POSITION - UNKNOWN   WRAPAROUND > 214198
OR LOOP   JENCRAFT

| 1. TASK NUMBER 980305CBB5364 | | 2. INVESTIGATOR'S ID 8123 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|
| 3. OFFICE CODE 830 | 4. DATE OF ACCIDENT YR MO DAY 980204 | 5. DATE INITIATED YR MO DAY 980319 | |

| 6. SYNOPSIS OF ACCIDENT OR COMPLAINT          UPC |
|---|
| A two year old male was strangled in an incident involving a two-strand cord on a mini-blind on his bedroom window. He was playing in his room and apparently climbed onto a youth chair to look out the window and then wrapped the cord around his neck. He either fell or jumped off the chair and hung himself. The blinds were installed in the mid to late 1980's. |

| 7. LOCATION(Home,School,etc.) home          10 | 8. CITY Eddyville | 9. STATE IA |
|---|---|---|
| 10A. FIRST PRODUCT mini-blind 0638 | 10B. TRADE/BRAND NAME Jencraft | 10C. MODEL NUMBER |

| 10D. MANUFACTURER NAME AND ADDRESS |
|---|
| ~~Kirsch Co~~ ~~524 W. Stephenson Street~~ ~~Freeport, IL 61032~~        mfgr. is Jencraft |

| 11A. SECOND PRODUCT None          0000 | 11B. TRADE/BRAND NAME      MFR/PRVLBR NO | 11C. MODEL NUMBER |
|---|---|---|
| | | No Comments made Comments attached Excisions/Revisions Firm has not requested further notice /pr 10/11/98 |

| 11D. MANUFACTURER NAME AND ADDRESS |
|---|

| 12. AGE OF VICTIM 002 | 13. SEX 1 | 14. DISPOSITION DOA          8 | 15. INJURY-DIAGNOSIS strangulation 65 |
|---|---|---|---|
| 16. BODY PART (S) INVOLVED all parts 85 | 17. RESPONDENT Mother, atty 3 | 18. TYPE OF INVESTIGATION other          3 | 19. TIME SPENT (OPERATIONAL HOURS) 6.0 3.0 travel |

| 20. ATTACHMENT(S) multi          9 | 21. CASE SOURCE cons. complt.07 | 22. SAMPLE COLLECTION NUMBER None |
|---|---|---|

| 23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY) yes |
|---|

| 24. REVIEW DATE 980421 | 25. REVIEWED BY 8311 | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

| 27. DISTRIBUTION |
|---|
| O=EHDS,  cc=CHP, L. Saltzman/R. Rauchschwalbe, cc=FOCR IDI file, cc=FOCR EI file |

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

JENCRAFT  JENCRAFT   2\28\98

CHILD IS 3½ ABOVE KNOT
"BUT" 10 INCHES ABOVE
SMALLER LOOPS

| | | |
|---|---|---|
| **1. TASK NUMBER** 980326CCC0231 | **2. INVESTIGATOR'S ID** 8251 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
| **3. OFFICE CODE** 800 | **4. DATE OF ACCIDENT** YR MO DAY 98 02 28 | **5. DATE INITIATED** YR MO DAY 98 04 08 |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**   UPC

A twenty month old female was found unresponsive, not breathing, with ligature abrasions on her neck when she hung herself inside a venetian blind cord. The cause of death was hanging.

| **7. LOCATION (Home, School, etc.)** Home   10 | **8. CITY** Miami | **9. STATE** Florida   FL |
|---|---|---|
| **10A. FIRST PRODUCT** Venetian Blinds   0638 | **10B. TRADE/BRAND NAME** "Jencraft" | **10C. MODEL NUMBER** *EBShade |

**10D. DISTRIBUTOR: NAME AND ADDRESS**
****Unknown (Made in China)

MFR/PRVLBR NOTIFIED
No Comments
Comments attached
ZSc  Excisions/Revisions
Firm has not requested further notice   RM 10/22/98

| **11A. SECOND PRODUCT** Couch   0679 | **11B. TRADE/BRAND NAME** Unavailable | **11C. MODEL NUMBER** Unavailable |
|---|---|---|

**11D. DISTRIBUTOR: NAME AND ADDRESS**
Unavailable

| **12. AGE OF VICTIM** 202 | **13. SEX** 2 | **14. DISPOSITION** Died in ER   8 | **15. INJURY DIAGNOSIS** Anoxia   65 |
|---|---|---|---|
| **16. BODY PART(S) INVOLVED** All Parts   85 | **17. RESPONDENT** Medical Examiner   03 | **18. TYPE OF INVESTIGATION** 3 | **19. TIME SPENT (OPERATIONAL HOURS)** 021 |
| **20. ATTACHMENT(S)** Multiple   09 | **21. CASE SOURCE** MECAP   12 | **22. SAMPLE COLLECTION NUMBER** none | |

