# EXHIBIT A(3)

(No 9)   LOOP CORD

BALI BRAND BLIND
NOV 4 1991

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 910905CWE7078  F197003 | 8 9 4 0 | 8 6 5 | |

| 4. DATE OF ACCIDENT | | | 5. DATE INVESTIGATION INITIATED | | | |
|---|---|---|---|---|---|---|
| YR | MO | DAY | | YR | MO | DAY |
| 9 1 | 0 8 | 0 1 | | 9 1 | 0 9 | 1 6 |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT** A six (6) year old male died after he accidentally hanged himself from a venetian blind cord in his bedroom. The victim had been playing on top of a built-in toy box/chest directly under the window ~~that~~ where the venetian blind was attached. The cord attached to the venetian blind was free hanging and not attached to the wall. The cause of death was listed as Anoxia/accidental hanging

| 7. LOCATION (Home, school, etc.) | | 8. CITY | 9. STATE |
|---|---|---|---|
| HOME / BEDROOM | 1 0 | FREEPORT | T x |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Venetian Blind | 0 6 3 8 | Draw String Cord |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Homemade Toy box/chest | 1 3 5 3 | Homemade & Built-in |

| 12. AGE OF VICTIM | 13. SEX (Use numerical code) | | 14. DISPOSITION | | 15. INJURY DIAGNOSIS | |
|---|---|---|---|---|---|---|
| 0 0 6 | MALE - 1 FEMALE - 2 UNKNOWN - 3 | 1 | Fatality | 8 | Anoxia | 6 5 |

| 16. BODY PART | | 17. RESPONDENT(S) (Mother, Friend) | | 18. TYPE INVESTIGATION | | 19. TIME SPENT | |
|---|---|---|---|---|---|---|---|
| ALL | 8 5 | Police Dept. | 3 | ON SITE 1 TELEPHONE 2 OTHER 3 | 2 | 1 0 0 |

| 20. ATTACHMENTS | | 21. CASE SOURCE | | 22. REVIEWED BY | | | |
|---|---|---|---|---|---|---|---|
| | | | | | YR | MO | DAY |
| Multiple | 9 | Newsclip | 0 5 | 8257 | 9 1 | 1 0 | 2 1 |

| 23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | CPSC MAY NOT DISCLOSE MY NAME | XX |
|---|---|---|---|

| 24. NARRATIVE (See instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW   DATE |
|---|---|

THE NARRATIVE AND EXHIBITS ARE ATTACHED.

CPSA 6 (b)(1) Cleared

No Mfrs/Privlblrs of
Products Identified

Excerpted by

Firms Notified,
Comments Processed.

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)

CPSC FORM NO. 182 (Revised 10/85)     APPROVED FOR USE THROUGH 5/31/94 OMB NO. 3041-0029

0024685

WC   3261

VER.
BLIND 2 → 's CORD SECURED      LORENTZEN   DEC 13 1991      7

| | | |
|---|---|---|

**EPIDEMIOLOGIC INVESTIGATION REPORT**

**1. CASE NO.** 911031HCC1464

**2. INVESTIGATOR'S ID** 8 0 5 8

**3. OFFICE CODE** 8 0 0

**4. DATE OF ACCIDENT** YR 9 1 MO 1 0 DAY 6

**5. DATE INVESTIGATION INITIATED** YR 9 1 MO 1 1 DAY 1 2

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT** A three (3) year old male, died from ligature strangulation, when he became entrapped in a loop of beaded chain, located on end of vertical window blind. On-site, CPR was attempted when victim was discovered, but victim was D.O.A. at local hospital emergency room.

**7. LOCATION (Home, school, etc.)** Home-Indoors/Bedroom   1 0

**8. CITY** Randold

**9. STATE** M A

**10A. FIRST PRODUCT** Window blind   0 6 3 8

**11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS** 54" Vertical Blind-Levolor
Lorentzen, Inc.- 720 Monroe St., Hoboken, NJ 07030

**10B. SECOND PRODUCT** Stuffed doll   5 0 0 4

**11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS** Unknown

**12. AGE OF VICTIM** 0 0 3

**13. SEX (Use numerical code)** MALE :1 FEMALE :2 UNKNOWN :3   1

**14. DISPOSITION** D.O.A.   8

**15. INJURY DIAGNOSIS** Anoxia/ Strangulation   6 5

**16. BODY PART** All   8 5

**17. RESPONDENT(S) (Mother, Friend)** Police Investigator   2

**18. TYPE INVESTIGATION** ON SITE 1 TELEPHONE 2 OTHER 3   3

**19. TIME SPENT** 1 2 0

**20. ATTACHMENTS** Photos/Death Certificate   9

**21. CASE SOURCE** Police Department   0 1

**22. REVIEWED BY** 8 3 4 2   YR 9 1 MO 1 2 DAY 0 3

**23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**   CPSC MAY DISCLOSE MY NAME [ ]   CPSC MAY NOT DISCLOSE MY NAME [XX]

**24. NARRATIVE (See Instructions on Other Side)**

**25. REGIONAL OFFICE DIRECTOR REVIEW** JEDS   **DATE** 12-5-91

( SEE ATTACHED

CPSC FORM NO. 182 (Revised 10/85)

