# EXHIBIT A(4)

*LOOP*
*STRANGULATION*

*LEVELOR*            2 1 AUG 1996            *EHDS*

| 1 Case Number 960717CCC5351 | 2 Investigator ID 8 6 8 9 | 3 Office Code 8 3 0 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 4 Accident date 9 6 0 7 1 3 | 5 IDI initiated 9 6 0 8 1 2 | | |

6 Synopsis of Accident or complaint  A 3 year old female that had cerebral palsy died as a result of being entangled in a loop from the cord of mini-blinds.

MFR/PRVLER NOTIFIED
X No comments made
___ Comments attached                3/24/00
ASC Excisions/Revisions              JB
X Firm has not responded
further contacted

| 7 Location Home                    1 0 | 8 City Oak Park | 9 State M I |
|---|---|---|
| 10a First Product mini-blinds                0 6 3 8 | 11a Trade/Brand name/Model Levolor Inc 25 Green Pond Rd Rockaway, N. Jersey 07866 | |
| 10b Second Product na                X X X X | 11b Trade/Brand name/Model na | |

| 12 Age of Victim 0 0 3 | 13 Sex 2 | 14 Disposition DOA          0 8 | 15 Injury diagnosis Anoxia .              . 6 5 |
|---|---|---|---|

| 16 Body part all                8 5 | 17 Respondents Detective              3 | 18 Investigation type other              3 | 19 Time spent 0 9 . 0 tr= 3 hrs |
|---|---|---|---|

| 20 Attachments police report            2 | 21 Case Source newspaper          0 7 | 22 Reviewed by/Date 8311        960819 |
|---|---|---|

23 Permission to disclose names (Non-NEISS cases only)
___ CPSC may disclose my name          xxx  CPSC may not disclose my name

| 24 Narrative | 25 Regional Director review        date |
|---|---|

Pre-Accident

All information contained within this report was obtained from the detective who investigated this case, save for the identification and age of the product which was obtained from the victim's step-mother.

The victim was a female who was a crack baby and also had cerebral palsy.  She was adopted approximately 2 years ago when the child was one year old.

CPSC Form 182

0024700              WC   3276

*Loop cord* ~~~~ *~~~~* HUNT
*NOT A Real MiNi BLiND* Dougl
1 5 JUL 1998 Duett

CPSC FORM NO. 167 [Rev. 8/86] [Adapted for WP Windows 4/93] [HP Laserjet III 10/93]

| 1. CASE NUMBER | 2. INVESTIGATOR'S ID | 3. OFFICE CODE | EPIDEMIOLOGIC |
| 960520CNE5140 | 8 2 5 1 | 8 0 0 | INVESTIGATION |

| 4. INCIDENT DATE | YR | MO | DAY | 5. DATE IDI INITIATED | YR | MO | DAY | REPORT |
| | 9 6 | 0 5 | 1 7 | | 9 6 | 0 6 | 0 1 | |

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**

A 3 year old female died as a result of ligature hanging, after being suspended by the neck from a venetian blind cord, while in a standing position on her bed.

MrR/PRVLBK

No Comments made
Comments attached
Excisions/Revisions
Firm has not requested
further notice

| 7. LOCATION | 8. CITY | 9. STATE |
| Home, Bedroom | 1 0 | Boca Raton | ? F L |

| 10A. FIRST PRODUCT | | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
| Venetian Blinds | 0 6 3 8 | Hunter Douglas Fabrications 11420 Reeder Road Dallas, Texas 75229 |

| 10B. SECOND PRODUCT | | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS |
| | 0 6 9 4  0 0 0 0 | DUETTE |

| 12. AGE OF VICTIM | 13. SEX | | 14. DISPOSITION | | 15. INJURY DIAGNOSIS | |
| 0 0 3 | | 2 | Dead In Hospital | 8 | Anoxia | 6 5 |

| 16. BODY PART | | 17. RESPONDENT(S) | | 18. INVESTIGATION TYPE | 19. | |
| | 8 5 | Father | 2 | ON-SITE | 1 | 1 8 . 0 |

| 20. ATTACHMENTS | | 21. CASE SOURCE | | 22. REVIEWED BY | YR | MO | DAY |
| Multi | 9 | Newspaper | 0 5 | 8 3 9 2 | 9 6 | 0 7 | 0 2 |

