# EXHIBIT A(5)

| 1. Task Number<br>041119CCC2143 | | 2. Investigator's ID<br>9070 | | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|---|
| 3. Office Code<br>830 | 4. Date of Accident<br>YR MO DAY<br>2004 09 30 | 5. Date Initiated<br>YR MO DAY<br>2004 11 24 | | |

**6. Synopsis of Accident or Complaint**   UPC

A 2-year old male (victim) nearly died from choking on a "Window Blind Cord Wind-Up." A venetian blind cord was wrapped around the victim's neck when he lost balance while standing on top of a sofa. The "Wind-Up" acted as a noose when it failed to release the victim while he was dangling in state. The victim's life was saved by his 5-year old brother.

| 7. Location (Home, School, etc)<br>1 - HOME | 8. City<br>WILDWOOD | 9. State<br>IL |
|---|---|---|
| 10A. First Product<br>638 - Window Shades, Venetian Blind | 10B. Trade/Brand Name<br>WINDOW BLIND CORD WIND-UP | 10C. Model Number<br>00222 |

**10D. Manufacturer Name and Address**

Columbus, IN

| 11A. Second Product<br>0 | 11B. Trade/Brand Name<br>NONE | 11C. Model Number<br>NONE |
|---|---|---|

**11D. Manufacturer Name and Address**
NONE

| 12. Age of Victim<br>2 | 13. Sex<br>1 - Male | 14. Disposition<br>1 - Injured, not Hosp. | 15. Injury Diagnosis<br>65 - Anoxia |
|---|---|---|---|
| 16. Body Part(s) Involved<br>85 - ALL OF BODY | 17. Respondent<br>1 - Victim/Complainant | 18. Type of Investigation<br>3 - Other | 19. Time Spent (Operational / Travel)<br>17 / 4 |
| 20. Attachment(s)<br>9 - Multiple Attachments | 21. Case Source<br>11 - Law Firm | | 22. Sample Collection Number<br>058304890 |

**23. Permission to Disclose Name (Non NEISS Cases Only)**
◯ Yes    ◯ No    ◉ Verbal

| 24. Review Date<br>01/10/2005 | 25. Reviewed By<br>8130 | 26. Regional Office Director<br>Eric B. Ault |
|---|---|---|
| 27. Distribution<br>Rauchschwalbe, Renae | | 28. Source Document Number<br>H04B0152A |

CPSC FORM 182 (12/96) Approved for use through 09/30/2006 OMB NO. 30410029

0041728

IDI # 041119CCC2143                                    Page 1 of 2

On 12/13/2004, I visited with an Attorney, at his office, with respect to an incident that occurred on 09/30/2004. In conjunction with my visit, the Attorney's clients (parents), the 2-year-old male (victim), a 5-year old male (brother – is credited with saving the life of his sibling) and the news media (WBBM, Channel 2 – Chicago) was present. I was unaware beforehand that the news media was to be in attendance during, what would be, a simulated demonstration of the 09/30/2004 incident.

This is what was explained: Two little boys were in the family room of the parents' residence watching television. The victim then reached for a toy and proceeded to climb up on the back of a sofa which was in close proximity to a Venetian window-blind cord. For whatever the reason at this time, the victim placed the cord around his neck. The cord, according to the Attorney and as examined by all in attendance at this simulation, had a device on it so that the cord, if such were to happen, would not act as a noose. This device is a white-colored circular mechanism that was placed by the parents onto the cord, pursuant to the instructions on the package, for safety purposes. The device was about one to two years in age at the time the incident occurred. It is still being sold in the marketplace.

The device failed. The victim had the cord around his neck when he slipped off of the sofa. The victim hung in state with the blind-cord acting as a noose. The device is supposedly designed to break-open or release but it did not release. The victim was choking. The brother, who was sitting in the family room, saw what was happening and acted. The brother somehow managed to get the cord off of and from around the victim's neck. He then proceeded to call his mother who was in the next room.

The victim sustained a severe strangulation mark around his neck as shown in the attached photos provided by the Attorney. He was not hospitalized but the victim is suffering from nightmares.

According to the mother, the victim weighed about 34 pounds and was 41 inches in height at the time of the incident.

I examined the product and packaging while in the Attorney's office. Specific information follows.

It is understood that the news media may be performing an expose on this occurrence. On 12/28/2004, the victim's mother called me to say that she was sending me a duplicate product of the product that was involved in the incident. She also stated that the news media was at her residence for about 5 hours. The news media questioned the victim, while at the residence, as to the reason why he put the cord around his neck. The victim responded by saying that, "it tickled." The news media may also be visiting the brother's school in order to further expand the exposition of what occurred and the attendant dangers.

IDI # 041119CCC2143                    Page 2 of 2

**PRODUCT INFORMATION:**

**Product:**

**WINDOW BLIND CORD**

Name of Product:            Window Blind Cord Wind-Ups
Model Number: 00222
Bar Code: 05218100222
Manufacturer:
          Columbus, IN 47201-7494
Tel:
Lot Number for the product that failed: 222108W
Year of Manufacturer: 1991

**RETAILER:**

              one of the northern Chicago suburb stores

**EXHIBIT:**

Photographs

**ATTACHMENTS:**

1. Letter, 12/27/2004
2. Sample Collection Report
3. Attorney's Business Card
4. Points of Contact



041119CCC2143 EXHIBIT 1, PHOTO 1; SIMULATION

0041731



041119CCC2143 EXHIBIT 1, PHOTO 2; SIMULATION

0041732



041119CCC2143 EXHIBIT 1; PHOTO 3; SIMULATION

0041733



041119CCC2143 EXHIBIT 1, PHOTO 4; SIMULATION

0041734



041119CCC2143 EXHIBIT 1, PHOTO 5; SIMULATION

0041735



041119CCC2143 EXHIBIT 1, PHOTO 6; PRODUCT

0041736