# EXHIBIT A(6)

| 1. Task Number<br>050811CBB3454 | | 2. Investigator's ID<br>1948 | | **EPIDEMIOLOGIC<br>INVESTIGATION<br>REPORT** |
|---|---|---|---|---|
| 3. Office Code<br>840 | 4. Date of Accident<br>YR MO DAY<br>2005 06 23 | 5. Date Initiated<br>YR MO DAY<br>2005 08 18 | | |

| 6. Synopsis of Accident or Complaint     UPC |
|---|
| 1-year old male victim became entangled in inner cord on the back side of roman-style blind while blind was dropped to floor level. Mother found victim within seconds of victim beginning to strangle from cord wrapped around his neck. No injuries. Mother reported incident to store where she bought blinds and returned them for a full refund. Store reported matter to CPSC. |

| 7. Location (Home, School, etc)<br>1 - HOME | 8. City<br>YAKIMA | 9. State<br>WA |
|---|---|---|
| 10A. First Product<br>638 - Window Shades, Venetian Blind | 10B. Trade/Brand Name | 10C. Model Number<br>SKU 1962847 |

| 10D. Manufacturer Name and Address |
|---|
| FT WORTH, TX 76161 |

| 11A. Second Product<br>0 | 11B. Trade/Brand Name<br>NONE | 11C. Model Number<br>NONE |
|---|---|---|

| 11D. Manufacturer Name and Address |
|---|
| NONE |

| 12. Age of Victim<br>212 | 13. Sex<br>1 - Male | 14. Disposition<br>0 - No Injury | 15. Injury Diagnosis<br>70 - No Injury |
|---|---|---|---|
| 16. Body Part(s) Involved<br>99 - NO INJURY | 17. Respondent<br>1 - Victim/Complainant | 18. Type of Investigation<br>3 - Other | 19. Time Spent<br>(Operational / Travel)<br>10 / 1 |

| 20. Attachment(s)<br>9 - Multiple Attachments | 21. Case Source<br>13 - Other Case Source | 22. Sample Collection Number<br>058406373 |
|---|---|---|

| 23. Permission to Disclose Name (Non NEISS Cases Only) |
|---|
| ( ) Yes       (●) No       ( ) Verbal |

| 24. Review Date<br>09/03/2005 | 25. Reviewed By<br>9021 | 26. Regional Office Director<br>Frank J. Nava |
|---|---|---|
| 27. Distribution<br>Rauchschwalbe, Renae | | 28. Source Document Number<br>Y0580392A |

CPSC FORM 182 (12/96) Approved for use through 09/30/2006 OMB NO. 30410029

050811CBB3454, 2

This In-Depth Investigation (IDI) was initiated based upon information received from a consumer regarding a window blind. The information reported that the consumer experienced a problem with an inner cord on the back of a roman-style window blind when the consumer's one-year old son went behind the blind to look out the window. The incident blind hung from ceiling to floor and was dropped to the floor at the time.

A telephone interview with the consumer was held on Friday, August 19, 2005. The majority of the information in the remainder of this report was obtained from the interview with the complainant and an on-site visit to a branch of the store where the consumer purchased the blinds.

### Narrative:

The consumer in this IDI is an adult female. The consumer and her husband reside in a single family dwelling with their three children; a one-year old son, a two-year old son, and a six-year old daughter. The one-year old son was born on June 11, 2004.

The consumer reported that on 06/23/2005, she was preparing a meal in the kitchen of her home. Her two older children were playing outdoors in the yard and her one-year-old son, the victim, was in the family room near the kitchen. After she put the dinner on she was preparing in the oven, she went into the family room and sat on the couch. A few moments before entering the family room, she had noticed her one-year-old going behind a lowered full-length window blind in an effort to watch his older siblings who were playing outside the window

Just after sitting on the couch she heard a strange noise, like a muffled whimper, coming from the area where she had last seen her one-year-old son. She rushed to the window where she found the victim had the inner back cord on the blind looped around his neck and he was strangling. The consumer suddenly realized that the reason she didn't recognize the muffled sound she had heard was because her son could not cry out in his usual fashion since he was strangling. She quickly removed the cord from around the victim's neck and checked him for injuries.

