# EXHIBIT A(7)

060308CBB1394    Attachment #2  Page 1 of 1



## U.S. CONSUMER PRODUCT SAFETY COMMISSION
### WASHINGTON, DC 20207

## U. S. CONSUMER PRODUCT SAFETY COMMISSION

### AUTHORIZATION FOR RELEASE OF NAME

Thank you for assisting us in collecting information on a potential product safety problem. The U. S. Consumer Product Safety Commission depends on concerned people to share product safety information with us. We maintain a record of this information, and use it to assist us in identifying and resolving product safety problems.

We routinely forward this information to manufacturers and distributors to inform them of the involvement of their product in an incident situation. We also give the information to others requesting information about specific products or hazards. Manufacturers may need the individual's name so that they can obtain additional information on the product or incident situation.

Would you please indicate on the bottom of this page whether you will allow us to disclose your name. If you request that your name remain confidential, we will of course, honor that request. After you have indicated your preference, please sign your name and date the document on the lines provided.

ρ̸  **YES**        o    **NO**

_Kristy Tittletin_        _3/27/06_
(Signature)                (Date)

CPSC Hotline: 1-800-638-CPSC(2772) H CPSC's Web Site: http://www.cpsc.gov

**0041757**

## Outside Mount

### Step 1: Mark the Mounting Holes

Position the shade as you want it to hang on the molding or wall above the window opening. Make sure it is centered and the cord is on the right.

On the wall or molding, mark the positions where you will install the L-brackets, 2" in from each side of the shade. For wider shades, position the third L-bracket at or near the center of the shade, making sure it doesn't interfere with the cords. Mark the position. Make sure all L-brackets are level and aligned.

Remove the shade.



### Step 2: Drill the Mounting Holes

Note: Be sure about the desired position of the shade before drilling the mounting holes.

Using a 1/16" drill bit, drill the L-bracket holes that you marked in Step 1.



### Step 3: Attach the L-brackets

Attach the L-brackets to the wall or molding as shown, using the medium-sized screws.



Ensure that the L-brackets are level and evenly spaced before attaching the shade.



### Step 4: Attach the Shade

Place the shade on the L-brackets and push it back against the wall or window frame. Center it, and make sure the draw cord is not snagged and is freely available.

Using an awl, mark locations for the screws on the headrail.

Attach the headrail to the L-brackets using the short screws provided.



### Step 5: Attach Cord Cleat

For the cord cleat, choose a location that is close to the shade, and a height that will be safe for children. Attach the cord cleat to the wall using the two screws with white heads, provided.



## Caring for Your Shade

Your Roman shade will provide you with a lifetime of beauty and pleasure with minimal care and cleaning.

- Vacuum using brush or dust head attachment.
- Dust lightly using a soft, clean cloth.
- Dry clean your shade if it needs a more thorough cleaning.
- Never immerse the shade in water or liquids of any type.

## Troubleshooting

- My shade will not raise or lower.

  Check the draw cords. Make sure they are not caught on the mounting L-brackets or screws.

- When I pull the draw cord, only one side of the shade moves up or down.

  Make sure your shade is not caught on an obstruction, such as a part of the window sill, crank, or latch.

  or

  Check to determine if any of the draw cords have become untied or knotted accidentally.



**Roman Shade**

pottery barn kids

0041758

060308CBB1394        Attachment #3   Page 2 of 2

## Roman Shade
### Installation Instructions

Thank you for purchasing your new Roman shade. With the proper installation and care, it will provide you with many years of beauty and trouble-free use. Installing your new Roman shade is easy. Please read all instructions before you start so you will be familiar with the overall process. Make sure you measure your window to ensure the shade will fit properly before completely removing it from the packaging. Shade widths are listed by the width of the fabric. To ensure the shade will fit for an inside mount, add an additional 1/4" to the width. For an outside mount, use a shade that is approximately 3" to 4" wider than your window.

### For Returns

If the shade does not fit, please slip it back into its plastic sleeve and return it in the box it was originally shipped in, using the included return form.

This shade is designed to offer you two installation options:
- Inside mount—the shade is secured inside the window opening with two screws, and hangs inside the window opening.
- Outside mount—the shade is secured with L-brackets to the molding or wall above the window opening

### Getting Started

Remove the Roman shade from the open side of the packaging. Keep the packaging until you have successfully installed the shade. Do not unfold the shade yet; it is easier to install a shade that is securely folded.

### Tools

Check the diagram to make sure you have all the tools required. You will need: awl, pencil, screwdriver, tape measure, level, and a drill with 1/8" and 1/16" drill bits. If you are drilling into concrete, you will also need a masonry drill bit



### Hardware

Check that you received all the hardware indicated in the diagram.



