# EXHIBIT A(8)

051206CCC3182                    **EXHIBIT 1**                    Pg. 1
*\*\* ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY \*\**



**PHOTOGRAPH 1:** The window blinds involved in the incident. Two sets of identical blinds were installed in the closet doorway. Each set of blinds measures 29-inches wide by 6-feet long. The blinds on the right side of the closet, as shown above, were involved in the incident. The portable crib the victim was in when the incident occurred is visible in the foreground.

0041773

051206CCC3182                    **EXHIBIT 1**                    Pg. 2
*\*\* ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY \*\**



**PHOTOGRAPH 2:** The bottom rail of the incident blinds (right side of closet). The blinds are constructed of bamboo and rattan material with cotton cords. The portable crib the victim was in when the incident occurred is visible at the bottom right of the photo. The victim was strangulated in the left-hand side (facing the blinds) vertical cord, indicated by the green arrow. Two vertical cords raise the blinds in conjunction with a pull-cord / pulley system.

051206CCC3182 **EXHIBIT 1** Pg. 3
*\*\* ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY \*\**



**PHOTOGRAPH 3:** Closer view of the bottom rail of the incident blinds and the cotton cord in which the victim was strangulated.



**PHOTOGRAPH 4:** The right side of the bottom rail of the incident blinds showing one of two larger diameter cords that function to raise the blinds.

** ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY **



**PHOTOGRAPH 5:** The top, right side of the incident blinds, shown affixed to the closet doorway at the incident location.  The knotted pull cord is indicated by the green arrow.



**PHOTOGRAPH 6:** The mounting hardware and integrated cord pulley system on the incident blinds, indicated by the green arrow.  An identical set of hardware is mounted on the opposite side of the top rail.

051206CCC3182        **EXHIBIT 1**        Pg. 5
*\*\* ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY \*\**



**PHOTOGRAPH 7:** Closer view of one of two mounting hardware / pulley system components on the incident blinds.

0041777



**PHOTOGRAPH 8:** The incident blinds were mounted to the wall above the closet by a hook attached to the wall and a wire running to the mounting hardware on the blinds, as shown above.



**PHOTOGRAPH 9:** Two portable cribs were set up in the room where the incident occurred.  The private residence where the incident occurred is operated as a licensed, in-home daycare.  The victim was placed down for a nap in the crib nearest the closet, indicated by the green arrow.

0041778

051206CCC3182                    **EXHIBIT 1**                    Pg. 7
*\*\* ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY \*\**



**PHOTOGRAPH 10:** Investigating authorities measured the distance between the crib - at the position in the crib where the victim was found - and the cord involved in the incident, at 12 inches.