# EXHIBIT A(9)

051206CCC3182  EXHIBIT 1  Pg. 8
**ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY**



**PHOTOGRAPH 11:** Office of the Medical Examiner investigator demonstrating the extension of the cord from the incident blinds into the portable crib where the victim was located.



**PHOTOGRAPH 12:** A doll illustrating the position of the victim in the portable playpen at the time she was put down for her nap prior to the incident. The doll was positioned for authorities by the owner of the daycare.

0041780

051206CCC3182    EXHIBIT 1    Pg. 9
**\*\* ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY \*\***



**PHOTOGRAPH 13:** A doll, positioned by the owner of the daycare at the request of investigating authorities, illustrating the position of the victim when she was discovered at the time of the incident.



**PHOTOGRAPH 14:** According to the Medical Examiner, the cotton cord was wrapped "at least twice around the victim's neck."

0041781

051206CCC3182     EXHIBIT 1     Pg. 10
*\*\* ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY \*\**



**PHOTOGRAPH 15:** Doll simulation illustrating the victim's position at the time of the incident.



**PHOTOGRAPH 16:** Different angle, using a doll simulation, illustrating the victim's position at the time she was discovered by the daycare owner.

0041782

051206CCC3182 EXHIBIT 1 Pg. 11
** ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY **



**PHOTOGRAPH 17:** Investigating officials determined that the blind cord was wrapped completely around the victim's neck, evidenced by, in part, ligature marks around the circumference of the victim's neck.



**PHOTOGRAPH 18:** View of the ligature marks evident around the front and right side of the victim's neck following the incident.

0041783

051206CCC3182   EXHIBIT 1   Pg. 12
*\*\* ALL PHOTOGRAPHS PROVIDED BY THE INVESTIGATING LAW ENFORCEMENT AGENCY\*\**



**PHOTOGRAPH 19:** Ligature marks at the back of the victim's neck following the incident.



**PHOTOGRAPH 20:** Ligature marks evident at the front and left side of the victim's neck, shortly after the incident.

0041784


seattletimes.com

Tuesday, December 6, 2005 - 12:00 AM

*Permission to reprint or copy this article or photo, other than personal use, must be obtained from The Seattle Times. Call 206-464-3113 or e-mail resale@seattletimes.com with your request.*

# Day-care center was being watched

**By Rachel Tuinstra**
*Seattle Times Eastside bureau*

A Bothell day-care center where a 17-month-old girl died last week had been under increased monitoring after a 2004 accident involving a toddler who broke his leg while playing.

Since the April 2004 accident, the Division of Child Care and Early Learning had paid three visits to the in-home day-care center run by Julie Norris, said Judy Matthias, field manager for the division, which is under the state Department of Social and Health Services (DSHS). While the injury was accidental, the day-care center was found in violation for lack of supervision, Matthias said.

"Anytime you have a child injured, that was a very serious thing," Matthias said. "That's why we increased our visits. But because the injury was considered accidental, it was not grounds for closing the home."

Overall, the home day-care center has had four valid complaints lodged against it since it became licensed in 1993, which is relatively few compared with other day-care facilities, Matthias said.

On Thursday, _____ 17 months, died from strangulation when she became entangled in a pull cord from window blinds. The King County Medical Examiner conducted an autopsy and said the death was accidental.

The division suspended Norris' license Friday after the toddler's death, and the day-care center will remain closed while the division conducts an investigation, which will likely take 60 to 90 days, Matthias said. Norris did not return calls Monday, but she recently told KING-TV news that she did not intend to reopen her facility after the investigation.

There were two valid complaints against Norris' day-care center in 1997. One was for being over capacity, or having more children in her care than she was licensed for. The other violation was for outdoor play equipment that needed attention, Matthias said.

**In-home day-care information**

To learn if a day-care provider is licensed or if recent complaints have been lodged, call: 1-866-482-4325 or:

https://wws2.wa.gov/dshs/clic/request.asp

Two more valid complaints were filed in 2004, again for being over capacity and for a lack of supervision that resulted in a 3-year-old boy breaking his leg while playing on an outside swing set. Norris is licensed to care for six children, age newborn to 11 years.

The division visited the day-care center in April and July 2004

http://seattletimes.nwsource.com/cgi-bin/PrintStory.pl?document_id=2002666957&zsectio...   12/8/2005

0041785

to make sure children were being properly supervised. The most recent visit to the day-care center was in October as part of an application to renew the facility's license.

The accident also was investigated by the King County Sheriff's Office, and the findings will soon be filed with the county prosecutor, who will decide if criminal charges will be filed.

"If there is no crime, then that's the end of it," said Sheriff Sgt. John Urquhart, spokesman for the department.