**23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY)**
No

| **24. REVIEW DATE** | **25. REVIEWED BY** 8342 | **26. REGIONAL OFFICE DIRECTOR** |
|---|---|---|

**27. DISTRIBUTION**
O:                    CC:

CPSC FORM 182 (REVISED 12/96)                    OMB NO. 3041-0029

MFR/PRVLBR NOTIFIED
___ No comments made
___ Comments attached
ZSc Excisions/Revisions
___ Firm has not requested
    further notice RM
    10/18/99

| 1. TASK NUMBER | | 2. INVESTIGATOR'S ID | | |
|---|---|---|---|---|
| 990618CWE6004 | | 8953 | | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
| 3. OFFICE CODE | 4. DATE OF ACCIDENT YR MO DAY | 5. DATE INITIATED YR MO DAY | | |
| 860 | 990615 | 990616 | | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**                    UPC

2 1/2-year-old female was watching TV alone for about 5 - 10 minutes, and was discovered by her grandmother hanging by her neck from the metal beaded chain cord of the vertical window blind. Victim pronounced dead in the hospital. The blind cord was normally tied to itself and kept out of the victim's reach, but on this day the grandmother forgot to tie it and it hung in a continuous loop within the victim's reach.

| 7. LOCATION (Home, School, etc.) | 8. CITY | 9. STATE |
|---|---|---|
| home  1 | Walnut Creek | CA |
| 10A. FIRST PRODUCT | 10B. TRADE/BRAND NAME | 10C. MODEL NUMBER |
| window blind  0638 | Graber | unknown |

**10D. MANUFACTURER NAME AND ADDRESS**
Springs/Graber
7549 Graber Rd., Middleton, WI

| 11A. SECOND PRODUCT | 11B. TRADE/BRAND NAME | 11C. MODEL NUMBER |
|---|---|---|
| n/a | n/a | n/a |

**11D. MANUFACTURER NAME AND ADDRESS**
n/a

| 12. AGE OF VICTIM | 13. SEX | 14. DISPOSITION | 15. INJURY DIAGNOSIS |
|---|---|---|---|
| 002 | female  2 | died  8 | asphyxia  65 |
| 16. BODY PART(S) INVOLVED | 17. RESPONDENT | 18. TYPE OF INVESTIGATION | 19. TIME SPENT (OPERATIONAL HOURS) |
| all  85 | parents  3 | on-site  1 | 24.0 |
| 20. ATTACHMENT(S) | 21. CASE SOURCE | 22. SAMPLE COLLECTION NUMBER | |
| multiple  9 | newspaper 05 #F9966004A | | |

**23. PERMISSION TO DISCLOSE NAMES   (NON NEISS CASES ONLY)**   Yes

| 24. REVIEW DATE | 25. REVIEWED BY | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|
| 990817 | 8101 | |

**27. DISTRIBUTION**
O:EHDS   CC:

MFG/FIRM NOTIFIED
Overruled  No comments made
Comments attached
Revisions
Firm has not
further notice
4-3-00 AB

CPSC FORM 182 (12/96) Approved for use through 9/30/2000  OMB NO.30410029

0024618

**WC   3194**

*LOOP ---- (handwritten)*
*WDW A ROUND (handwritten)*
*LEVEL 2R MFG (handwritten)*

| 1. TASK NUMBER STRANGULATION (handwritten) # 000214CBB2293 | 2. INVESTIGATOR'S ID 9044 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|
| 3. OFFICE CODE 830 | 4. DATE OF ACCIDENT YR, MO DAY 2000/01/30 | 5. DATE INITIATED YR MO DAY 2000/2/3 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**     UPC    None Available

On 1/30/2000, a four (4) year old male died from strangulation, when he got his neck caught in the pull cords of window blinds, located above the sofa he was playing on. His five (5) year old sister was in the room, with him.

Reference Source Doc. # X00200399A

| 7. LOCATION (Home, School, etc.) Home 1 | 8. CITY Lombard | 9. STATE Illinois |
|---|---|---|
| 10A. FIRST PRODUCT Window Blinds 0638 | 10B. TRADE/BRAND NAME | 10C. MODEL NUMBER |

**10D. MANUFACTURER NAME AND ADDRESS**    *LEVELOR (handwritten)*

| 11A. SECOND PRODUCT Sofa 0679 | 11B. TRADE/BRAND NAME Upholstered | 11C. MODEL NUMBER Unknown |
|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS** Unknown

| 12. AGE OF VICTIM 004 | 13. SEX Male 1 | 14. DISPOSITION Fatal 8 | 15. INJURY DIAGNOSIS Strangulation 65 |
|---|---|---|---|
| 16. BODY PART(S) INVOLVED All Parts 85 | 17. RESPONDENT Parents 1 | 18. TYPE OF INVESTIGATION On-Site 1 | 19. TIME SPENT (OPERATIONAL HOURS) 14 hrs; 3 hrs trv |
| 20. ATTACHMENT(S) Multi/Photos 9 | 21. CASE SOURCE Fire Department 01 | 22. SAMPLE COLLECTION NUMBER # 00-830-3458 | |