*(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)*

APPROVED FOR USE THROUGH 5/31/94 OMB NO. 3041-0029

0024686

WC  3262

*GREAT*
*EXAMPLE R.C.S.*   *JOANNA BLIND &*   *EPDS*   17 d/
*C.H.F. INDUSTRIES*   **27 MAR 1995**

| | | |
|---|---|---|
| **1. CASE NO.** 950224CCC2392 | **2. INVESTIGATOR'S ID** 8 0 5 2 **3. OFFICE CODE** 8 3 0 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |

| **4. DATE OF ACCIDENT** | YR 9 1 | MO 0 8 | DAY 2 5 | **5. DATE INVESTIGATION INITIATED** | YR 9 5 | MO 0 3 | DAY 1 4 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT** A 13 month old female strangled on a venetian blind cord to the venetian blinds in her bedroom.  Her crib was next to the venetian blinds, and she somehow got the cord from the blinds wrapped around her throat & neck.  She was declared DOA.  She died due to anoxia due to the compression of her airway, because of the cord wrapped around her throat & neck.  It was believed that she was attempting to look out the window when the accident occurred.

| **7. LOCATION (Home, school, etc.)** Home | 1 0 | **8. CITY** Harris | **9. STATE** M I |

| **10A. FIRST PRODUCT** venetian blinds | 0 6 3 8 | **11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS** Joanna Blinds, Div. of CHF Industries, 8701 Red Oak Blvd Charlotte, NC 28217 |
| **10B. SECOND PRODUCT** none | 0 0 0 0 | **11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS** n/a |

| **12. AGE OF VICTIM** 2 1 3 | **13. SEX (Use numerical code)** MALE :1 FEMALE :2 UNKNOWN :3  2 | **14. DISPOSITION** Fatality 8 | **15. INJURY DIAGNOSIS** anoxia 6 5 |

| **16. BODY PART** all parts of body 8 5 | **17. RESPONDENT(S) (Mother, Friend)** victim's father & detective 1 | **18. TYPE INVESTIGATION** ON SITE 1 TELEPHONE 2 OTHER 3  2 | **19. TIME SPENT** 0 8 0 |

| **20. ATTACHMENTS** multiple 9 | **21. CASE SOURCE** newspaper 0 5 | **22. REVIEWED BY** X31/1 | YR 4:5 MO 03 DAY 22 |

| **23. PERMISSION TO DISCLOSE NAMES** (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME ☐ | CPSC MAY NOT DISCLOSE MY NAME ☒ |

| **24. NARRATIVE (See Instructions on Other Side)** See attached. | **25. REGIONAL OFFICE DIRECTOR REVIEW** | **DATE** |

*Out of Business*
MFR/PRVLDR NOTIFIED
X No comments made
— Comments attached
25C Excisions/Revisions
— Firm has not requested
further notice
3/21/00  SB

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)

CPSC FORM NO. 182 (Revised 10/85)

APPROVED FOR USE THROUGH 5/31/94  OMB. NO. 3041-0029

WC  3263

0024687

*LOOP STRANGULATION ?*

*MFG. LEVELOR* AUG 25 1993

| | | |
|---|---|---|
| **1. CASE NO.** 930303HCC3140 | **2. INVESTIGATOR'S ID** 8 1 0 1 | **3. OFFICE CODE** 8 6 0 |

**EPIDEMIOLOGIC INVESTIGATION REPORT**

| **4. DATE OF ACCIDENT** | YR 9 2 | MO 0 3 | DAY 0 8 | **5. DATE INVESTIGATION INITIATED** | YR 9 3 | MO 0 3 | DAY 0 3 |
|---|---|---|---|---|---|---|---|

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**

A ten month old child hanged himself in a mini-blind drawstring cord. The child was in his crib which was adjacent to a window with the mini-blind. The child apparently woke from his nap and became entangled in the cord.

| **7. LOCATION (Name, Infant, etc.)** Home | 1 0 | **8. CITY** Rancho Cordova | **9. STATE** C A |
|---|---|---|---|

| **10A. FIRST PRODUCT** mini venetian blind | 0 6 3 8 | **11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS** Levelor |
|---|---|---|

| **10B. SECOND PRODUCT** crib | 1 5 4 3 | **11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS** Not known |
|---|---|---|

| **12. AGE OF VICTIM** 2 1 0 | **13. SEX (Use numerical code)** MALE -1 FEMALE -2 UNKNOWN -3  1 | **14. DISPOSITION** Fatal  8 | **15. INJURY DIAGNOSIS** anexia  6 5 |
|---|---|---|---|

| **16. BODY PART** All  8 5 | **17. RESPONDENT(S) (Mother, friend)** Sheriff  3 | **18. TYPE INVESTIGATION** ON SITE 1 TELEPHONE 2 OTHER 3  3 | **19. TIME SPENT** 4 |
|---|---|---|---|

| **20. ATTACHMENTS** Multiple  9 | **21. CASE SOURCE** Dept. Health Services  1 2 | **22. REVIEWED BY** 8 1 0 1 | YR 9 3 | MO 0 8 | DAY 1 2 |
|---|---|---|---|---|---|---|

| **23. PERMISSION TO DISCLOSE NAMES** (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | CPSC MAY NOT DISCLOSE MY NAME X |
|---|---|---|

| **24. NARRATIVE (See Instructions on Other Side)** | **25. REGIONAL OFFICE DIRECTOR REVIEW** DATE |
|---|---|

MFR/RTLR NOTIFIED
X No comments made
— Comments attached
25 C Excisions/Revisions
X Firm has not requested
further notice
3/24/00

930303HCC3140

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)

CPSC FORM NO. 182 (Revised 10/85)          APPROVED FOR USE THROUGH 5/31/94 OMB NO. 3041-0029

WC  3264

MULTI LOOP CORD   LEVELOR
STRANGULATION
12 JAN 1993
LORENTZEN INC.