**23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY)**
CPSC MAY DISCLOSE MY NAME   _X_ CPSC MAY NOT DISCLOSE MY NAME ___

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL DIRECTOR REVIEW | DATE |
| | 7 - 2 - 96 |

*(USE ADDITIONAL SHEETS IF NECESSARY)*

CPSC FOR NO. 182 [Revised 10/93] [Adapted for WP for Windows & HP Laserjet III Printer 10/93]

WC  3277

0024701

*Loop Cord* *STRINGS* *GERMON*
*STRANGULATION* *INDUSTRIES*

| 1. TASK NUMBER 970619CCC3227 | | 2.INVESTIGATOR'S ID 8310 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|---|
| 3. OFFICE CODE 871 | 4. DATE OF ACCIDENT 8-8-96 | 5. DATE INITIATED 7-15-97 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**
A one year old female was temporarily alone in the livingroom of her home.  She climbed up onto the ledge of a window and got her neck entangled in the pull cord of a miniblind.  She was found unconscious by her mother and emergency personnel were summoned.  The child was hospitalized, but she was not revived.

MFR/PRVLBR NOTIFIED 3/27/00
_____ No comments made
_____ Comments attached
25 C _ Excisions/Revisions
_ α _ Firm has not requested
Further Action

| 7.LOCATION (Home, School, etc.) Livingroom 10 | | 8. CITY Corona | CA |
|---|---|---|---|
| 10A. FIRST PRODUCT Miniblind 0638 | | 10B. TRADE/BRAND NAME Graber Brentwood White | 10C. MODEL NUMBER 3356 |

**10D. MANUFACTURER NAME AND ADDRESS**
Springs Window Fashions, Inc.
South Carolina

| 11A. SECOND PRODUCT NONE _1870_ | | 11B. TRADE/BRAND NAME | 11C. MODEL NUMBER |
|---|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS**

| 12. AGE OF VICTIM 222 | 13. SEX Female 2 | 14. DISPOSITION Expired at hospital 8 | 15. INJURY DIAGNOSIS Strangulation 65 |
|---|---|---|---|
| 16. BODY PART(S) INVOLVED All 85 | 17.RESPONDENT Mother 2 | 18. TYPE OF INVESTIGATION Onsite 1 | 19. TIME SPENT (OPERATIONAL HOURS) 30 |
| 20. ATTACHMENT(S) Multiple 9 | 21.CASE SOURCE Coroner 12 | | 22. SAMPLE COLLECTION NUMBER NONE |

**23. PERMISSION TO DISCLOSE NAMES  (NON NEISS CASES ONLY)**
NO

| 24. REVIEW DATE Sept. 29, 1997 | 25. REVIEWED BY Keven Barton (SPSI) | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

**27. DISTRIBUTION**
 O:EHDS  CC:CCA, FOWR

CPSC FORM 182 (REVISED 10/93) Approved through 5-31-00 OMB NO. 3041-

**WC  3278**

EDDY

*HAS TO BE WRAP A ROUND*   2.1549   35

HUNTR
DOUGLA·
BLINL

| 1. TASK NUMBER  C9703026 | -2. INVESTIGATOR'S ID | EPIDEMIOLOGIC |
|---|---|---|
| 981020CCC3026 | 8940 | INVESTIGATION REPORT |

| 3. OFFICE CODE | 4. DATE OF ACCIDENT YR MO DAY | 5. DATE INITIATED YR MO DAY | |
|---|---|---|---|
| 860 | 1997/01/08 | 1998/11/02 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**   UPC

A 3-year-old female died of asphyxia due to hanging in a mini-blind cord while being cared for by her parents in a single family home in Houston, TX.