The victim appeared to be upset, but uninjured. The consumer felt satisfied that because she had responded within a few seconds of the incident, the victim had not sustained any lasting injuries. She did not contact the victim's doctor or seek medical attention of any kind.

On June 23, 2005, the same day as the incident, the consumer stated that she contacted the store where she had purchased the blinds and explained what had happened. She explained that she had not kept the receipt but that she wanted to return the blinds and get her money back as she felt they were a hazard to her children. The representative with whom she was speaking referred her to the national number where a full refund was authorized.

050811CBB3454, 3

According to the Consumer Product Incident Report, (see Exhibit 3 attached) the store later reported the matter to CPSC.

## PRODUCT IDENTIFICATION

The product involved in this In-Depth Investigation was a full length roman-style blind that was purchased at a     store in Yakima, Washington. The incident item and all matching blinds were returned to the store where they were purchased and the consumer was given a refund.

An exemplar blind was purchased at a     store in Shoreline, Washington, and processed as Sample No. 05-840-6373. The label on the exemplar blind reads on the front, "24" W x 72" L, morella roman shade, "Contains 1 jute & cotton blind with hardware and hanging instructions." The back side of the label reads, ""NOT FOR OUTDOOR USE *** WARNING: CHOKING HAZARD *** Keep cords out of reach of young children *** Do not put a crib near window blind or drapery cords.
    *** Made in Taiwan *** Distributed by     *** Fort Worth, Texas 76161 USA *** SKU 1962847 *** 880/8801 *** 2025pkg-03."

The SKU # varies with the size of the blind and the "morella roman shade" was manufactured in several sizes. The consumer was not sure of the size of the incident blind.

There are two warning labels attached to the pull cord of each morella roman shade inside the carton that it is sold in. One label reads, "Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE. *** Always keep cords and bead chains out of children's reach. *** Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. *** Do not tie cords together. Make sure cords do not twist together and create a loop." The warnings are repeated in what appears to be Spanish and French. The second label reads, "Cords and bead chains can loop around a child's neck and STRANGLE. *** Always keep cords and bead chains out of children's reach. *** Move furniture away from cords and bead chains. Children can climb furniture to get to cords." This same wording is repeated on a warning label that is attached inside a pleat of the blind with a plastic tab.

The consumer had no product information aside from the name of the store where she bought the blinds, the name of the blind and a basic description.

The consumer made a verbal request that we do NOT release her name.

Exhibits:

1. Copy of Sample Report
2. Photographs 1-8, 7 pages
3. Consumer Product Incident Report, 1 page
4. Receipt for Exemplar Sample – 1 page

0041743

050811CBB3454, 4

5. Affidavit – 1 page
6. Notice of Inspection – 1 page

0041744

Assignment No. 050811CBB3454  SAMPLE NO. 05-840-6373  EXHIBIT 2, PAGE 1



Photograph 1: Photo taken in a store of the back side of an exemplar blind with warning tags (see yellow arrows) attached to the pull cord and inside one of the folds of the blind. A second exemplar blind, still inside the package, is propped up to show the front side of a label. See enlargements of the labels, front and back, below.

0041745

Assignment No. 050811CBB3454          SAMPLE NO. 05-840-6373          EXHIBIT 2, PAGE 2



Photograph 2: The front label shown in this photo can be read except for the small print at the bottom which reads, "Contains 1 jute & cotton blind with hardware and hanging instructions." This is repeated in what appears to be French and Spanish.

Assignment No. 050811CBB3454     SAMPLE NO. 05-840-6373     EXHIBIT 2, PAGE 3



Photograph 3: This photo shows the back side of the label visible in an unopened package containing an exemplar blind and a warning label that is attached to the pull. Enlargements of the labels follow.

Assignment No. 050811CBB3454     SAMPLE NO. 05-840-6373     EXHIBIT 2, PAGE 4



Photograph 4: This photo is an enlargement of the back side of the label that is visible in an unopened package. The manufacturer's information shown at the bottom is enlarged below.



Photograph 5: This enlargement of the manufacturer's information reads as follows: "NOT FOR OUTDOOR USE *** WARNING: CHOKING HAZARD *** Keep cords out of reach of young children *** Do not put a crib near window blind or drapery cords.          *** Made in Taiwan *** Distributed *** Fort Worth, Texas 76161 USA *** SKU 1962847 *** 880/8801 *** 2025pkg-03."