You will use the following for shade installation.
Inside mount—the two long wood screws
Outside mount—two wood screws, short wood screws, and L-brackets (two of each for shades up to 32", three for wider shades).

For outside mount, if it is best to screw the L-brackets into wood studs. If this is not possible, you will need to purchase special fasteners (see illustration for examples).

---

### Here are some helpful tips:

- If you are using a fastener, make sure it is designed to support the weight of the shade. Follow the fastener manufacturer's instructions carefully.
- When drilling into drywall or plaster, use a fastener designed for hollow wall applications (see illustration).
- When drilling into concrete, stone, brick, or tile, use appropriate plugs, anchors, or screws (not included).
- When drilling into metal, the included screws are sufficient, but it is best to pre-drill the holes.

### Mounting the Shade
### Inside Mount

#### Step 1: Finish Predrilling Holes

The wooden headrail has two partially drilled mounting holes for easy installation. For inside mount, you must finish drilling all the way through the headrail.

Place the shade on a clean flat piece of scrap wood.

Using a 1/8" drill bit, drill the partially drilled holes all the way through the headrail.



#### Step 2: Mark the Mounting Holes

Position the shade as you want it to hang in the window, with the front of the shade facing into the room. Center the shade inside the window frame at the required depth.

Using an awl, mark the location of the mounting holes through the pre-drilled headrail holes.

Remove the shade.



---

#### Step 3: Drill the Mounting Holes

Note: Be sure about the desired position of the shade before drilling the mounting holes.

Using a 1/16" drill bit, drill the mounting holes that you marked in Step 2.



#### Step 4: Mount the Shade

Place the shade in the position you selected in Step 2. Align the shade with the drilled holes and make sure the draw cords are free.

Install the shade using the fixing screws provided.



---

#### Step 5: Attach Cord Cleat

For the cord cleat, choose a location that is close to the shade, and a height that will be safe for children. Attach the cord cleat to the wall using the two screws with white heads, provided.



### Operating Your Shade

Raise or lower the shade to the desired height, and then wrap the draw cord around the cord cleat to secure the shade at that height.





### Safety

All Roman shades feature knotted cords designed to protect small children and pets from becoming entangled. When the shades are raised, excess cord may hang within the reach of children or pets. To prevent possible injury in these situations, wrap excess cord around the cleat.

**0041759**

060308CBB1394      Attachment #4   Page 1 of 8



Photo of bedroom window where roman shade was installed and incident occurred.

0041760



Photo of exemplar sample folded up as received.



Close up photo of warning label on shade cord.



Close up of labeling attached to shade.



Additional labeling attached to shade.

0041762



Close up photo of warning label attached to shade.

0E0308CBB1394    Attachment #4  Page 5 of 8



Photo of back side of exemplar sample fully extended.



Close up photo of plastic rings that anchor cords to bottom of shade.



Close up photo of metal rings that guide cords at top of shade.

0041765



Photo of front of exemplar sample fully extended.



Close up photo of mounting hardware, including cord cleat.

| 1. Task Number  051206CCC3182 | 2. Investigator's ID  9097 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|
| 3. Office Code  840 | 4. Date of Accident  YR MO DAY  2005 12 01 | 5. Date Initiated  YR MO DAY  2005 12 07 | |

**6. Synopsis of Accident or Complaint**     UPC

An 18-month-old female was found unconscious, with a looped cord from a set of roll-up shades (window blinds)wrapped around her neck twice. The blinds were affixed in a closet doorway in a bedroom at her daycare. The child had been put down for a nap in a portable crib in the bedroom around 2-1/2 hours before she was found. The child was pronounced deceased at the scene.

| 7. Location (Home, School, etc)  1 - HOME | 8. City  BOTHELL | 9. State  WA |
|---|---|---|

| 10A. First Product  638 - Window Shades, Venetian Blind | 10B. Trade/Brand Name  UNAVAILABLE | 10C. Model Number  UNAVAILABLE |
|---|---|---|

**10D. Manufacturer Name and Address**  UNKNOWN

| 11A. Second Product  1529 - Portable Cribs | 11B. Trade/Brand Name | 11C. Model Number  UNAVAILABLE |
|---|---|---|

**11D. Manufacturer Name and Address**  Elverson19520

| 12. Age of Victim  218 | 13. Sex  2 - Female | 14. Disposition  8 - Death | 15. Injury Diagnosis  65 - Anoxia |
|---|---|---|---|
| 16. Body Part(s) Involved  85 - ALL OF BODY | 17. Respondent  3 - 2nd Hand Info Only | 18. Type of Investigation  3 - Other | 19. Time Spent (Operational / Travel)  19 / 2 |
| 20. Attachment(s)  9 - Multiple Attachments | 21. Case Source  05 - Newspaper | | 22. Sample Collection Number |

**23. Permission to Disclose Name (Non NEISS Cases Only)**  ( ) Yes   ● No   ( ) Verbal

| 24. Review Date  01/31/2006 | 25. Reviewed By  9021 | 26. Regional Office Director  Frank J. Nava |
|---|---|---|
| 27. Distribution  Rauchschwalbe, Renae | | 28. Source Document Number  X05C0041A |

CPSC FORM 182 (12/96) Approved for use through 09/30/2006 OMB NO. 30410029

051206CCC3182

This In-Depth Investigation (IDI) was initiated by the U.S. Consumer Product Safety Commission (CPSC) in response to a local newspaper report.