Matthias and Urquhart said this is the first such death they recall in recent years. Statewide, four children died in day-care centers in 2005, including the recent one. The three previous deaths were not a result of child abuse or neglect but from natural causes, such as sudden infant death syndrome, Matthias said.

"It's everyone's worst nightmare to lose a child," Matthias said. "It's horrible, and we do everything in our power to make child care safe for children."

*Rachel Tuinstra: 206-515-5637 or rtuinstra@seattletimes.com*

Copyright © 2005 The Seattle Times Company

# EPIDEMIOLOGIC INVESTIGATION REPORT

A 6 OCT 1990   OCT 2 1990

photos HANN041990

**1. CASE NO:** +G-080079 / 900816HCN2237
**2. INVESTIGATOR'S ID:** 8 3 3 7
**3. OFFICE CODE:** 8 3 0
**4. DATE OF ACCIDENT:** YR 8 6 / MO 1 0 / DAY 0 5
**5. DATE INVESTIGATION INITIATED:** YR 9 0 / MO 0 8 / DAY 1 6

**6. SYNOPSIS OF ACCIDENT OR COMPLAINT:** An 18 month old male was found strangled with his neck caught in the tension cord on the rear of a ~~[redacted]~~ window shade which was near his crib in the bedroom of his home.

**7. LOCATION:** home bedroom (1 0)
**8. CITY:** Ladue
**9. STATE:** MO

**10A. FIRST PRODUCT:** Window shade (0 6 3 8)
**11A. TRADE/BRAND NAME, MODEL NUMBER, MANUFACTURER & ADDRESS:** ~~[redacted]~~

**10B. SECOND PRODUCT:** none (0 0 0 0)
**11A.** N/A

**12. AGE OF VICTIM:** 2 1 8
**13. SEX:** MALE -1, FEMALE -2, UNKNOWN -3 → 1
**14. DISPOSITION:** Dead at scene (8)
**15. INJURY DIAGNOSIS:** strangulation (6 5)

**16. BODY PART:** APB (8 5)
**17. RESPONDENT(S):** Atty, Police Rept (3)
**18. TYPE INVESTIGATION:** ON SITE 1, TELEPHONE 2, OTHER 3 → 3
**19. TIME SPENT:** 1 6 0

**20. ATTACHMENTS:** multiple (9)
**21. CASE SOURCE:** newspaper (0 5)
**22. REVIEWED BY:** 8/30  YR 90 MO 09 DAY 26

**23. PERMISSION TO DISCLOSE NAMES (NON-NEISS CASES ONLY):** CPSC MAY DISCLOSE MY NAME [ ]   CPSC MAY NOT DISCLOSE MY NAME [X]

**24. NARRATIVE:**

CPSA 6 (b)(1) Cleared 8/14/95

_ No Mfrs/Prvtlbrs or
  [illegible] Notified
_ [illegible] by _____
_ [illegible] Notified.
_ [illegible] Processed.

**25. REGIONAL OFFICE DIRECTOR REVIEW / DATE:**

(USE OTHER SIDE AND ADDITIONAL SHEETS IF NECESSARY)

CPSC FORM NO. 182 (Revised 10/85)

0041787

900816HCN2237

All information in this report was obtained from the victim's parent's attorney and from police reports.

It should be noted that the police report puts the age of the victim at 20 months. The victim in fact was 18 months old.

### SYNOPSIS:

An 18 month old male was found strangled with his neck caught in the tension cord on the rear of a Roman style window shade which was near his crib in the bedroom of his home.

### PRE-ACCIDENT:

The victim was an 18 month old male. At the time of the accident, 10-5-86, he was 34 inches tall and weighed 30 pounds. The informant did not know his hand preference. The victim was a normal, active, inquisitive child with no known medical problems. He resided in a two-story single family residence with his parents and 7 year old brother.

The victim normally napped each afternoon for 2-1/2 to 3 hours. On the day of the accident, the parents were preparing for a party that evening to be held in honor of the victim's grandmother. At about 2:00 p.m., somewhat later than usual, the victim's mother took him to his upstairs bedroom and put him down for his nap. He was wearing blue coveralls, a short sleeved striped T-shirt, socks, and a diaper. The victim's crib was along an outside wall which had a 50 inch wide x 30 inch high window approximately 36 inches up from the floor. The victim liked to look out the window. The victim's crib was situated so that the left end overlapped the right end of the window by about 2-8 inches. The window was covered by a "Roman style" window shade. The parents, being aware of the dangers of shade cords, had had the shade designed with the pull cord on the far left side of the shade, approximately 50 inches away from the crib. When the victim was put down for his nap, the shade was in its lowered position, covering the window. It is not known at what end of the bed the child was placed.