**23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY)**    YES

| 24. REVIEW DATE 03/21/00 | 25. REVIEWED BY 8929 | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

**27. DISTRIBUTION** FOCR;Rauchschwalbe, R.
O:EHDS   CC:

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

ABOVE STOP ✓ LOOP CORD

| 1. TASK NUMBER 000714CNE5665 | 2. INVESTIGATOR'S ID 9001 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|
| 3. OFFICE CODE 800 | 4. DATE OF ACCIDENT YR MO DAY 000317 | 5. DATE INITIATED YR MO DAY 000714 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**      UPC

2 year old male was found unconscious and not breathing, hanging from a blind cord at his home.  Victim was temporarily resuscitated, but died the next day.

unknown

MFR/PR/LBR NOTIFIED
___ No comments made
___ Comments attached
_×___ Excisions/Revisions
_×___ Firm has not requested
further notice

11-9-93

| 7. LOCATION (Home,School,etc.) home 1 | 8. CITY Irvington | 9. STATE NY |
|---|---|---|
| 10A. FIRST PRODUCT venetian blinds 0638 | 10B. TRADE/BRAND NAME unknown | 10C. MODEL NUMBER unknown |

**10D. MANUFACTURER NAME AND ADDRESS**
unknown

| 11A. SECOND PRODUCT Couch/sofa 0679 | 11B. TRADE/BRAND NAME | 11C. MODEL NUMBER |
|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS**

| 12. AGE OF VICTIM 002 | 13. SEX 1 male | 14. DISPOSITION Fatality 8 | 15. INJURY DIAGNOSIS Anoxia 65 |
|---|---|---|---|
| 16. BODY PART (S) INVOLVED All parts 85 | 17. RESPONDENT M.E.; Police 3 | 18. TYPE OF INVESTIGATION Other 3 | 19. TIME SPENT (OPERATIONAL HOURS) 10 |
| 20. ATTACHMENT(S) Multiple 9 | 21. CASE SOURCE MECAP 12 | 22. SAMPLE COLLECTION NUMBER None | |

**23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY)**      NO

| 24. REVIEW DATE | 25. REVIEWED BY | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|
| 27. DISTRIBUTION EASQ-IDI O:EHDS   CC: Lansing (EHDS); Bodin (FOER) | | 28. Document Number N007-0005 |

CPSC FORM 182 (7/2000) Approved for use through 7/31/2003 OMB NO.30410029



| 1. TASK NUMBER 980821CBB0662 | | 2. INVESTIGATOR'S ID 8807 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 3. OFFICE CODE 800 | 4. DATE OF ACCIDENT YR MO DAY 980818 | 5. DATE INITIATED YR MO DAY 980821 | |

6. SYNOPSIS OF ACCIDENT OR COMPLAINT    UPC    Not Available

A 16-month old female died of strangulation by a window mini-blind cord, stringing blind slats together, which became entangled around her neck. She apparently woke up from a nap and began playing with the mini-blinds, which covered a window next to her travel playpen/crib. The drawstring was well out of reach.

MFR/PRYLER NOTIFIED

No Comments made
Comments attached

| 7. LOCATION (Home, School, etc.) Home 1 | | 9. STATE NC |
|---|---|---|
| 10A. FIRST PRODUCT Mini-blinds 0638 | 10B. TRADE/BRAND NAME Unknown | 10C. MODEL NUMBER Unknown |

10D. MANUFACTURER NAME AND ADDRESS
Unknown

| 11A. SECOND PRODUCT Playpen 1513 | 11B. TRADE/BRAND NAME Unknown | 11C. MODEL NUMBER Unknown |
|---|---|---|

11D. MANUFACTURER NAME AND ADDRESS
Unknown

| 12. AGE OF VICTIM 216 | 13. SEX Female 2 | 14. DISPOSITION Fatality 8 | 15. INJURY DIAGNOSIS Anoxia 65 |
|---|---|---|---|
| 16. BODY PART(S) INVOLVED All Parts 85 | 17. RESPONDENT Sheriff's Deputy 3 | 18. TYPE OF INVESTIGATION Onsite 1 | 19. TIME SPENT (OPERATIONAL HOURS) 16 |
| 20. ATTACHMENT(S) Multi 9 | 21. CASE SOURCE Newspaper 05 | 22. SAMPLE COLLECTION NUMBER None | |

23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY)    No

| 24. REVIEW DATE | 25. REVIEWED BY | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

27. DISTRIBUTION
O:EHDS   CC:

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

0024672

WC  3248