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE | |
|---|---|---|---|
| 921028HCC3034 | 8 2 3 2 | 8 7 0 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |

| 4. DATE OF ACCIDENT | | | 5. DATE INVESTIGATION INITIATED | | | |
|---|---|---|---|---|---|---|
| YR 9 2 | MO 0 9 | DAY 0 5 | | YR 9 2 | MO 1 0 | DAY 4 |

6. SYNOPSIS OF ACCIDENT OR COMPLAINT __A 12 month old male died of strangulation when his neck
became entangled in a venetian blind cord.  The victim was in his crib
at the time of theevnet and the cord was hanging adjacent to the crib.
The victim apparently pulled the cord into the crib and placed his head
in the loop at the bottom of the cord.

| 7. LOCATION (Home, school, etc.) | | 8. CITY | 9. STATE | |
|---|---|---|---|---|
| Home Interior | 1 0 | Redmond | Oregon | O R |

| 10A. FIRST PRODUCT | | | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS | |
|---|---|---|---|---|---|
| Venetian blind | 0 | 6 | 3 8 | Riviera Custom Levolor Lorentzen Inc. | |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Crib | | Unknown |

| 12. AGE OF VICTIM | | 13. SEX (Use numerical code) | | 14. DISPOSITION | | 15. INJURY DIAGNOSIS | |
|---|---|---|---|---|---|---|---|
| 2 1 2 | | MALE .1 FEMALE .2 UNKNOWN .3 | 1 | Died | 8 | Anoxia | 6 5 |

| 16. BODY PART | | 17. RESPONDENT(S) (Mother, friend) | | 18. TYPE INVESTIGATION | | 19. TIME SPENT | |
|---|---|---|---|---|---|---|---|
| All Parts | 8 5 | Father, Official Reports | 2 | ON SITE 1 TELEPHONE 2. OTHER 3 | 1 | 1 2 0 | |

| 20. ATTACHMENTS  data sheet Photos, Diagrams, Official Reports, | | 21. CASE SOURCE | | 22. REVIEWED BY | | | |
|---|---|---|---|---|---|---|---|
| | | MECAP X2A0259A1 | 1 2 | 8 1 0 1 | YR 9 3 | MO 0 1 | DAY 0 4 |

| 23. PERMISSION TO DISCLOSE NAMES | | | |
|---|---|---|---|
| (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | | CPSC MAY NOT DISCLOSE MY NAME    XX |

| 24. NARRATIVE (See Instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW | DATE |
|---|---|---|
| | | |

The victim's father was interviewd by telephone.  Additional infor-
mation was obtained from the official reports.  The victim's family
moved out of the house after the event and another family occupied
the home at the time of the on site visit.

921028HCC3034

CPSC FORM NO 182 (Revised 10/85)

APPROVED FOR USE THROUGH 5/31/94 OMB. NO. 3041-0029

WC   3265

WRAP.A.ROUNL STR...
3 DAY BLIND COMPANY CA.

# EPIDEMIOLOGIC INVESTIGATION REPORT

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE |
|---|---|---|
| 920721HCC1775 | 0 6 5 2 | 8 0 0 |

| 4. DATE OF ACCIDENT | | | 5. DATE INVESTIGATION INITIATED | | | |
|---|---|---|---|---|---|---|
| YR 9 2 | MO 0 3 | DAY 1 7 | | YR 9 2 | MO 0 8 | DAY 2 1 |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT** The father of the victim found the victim, a 14 month old male, entangled in venetian blind cords and lying on the floor in the Recreation Room of their home. The cords were wrapped around the victims neck causing asphyxiation from strangulation.

CPSA 6 (b)(1) Cleared 8/4/93

c/o Mrs. Prvtblrs or _____ ?

| 7. LOCATION (Home, school, etc.) | | | 8. CITY | 9. STATE |
|---|---|---|---|---|
| Home | 1 0 | | Madison | N J |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| Venetian Blind | 0 6 3 8 | |

| 10B. SECOND PRODUCT | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|
| | |

| 12. AGE OF VICTIM | 13. SEX (Use numerical code) MALE -1 FEMALE -2 UNKNOWN -3 | 14. DISPOSITION | 15. INJURY DIAGNOSIS |
|---|---|---|---|
| 2 1 4 | 1 | DOA 8 | 6 5 |

| 16. BODY PART | 17. RESPONDENT(S) (Mother, Friend) | | 18. TYPE INVESTIGATION ON SITE 1 TELEPHONE 2 OTHER 3 | 19. TIME SPENT |
|---|---|---|---|---|
| 8 5 | Medical Examiner | 3 | 3 | 5 |

| 20. ATTACHMENTS | 21. CASE SOURCE | 22. REVIEWED BY | | | |
|---|---|---|---|---|---|
| 2 | 1 2 | 8 7 4 2 | YR 9 2 | MO 0 0 | DAY 0 5 |

| 23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY) | CPSC MAY DISCLOSE MY NAME | CPSC MAY NOT DISCLOSE MY NAME |
|---|---|---|
| | | X |

| 24. NARRATIVE (See Instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW | DATE |
|---|---|---|