| 7. LOCATION (Home, School, etc.) Home, Indoors 1 | 8. CITY Houston | 9. STATE TX |
|---|---|---|
| 10A. FIRST PRODUCT Blinds 0638 | 10B. TRADE/BRAND NAME Flexalum | 10C. MODEL NUMBER UNK |

**10D. MANUFACTURER NAME AND ADDRESS**
Gulf Coast Window Covering
Houston, TX

| 11A. SECOND PRODUCT none | 11B. TRADE/BRAND NAME *HUNTER* *DOUGLAS* none | 11C. MODEL NUMBER none |
|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS**
none

| 12. AGE OF VICTIM 003 | 13. SEX Female 2 | 14. DISPOSITION Death 8 | 15. INJURY DIAGNOSIS Anoxia 65 |
|---|---|---|---|
| 16. BODY PART (S) INVOLVED All 85 | 17. RESPONDENT Attorney 3 | 18. TYPE OF INVESTIGATION tele-2 | 19. TIME SPENT (OPERATIONAL HOURS) 9 |
| 20. ATTACHMENT (S) Photo 1 | 21. CASE SOURCE Law Firm 11 | 22. SAMPLE COLLECTION NUMBER N/A | |

| 23. PERMISSION TO DISCLOSE NAMES   (NON NEISS CASES ONLY) NO ✓ | MFR/PRVLBR NOTIFIED No comments made Comments attached |
|---|---|

| 24. REVIEW DATE 12/15/98 | 25. REVIEWED BY Sidney C. Englander   *ExB.* | 26. REGIONAL OFFICE DIRECTOR Decisions/Revisions Firm has not requested further notice 7/13/99 |
|---|---|---|

**27. DISTRIBUTION**
O:EHDS   CC: CHP(RRauchschwalbe)

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

WC   3279

*JEN CRAFT*
*WRAP-A-ROUND -14M - TASSELS*     *4-36-99*

| 1. TASK NUMBER<br>981001CCC4014 | 2. INVESTIGATOR'S ID<br>8310 | **EPIDEMIOLOGIC** |
|---|---|---|
| 3. OFFICE CODE<br><br>871 | 4. DATE OF ACCIDENT<br>YR  MO  DAY<br>4-17-97 | 5. DATE INITIATED<br>YR  MO  DAY<br>10-19-98 | **INVESTIGATION**<br>**REPORT** |

6. SYNOPSIS OF ACCIDENT OR COMPLAINT          UPC

A 14 month old male was strangled in the cords from a mini-blind. He was found unresponsive in his bedroom with the cords around his neck. Resuscitation efforts were unsuccessful.

| 7. LOCATION (Home, School, etc.)<br>Home 1 | 8. CITY<br>El Cajon | 9. STATE<br>CA |
|---|---|---|
| 10A. FIRST PRODUCT<br>Mini-blinds 0638 | 10B. TRADE/BRAND NAME<br>Jencraft | 10C. MODEL NUMBER<br>F05 |

10D. MANUFACTURER NAME AND ADDRESS
Jencraft, 3000 W. U.S. Highway 83, McAllen, TX 78501

| 11A. SECOND PRODUCT<br>None | 11B. TRADE/BRAND NAME | 11C. MODEL NUMBER |
|---|---|---|

11D. MANUFACTURER NAME AND ADDRESS

| 12. AGE OF VICTIM<br>214 | 13. SEX<br>Male 1 | 14. DISPOSITION<br>Expired at hosp. 8 | 15. INJURY DIAGNOSIS<br>Anoxia 65 |
|---|---|---|---|
| 16. BODY PART (S) INVOLVED<br>All 85 | 17. RESPONDENT<br>Official Rpts. 3 | 18. TYPE OF INVESTIGATION<br>Other 3 | 19. TIME SPENT (OPERATIONAL HOURS)<br>16 |
| 20. ATTACHMENT(S)<br>Multiple 9 | 21. CASE SOURCE<br>Coroner 12 | 22. SAMPLE COLLECTION NUMBER<br>None | |