0041748

Assignment No. 050811CBB3454          SAMPLE NO. 05-840-6373          EXHIBIT 2, PAGE 5



Photograph 6: The warning label shown above is attached to the pull and reads, " Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE. *** Always keep cords and bead chains out of children's reach. *** Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. *** Do not tie cords together. Make sure cords do not twist together and create a loop." The warnings are repeated in what appears to be Spanish and French.

Assignment No. 050811CBB3454     SAMPLE NO. 05-840-6373     EXHIBIT 2, PAGE 6



Photograph 7: This second warning label is also attached to the pull cord and reads as follows, "Cords and bead chains can loop around a child's neck and STRANGLE. *** Always keep cords and bead chains out of children's reach. *** Move furniture away from cords and bead chains. Children can climb furniture to get to cords." This same wording is repeated on a warning label that is attached inside a pleat of the blind with a plastic tab. See Photo 1 for an illustration of where this label is found inside the blind.

Assignment No. 050811CBB3454     SAMPLE NO. 05-840-6373     EXHIBIT 2, PAGE 7



Photograph 8: In this photo an employee of the store is shown with her hand positioned under the cord on the back side of the blind.

| 1. Task Number 060308CBB1394 | | 2. Investigator's ID 1949 | | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|---|---|
| 3. Office Code 810 | 4. Date of Accident YR MO DAY 2006 03 05 | 5. Date Initiated YR MO DAY 2006 03 14 | | |

**6. Synopsis of Accident or Complaint**     UPC

A 2 year old female was placed down for a nap. Approximately 30 minutes later the child's mother heard her calling out. She entered the child's room to find that the child was entangled in the cords on the roman shade that had been installed in the child's window. The child had red marks on her neck for about an hour after the incident, but did not require medical attention.

| 7. Location (Home, School, etc) 1 - HOME | 8. City MT. PLEASANT | 9. State SC |
|---|---|---|
| **10A. First Product** 638 - Window Shades, Venetian Blind | **10B. Trade/Brand Name** ROMAN SHADE | **10C. Model Number** 59-6187108 PK |

**10D. Manufacturer Name and Address**

San Francisco, California
San Francisco, CA 94109

| 11A. Second Product 1894 window | 11B. Trade/Brand Name NONE | 11C. Model Number NONE |
|---|---|---|

**11D. Manufacturer Name and Address**
NONE

| 12. Age of Victim 2 | 13. Sex 2 - Female | 14. Disposition 1 - Injured, not Hosp. | 15. Injury Diagnosis 53 - Cont./Abras. |
|---|---|---|---|
| 16. Body Part(s) Involved 89 - NECK | 17. Respondent 1 - Victim/Complainant | 18. Type of Investigation 1 - On-Site | 19. Time Spent (Operational / Travel) 20 / 5 |
| 20. Attachment(s) 9 - Multiple Attachments | 21. Case Source 07 - Consumer Complaint | | 22. Sample Collection Number 068103279 |

**23. Permission to Disclose Name (Non NEISS Cases Only)**
● Yes    ○ No    ○ Verbal

| 24. Review Date 04/12/2006 | 25. Reviewed By 8978 | 26. Regional Office Director Eric B. Ault |
|---|---|---|
| 27. Distribution Rauchschwalbe, Renae | | 28. Source Document Number I0630075A |

CPSC FORM 182 (12/96) Approved for use through 09/30/2006 OMB NO. 30410029

0041752

060308CBB1394

This investigation was initiated through a consumer complaint filed via the CPSC website. The victim is a two year old female, 3 feet 1 inch in height and weighing 26 pounds, and the product is a roman window shade. Information from this report was obtained through an on-site visit and interview with the victim's mother who filed the initial complaint.

The roman shade was purchased online from the                           website on or about February 27, 2006. The shade measured 44 inches by 63 inches and retailed for $119.00. Upon receipt, the shade was installed in the bedroom window of the victim by her father utilizing the hardware supplied. In addition, the cord cleat was installed and the excess pull cord was wound around the cleat. There were no other modifications made to the shade.