Information for this report was obtained from the law enforcement investigation report and from the medical examiner's reports; both attached as Exhibits 2 and 3. Additional information was obtained by telephone from the county medical investigator.

## *INCIDENT INFORMATION*

This single fatality incident, involving a child strangled by a cord from blinds mounted in a closet door, occurred in an in-home, licensed daycare located in a single-story, wood-frame, private, single-family residence constructed around the 1950's. The residence was located in a suburban residential neighborhood. A husband and wife and their two teenage children occupy the residence. The wife, a 44-year-old female, was the owner/operator of the daycare.

The decedent was an 18-month-old female, DOB 06/22/2004, weighing 26 pounds, measuring 30 inches. The child's pediatrician reported to investigating officials that the child had no significant medical history and was in excellent physical and mental condition. The child was exhibiting normal mental and motor development consistent with her age including walking unassisted.

The daycare where the incident occurred had been licensed since 1993 for up to 6 children, birth to 11 years of age. The daycare provider's license was valid when the incident occurred in 12/2005. At the time of the incident, three children were in the care of the daycare including the victim and her 3 year-old brother. The victim was not related to the owners/operators of the daycare. The victim had been attending the daycare daily since May 2005.

According to investigating officials, the daycare has been cited four times for violations, three of those in 2004, including two for being over-capacity, one for outdoor play equipment that was unsafe, and once for an incident involving a child that sustained an accidental broken leg while attending the daycare.

On 12/01/2005, the victim and her brother were routinely dropped off at the daycare in the morning by a parent. At around 1315 Hours, the daycare operator laid the victim down for a nap in a portable crib set up in a bedroom. The crib contained only two fleece blankets.

There was a second portable crib also set up in the bedroom next to the one the victim was placed in. The second portable crib was unoccupied. The small bedroom was also furnished with a twin-size bed, a nightstand, and a desk.

The crib the victim was in when the incident occurred was situated around 1-foot away from a closet with two identical roll-up blinds affixed side-by-side in the closet doorway, each constructed of natural material and measuring around 3' wide x 6' long.

Photos of the location of the cribs in the bedroom and the blinds in the closet opening are included with Exhibit 1 of this report.

-1-

0041769

051206CCC3182

Investigating officials described the interior of the residence as generally very cluttered. In addition to the two portable cribs set up in the bedroom where the incident occurred, a third portable crib was set up in the middle of a separate bedroom. Most of the rooms in the home were cluttered with stacks of various household items.

The daycare provider told investigating officials that she first checked on the napping child around 1330 Hours and again at 1400 Hours. She stated that the child was asleep and resting comfortably when checked at 1400 Hours; see Exhibit 1, photograph 12.

The caregiver next checked on the child at 1536 Hours on 12/01/2005. At that time, she found the child positioned in a partially prone position in the corner of the portable crib nearest to the closet opening with a looped cord wrapped around her neck twice extending from the top rail of one side of one set of the closet blinds; see Exhibit 1, photos 13 – 16. The child was unconscious.

The caregiver removed the cord from the victim's neck and removed her from the portable crib. The caregiver called to her son to call 9-1-1 and carried the child to the living room where she and her husband initiated CPR. The husband reported to investigating officials that the child still felt warm when resuscitative efforts were started.

Emergency Medical Service (EMS) units arrived within a few minutes of the call and took over CPR efforts with negative results. The child was pronounced dead at the scene at 1542 Hours.

Investigators from the county sheriff's department and from the medical examiner's office also responded to the scene and conducted investigations. The victim's body was examined by personnel from the medical examiner's office at the scene. A ligature mark measuring around 9 inches was visible around nearly the entire circumference of the victim's neck; see Exhibit 1, photographs 17 – 20. The circumference of the victim's neck measured 10 inches.

Investigating officials requested that the caregiver simulate the position she found the victim in using a doll; photographs of the simulation are included with Exhibit 1, photographs 13 – 16. The caregiver told the investigators that the cord was looped twice around the child's neck. The cord involved in the incident was one of two looped cords on the right-hand set of blinds in the closet opening; see Exhibit 1, photograph 1.