The mother left the room and remained upstairs until the victim was silent and she felt he was asleep. She then went downstairs and left for a short shopping trip leaving the victim's father, brother and grandfather in the home.

### ACCIDENT:

Since the victim normally took a long afternoon nap, no one returned to the room to check on him until approximately 5:00 p.m. The father went upstairs to change clothes and when he walked past the victim's room he looked in and saw the victim standing in the corner of the crib. The shade covered the back of the victim's head and it looked as if he were standing looking out the window.

0041788

900816HCN2237                         -2-

### ACCIDENT CONT.:

As the father approached, he noticed that the victim was not moving or making any noises. As he got closer he saw the nylon cord on the back of the blind twisted around the victim's neck.

### POST ACCIDENT:

The father immediately freed the victim and took him to the master bedroom where the closest telephone was situated. He began CPR and dialed the emergency squad. He continued CPR until paramedics, fire and police personnel arrived within minutes of the call. The others who were downstairs knew nothing of the accident and thought it was guests arriving when the paramedics rang the doorbell. The police and paramedics continued the CPR although the body was cold and there were no vital signs nor could a heartbeat or breath be detected. After medical consultation, efforts were discontinued and the medical examiner called. An autopsy was later performed. Death was attributed to hanging. (A triple exposed police photo not included with this report showed the victim's body. Cord ligation marks were evident under the victim's chin at the top of the throat.)

### PRODUCT INFORMATION:

The attorney was under court order not to reveal the manufacturer of the shade and did not provide this information.

According to a newspaper report, the product, a custom made, Roman style window shade of covered wood slats, was manufactured by Home Fashions, Inc., d.b.a. Beatrice Window Coverings, Inc. The firm is located in Westminester, California.

The shade was custom ordered from a Sherwin Williams Paint Store in the St. Louis area. The attorney was unable to identify the store.

The Roman style shade was custom designed to cover the 30 inch high x 53 inch wide window with the pull cord to the left side. Roman style shade, when raised, lap upwards from the bottom. The pull cord provides tension against several vertical cords attached to the back of the shade. The cords are strung rough eyelits attached to the shade at approximately 12 inch intervals. In down position the cords lie flat against the shade with no tension and can be easily pulled away from the shade. It was this cord, the one at the far right side of the shade, which was found twisted around the victim's neck.

The shade was picked up at the store by the victim's father and installed by the father in accordance with factory provided instructions. The shade was installed according to instructions in the folded up position so the father had not seen the cord at the back.

900816HCN2237                          -3-

STANDARDS:

There are no specific standards for shades and/or window blinds.

ATTACHMENTS:

1. Photographs.

2. Police Reports.

3. Coroner's Report.

4. Letter sent to CPSC by victim's attorney.

0041790

U.S. CONSUMER PRODUCT SAFETY COMMISSION

AUTHORIZATION FOR RELEASE OF NAME

Thank you for assisting us in collecting information on a potential product safety problem. The Consumer Product Safety Commission depends on concerned people to share product safety information with us. We maintain a record of this information, and use it to assist us in identifying and resolving product safety problems.

We routinely forward this information to manufacturers and private labelers to inform them of the involvement of their product in an accident situation. We also give the information to others requesting information about specific products. Manufacturers need the individual's name so that they can obtain additional information on the product or accident situation.

Would you please indicate on the bottom of this page whether you will allow us to disclose your name. If you request that your name remain confidential, we will of course, honor that request. After you have indicated your preference, please sign your name and date the document on the lines provided.

[ ] You are hereby authorized to disclose my name and address with the information collected on this case.

[X] My identity is to remain confidential.

_____ 9/10/90
(Signature)                (Date)

U.S. GOVERNMENT PRINTING OFFICE 1984—404-728

0041791

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

~~████████~~ et al.,                )
                                    )
            Plaintiffs,             )
                                    )
v.                                  )    Cause No. 88-1018-C-4
                                    )
HOME FASHIONS, INC., et al.,        )
                                    )
            Defendants.             )

AFFIDAVIT OF ~~████████~~

I, ~~████████~~, being first duly sworn upon my oath depose and state that:

1. I am over eighteen years old and competent to testify in this matter. I am employed by the ~~████~~ Police Department and one of my duties is to act as custodian of records.

2. Attached hereto and marked as Exhibit A are true and accurate copies of all documents and photographs maintained by the ~~████~~ Police Department relating to file no. 86-1560 which pertains to the death of ~~████████~~.

FURTHER YOUR AFFIANT SAYETH NAUGHT.



E x 2

0041792

STATE OF MISSOURI )
                 )SS.
COUNTY OF ST. LOUIS )

   I, ~~████████~~, a notary public in and for the county and state aforesaid, hereby certify that ~~████████~~ is known to me to be the person who signed the foregoing Affidavit and that he did so as his own free act and deed.