**NOTES:** The victim was 14 months old, measured 79 cm in length, weighed 11.5 kilograms. The circumference of the head was 47 cm. The purpose of the cord was to raise and lower the venetian blinds.

**PRE-ACCIDENT:** On March 15, 1992, the father of the victim was doing some work in the kitchen adjacent to the Recreation Room where his 3 children were playing. He then proceeded to the basement followed by his two older sons, while the youngest, the victim remained in the Recreation Room. The father was not alarmed at this and when he returned to the Recreation Room, he saw the victim on the floor behind the rocking chair. He did not check on the victim immediately but, when he did he found the double cord from the venetian blinds wound very tight around the victims neck.

**ACCIDENT:** At the time of the accident the four cords (a loop of double cord) were draped over the arm of the rocking chair. It is not clear if the chair had been climbed by the victim prior to or after being entangled by the cord. The victim was lying on the floor behind the rocking chair and was unresponsive.

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)   0024690

CPSC FORM NO. 182 (Revised 10/85)





APPROVED FOR USE THROUGH 5/31/91 OMB NO. 3041-0029

WC 3266

HANNOI   *LOOP CORD.*
*STRANGULATION*   DELMAR
AUG 31 1993   *31*

| | | |
|---|---|---|
| 1 CASE NUMBER 930409HCC1096 | 2 INVESTIGATOR ID 8 1 8 9 | 3 OFFICE CODE 8 0 0 |
| | | EPIDEMIOLOGIC INVESTIGATION REPORT |
| 4 ACCIDENT DATE 9 2 1 2 9 | 5 IDI INITIATED 9 3 0 4 1 9 | |

**6 SYNOPSIS OF ACCIDENT OR COMPLAINT** A three year old male child was hung as he played in his bedroom at his home.  The victim placed the cord of a venetian blind around his neck, and then either fell or jumped off his bed.

| 7 LOCATION Home  Bedroom   1 0 | 8 CITY Jacksonville | 9 STATE N C |
|---|---|---|
| 10a FIRST PRODUCT Venetian Blinds   0 6 3 8 | 11a TRADE/BRAND NAME/MODEL  Del Mar  *DELMAR*  Huntington Beach, CA | |
| 10b SECOND PRODUCT None   *bed*  *0 6 9 4* | 11b TRADE/BRAND NAME/MODEL | |

| 12 AGE OF VICTIM 0 0 3 | 13 SEX 1 | 14 DISPOSITION Fatality Released   0 8 | 15 INJURY DIAGNOSIS Anoxia   6 5 |
|---|---|---|---|
| 16 BODY PART APB   8 5 | 17 RESPONDENTS Police   3 Medical Ex. | 18 INVESTIGATION TYPE 2 | 19 TIME SPENT 1 0 . 0 |
| 20 ATTACHMENTS Multiple   9 | 21 CASE SOURCE Mecap   1 2 | 22 REVIEWED BY 8 3 4 2   9 3 0 8 1 7 | |

**23 PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
___ CPSC may disclose my name        XXX  CPSC may not disclose my name

| 24 Narrative | 25 REGIONAL DIRECTOR REVIEW   DATE |
|---|---|
| | MANUFACTURER NOTIFIED ____ No comments made  2-17-08 ____ Comments attached 25c Excisions/Revisions ____ Firm has not requested further notice |

930409HCC1096

CPSC Form 182

0024691        **WC   3267**

FRSH! REVERSE CORD STRA...

LEVELOR                    JUL 21 1993      31

| 1 CASE NUMBER 930518HCC1131 | 2 INVESTIGATOR ID 8 0 6 4 | 3 OFFICE CODE 8 0 0 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4 ACCIDENT DATE 9 3 0 5 1 5 | 5 IDI INITIATED 9 3 0 6 0 7 | | |

**6 SYNOPSIS OF ACCIDENT OR COMPLAINT**
While alone in her crib, a 10 month old female stood up in the corner of the crib closest to a window and venetian blind and is believed to have reached out for the blinds when she became entangled in the venetian blind cord. This cord became wrapped around the victim's neck which resulted in her death. The cause of death is reported as asphyxia due to hanging. The manner of death is considered accidental.