23. PERMISSION TO DISCLOSE NAMES  (NON NEISS CASES ONLY)   NO

| 24. REVIEW DATE<br>April 08, 1999 | 25. REVIEWED BY: Kevan Barton<br>9035 | 26. REGIONAL OFFICE DIRECTOR:<br>Frank Nava |
|---|---|---|

27. DISTRIBUTION   O: EHDS (M.McDonald)  CC: FOWR (K.Barton), CRC/SIU (R. Rauchschwalbe). Travel: 1 hour

CPSC FORM 182 (12/96)Approved for use through 5/31/2000 OMB NO.30410029

0024704

**WC   3280**

MFR/PRVLDR NOTIFIED
___ No comments made
___ Comments attached
___ Excisions/Revisions
___ Firm has not requested
further notice   RTP
10/18/99

*NO MANUFACTURER?*

*36*

| 1. CASE NO.<br>971119CWE5009 | 2. INVESTIGATOR ID<br>8101 | 3. OFFICE CODE<br>860 | EPIDEMIOLOGIC<br>INVESTIGATION<br>REPORT |
|---|---|---|---|
| 4. DATE OF INCIDENT<br>971108 | 5. DATE INITIATED<br>971119 | | |

**6. SYNOPSIS OF INCIDENT OF COMPLAINT**
A 14 month old male child hanged himself in the pull cord of a mini-blind while in his crib. The child was found with his head through the loop of the pull cord. The child had a history of playing with the blinds and the parents had raised the blinds to prevent this. The victim was able to reach the cord and pull it into his crib.

*Mfr. purge*   MFR/RVLR NOTIFIED   *3/31/00*
_____ No comments made
_____ Comments attached
*3,4,00* ___ Excisions/Revisions
✓ Firm has not requested further notice

| 7. LOCATION<br>apartment | 8. CITY<br>Rancho Cordova | 9. STATE<br>CA |
|---|---|---|
| 10A. FIRST PRODUCT<br>Mini-blinds   0638 | 10B. TRADE/BRAND NAME | 10C. MODEL NUMBER |

**10D. MANUFACTURER NAME AND ADDRESS**

| 11A. SECOND PRODUCT<br>crib   1543 | 11B. TRADE/BRAND NAME<br>Not known | 11C. MODEL NUMBER |
|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS**

| 12. AGE OF VICTIM<br>214 | 13. SEX<br>1 | 14. DISPOSITION<br>fatal   8 | 15. INJURY DIAGNOSIS<br>anoxia   65 |
|---|---|---|---|
| 16. BODY PART<br>all   85 | 17. RESPONDENT<br>sheriff   3 | 18. TYPE INVESTIGATION<br>other   3 | 19. TIME SPENT<br>12 |
| 20. CATEGORY ID<br>Sect 15 1998 | 21. CASE SOURCE -<br>consumer complaint   07<br>H97B0215A | 22. SAMPLE COLLECTION NUMBER | |

| 23. PERMISSION TO DISCLOSE NAMES *(NON-NEISS CASES ONLY)* | YES: | NO: |
|---|---|---|

| 24. REVIEW DATE<br>980119 | 25. REVIEW BY<br>8101 | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

0024705

WC   3281

HANGING "BALI" SPRINGS W. WDCW FASHIE 18 FEB 1998

| 1. CASE NO. 980109CCC2177 | 2. INVESTIGATOR'S ID [8][1][5][6] | 3. OFFICE CODE [8][3][0] | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|
| 4. DATE OF INCIDENT YR MO DAY [9][7][1][1][2][7] | 5. DATE INVESTIGATION INITIATED | YR MO DAY [9][8][0][1][1][6] | |

**6. SYNOPSIS OF INCIDENT OR COMPLAINT**

The 1 1/2 year old female victim was playing in a bedroom with her 3 year old sister. The victim was helped up on a the bed by her 3 year old sister. Adjacent to the bed was a window that had a venetian blind installed. The cord from the venetian blind was hanging within reach of the bed. The victim grabbed the cord and placed it around her neck. Reportedly, she loss her balance and was accidentally hung by the cord. She died at the hospital from anoxic encephalopathy due to external neck compression.