On March 5, 2006 the victim was placed down for a nap at around 3:30 p.m. Approximately 30 minutes later, the victim's mother heard her calling out and went into the bedroom to check on her. The victim was found standing on the floor about a foot away from the window behind the window shade, which had been pulled down over the window for her nap. The victim had her back to the window and was facing forward towards the bedroom door with her right arm straight up alongside her neck. The blind cord was wrapped once around her neck and once again around her arm and neck. It appeared that the victim had attempted to get out of the blind by putting her arm up, but then the cord had wrapped around both her arm and neck the second time. The victim's mother pulled the child's arm out and then pulled the cord off her neck. The child had red marks on her neck for approximately one hour after the incident, but no medical attention was sought. The victim's mother believed that the cord was tight enough not to allow the child to get out, but that the child's arm kept the cord from completely tightening around the child's neck.

The roman shade was taken out of the window following the incident and the victim's mother contacted the consumer line for                      The company sent a prepaid label for the return of the window shade, which was returned for a refund of the purchase price. In addition, the victim's mother was contacted by the company's insurance adjuster who offered a settlement of $500.00 and asked that the victim's family sign forms waiving any rights in regards to a lawsuit against the company. The victim's mother had not made any decision regarding the settlement, nor had she received any further contact from the company or the adjuster at the time of the on-site interview.

This investigator contacted the CPSC Compliance Officer and asked whether an exemplar sample should be obtained since the incident sample had already been returned to the company for a refund. This investigator was advised to pick up a small unit that was identical to the incident sample and send it through the sample custodian. On March 27, 2006, this investigator accessed the                      website and ordered the smallest unit available of the roman shade that was identical to the incident unit. This exemplar sample was received, processed and shipped to the sample custodian.

1

0041753

060222CNE0538

Photographs of the exemplar sample, as well as the bedroom window where the incident sample was installed are included in this report as Attachment #4.

## PRODUCT IDENTIFICATION

The product is a **roman shade**, manufactured for                              San Francisco, CA. The item number is 59-6187108 PK. According to the website, the shade fabric is 100% cotton yarn-dye and the lining is 50% cotton and 50% polyester. The shade panels allow no amount of light to shine through. The dimensions are as follows: widths: 26", 32", 36", 44" and 48"; length: 63"; bottom hem: 1.5"; side hem: .75" and brackets: .75" x .75". The roman shade had labeling that reads:                    ...Made in USA...Fabric/Lining Content 100% Cotton/70% Polyester/30% Cotton...26" X 63"...Dry Clean Only..            San Francisco CA 94109...Warning! Young children can strangle in the loop of pull cords, chain and bead cords, and cords that run through window coverings. They can also wrap cords around their necks. To avoid strangulation and entanglements, keep cords out of reach of young children. Also, 1. Install safety devises, such as cleats, that remove the cord loop or reduce access to cords. The cleat should be placed above the bottom window sill or three feet above the ground, whichever is greatest in height. 2. Move cribs and furniture away from window covering cords." There is also a paper warning label attached on the blind cords that contains the same warning labeling. The shade has three cords that run the length of the back of the shade including one on either side and one down the middle. There are three metal rings that secure the cords across the top and three plastic rings that anchor the cords to the bottom. In addition, there are a total of 15 plastic rings with three at every other fold to guide the cords down the shade. Installation instructions are included with the shade, a copy of which is included in this report as Attachment #3.

## SAMPLE COLLECTION

The incident sample was returned to the retailer for a refund. However, an exemplar sample was obtained and shipped to the sample custodian under **Sample Collection Report Number 06-810-3279**. A copy of this sample collection report is included in this report as Attachment #5. This exemplar sample is identical to the incident sample with the exception that it is a smaller size (26 inches by 63 inches versus 44 inches by 63 inches).

0041754

060222CNE0538

**ATTACHMENTS**

1. Contact Information.

2. Authorization of Name Release.

3. Copy of installation instructions included with roman shade.

4. Photos of incident window and exemplar roman shade (11).

5. Sample collection report **06-810-3279**.

0041755

060308CBB1394

**ATTACHMENT #1   Page 1 of 1**

Contact #1:   Kristy Littleton (initiated 3/14/06, contacted 3/16/06)
              1216 Knightbridge Lane
              Mt. Pleasant, SC 29466 (tele #843-343-4029)

Contact #2:   Renee Rauchschwalbe (contacted 3/22/06)
              Compliance Officer
              U.S. Consumer Safety Product Commission
              4330 East West Highway
              Bethesda, MD 20814

4

0041756