At the time of the incident, the blind involved in the incident was fully extended with the bottom rail around 1' off the carpeted floor. The looped cord involved in the incident was one of two identical cords each running from pulleys at the top-rail, the length of the shade, and looped over the bottom-rail. The cords were not tethered to the blind and the loops could be slipped off the bottom-rail. The child was found with the bottom of the loop of the leftmost cord wrapped twice around her neck. The caregiver was uncertain whether the cord involved in the incident was looped around the bottom rail or hanging freely prior to the incident.

The set of blinds affixed to the left of the closet opening was rolled up about halfway.

The child was found in one corner of the portable crib with her body at a 45° angle to the corner. She was leaning forward in a prone position with her torso raised off the floor of the crib with her weight supported by the cord around her neck. She was slightly on her knees. Her legs and

-2-

0041770

051206CCC3182

feet were partially resting on the floor of the crib. The child's position was described by investigating officials as similar in appearance to a "half push-up".

Investigators from the medical examiner's office reported that the looped cord the child strangled in was around 4mm in diameter and "possessed a fair degree of elasticity," see Exhibit 1, photograph 11. The crib the victim was in was positioned parallel to the closet doorway at a distance of around 1'. The corner of the crib the victim was found in was around 12" away from the free-hanging, normal position of the blind cord involved in the incident; see Exhibit 1, photographs 1, 2, and 10.

The victim was transported from the scene to the medical examiner's office where an autopsy and a toxicology test were conducted; the reports are attached as Exhibit 3.

The medical examiner's office ruled the death accidental, the result of asphyxia due to "hanging by a ligature about the neck."


## *PRODUCT IDENTIFICATION*

This description of the incident product was obtained from examination of photographs of the product taken by investigating officials and provided to CPSC and from descriptions included in the official written incident reports. Photographs of the blinds involved in the incident are attached as Exhibit 1.

The product involved in the incident was a set of bamboo and rattan **ROLL-UP SHADES (WINDOW BLINDS)**. The blinds were not marked with any labeling or product identifying information.

Information pertaining to when and where the blinds were purchased was not obtained by investigating officials and was unavailable. The daycare operator did not respond to contact attempts by the CPSC investigator.

The blinds involved in the incident were one of two identical sets installed in a doorway of a bedroom closet at the incident location. The incident blinds measured around 6-feet in length by 29-inches wide. The blinds were constructed of what appeared to be natural bamboo and rattan materials. The horizontal top and bottom rails appeared to be constructed of bamboo. Hundreds of slats comprised the shade structure, each measuring around 2cm wide and running the full-width of the shade. The slats were affixed to the shade by 12, evenly spaced, thin cords running vertically through the entire length of the shade and attached to the top and bottom rails.

The roll-up shade was equipped with a pulley system consisting of two pulleys attached to the top horizontal rail; see Exhibit 1, photographs 6 and 7. The system utilized a 4mm diameter cotton cord that ran through the pulleys and extended down the length of the shade on both sides/ends of the shade in two vertical loops over the bottom of the horizontal bottom-rail. With the incident shade fully extended, the bottom-rail was around 1' above the floor; see Exhibit 1, photograph 2.

-3-

0041771

051206CCC3182

The 4mm dual cords extended the length of the blinds freely (not tethered) and were looped around, but not affixed (by design), to the bottom rail of the blinds. The cords were connected to the pulley system at the top rail. With the cords looped around the bottom rail, the blinds could be raised via a looped pull-cord running to the pulley system. The pull-cords consisted of two individual cords with plastic tassels or caps at the ends. The pull-cords on the incident blinds were tied together in a knot; see Exhibit 1, photograph 5.

The specific cord involved in the incident was looped and measured around 5'5" long, extending down from the leftmost pulley. Investigating officials reported that the cord "possessed a fair amount of elasticity."

The incident blinds were mounted to the top of the closet door opening by wire through the closed hooks above the two pulleys at either end of the horizontal top-rail. The wire ran through each hook to hooks attached to the closet wall. Photographs of the mounting system are attached as Exhibit 1, photographs 6 – 8.

The portable crib the victim was in at the time of the incident was a Graco Brand, collapsible model. The specific model number of the crib was not obtained by investigating officials. Investigators at the scene obtained the following measurements from the crib: 2.5" high from floor to top rail; 1'10" high from crib sleeping surface to the top rail. The SW corner of the crib (corner the victim was found in) was situated 12" from the free-hanging position of the cord involved in the incident.

#### ** *End of narrative.*

### ATTACHMENTS:

- **Exhibit 1:** Photographs 1 – 20, 12 pages.
- **Exhibit 2:** Law Enforcement Investigation Report, 6 pages.
- **Exhibit 3:** Medical Examiner's Reports, 14 pages.
- **Exhibit 4:** Local Print Media Reports on Incident, 3 pages.

0041772