   Subscribed and sworn to before me this 4TH day of May, 1989.

~~████████~~
Notary Public

My commission expires: 4-8-90

0041793

| | | |
|---|---|---|
| CC: MEDICAL EXAMINER / JOE LEBB | POLICE DEPARTMENT CITY OF ▓▓▓▓ DEATH REPORT | CASE STATUS (X) ACTIVE ( ) INACTIVE |
| DATE & TIME REPORTED TO POLICE: 10/05/86 1702 hrs  DISTRICT: 3rd | CRID NO. / HOW COMPLAINT RECEIVED: (XX) RADIO ( ) STATION ( ) PHONE ( ) CITIZEN ( ) ON VIEW ( ) OTHER | FILE NUMBER 86-1560 |
| CORONER'S CASE: (X) YES ( ) NO | LOCATION OF OCCURRENCE: ▓▓▓▓ Lane | TYPE OF PREMISES: Private residence |
| NAME OF DECEASED: ▓▓▓▓▓▓▓▓▓▓NK | RESIDENCE: ▓▓▓▓▓▓▓ | CITY | RES. PHONE | BUS. PHONE |
| RACE: W  SEX: M  AGE: 20 mo  NATIVITY: St. Louis  OCCUPATION: --  MARITAL STATUS: single  DATE AND TIME BODY DISCOVERED: 10/05/86  1700 hrs | | |
| EST. XX  ACTUAL ( )  RACE: W  SEX: M  AGE: 20 mo  HGT: --  WGT: --  HAIR: blnd  EYES: fair  COMPLEX: med  BUILD: --  CLOTHING: striped shirt, Blue jumper, socks | | |
| WERE PHOTOS TAKEN? (X) YES ( ) NO | WERE FINGERPRINTS TAKEN? ( ) YES (X) NO | |
| DATE & TIME OF ORIGINAL ILLNESS OR INJURY: n/a | LOCATION ORIGINAL ILLNESS OR INJURY: n/a | CITY |
| POSITION OF BODY: Standing in crib; rope around neck | MARKS ON BODY: Rope mark around neck | FURTHER INVESTIGATION: ( ) YES (XX) NO |
| PERSON REPORTING DEATH TO POLICE DEPT.: ▓▓▓▓ father W/M9/9/43 | ADDRESS: ▓▓▓▓ | CITY: ▓▓▓ | RES. PHONE: 997-0016 | BUS. PHONE: -- |
| PERSON DISCOVERING DECEASED: ▓▓▓▓NK-father | ADDRESS: 76 ▓▓▓▓ | CITY: Ladue | RES. PHONE: 997-0016 | BUS. PHONE: -- |
| PERSON IDENTIFYING DECEASED: Father | ADDRESS: 76 ▓▓▓▓ | CITY: ▓▓▓ | RES. PHONE: 997-0016 | BUS. PHONE: -- |
| NEAREST RELATIVE: same | ADDRESS: same | CITY: | RES. PHONE: same | BUS. PHONE: |
| WITNESSES: ▓▓▓▓ | ADDRESS: same as above | CITY: | RES. PHONE: same | BUS. PHONE: |
| PERSON NOTIFIED (RELATIONSHIP): same as above | ADDRESS: same as above | CITY: | RES. PHONE: same | BUS. PHONE: |
| HOW CONVEYED TO HOSPITAL: ( ) POLICE VEHICLE ( ) PRIVATE VEHICLE ( ) AMBULANCE (XX) OTHER | DIAGNOSIS: DCA at 1836 hours | NAME OF DOCTOR: Dr. ▓▓▓▓ |
| ACCOMPANIED BY: ▓▓▓▓ Transport ▓▓▓▓ S Service | NAME OF HOSPITAL: ▓▓▓▓ Hospital | WHO IDENTIFIED THE BODY: Father |
| WHO SEARCHED THE DECEASED: Reporting party | DISPOSITION OF PERSONAL EFFECTS: n/a | |

STATE OTHER CIRCUMSTANCES SURROUNDING DEATH. IF ADDITIONAL SPACE IS NEEDED, USE CONTINUATION REPORT.

SEE ATTACHED CONTINUATION SHEETS

| TRANSCRIBED BY: CLERK BAG | DATE 10/05/86 | PROCESSED BY: CLERK ▓▓▓ | DATE 10-07-86 | TELETYPE NUMBER | DATE OF REPORT 10/05/86 |
| SUBMITTED BY (NAME OF OFFICER): Patr. ▓▓▓▓ #145 | | SUPERVISOR INITIALS | SIGNATURE REVIEWING OFFICER, (COMMANDER): Sgt. ▓▓▓▓ #119 | | |

0041794