| 7 LOCATION Home/Bedroom          1 0 | 8 CITY Port St. John | 9 STATE F L |
|---|---|---|
| 10a FIRST PRODUCT Venetian Blind Cord    0 6 3 8 | 11a TRADE/BRAND NAME/MODEL Levelor | |
| 10b SECOND PRODUCT   1 5 4 3 Full Size Crib | 11b TRADE/BRAND NAME/MODEL Unknown | |

| 12 AGE OF VICTIM 2 1 0 | 13 SEX 2 | 14 DISPOSITION Dead at Scene   8 | 15 INJURY DIAGNOSIS Asphyxia    6 5 |
|---|---|---|---|
| 16 BODY PART 8 5 Systemic | 17 RESPONDENTS 2 Victim's Mother | 18 INVESTIGATION TYPE 1 | 19 TIME SPENT 1 2 . 0 |
| 20 ATTACHMENTS Multiple      9 | 21 CASE SOURCE MECAP     1 2 | 22 REVIEWED BY 8 1 6 5   9 3 0 7 1 9 | |

**23 PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
CPSC may disclose my name ___     XXX  CPSC may not disclose my name

| 24 Narrative | 25 REGIONAL DIRECTOR REVIEW        DATE |
|---|---|

24 Narrative ROBERT L NEVIN'S OPINION
IF CHILD WAS IN LOOP CORD
BLINDS WOULD GO UP TOGETHER.
ONE SIDE UP MEANS ONLY ONE CORD
WAS PULLED ON. I believe this
WAS A REVERSE CORD STRANGULATION
+ PICTURES SHOW NO CORD POSITIONS OR
BLIND ANGLES. IF CHILD WAS IN PULL CORD
IT WOULD NOT STOP
GOING UP.

RD/RVLBR NOTIFIED
X No comments made
___ Comments attached
___ Revisions/Revisions
X Firm has not requested further notice
3/24/00
HB

930518HCC1131

CPSC Form 182

0024692              WC   3268

WHLMART +
CHING
FENG IND. CHING FENG   IMG 7, 5

| 1. CASE NO. | 2. INVESTIGATOR'S ID | 3. OFFICE CODE | | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|---|
| 940126HCC2056 | 0 7 4 3 | C E N | | |

| 4. DATE OF ACCIDENT | YR 9 3 | MO 0 8 | DAY 1 2 | 5. DATE INVESTIGATION INITIATED | YR 9 4 | MO 0 1 | DAY 2 6 |
|---|---|---|---|---|---|---|---|

6. SYNOPSIS OF ACCIDENT OR COMPLAINT __A 10 month old child was strangled to death by the cord of a window venetian blind installed in a bedroom window__

| 7. LOCATION (Home, school, etc.) | Home | 1 1 0 | 8. CITY | Ottawa | 9. STATE | Kansas | K S |
|---|---|---|---|---|---|---|---|

| 10A. FIRST PRODUCT | 0 6 3 8 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS Mini Blind |
|---|---|---|

| 10B. SECOND PRODUCT | 0 0 0 0 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS WALMART + CHING FENG. |
|---|---|---|

| 12. AGE OF VICTIM | 13. SEX (Use numerical code) | 14. DISPOSITION | 15. INJURY DIAGNOSIS |
|---|---|---|---|
| 2 1 0 | MALE -1 FEMALE -2 UNKNOWN -3    3 | 8 | 6 5 |

| 16. BODY PART | 17. RESPONDENT(S) (Mother, Friend) | 18. TYPE INVESTIGATION | 19. TIME SPENT |
|---|---|---|---|
| 8 5 | Attorney   3 | ON SITE 1 TELEPHONE 2 OTHER 3    3 | 1 . 0 |

| 20. ATTACHMENTS | 21. CASE SOURCE | 22. REVIEWED BY | YR | MO | DAY |
|---|---|---|---|---|---|
| 2 | 1 1 | | | | |

23. PERMISSION TO DISCLOSE NAMES

(NON-NEISS CASES ONLY)          CPSC MAY DISCLOSE MY NAME ☐          CPSC MAY NOT DISCLOSE MY NAME ☐

| 24. NARRATIVE (See Instructions on Other Side) | 25. REGIONAL OFFICE DIRECTOR REVIEW          DATE |
|---|---|
| | |

CPSA 6 (b)(1) Cleared 8/16/95

↙ No Mfrs/PrvtLblrs or
Products Identified
__ Excepted by _____
__ Firms Notified.
Comments Processed.   ✓

**WC   3269**

CPSC FORM NO. 182 (Revised 10/85)          APPROVED FOR USE THROUGH 07/31/88 OMB NO. 3041-0029

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)

*VERY Loop or WHITE - [?]*
*MICHIGAN FABRICATING CO.*   MAR 2 7 1994  *EPDS* IMG

| 1 Case Number 940415CCN1214 *S440088* | 2 Investigator ID 8 6 8 9 | 3 Office Code 8 3 0 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4 Accident date 9 4 0 4 1 3 | 5 IDI initiated 9 4 0 5 0 2 | | |

6. Synopsis of Accident or complaint   A 3 year old female died when she became entangled in a metal chain from a vertical window blind and strangled.  The incident occurred in the victim's home

CPSA 6 (b)(1) Cleared  *9/14/15*

✓ No Mfrs/Prvtlblrs or
Products Identified  /
____ Excepted by_____  ?
____ Firms Notified.
____ Comments Processed.