| 7. LOCATION (Home, school, etc.) Home   [1][0] | 8. CITY Mendota Heights | 9. STATE Minnesota |
|---|---|---|

| 10A. FIRST PRODUCT Venetian Blind   [0][6][3][8] | 11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS "Bali"   Springs Window Fashions, Inc; 7549 Graybery Road; Middleton, WI 53562 |
|---|---|
| 10B. SECOND PRODUCT None   [0][0][0][0] | 11B. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS N/A |

| 12. AGE OF VICTIM [2][2][0] | 13. SEX (USE NUMERICAL CODE) MALE - 1 FEMALE - 2   [2] UNKNOWN- 3 | 14. DISPOSITION Fatality   [8] | 15. INJURY DIAGNOSIS Anoxia   [6][5] |
|---|---|---|---|

| 16. BODY PART APB   [8][5] | 17. RESPONDENT(S) (Mother, Friend) Attorney, Police   [2] | 18. TYPE INVESTIGATION ON SITE - 1 TELEPHONE - 2   [1] OTHER  - 3 | 19. TIME SPENT [0][8][0] 2- Travel |
|---|---|---|---|

| 20. ATTACHMENTS Photos, etc.   [9] | 21. CASE SOURCE Death Certificate   [0][2] | 22. REVIEWED BY [8][3][1][1] | YR MO DAY [9][8][0][2][0][6] |
|---|---|---|---|

**23. PERMISSION TO DISCLOSE NAMES**
(NON-NEISS CASES ONLY)  CPSC MAY DISCLOSE MY NAME [  ]  CPSC MAY NOT DISCLOSE MY NAME [X  ]

| 24. NARRATIVE (See Instructions on Page 2) | 25. REGIONAL OFFICE DIRECTOR REVIEW   DATE |
|---|---|

See Attached

MFR/REVLEH ...
No comments
Comments attach
Excisions/Revision
Firm has not reques
further notice
3-24-00

0024706

(USE ADDITIONAL SHEETS IF NECESSARY)

CPSC FORM NO. 182 (Approved for use thru 5/31/2000,   OMB No. 3049-1-0029.)

WC  3282

*LOOP OK WRAP AROUND ?*   *KENNEY MFG*

| 1. TASK NUMBER 980209CCC3581 | 2. INVESTIGATOR'S ID 8940 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|
| *H9810051* | | |

| 3. OFFICE CODE 860 | 4. DATE OF ACCIDENT YR MO DAY 98/01/30 | 5. DATE INITIATED YR MO DAY 98/02 | |
|---|---|---|---|

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT     UPC**
A 3-year-old male died as a result of asphyxia due to hanging on a beaded, vertical patio blind in his apartment.  The mother of the victim reportedly fell asleep on the dining room floor with the victim, while watching television.  When the mother awoke, she found the victim hanging by his neck on the vertical blinds beaded cord. The product was partially identified and the beaded cord was photographed.  The parents of the victim were unable to be contacted for an interview.

| 7. LOCATION (Home, School, etc.) Home    10 | 8. CITY Houston | 9. STATE TX |
|---|---|---|

| 10A. FIRST PRODUCT Vertical Patio Blinds 0638 | 10B. TRADE/BRAND NAME Kenney Mfg. | 10C. MODEL NUMBER Unknown |
|---|---|---|

| 10D. MANUFACTURER NAME AND ADDRESS Kenney Manufacturing 1000 Jefferson Blvd Warwick, RI  02886 |
|---|

| 11A. SECOND PRODUCT | 11B. TRADE/BRAND NAME | 11C. MODEL NUMBER |
|---|---|---|
| | | MFR/PRVT/LBR NOTIFIED ☐ No comments made ☐ Comments attached *Ex. 325* ☐ Exclusions/Revisions ☑ Firm has not requested further notice *7/13/99* |