| 7 Location      home (bedroom)      1 0 | 8 City   TROY | 9 State      M I |
|---|---|---|

| 10a First Product VERTICAL BLINDS      0 6 3 8 | 11a Trade/Brand name/Model   MODEL UNKNOWN -- ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ |
|---|---|
| 10b Second Product NONE      0 0 0 0 | 11b Trade/Brand name/Model NONE  *MICHIGAN FABRICATING CO* |

| 12 Age of Victim 0 0 3 | 13 Sex 2 | 14 Disposition DIED IN ER      0 8 | 15 Injury diagnosis ANOXIA      6 |
|---|---|---|---|

| 16 Body part ALL      8 5 | 17 Respondents POLICE DEPT      3 | 18 Investigation type OTHER      3 | 19 Time spent 0 8.0 TR= 3 HRS |
|---|---|---|---|

| 20 Attachments ≠ DOCUMENTS      2 | 21 Case Source NEWSPAPER      0 5 | 22 Reviewed by/Date *8311*   *5-23-94* |
|---|---|---|

23 Permission to disclose names (Non-NEISS cases only)
____ CPSC may disclose my name      XXX  CPSC may not disclose my name

| 24 Narrative | 25 Regional Director review      date |
|---|---|

### ACCIDENT INFORMATION

In 1991, the consumer purchased vertical window blinds for her home.  The blinds were installed by representatives of the retailer where they were purchased.  According to the victim's mother, there was no safety warning on the product only a statement about laying the blinds flat so that they don't warp (when they are not located over the window and for cleaning purposes).  There were no incidents with the blinds until Apr 13, 1994.  At that time, the victim (3 year old female) was watching a movie in the master bedroom (parents's room) on the VCR.  In that location, there was a vertical window blind that had a metal chain.

CPSC Form 182

0024694                    **WC  3270**

WEIGHTED COLD ALUM P30

VERTICAL BEADED LOOP    TWININGS SENCRAFT JUL 29 1994

| 1. CASE NUMBER 940003HNE5149 | 2. INVESTIGATOR'S ID 8 0 5 0 | 3. OFFICE CODE 8 0 0 | **EPIDEMIOLOGIC** |
|---|---|---|---|
| 4. INCIDENT DATE YR MO DAY 94 05 31 | 5. DATE IDI INITIATED YR MO DAY 94 06 03 | | **INVESTIGATION REPORT** |

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**

A 2 year old male child apparently climbed onto a night stand/table next to the bed in the bedroom of the mother's bedroom and somehow entangled his head/neck in a beaded loop pull-cord of a vertical window treatment/blind covering a sliding glass door next to the table. Autopsy performed by the medical examiner's office concluded that the cause of death was accidental due to asphyxia.

| 7. LOCATION  In mother's bedroom at rented house  10 | 8. CITY Lauderhill | 9. STATE  FL |
|---|---|---|

| 10A. FIRST PRODUCT Vertical Window Treatment/blind9  6 3 8 | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS Jencraft Brand, Jencraft Corp. 1 Taft Road Totowa, NJ 07512 |
|---|---|

| 10B. SECOND PRODUCT Night Stand/Table    0 4 5 7 | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS Not Indicated |
|---|---|

| 12. AGE OF VICTIM 0 02 | 13. SEX 1 | 14. DISPOSITION Dead at hospital  8 | 15. INJURY DIAGNOSIS Asphyxia  6 5 |
|---|---|---|---|

| 16. BODY PART All parts of Body  8 5 | 17. RESPONDENT(S) Med. Examiner's Office, Sheriff's Dept., Mother  3 | 18. INVESTIGATION TYPE 1 | 19. TIME SPENT 2 5. 0 |
|---|---|---|---|

| 20. ATTACHMENTS Multi  9 | 21. CASE SOURCE Newsarticle-CPSC Incident #N46-0078A  12 | 22. REVIEWED BY 8 1 6 5 | YR MO DAY 94 07 27 |
|---|---|---|---|

**23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
CPSC MAY DISCLOSE MY NAME ⬤ CPSC MAY NOT DISCLOSE MY NAME ✗

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL DIRECTOR REVIEW    DATE |
|---|---|

MFR/PRVLBR NOTIFIED   10/24/10
✓ No Comments made
Comments attached
75c Excisions/Revisions
Firm has not requested
further notice

*(USE ADDITIONAL SHEETS IF NECESSARY)*

CPSC FOR NO. 182 (Revised 10/93)(Adapted for WP for Windows & HP Laserjet III Printer 10/93)

**WC  3271**

REVERSE CORD HANGING    JENCRAFT . 3

SLAT CORD STRANGULATION                    9 SEP 194

| 1 Case Number 940802CBB3669 | 2 Investigator ID 8  8  3  3 | 3 Office Code 8   7   2 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4 Accident date 9  4  0  7  2  9 | 5 IDI initiated          9  4  0  8  1  1 | | |

6 Synopsis of Accident or complaint  On 7/27/94 at approximately 8:00 PM, an eleven month old male was found with a cord of a venetian mini-blind wrapped around his neck.  CPR was given and the victim removed to a nearby hospital.  He expired 7/29/94 as result of the incident. The cause of death is given as having been "hypoxic encephalopathy resulting from an accidental asphyxiation by a venetian blind cord.