| 11D. MANUFACTURER NAME AND ADDRESS |
|---|

| 12. AGE OF VICTIM 003 | 13. SEX 1 Male | 14. DISPOSITION Fatality 8 | 15. INJURY DIAGNOSIS Asphyxia due to hanging 65 |
|---|---|---|---|

| 16. BODY PART (S) INVOLVED All 85 | 17. RESPONDENT Second-Hand Info Only 3 | 18. TYPE OF INVESTIGATION Tele 2 | 19. TIME SPENT (OPERATIONAL HOURS) 18 |
|---|---|---|---|

| 20. ATTACHMENT (S) Multi 9 | 21. CASE SOURCE Consumer Complaint (Atty) 07 | 22. SAMPLE COLLECTION NUMBER N/A |
|---|---|---|

| 23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY) NO |
|---|

| 24. REVIEW DATE 4/3/98 | 25. REVIEWED BY SIDNEY C. ENGLANDER | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

**27. DISTRIBUTION**
O:EHDS   CC: *FLER CNR, CO*

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

*H9820051A*

**WC   3283**

0024707

CORD POSITION - UNKNOWN  WRAPAROUND?   2/4/98
                                    OR LOOP   JENCRAFT

| 1. TASK NUMBER | 2. INVESTIGATOR'S ID | EPIDEMIOLOGIC |
|---|---|---|
| 980305CBB5364 | 8123 | INVESTIGATION |
| | | REPORT |

| 3. OFFICE CODE | 4. DATE OF ACCIDENT YR MO DAY | 5. DATE INITIATED YR MO DAY |
|---|---|---|
| 830 | 980204 | 980319 |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**     UPC

A two year old male was strangled in an incident involving a two-strand cord on a mini-blind on his bedroom window. He was playing in his room and apparently climbed onto a youth chair to look out the window and then wrapped the cord around his neck. He either fell or jumped off the chair and hung himself. The blinds were installed in the mid to late 1980's.

| 7. LOCATION (Home, School, etc.) | 8. CITY | 9. STATE |
|---|---|---|
| home    10 | Eddyville | IA |

| 10A. FIRST PRODUCT | 10B. TRADE/BRAND NAME | 10C. MODEL NUMBER |
|---|---|---|
| mini-blind 0638 | Jencraft | |

**10D. MANUFACTURER NAME AND ADDRESS**
Kirsch Co
524 W. Stephenson Street
Freeport, IL 61032

mfgr. is Jencraft

| 11A. SECOND PRODUCT | 11B. TRADE/BRAND NAME MFR/PRVLBR NO | 11C. MODEL NUMBER |
|---|---|---|
| None    0000 | | |

No Comments made
Comments attached
Excisions/Revisions
Firm has not requested
further notice 10/21/98

**11D. MANUFACTURER NAME AND ADDRESS**

| 12. AGE OF VICTIM | 13. SEX | 14. DISPOSITION | 15. INJURY-DIAGNOSIS |
|---|---|---|---|
| 002 | 1 | DOA    8 | strangulation 65 |

| 16. BODY PART(S) INVOLVED | 17. RESPONDENT | 18. TYPE OF INVESTIGATION | 19. TIME SPENT (OPERATIONAL HOURS) |
|---|---|---|---|
| all parts 85 | Mother, atty 3 | other    3 | 6.0 3.0 travel |

| 20. ATTACHMENT(S) | 21. CASE SOURCE | 22. SAMPLE COLLECTION NUMBER |
|---|---|---|
| multi   9 | cons. complt.07 | None |

| 23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY) |
|---|
| yes |

| 24. REVIEW DATE | 25. REVIEWED BY | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|
| 980421 | 8311 | |

**27. DISTRIBUTION**
O=EHDS, cc=CHP, L. Saltzman/R. Rauchschwalbe, cc=FOCR IDI file, cc=FOCR EI file

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

*JENCRAFT   JENCRAFT*                    2\28\98

CHILD IS 3½" ABOVE KNOT
"BUT" 10 INCHES ABOVE
SMALLER LOOPS

| | | |
|---|---|---|
| **1. TASK NUMBER**<br>980326CCC0231 | **2. INVESTIGATOR'S ID**<br>8251 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |

| **3. OFFICE CODE**<br>800 | **4. DATE OF ACCIDENT**<br>YR MO DAY<br>98 02 28 | **5. DATE INITIATED**<br>YR MO DAY<br>98 04 08 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**          **UPC**