| 7. Location victim's bedroom                     1   0 | 8 City Auburn | 9 State      W   A |
|---|---|---|
| 10a First Product mini venetian blinds       0  6  3  8 | 11a~~Trade/Brand name/Model/Mfgr~~       JENCRAFT | |
| 10b Second Product Baby Crib, Full Size       1  5  4  3 | 11b Trade/Brand name/Model/Mfgr No visible brand name, purchased second hand  PRISMA | |

| 12 Age of Victim 2   1   1 | 13 Sex 1 | 14 Disposition Died in hospital       8 | 15 Injury diagnosis Strangulation        6  5 |
|---|---|---|---|
| 16 Body part All              8  5 | 17 Respondents Parents/medical exam.'s 3 investigator | 18 Investigation type On-Site         1 | 19 Time spent 0  8 . 0 |
| 20 Attachments Photos, documents       9 | 21 Case Source MECAP  X485203    1  2 | 22 Reviewed by      8101    940913 | |

23 Permission to disclose names (Non-NEISS cases only)
____ CPSC may disclose my name          XXX   CPSC may not disclose my name

| 24 Narrative | 25 Regional Director review      date |
|---|---|
| *See attached pages for narrative* | |

CPSA 6 (b)(1) Cleared  9/14/95
___ No Mfrs/Prvt.blrs or
Products Identified
___ Excepted by
___ Firms Notified.
Comments Processed.

PSC Form 182                                  0024696    ——  WC  3272

*LOOP    HUNTER DOUGLAS*
*DUETTE*    **JUN 28 1995**

| 1. CASE NO. 950330CCC3537 | 2. INVESTIGATOR'S ID [9 ][0 ][3 ][5 ] | 3. OFFICE CODE [8 ][6 ][0 ] | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4. DATE OF INCIDENT YR  MO  DAY [9 ][4 ][1 ][2 ][3 ][1 ] | 5. DATE INVESTIGATION INITIATED | YR  MO  DAY [9 ][5 ][0 ][5 ][1 ][9 ] | |

*SH A E*

**6. SYNOPSIS OF INCIDENT OR COMPLAINT** A two year old male died as the result of asphyxiation, due to cord ligature hanging from a window blind cord at his residence.

MFR/PRVLBR NOTIFIED
*Oly Newell*   No Comments made
                Comments attached
*25x*   Excisions/Revisions
        Firm has not requested
        further notice *Jun 8/20/98*

?

| 7. LOCATION (Home, school, etc.) Home  [1 ][0 ] | 8. CITY Coto De Caza | 9. STATE CA |
|---|---|---|
| 10A. FIRST PRODUCT Window Shade  [0 ][6 ][3 ][8 ] *BLINDS* *0638* | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS Duette, Hunter Douglas Window Fashions Division, One Duette Way, Broomfield, CO 80020, 1-800-4-Duette | |
| 10B. SECOND PRODUCT N/A  [ ][ ][ ][ ] | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS N/A   *DUETTE* | |

| 12. AGE OF VICTIM [0 ][0 ][2 ] | 13. SEX (USE NUMERICAL CODE) MALE - 1 FEMALE - 2 UNKNOWN- 3  [1 ] | 14. DISPOSITION DOA  [8 ] | 15. INJURY DIAGNOSIS Asphyxiation  [6 ][5 ] |
|---|---|---|---|
| 16. BODY PART [8 ][5 ] | 17. RESPONDENT(S) (Mother, Friend) Mother & Father  [1 ] | 18. TYPE INVESTIGATION ON SITE - 1 TELEPHONE - 2  [1 ] OTHER - 3 | 19. TIME SPENT [1 ][4 ].[5 ] |
| 20. ATTACHMENTS Multiple  [9 ] | 21. CASE SOURCE [1 ][2 ] MECAP | 22. REVIEWED BY *EIGHT* | YR  MO  DAY |

**23. PERMISSION TO DISCLOSE NAMES**
*(NON-NEISS CASES ONLY)*   CPSC MAY DISCLOSE MY NAME [ ]   CPSC MAY NOT DISCLOSE MY NAME [XX ]

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL OFFICE DIRECTOR REVIEW   DATE |
|---|---|
| The narrative report and exhibits are attached. | |

*(USE ADDITIONAL SHEETS IF NECESSARY)*

0024697

CPSC FORM NO. 182 (Revised 10/93) (Adapted for WP for Windows & Epson LQ-1170 Printer 10/93)

**WC   3273**

WRAP A ROUND 8 MAR 1995

# EPIDEMIOLOGIC INVESTIGATION REPORT

| 1. CASE NUMBER | 2. INVESTIGATOR'S ID | 3. OFFICE CODE |
|---|---|---|
| 950216CCC1367 | 8930 | 8 0 0 |

| 4. INCIDENT DATE | YR | MO | DAY | 5. DATE IOI INITIATED | YR | MO | DAY |
|---|---|---|---|---|---|---|---|
| | 950130 | | | 950307 | | | |

**6. SYNOPSIS OF INCIDENT OR COMPLANT**
A 3 year old male died of asphyxiation when the cord from a window shade wrapped around his neck, leaving him hanging from the cord.