A twenty month old female was found unresponsive, not breathing, with ligature abrasions on her neck when she hung herself inside a venetian blind cord. The cause of death was hanging.

| **7. LOCATION (Home, School, etc.)**<br>Home   10 | **8. CITY**<br>Miami | **9. STATE**<br>Florida   FL |
|---|---|---|
| **10A. FIRST PRODUCT**<br>Venetian Blinds   0638 | **10B. TRADE/BRAND NAME**<br>"Jencraft" | **10C. MODEL NUMBER**<br>"EEG made |

**10D. DISTRIBUTOR: NAME AND ADDRESS**
****Unknown (Made in China)

MFR/PRVLBR NOTIFIED
No Comments
Comments attached
Excisions/Revisions
25c  Firm has not requested
further notice  *10/22/98*

| **11A. SECOND PRODUCT**<br>Couch   0679 | **11B. TRADE/BRAND NAME**<br>Unavailable | **11C. MODEL NUMBER**<br>Unavailable |
|---|---|---|

**11D. DISTRIBUTOR: NAME AND ADDRESS**
Unavailable

| **12. AGE OF VICTIM**<br>202 | **13. SEX**<br>2 | **14. DISPOSITION**<br>Died in ER   8 | **15. INJURY DIAGNOSIS**<br>Anoxia   65 |
|---|---|---|---|
| **16. BODY PART(S) INVOLVED**<br>All Parts   85 | **17. RESPONDENT**<br>Medical Examiner   03 | **18. TYPE OF INVESTIGATION**<br>3 | **19. TIME SPENT (OPERATIONAL HOURS)**<br>021 |

| **20. ATTACHMENT(S)**<br>Multiple   09 | **21. CASE SOURCE**<br>MECAP   12 | **22. SAMPLE COLLECTION NUMBER**<br>none |
|---|---|---|

**23. PERMISSION TO DISCLOSE NAMES (NON NEISS CASES ONLY)**
No

| **24. REVIEW DATE** | **25. REVIEWED BY**<br>8342 | **26. REGIONAL OFFICE DIRECTOR** |
|---|---|---|

**27. DISTRIBUTION**
O:          CC:

CPSC FORM 182 (REVISED 12/96)          OMB NO. 3041-0029

MFR/PRVLBR NTIFIED.
✓ No comments made
Comments attached
25c Excisions/Revisions
Firm has not requested
further notice *10/18/99*

0024709                    WC  3285

MAIN-LOOP - HANGING - VERTICAL (BLIND) - SPRING/GRABER MFG

| 1. TASK NUMBER  990618CWE6004 | 2. INVESTIGATOR'S ID  8953 | EPIDEMIOLOGIC INVESTIGATION REPORT |
|---|---|---|
| 3. OFFICE CODE  860 | 4. DATE OF ACCIDENT YR MO DAY  990615 | 5. DATE INITIATED YR MO DAY  990616 | |

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT**          UPC

2 1/2-year-old female was watching TV alone for about 5 - 10 minutes, and was discovered by her grandmother hanging by her neck from the metal beaded chain cord of the vertical window blind. Victim pronounced dead in the hospital. The blind cord was normally tied to itself and kept out of the victim's reach, but on this day the grandmother forgot to tie it and it hung in a continuous loop within the victim's reach.

| 7. LOCATION (Home,School,etc.)  home  1 | 8. CITY  Walnut Creek | 9. STATE  CA |
|---|---|---|
| 10A. FIRST PRODUCT  window blind  0638 | 10B. TRADE/BRAND NAME  Graber | 10C. MODEL NUMBER  unknown |