| 7. LOCATION | | 8. CITY | 9. STATE |
|---|---|---|---|
| Home | 1 0 | Chappaqua | N Y |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| window shade | 0 6 3 8 | Hunter Douglas<br>2 Parkway<br>Upper Saddle River, NJ 07458<br>#951 |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
|---|---|---|
| | 0 0 0 0 | HUNTER DOUGLAS |

| 12. AGE OF VICTIM | 13. SEX | | 14. DISPOSITION | | 15. INJURY DIAGNOSIS | |
|---|---|---|---|---|---|---|
| 0 0 3 | male | 1 | Dead | 0 8 | Asphyxiation | 6 5 |

| 16. BODY PART | | 17. RESPONDENT(S) | | 18. INVESTIGATION TYPE | 19. TIME SPENT |
|---|---|---|---|---|---|
| all parts | 8 5 | victim's mother, police | 1 | other   3 | 1 0. 0 |

| 20. ATTACHMENTS | | 21. CASE SOURCE | | 22. REVIEWED BY | YR | MO | DAY |
|---|---|---|---|---|---|---|---|
| multiple | 9 | MECAP | 1 2 | 8342 | 95 | 03 | 15 |

**23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
CPSC MAY DISCLOSE MY NAME ___   CPSC MAY NOT DISCLOSE MY NAME  x

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL DIRECTOR REVIEW | DATE |
|---|---|---|
| | B ES | 3/17/95 |

MFR/PRVLBR NOTIFIED ___ 8/20/98
No Comments made
Comments attached
Excisions/Revisions
Firm has not requested
further notice

*(USE ADDITIONAL SHEETS IF NECESSARY)*

0024698

WC   3274

Case 3:06-cv-00517-WDS-DGW  Document 75-4  Filed 12/03/07  Page 29 of 29  Page ID
#1236

VERT CHAIN ~
STRANGULATION — OTHER INCIDENTS WITH CHAINS                                      R % JUN 1995

| 1. CASE NO. 950410CCC3574 | 2. INVESTIGATOR'S ID [8 ][2 ][3 ][2 ] | 3. OFFICE CODE [8 ][7 ][0 ] | **EPIDEMIOLOGIC** |
|---|---|---|---|
| 4. DATE OF INCIDENT YR  MO  DAY [9 ][5 ][0 ][3 ][2 ][6 ] | 5. DATE INVESTIGATION INITIATED | YR  MO  DAY [9 ][5 ][0 ][4 ][1 ][4 ] | **INVESTIGATION REPORT** |

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**
A two year old male died as a result of hanging by her neck in the loop of a beaded chain which
operates vertical blinds.  The victim was alone in her bedroom at the time of the event.  She
apparently fell or jumped from the window sill with the chain loop around her neck.  The victim was
alone for approximately 20 minutes and was found unconcious by her mother.  Resuscitation efforts
were unsuccessfull and the victim was pronounced dead at a local hospital.  COMMERCIAL INTERIOR
CONCEPTS

| 7. LOCATION (Home, school, etc.) home, interior  [1 ][0 ] | 8. CITY Salem, OR | 9. STATE Oregon [OR] |
|---|---|---|
| 10A. FIRST PRODUCT vertical blind [0 ][6 ][3 ][8 ] | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS Commercial Interior Concepts Beaverton OR  97005 | |
| 10B. SECOND PRODUCT  [ ][ ][ ][ ] | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS | |

| 12. AGE OF VICTIM [0 ][0 ][2 ] | 13. SEX (USE NUMERICAL CODE) MALE - 1 FEMALE - 2 [1 ] UNKNOWN- 3 | 14. DISPOSITION died in ER [8 ] | 15. INJURY DIAGNOSIS anoxia [6 ][5 ] |
|---|---|---|---|

| 16. BODY PART all parts [8 ][5 ] | 17. RESPONDENT(S) (Mother, Friend) mother ,housing administrator [2 ] | 18. TYPE INVESTIGATION ON SITE - 1 TELEPHONE - 2 [1 ] OTHER  - 3 | 19. TIME SPENT [1 ][6 ].[0 ] |
|---|---|---|---|

| 20. ATTACHMENTS [9 ] reports, photos, diagrams | 21. CASE SOURCE [1 ][2 ] MECAP  X540853 | 22. REVIEWED BY [2][/][0][/] | YR  MO  DAY [9][5][0][3][3][0] |
|---|---|---|---|

**23. PERMISSION TO DISCLOSE NAMES**
(NON-NEISS CASES ONLY)  CPSC MAY DISCLOSE MY NAME [  ]   CPSC MAY NOT DISCLOSE MY NAME [ X ]

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL OFFICE DIRECTOR REVIEW | DATE |
|---|---|---|

The respondents were the victim's mother and the admistrator for the
public housing where the event occured.

MFR/PRVLBR NOTIFIED
___ No comments made
___ Comments attached
25 C Excisions/Revisions
___ Firm has not requested
further notice

3/21/00

(USE ADDITIONAL SHEETS IF NECESSARY)

CPSC FOR NO. 182 (Revised 10/93)(Adapted for WP for Windows & Epson LQ-1070 Printer 10/93)

0024699                                                    **WC   3275**