**10D. MANUFACTURER NAME AND ADDRESS**
Springs/Graber
7549 Graber Rd., Middleton, WI

| 11A. SECOND PRODUCT  n/a | 11B. TRADE/BRAND NAME  n/a | 11C. MODEL NUMBER  n/a |
|---|---|---|

**11D. MANUFACTURER NAME AND ADDRESS**
n/a

| 12. AGE OF VICTIM  002 | 13. SEX  female  2 | 14. DISPOSITION  died  8 | 15. INJURY DIAGNOSIS  asphyxia 65 |
|---|---|---|---|
| 16. BODY PART (S) INVOLVED  all  85 | 17. RESPONDENT  parents 3 | 18. TYPE OF INVESTIGATION  on-site  1 | 19. TIME SPENT (OPERATIONAL HOURS)  24.0 |
| 20. ATTACHMENT (S)  multiple  9 | 21. CASE SOURCE  newspaper 05 #F9966004A | 22. SAMPLE COLLECTION NUMBER | |

**23. PERMISSION TO DISCLOSE NAMES   (NON NEISS CASES ONLY)**     Yes

| 24. REVIEW DATE  990817 | 25. REVIEWED BY  8101 | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|

**27. DISTRIBUTION**
O:EHDS    CC:

FIRM/FIRM NOTIFIED
Overruled No comments made
Comments attached
Revisions
Firm has not requested
further notice
4-3-00 SB

CPSC FORM 182 (12/96) Approved for use through ___ 000 OMB NO.30410029

0024710                    WC   3286

*Loop corv u way a round*          *LEVELoR MFG*

| 1. TASK NUMBER *STRANGULATION* # 000214CBB2293 | 2. INVESTIGATOR'S ID 9044 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|
| 3. OFFICE CODE 830 | 4. DATE OF ACCIDENT YR MO DAY 2000/01/30 | 5. DATE INITIATED YR MO DAY 2000/2/3 | |

| 6. SYNOPSIS OF ACCIDENT OR COMPLAINT | UPC  None Available |
|---|---|

On 1/30/2000, a four (4) year old male died from strangulation, when he got his neck caught in the pull cords of window blinds, located above the sofa he was playing on.   His five (5) year old sister was in the room, with him.

Reference Source Doc. # X00200399A

| 7. LOCATION (Home, School, etc.) Home   1 | 8. CITY Lombard | 9. STATE Illinois |
|---|---|---|
| 10A. FIRST PRODUCT Window Blinds   0638 | 10B. TRADE/BRAND NAME | 10C. MODEL NUMBER |
| 10D. MANUFACTURER NAME AND ADDRESS   *LEVELoR* | | |

| 11A. SECOND PRODUCT Sofa   0679 | 11B. TRADE/BRAND NAME Upholstered | 11C. MODEL NUMBER Unknown |
|---|---|---|
| 11D. MANUFACTURER NAME AND ADDRESS Unknown | | |

| 12. AGE OF VICTIM 004 | 13. SEX Male   1 | 14. DISPOSITION Fatal   8 | 15. INJURY DIAGNOSIS Strangulation   65 |
|---|---|---|---|
| 16. BODY PART(S) INVOLVED All Parts   85 | 17. RESPONDENT Parents   1 | 18. TYPE OF INVESTIGATION On-Site   1 | 19. TIME SPENT (OPERATIONAL HOURS) 14 hrs; 3 hrs trv |
| 20. ATTACHMENT(S) Multi/Photos   9 | 21. CASE SOURCE Fire Department   01 | 22. SAMPLE COLLECTION NUMBER # 00-830-3458 | |

| 23. PERMISSION TO DISCLOSE NAMES   (NON NEISS CASES ONLY)   YES |
|---|

| 24. REVIEW DATE 03/21/00 | 25. REVIEWED BY 8929 | 26. REGIONAL OFFICE DIRECTOR |
|---|---|---|
| 27. DISTRIBUTION   FOCR;Rauchschwalbe, R.   O:EHDS   CC: | | |

CPSC FORM 182 (12/96) Approved for use through 5/31/2000 OMB NO.30410029

0024711

**WC   3287**