# EXHIBIT B(1)



# U.S. CONSUMER PRODUCT SAFETY COMMISSION
## 4330 EAST WEST HIGHWAY
## BETHESDA, MD 20814-4408

Vicky B. Leonard
Technical Information Specialist
Division of Information Management
National Injury Information Clearinghouse
Office of Information and Technology Services

Tel: 301-504-7921
Fax: 301-504-0127
Email: vleonard@cpsc.gov

November 29, 2007

Mr. Ramsey Knowles
Taylor, Busch, Slipakoff & Duma
1600 Parkwood Circle – Suite 200
Atlanta, GA   30339

Dear Mr. Knowles:

    As recently requested by you, we are enclosing the specified item(s).

    If you have any questions concerning any of the information or if we can be of further assistance, please feel free to contact us.

Sincerely,

Vicky B. Leonard

Enclosure(s)

I have enclosed a printout of window blind deaths from the investigation report file.  You can review them to see which cases you do not already have.  Any costs will depend on how many of the reports you want.

# INCIDENT INVESTIGATIONS REPORT LEGEND

Task Number — Alphanumeric identifier assigned to each incident investigation. The first 6 digits indicate the 2 digit year, month, and day the investigation was assigned. The 3 alpha characters indicate the group making the assignment. The last 4 digits are a sequence number unique to each report.

Date of Incident — 4 digit year, 2 digit month and 2 digit day the incident occurred.

Precision of the Date of The Incident — Denotes how the date of the incident was coded when the exact month or day can't be determined. D= coded with exact date; M=unable to determine the exact day within the month the accident occurred; Y=unable to determine the exact month and day within the year the accident occurred.

Body Part — Identifies the part of the body to which the injury occurred, if any (lists the most severe in case of multiple injuries).

| Code | Body Part |
|---|---|
| 33 | Arm, lower (not including elbow or wrist) |
| 80 | Arm, upper |
| 37 | Ankle |
| 94 | Ear |
| 32 | Elbow |
| 77 | Eyeball |
| 76 | Face (including eyelid, eye area and nose) |
| 92 | Finger |
| 83 | Foot |
| 82 | Hand |
| 75 | Head |
| 00 | Internal (use with aspiration and ingestion) |
| 35 | Knee |
| 36 | Leg, lower (not including knee or ankle) |
| 81 | Leg, upper |

|  |  |
|---|---|
| 88 | Mouth (including lips, tongue and teeth) |
| 89 | Neck |
| 38 | Pubic region |
| 30 | Shoulder |
| 93 | Toe |
| 79 | Trunk, lower |
| 31 | Trunk, upper (not including shoulders) |
| 34 | Wrist |
| 84 | 25%-50% of body |
| 85 | All parts of body (more than 50% of body) |
| 86 | Not recorded |

Diagnosis — Identifies the injury (lists the most severe in cases of multiple injuries).

| | |
|---|---|
| 50 | Amputation |
| 65 | Anoxia |
| 42 | Aspirated foreign object |
| 72 | Avulsion |
| 48 | Burns, scald (from hot liquids or steam) |
| 51 | Burns, thermal (from flames or hot surface) |
| 49 | Burns, chemical (caustics, etc) |
| 73 | Burns, radiation (includes all cell damage by Ultraviolet, x-rays, microwaves, laser beam, radioactive materials, etc) |
| 46 | Burns, electrical |
| 47 | Burns, not specified |
| 52 | Concussions |
| 53 | Contusions, Abrasions |
| 54 | Crushing |
| 60 | Dental injury |
| 74 | Dermatitis, Conjunctivitis |
| 55 | Dislocation |
| 67 | Electric shock |
| 56 | Foreign body |
| 57 | Fracture |
| 58 | Hematoma |
| 66 | Hemorrhage |
| 41 | Ingested foreign object |

|  |  |
|---|---|
|  | 62 Internal organ injury |
|  | 59 Laceration |
|  | 61 Nerve damage |
|  | 68 Poisoning |
|  | 63 Puncture |
|  | 64 Strain or sprain |
|  | 69 Submersion (including drowning) |
|  | 71 Other/Not Stated |
| Disposition | Defines the extent of injury, if any: |
|  | 1 Treated and released, or examined and released without treatment |
|  | 2 Treated and transferred to another hospital |
|  | 4 Treated and admitted for hospitalization (within same facility) |
|  | 5 Held for observation |
|  | 6 Left without being seen |
|  | 8 Fatality, including DOA, died in the ED |
|  | 9 Not recorded |
| Location | Identifies the type of place where the incident occurred. |
|  | 1 Home |
|  | 2 Farm/Ranch |
|  | 4 Street or Highway |
|  | 5 Other public property |
|  | 6 Manufactured (Mobile) Home |
|  | 7 Industrial Place |
|  | 8 School |
|  | 9 Place of recreation or sports |
|  | 0 Not recorded |
| Age | Age of victim identified by a 3-digit number preceded by a "2" or "0" indicating whether the age is in months or years (203=3 months, 214=14 months, 003=3 years, 024=24 years). If age is younger than 2 years it is expressed in months. |

| Field | Description |
|---|---|
| Sex | 1 Male<br>2 Female<br>0 Not recorded |
| City | City where the incident occurred. |
| State | USPS 2 letter state abbreviation. |
| Narrative | Short description of incident and additional information not included in the above fields. |
| Products | Lists up to 2 product codes associated with the incident. For a complete listing refer to the product code manual on the CPSC website. |
| Source Document Number | Identifies the source document from which the the investigation was assigned. |
| Date Entered | 4 digit year, 2 digit month, 2 digit day the report was entered in the computer. |
| Type | Indicates how the investigation information was obtained.<br>1 Onsite<br>2 Telephone<br>3 Other |
| Status | Denotes the status of an investigation.<br>C Completed<br>P Purged<br>T Terminated<br>N No name<br>R Reassigned<br>L Limited<br>D Deleted<br>A Acknowledged |

S  Screened but not completed

Source  Indicates the source reporting the incident.
- 3 NEISS
- 01 and 60 Fire Dept/Police Dept
- 47 CPSC Website
- 54 Online News source
- 21 Consumer Complaint
- 19 and 20 Newsclip sources
- 59 Burn Center Project
- 23 Government Referral
- 32 Medical Examiners Report

Information contained in the printout/electronic file is intended to be a concise report of the actual accident investigation. Some information may have been withheld to protect the privacy of the victims and their families.

```
                       WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07       15:52 Thursday, November 29, 2007
                                    INCIDENT INVESTIGATIONS
          U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

1  000214CBB2293   X00020399A  SOURCE: COMPLIANCE      TYPE       : ONSITE        STATUS   : C
   DATE INCIDENT:  000130      DATE ENTERED : 000414   CITY/STATE : LOMBARD, IL   LOCATION : HOME
   AGE/SEX      :  004/M       DISP         : DOA      DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
   1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
   2ND PRODUCT  :  0679 SOFAS, COUCHES, DAVENPORTS, DIVANS OR
   NARRATIVE    :  ON 1/30/2000, A FOUR (4) YEAR OLD MALE DIED FROM STRANGULATION, WHEN
                   HE GOT HIS NECK CAUGHT IN THE PULL CORDS OF WINDOW BLINDS, LOCATED
                   ABOVE THE SOFA HE WAS PLAYING ON.  HIS FIVE (5) YEAR OLD SISTER WAS
                   IN THE ROOM, WITH HIM. REFERENCE SOURCE DOC. # X00200399A

2  000714CNE5665   N00070005A  SOURCE: MECAP           TYPE       : OTHER         STATUS   : C
   DATE INCIDENT:  000317      DATE ENTERED : 000927   CITY/STATE : IRVINGTON, NY LOCATION : HOME
   AGE/SEX      :  002/M       DISP         : DOA      DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
   1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
   2ND PRODUCT  :  0679 SOFAS, COUCHES, DAVENPORTS, DIVANS OR
   NARRATIVE    :  2 YEAR OLD MALE WAS FOUND UNCONSCIOUS AND NOT BREATHING, HANGING FROM
                   A BLIND CORD AT HIS HOME. VICTIM WAS TEMPORARILY RESUSCITATED, BUT
                   DIED THE NEXT DAY.

3  000831CNE5737   N00080265A  SOURCE: NEWS CLIP       TYPE       : ONSITE        STATUS   : C
   DATE INCIDENT:  000826      DATE ENTERED : 001107   CITY/STATE : AMBRIDGE, PA  LOCATION : HOME
   AGE/SEX      :  002/M       DISP         : DOA      DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
   1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
   2ND PRODUCT  :  1352 SLINGSHOTS OR SLING-PROPELLED TOYS
   NARRATIVE    :  A 2 YEAR OLD MALE CLIMBED ATOP A TOY CABINET AND PUT THE WINDOW BLIND
                   CORD LOOP AROUND HIS NECK. WHEN HE LOST HIS BALANCE, HE WAS HUNG BY
                   THE WINDOW BLIND CORD.

4  001013CBB0041   9833011384  SOURCE: DTHS            TYPE       : PHONE         STATUS   : C
   DATE INCIDENT:  981026      DATE ENTERED : 001204   CITY/STATE : ANTRIM, NH    LOCATION : HOME
   AGE/SEX      :  217/F       DISP         : DOA      DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
   1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
   2ND PRODUCT  :  1873 WINDOWS OR WINDOW GLASS, NOT SPECIFIED
   NARRATIVE    :  A SEVENTEEN-MONTH-OLD FEMALE DIED AS A RESULT OF ASPHYXIA AFTER
                   GETTING HER NECK WRAPPED AROUND THE PULL CORD FOR A VENETIAN BLIND
                   FOR A BEDROOM WINDOW AT HER GRANDPARENTS RESIDENCE.

5  001102CNE5849   N000B0079A  SOURCE: NEWS CLIP       TYPE       : OTHER         STATUS   : C
   DATE INCIDENT:  001101      DATE ENTERED : 010103   CITY/STATE : WILLINGBORO, NJ LOCATION : HOME
   AGE/SEX      :  213/M       DISP         : DOA      DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
   1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
   2ND PRODUCT  :  1545 CRIBS, NOT SPECIFIED
   NARRATIVE    :  A 13 MONTH OLD MALE WAS DOA DUE TO STRANGULATION WHEN A PULL CORD
                   FROM A WINDOW BLIND SITUATED NEXT TO HIS CRIB BECAME LOOPED AROUND
                   THE VICTIM'S NECK. INSIDE THE CRIB WAS A LARGE STUFFED DOG WHICH
                   VICTIM APPARENTLY USED TO STAND ON TO GRAB THE CORD AND PLACE IT
                   AROUND HIS NECK.  THE VICTIM MAY HAVE SLIPPED OFF THE STUFFED DOG
                   CAUSING THE STRANGULATION.

6  001117CBB3055   X00030910A  SOURCE: MECAP           TYPE       : OTHER         STATUS   : C
   DATE INCIDENT:  000103      DATE ENTERED : 001221   CITY/STATE : SUTHERLIN, OR LOCATION : HOME
   AGE/SEX      :  215/F       DISP         : DOA      DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
   1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
   2ND PRODUCT  :  1545 CRIBS, NOT SPECIFIED
   NARRATIVE    :  A 15-MONTH OLD GIRL IN A CRIB WAS FATALLY INJURED WHEN HER NECK BECAM
                   E ENTRAPPED IN A VENETIAN BLIND CORD. ALTHOUGH THE CORD WAS ON THE
                   WINDOWSILL BEHIND A CURTAIN, SHE WAS ABLE TO STAND UP AND REACH IT.
```

```
                                    WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07                         15:52 Thursday, November 29, 2007      2
                                                    INCIDENT INVESTIGATIONS
                    U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

7   010109CBB0204   X0110145A
    DATE INCIDENT:  010107         SOURCE: COMPLIANCE                           TYPE       : OTHER           STATUS    : C
    AGE/SEX      :  003/M          DATE ENTERED  : 010212                       CITY/STATE : SEMINOLE, FL    LOCATION  : HOME
    1ST PRODUCT  :  0638           DISP          : DOA                          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
    NARRATIVE    :  WINDOW SHADES, VENETIAN BLINDS OR INDO
                    A 3-YEAR-OLD MALE DIED OF STRANGULATION WHEN HE BECAME ENTANGLED IN
                    THE LOOPED METAL CHAIN OF A SET OF WINDOW VERTICAL BLINDS.  THE
                    CHAIN WAS FOUND WRAPPED AROUND HIS NECK.

8   010111CCC3134   X0110084A
    DATE INCIDENT:  001119         SOURCE: MECAP                                TYPE       : OTHER           STATUS    : C
    AGE/SEX      :  006/F          DATE ENTERED  : 010215                       CITY/STATE : COSTA MESA, CA  LOCATION  : HOME
    1ST PRODUCT  :  0638           DISP          : DOA                          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
    2ND PRODUCT  :  4014           WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :  FURNITURE, NOT SPECIFIED
                    6 YEAR OLD FEMALE WITH THE MENTAL CAPACITY OF A 1 YEAR OLD DIED DUE
                    TO MECHANICAL ASPHYXIATION AFTER GETTING TANGLED BY THE NECK AND
                    HANGING FROM THE CONTROL CORDS OF PLASTIC BLINDS IN THE FAMILY HOME.
                    THE CHILD GAINED ACCESS TO THE CORDS BY CLIMBING ONTO ADJACENT
                    FURNITURE.

9   010117CCC0232   9951050101
    DATE INCIDENT:  991210         SOURCE: DTHS                                 TYPE       : OTHER             STATUS    : C
    AGE/SEX      :  003/F          DATE ENTERED  : 010312                       CITY/STATE : NEWPORT NEWS, VA  LOCATION  : HOME
    1ST PRODUCT  :  0638           DISP          : DOA                          DIAGNOSIS  : ANOXIA            BODYPART  : ALL PARTS BODY
    2ND PRODUCT  :  4015           WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :  UPHOLSTERED FOOTSTOOLS, OTTOMANS OR HA
                    A 3 YEAR-OLD FEMALE WAS FOUND UNCONSCIOUS HANGING BY THE NECK FROM
                    MINI-BLIND CORDS ON THE WINDOW OF HER BEDROOM.  ATTEMPTS TO REVIVE
                    HER WERE UNSUCCESSFUL AND SHE WAS LATER PRONOUNCED DEAD AT A LOCAL
                    HOSPITAL, CAUSE OF DEATH ACCIDENTAL HANGING.

10  010125CNE6092   N0110349A
    DATE INCIDENT:  010124         SOURCE: NEWS CLIP                            TYPE       : ONSITE           STATUS    : C
    AGE/SEX      :  004/F          DATE ENTERED  : 010221                       CITY/STATE : MCKEESPORT, PA   LOCATION  : HOME
    1ST PRODUCT  :  0638           DISP          : DOA                          DIAGNOSIS  : ANOXIA           BODYPART  : ALL PARTS BODY
    NARRATIVE    :  WINDOW SHADES, VENETIAN BLINDS OR INDO
                    A 4 YEAR OLD GIRL DIED WHEN SHE WAS STANDING ON A CARDBOARD BOX AND
                    BECAME ENTANGLED IN A VERTICAL BLIND CORD. WHEN THE BOX COLLAPSED
                    UNDER HER WEIGHT THE VICTIM WAS HUNG.

11  010205CCN0282   G0120010A
    DATE INCIDENT:  010203         SOURCE: NEWS CLIP                            TYPE       : OTHER           STATUS    : C
    AGE/SEX      :  005/F          DATE ENTERED  : 010314                       CITY/STATE : NORTHBROOK, IL  LOCATION  : HOME
    1ST PRODUCT  :  0638           DISP          : DOA                          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
    NARRATIVE    :  WINDOW SHADES, VENETIAN BLINDS OR INDO
                    A 5-YEAR-OLD GIRL DIED IN THE HOME FAMILY ROOM WHEN SHE GOT ENTANGLED
                    IN THE CORDS FROM A SET OF VERTICAL BLINDS. THE GIRL WAS WATCHING
                    TV LATE SATURDAY MORNING ON THE FIRST FLOOR OF HER HOME WHEN SHE
                    APPARENTLY STARTED PLAYING WITH TWO LONG CORDS FROM THE WINDOW
                    BLINDS. THE GIRLS BODY WAS FOUND BY HER MOTHER WHO WAS WORKING IN
                    ANOTHER PART OF THE HOUSE.

12  010323CCC3221   0006077112
    DATE INCIDENT:  000328         SOURCE: DTHS                                 TYPE       : OTHER            STATUS    : C
    AGE/SEX      :  214/F          DATE ENTERED  : 010509                       CITY/STATE : LOS ANGELES, CA  LOCATION  : HOME
    1ST PRODUCT  :  0638           DISP          : DOA                          DIAGNOSIS  : ANOXIA           BODYPART  : ALL PARTS BODY
    2ND PRODUCT  :  0694           WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :  BEDS, NOT SPECIFIED
                    FOURTEEN MONTH OLD FEMALE WAS FOUND ON HER PARENTS BED WITH HER HEAD
                    THROUGH A BEADED ROPE CHAIN THAT OPERATED THE WINDOW BLINDS. THE
                    VICTIM DIED FROM ACCIDENTAL STRANGULATION. PRODUCT IDENTIFICATION
                    WAS NOT DETERMINED DURING THIS INVESTIGATION.
```

```
                        WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07    15:52 Thursday, November 29, 2007
                                          INCIDENT INVESTIGATIONS
  3                   U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

 13  010510CNE6334    N01501624       SOURCE: NEWS CLIP                         TYPE      : ONSITE
     DATE INCIDENT:   010508          DATE ENTERED  : 010605                    CITY/STATE: FAYETTEVILLE, NC       STATUS   : C
     AGE/SEX      :   003/M           DISP          : DOA                       DIAGNOSIS : ANOXIA                 LOCATION : HOME
     1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO                                                  BODYPART : ALL PARTS BODY
     NARRATIVE    :   A 3-YEAR OLD MALE WAS PRONOUNCED DEAD FROM ASPHYXIA AFTER HE WAS
                      FOUND STRANGLED FROM A CONTINUOUS LOOPED MINI-BLIND CORD. HE WAS
                      PLAYING UNATTENDED AND WRAPPED THE CORD AROUND HIS NECK. THE
                      ROLLER-LOCK OF THE 1/2-DRAWN MINI-BLIND RELEASED. THE BLIND
                      DESCENDED AND THE CORD PULLED UP, ENSNARING THE CHILD.

 14  010607CCC3331    X01415948       SOURCE: MECAP                             TYPE      : PHONE
     DATE INCIDENT:   010404          DATE ENTERED  : 010815                    CITY/STATE: RIVERSIDE, CA          STATUS   : C
     AGE/SEX      :   212/F           DISP          : DOA                       DIAGNOSIS : OTHER                  LOCATION : HOME
     1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO                                                  BODYPART : NECK
     2ND PRODUCT  :   0694 BEDS, NOT SPECIFIED
     NARRATIVE    :   A 12 MONTH OLD FEMALE WAS LEFT ALONE ON A BED IN A BEDROOM BY HER
                      MOTHER IN ORDER FOR THE VICTIM TO TAKE A NAP. THE MOTHER RETURNED
                      ABOUT FIVE (5) MINUTES LATER AND FOUND THE VICTIM HANGING FROM THE
                      METAL CHAIN OF A VERTICAL BLIND. SHE WAS TRANSPORTED TO A LOCAL
                      EMERGENCY ROOM AND SUBSEQUENTLY DIED FOUR (4) DAYS LATER.

 15  010614CBB2575    X01520674       SOURCE: MECAP                             TYPE      : PHONE
     DATE INCIDENT:   010422          DATE ENTERED  : 010628                    CITY/STATE: SEALY, TX              STATUS   : C
     AGE/SEX      :   201/F           DISP          : DOA                       DIAGNOSIS : ANOXIA                 LOCATION : MOBILE
     1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO                                                  BODYPART : ALL PARTS BODY
     2ND PRODUCT  :   1543 CRIBS
     NARRATIVE    :   A 1-YEAR OLD FEMALE WAS REPORTEDLY STRANGLED BY A MINI-BLIND CORD.
                      THIS CASE WAS REPORTED BY THE HARRIS CO., TX MEDICAL EXAMINER WHO
                      CONDUCTED AN AUTOPSY ON THE VICTIM. THE MANNER OF DEATH WAS RULED
                      "UNDETERMINED" BUT THE CAUSE OF DEATH WAS DUE TO ASPHYXIATION
                      SECONDARY TO LIGATURE STRANGULATION. THIS IS AN ONGOING LOCAL
                      INVESTIGATION THAT MAY INVOLVE A HOMICIDE. ALL INFORMATION
                      CONTAINED WITHIN THIS REPORT AND ALL EXHIBITS ARE CONFIDENTIAL.

 16  010615CNE6462    N01601458       SOURCE: NEWS CLIP                         TYPE      : PHONE
     DATE INCIDENT:   010519          DATE ENTERED  : 010802                    CITY/STATE: NEW HARTFORD, CT       STATUS   : C
     AGE/SEX      :   215/M           DISP          : DOA                       DIAGNOSIS : ANOXIA                 LOCATION : HOME
     1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO                                                  BODYPART : ALL PARTS BODY
     NARRATIVE    :   A FIFTEEN-MONTH OLD MALE STRANGLED TO DEATH WHEN THE OUTER PULL-CORD
                      OF A WINDOW BLIND WRAPPED AROUND HIS NECK WHILE HE WAS NAPPING.

 17  010628CCC3361    0008006909      SOURCE: DTHS                              TYPE      : PHONE
     DATE INCIDENT:   000320          DATE ENTERED  : 010821                    CITY/STATE: DOUGLAS, WY            STATUS   : C
     AGE/SEX      :   004/F           DISP          : DOA                       DIAGNOSIS : ANOXIA                 LOCATION : HOME
     1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO                                                  BODYPART : ALL PARTS BODY
     NARRATIVE    :   A FOUR-YEAR-OLD GIRL DIED AFTER BEING ENTRAPPED BY HER NECK IN THE
                      CORDS OF A MINI-BLIND.

 18  010815CNE6651    N01801694       SOURCE: NEWS CLIP                         TYPE      : OTHER
     DATE INCIDENT:   010810          DATE ENTERED  : 011003                    CITY/STATE: NEWNAN, GA             STATUS   : C
     AGE/SEX      :   006/F           DISP          : DOA                       DIAGNOSIS : ANOXIA                 LOCATION : HOME
     1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO                                                  BODYPART : ALL PARTS BODY
     NARRATIVE    :   A SIX YEAR OLD FEMALE DIED FROM INJURIES SHE SUSTAINED WHILE PLAYING
                      WITH TOYS IN THE WINDOW OF AN APARTMENT. THERE WERE NO EYEWITNESSES
                      TO THE INCIDENT. THE VICTIM WAS DISCOVERED BY HER MOTHER LYING
                      AGAINST THE WINDOW SILL WITH THE WINDOW BLIND CORD WRAPPED AROUND
                      HER NECK.
```

```
                    WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07     15:52 Thursday, November 29, 2007    4
                              INCIDENT INVESTIGATIONS
          U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

19  011211CCC1174       X01B5380A    SOURCE: MECAP                             TYPE       : OTHER              STATUS    : C
    DATE INCIDENT:      011023       DATE ENTERED    : 020130                  CITY/STATE : CORAL GABLES, FL   LOCATION  : HOME
    AGE/SEX      :      002/F        DISP            : DOA                     DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :      A 2-YEAR OLD FEMALE CHILD HAD BEEN JUMPING ON HER BED IN HER BEDROOM
                        AT HOME AND HER HEAD/NECK SOMEHOW BECAME INSERTED INTO THE LOOPED
                        METAL BEADED PULL-CHAIN OF VERTICAL BLINDS ON A WINDOW NEAR THE
                        SIDE/FOOT AREA OF THE BED WHERE THE BED WAS POSITIONED AGAINST THE
                        WALL. THE VICTIM WAS TAKEN TO A HOSPITAL WHERE SHE WAS PRONOUNCED
                        DEAD AS A RESULT OF ACCIDENTAL HANGING.

20  011212CCC2118       0119014119   SOURCE: DTHS                              TYPE       : PHONE              STATUS    : C
    DATE INCIDENT:      010704       DATE ENTERED    : 020116                  CITY/STATE : SANDBORN, IA       LOCATION  : HOME
    AGE/SEX      :      212/M        DISP            : DOA                     DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    2ND PRODUCT  :      1529 PORTABLE CRIBS
    NARRATIVE    :      ON 7/4/2001, A 12-MONTH OLD MALE BECAME ENTANGLED BY THE NECK, IN THE
                        INNER CORDS FROM WINDOW BLINDS LOCATED ABOVE HIS PLAY YARD, AND HE
                        DIED BY ASPHYXIATION. HE WAS PLACED UNATTENDED IN THE PLAY YARD FOR
                        A NAP.

21  020301CCC1368       X0210720A    SOURCE: MECAP                             TYPE       : OTHER              STATUS    : C
    DATE INCIDENT:      011027       DATE ENTERED    : 020517                  CITY/STATE : OLD BRIDGE, NJ     LOCATION  : HOME
    AGE/SEX      :      220/M        DISP            : DOA                     DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    2ND PRODUCT  :      1543 CRIBS
    NARRATIVE    :      A 20 MONTH OLD MALE WAS DOA FROM ASPHYXIATION DUE TO HANGING WHEN A
                        VENETIAN BLIND CORD GOT WRAPPED AROUND THE VICTIM'S NECK. THE
                        VICTIM WAS IN A CRIB IN HIS BEDROOM AT THE TIME.

22  020604CNE7347       N0260005A    SOURCE: NEWS CLIP                         TYPE       : OTHER              STATUS    : C
    DATE INCIDENT:      020528       DATE ENTERED    : 020801                  CITY/STATE : RICHMOND, VA       LOCATION  : HOME
    AGE/SEX      :      217/M        DISP            : DOA                     DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :      A 17 MONTH OLD MALE WAS FOUND DEAD OF STRANGULATION IN HIS BEDROOM,
                        SUSPENDED BY A LOOP OF WINDOW BLIND CORD AROUND HIS NECK.

23  020610CCC1605       N0250236A    SOURCE: NEWS CLIP                         TYPE       : OTHER              STATUS    : C
    DATE INCIDENT:      020408       DATE ENTERED    : 020725                  CITY/STATE : CARRIERE, MS       LOCATION  : HOME
    AGE/SEX      :      208/F        DISP            : DOA                     DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    2ND PRODUCT  :      1543 CRIBS
    NARRATIVE    :      AN 8-MONTH-OLD FEMALE WAS FOUND DEAD IN HER CRIB AFTER BECOMING
                        WRAPPED UP IN THE CORDS OF THE VENETIAN BLINDS WHICH WERE ADJACENT
                        TO THE CRIB. CAUSE OF DEATH WAS LIGATURE STRANGULATION.

24  020619CCN0542       G0260092A    SOURCE: NEWS CLIP                         TYPE       : ONSITE             STATUS    : C
    DATE INCIDENT:      020612       DATE ENTERED    : 020726                  CITY/STATE : VALLEY PARK, MO    LOCATION  : HOME
    AGE/SEX      :      212/F        DISP            : DOA                     DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :      A 12-MONTH-OLD FEMALE DIED AS A RESULT OF AN INCIDENT WITH WINDOW
                        BLINDS. THE CHILD'S MOTHER HAD PUT HER SON AND DAUGHTER IN THEIR
                        INDIVIDUAL CRIBS FOR THE EVENING. SHE RETURNED LATER TO CHECK ON
                        THE CHILDREN AND FOUND THAT THE INNER CORD OF THE NEARBY WINDOW
                        BLINDS WERE AROUND HER DAUGHTER'S NECK. THE CHILD WAS TRANSPORTED
                        TO A LOCAL HOSPITAL WHERE SHE WAS PRONOUNCED DEAD. THE SLATS ON THE
                        BOTTOM OF THE BLINDS WERE BROKE AND THE INNER CORD WAS EXPOSED.
```

```
                          WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07        15:52 Thursday, November 29, 2007
                                            INCIDENT INVESTIGATIONS
             U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

 25   020716HCC3266   X02273179A    SOURCE: NEWS CLIP            TYPE       : PHONE           STATUS    : C
      DATE INCIDENT:  020527        DATE ENTERED  : 020903       CITY/STATE : ANCHORAGE, AK   LOCATION  : HOME
      AGE/SEX       : 214 / F       DISP          : DOA          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
      1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
      NARRATIVE     : A 14 MONTH OLD GIRL PULLED OUT THE INNER CORD OF A WINDOW BLIND. 12
                      INCHES OF THE INNER CORD ENDED UP AROUND HER NECK. THE GIRL WAS
                      STRANGLED.

 26   020807CCN0684   G02800028A    SOURCE: MECAP                TYPE       : OTHER           STATUS    : C
      DATE INCIDENT:  020801        DATE ENTERED  : 020919       CITY/STATE : MINGO, IA       LOCATION  : HOME
      AGE/SEX       : 221 / F       DISP          : DOA          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
      1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
      2ND PRODUCT   : 0661 BUNK BEDS
      NARRATIVE     : A CHILD DIED FROM LIGATURE STRANGULATION AFTER BECOMING CAUGHT IN THE
                      PULL CORDS OF WINDOW MINI-BLINDS, THAT WERE TIED ONTO A BUNK BED
                      LADDER.

 27   020905CCN0794   G02900013A    SOURCE: NEWS CLIP            TYPE       : OTHER           STATUS    : C
      DATE INCIDENT:  020903        DATE ENTERED  : 021007       CITY/STATE : CORINTH, TX     LOCATION  : HOME
      AGE/SEX       : 004 / M       DISP          : DOA          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
      1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
      NARRATIVE     : THE VICTIM, A FOUR YEAR-OLD MALE, WAS FOUND BY HIS GRANDMOTHER
                      SUSPENDED BY THE NECK ON A MINI-BLIND WINDOW CORD IN HIS BEDROOM.
                      THE VICTIM WAS PRONOUNCED DEAD ON ARRIVAL AT A LOCAL HOSPITAL
                      EMERGENCY ROOM. THE OFFICIAL CAUSE OF DEATH WAS HANGING AND RULED
                      ACCIDENTAL.

 28   021112CCN0097   G02B0043A     SOURCE: GOVERNMENT REFERRAL  TYPE       : ONSITE          STATUS    : C
      DATE INCIDENT:  021028        DATE ENTERED  : 021220       CITY/STATE : HOPE, IN        LOCATION  : HOME
      AGE/SEX       : 214 / F       DISP          : DOA          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
      1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
      NARRATIVE     : THE VICTIM, A 14 MONTH OLD FEMALE, WAS PLACED IN A PORTABLE CRIB IN
                      HER PARENT'S BEDROOM TO TAKE A NAP. THE CRIB WAS NEXT TO A WINDOW
                      WHERE A SET OF MINI-BLINDS WAS INSTALLED. APPROX. 2.5 HOURS AFTER
                      THE VICTIM WAS PLACED IN THE CRIB, THE VICTIM'S FATHER CHECKED ON
                      THE INFANT AND FOUND HER IN THE CRIB WITH A CORD FROM THE
                      MINI-BLINDS WRAPPED AROUND HER NECK. THE VICTIM WAS TAKEN TO A
                      HOSPITAL WHERE SHE WAS PRONOUNCED DEAD.

 29   021218CCC3132   X02C6492A     SOURCE: NEWS CLIP            TYPE       : OTHER           STATUS    : C
      DATE INCIDENT:  021216        DATE ENTERED  : 030227       CITY/STATE : DENVER, CO      LOCATION  : HOME
      AGE/SEX       : 215 / M       DISP          : DOA          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
      1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
      NARRATIVE     : A 15 MONTH OLD BOY DIED AFTER HE BECAME ENTANGLED IN A CORD FROM
                      VERTICAL BLINDS.

 30   021219CCN0213   G02C0198A     SOURCE: NEWS CLIP            TYPE       : ONSITE          STATUS    : C
      DATE INCIDENT:  021216        DATE ENTERED  : 030130       CITY/STATE : MARION, IL      LOCATION  : HOME
      AGE/SEX       : 211 / M       DISP          : DOA          DIAGNOSIS  : ANOXIA          BODYPART  : ALL PARTS BODY
      1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
      NARRATIVE     : A CONSUMER PLACED HER 11-MONTH-OLD SON ON THE FLOOR IN HIS SISTER'S
                      BEDROOM TO WATCH TV. A FEW MINUTES LATER, THE CONSUMER'S HUSBAND
                      FOUND HIS SON ON THE FLOOR AND WITH THE INNER CORD FROM THE WINDOW
                      BLINDS WRAPPED AROUND HIS NECK. THE BOY WAS TAKEN TO A LOCAL
                      HOSPITAL WHERE HE WAS PRONOUNCED DEAD. THE BOTTOM 12 SLATS ON THE
                      RIGHT HAND SIDE OF THE BLINDS WERE BROKEN OFF AND MISSING, EXPOSING
                      THE INNER CORD.
```

5

```
                           WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07                15:52 Thursday, November 29, 2007    6
                                         INCIDENT INVESTIGATIONS
              U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

31   030122CCC1285   0101041535   SOURCE: DTHS                                     TYPE       : PHONE              STATUS    : C
     DATE INCIDENT:  011217       DATE ENTERED  : 030310                           CITY/STATE : MOBILE, AL         LOCATION  : HOME
     AGE/SEX       : 002/M        DISP          : DOA                              DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
     1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT   : 4076 BEDS OR BEDFRAMES, OTHER OR NOT SPEC
     NARRATIVE     : ON THE AFTERNOON OF DECEMBER 17, 2001, A TWO-YEAR-OLD MALE GOT OUT OF
                     HIS CRIB AND WENT TO PLAY ON A BED THAT WAS ADJACENT TO A WINDOW
                     WITH MINI-BLINDS ON IT. AT SOME POINT, THE VICTIM'S NECK BECAME
                     WRAPPED IN THE BLIND CORDS. THE VICTIM WAS PRONOUNCED DEAD AT A
                     LOCAL HOSPITAL A FEW HOURS LATER. THE DEATH CERTIFICATE INDICATES
                     THAT THE VICTIM DIED OF ASPHYXIA, DUE TO COMPRESSION OF THE NECK.

32   030311CWE5004   F0335004A    SOURCE:                                     54   TYPE       : OTHER              STATUS    : C
     DATE INCIDENT:  030304       DATE ENTERED  : 030506                           CITY/STATE : DEDEDO, GU         LOCATION  : HOME
     AGE/SEX       : 002/F        DISP          : DOA                              DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
     1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     NARRATIVE     : A 2-YEAR-OLD FEMALE SUFFERED ASPHYXIA AND SUBSEQUENTLY DIED AFTER SHE
                     BECAME ENTANGLED IN A CHAIN CORD OF VERTICAL WINDOW BLINDS. THE
                     CORD HUNG FREELY FROM THE BLIND'S OVERHEAD TRACK AND WAS NOT SECURED
                     AT ITS BOTTOM.

33   030402CCC1421   X0341689A    SOURCE:                                     19   TYPE       : ONSITE             STATUS    : C
     DATE INCIDENT:  030227       DATE ENTERED  : 030522                           CITY/STATE : UNION CITY, TN     LOCATION  : HOME
     AGE/SEX       : 002/M        DISP          : DOA                              DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
     1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT   : 4057 TABLES, NOT ELSEWHERE CLASSIFIED
     NARRATIVE     : THE VICTIM WAS A 2 YEARS, 363 DAYS OLD BOY WHO WAS ALONE IN HIS
                     BEDROOM. HE CLIMBED ON TOP OF A SMALL WOOD TABLE NEXT TO A
                     MINI-BLIND. THE TABLE FELL DOWN TO THE FLOOR. AS THE VICTIM FELL
                     HIS NECK BECAME CAUGHT IN THE MINI-BLIND'S PULL CORD AND HE
                     STRANGLED. HIS FATHER FOUND HIM LIFELESS HANGING BY HIS NECK. THE
                     VICTIM DIED SHORTLY AFTER ARRIVAL AT A HOSPITAL.

34   030418CCN0479   G0340128A    SOURCE:                                     54   TYPE       : ONSITE             STATUS    : C
     DATE INCIDENT:  030416       DATE ENTERED  : 030514                           CITY/STATE : SHEBOYGAN, WI      LOCATION  : HOME
     AGE/SEX       : 214/M        DISP          : DOA                              DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
     1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     NARRATIVE     : A 14-MONTH-OLD MALE, WHILE PLAYING IN HIS BEDROOM WAS STRANGLED WHEN
                     HE PLACED THE KNOTTED WINDOW BLIND CORD AROUND HIS NECK AND TURNED
                     AROUND. HE WAS FOUND IN A STANDING POSITION WITH THE CORD WOUND
                     TIGHTLY AROUND HIS NECK. THE VICTIM HAD LIGATURE MARKS EXTENDING
                     FROM HIS THROAT AREA TO THE BACK OF HIS NECK AND UP INTO HIS
                     HAIRLINE.

35   030421CCC2409   X0331523A    SOURCE: MECAP                                    TYPE       : PHONE              STATUS    : C
     DATE INCIDENT:  030212       DATE ENTERED  : 030522                           CITY/STATE : FT. BLISS, TX      LOCATION  : HOME
     AGE/SEX       : 004/F        DISP          : DOA                              DIAGNOSIS  : ANOXIA             BODYPART  : ALL PARTS BODY
     1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT   : 0679 SOFAS, COUCHES, DAVENPORTS, DIVANS OR
     NARRATIVE     : A 4-YEAR-OLD FEMALE WAS LEFT UNATTENDED TO WATCH TV. SHE CLIMBED UP
                     ON A COUCH THAT WAS NEXT TO A WINDOW WITH PULLED UP MINI BLIND TO
                     LOOK OUTSIDE; SOMETHING SHE ALWAYS DID. THE MOTHER FOUND HER 20-25
                     MINUTES LATER SITTING ON THE ARM OF THE COUCH WITH HER HEAD DOWN,
                     EYES CLOSED, AND THE MINI BLIND CORD WRAPPED AROUND HER NECK. IT
                     APPEARS SHE WAS PLAYING WITH THE MINI BLIND CORD, GOT ENTANGLED IN
                     THE MINI BLIND PULL CORD ACCIDENTALLY STRANGLING HERSELF. THE CORD
                     WAS TWISTED AND WRAPPED ONE TIME AROUND THE VICTIM'S NECK.
                     PRONOUNCED DEAD AT THE HOSPITAL.
```

```
                         WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07           15:52 Thursday, November 29, 2007      7
                                          INCIDENT INVESTIGATIONS
           U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

36  030519CWE6003   F0356003A                                    54   TYPE        : ONSITE           STATUS    : C
    DATE INCIDENT:  030515    SOURCE:                                 CITY/STATE  : MESA, AZ         LOCATION  : HOME
    AGE/SEX      :  003/F     DATE ENTERED :  030617                  DIAGNOSIS   : ANOXIA           BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638      DISP         :  DOA
    2ND PRODUCT  :  4076      WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :            BEDS OR BEDFRAMES, OTHER OR NOT SPEC
                              A 3-YEAR OLD GIRL HAD A HISTORY OF STANDING ON THE HEADBOARD/LEDGE OF
                              A CHILD'S BED THAT WAS LOCATED UNDER HER BEDROOM WINDOW. THE
                              CHILD'S HEAD/NECK BECAME ENTANGLED IN THE WINDOW BLIND CORDS AND SHE
                              DIED.

37  030521CBB2460   X0352204A                                    54   TYPE        : PHONE            STATUS    : C
    DATE INCIDENT:  030510    SOURCE:                                 CITY/STATE  : BOVINA, TX       LOCATION  : HOME
    AGE/SEX      :  000/M     DATE ENTERED :  030602                  DIAGNOSIS   : ANOXIA           BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638      DISP         :  DOA
    2ND PRODUCT  :            WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :            A 9-MONTH-OLD MALE BABY WAS LEFT IN A YOUTH BED THAT WAS UNDER A
                              WINDOW THAT HAD BLINDS. THE CHILD WAS APPARENTLY SLEEPING IN THE
                              BED PRIOR TO THE INCIDENT. THE BABY STRANGLED ON THE INNER CORD THAT
                              RUNS THROUGH THE SLATS. LIGATURE MARKS AT THE AUTOPSY WERE
                              CONTINUOUS AROUND THE BABY'S NECK. THE CHILD HAD BEEN LEFT
                              UNATTENDED FOR APPROXIMATELY 14 HOURS. PARENTS ARE BEING CHARGED
                              WITH CHILD ENDANGERMENT AND THIS INCIDENT WILL BE GOING TO THE GRAND
                              JURY SO THE LOCAL AUTHORITIES COULD NOT PROVIDE ANY OTHER
                              INFORMATION OR THE INCIDENT REPORT.

38  030612CCN0613   G0360086A                                    54   TYPE        : PHONE            STATUS    : C
    DATE INCIDENT:  030611    SOURCE:                                 CITY/STATE  : ROLLING MEADOWS, IL  LOCATION : HOME
    AGE/SEX      :  216/F     DATE ENTERED :  030809                  DIAGNOSIS   : ANOXIA           BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638      DISP         :  DOA
    2ND PRODUCT  :  1545      WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :            CRIBS, NOT SPECIFIED
                              A SIXTEEN-MONTH OLD GIRL DIED AFTER ENTANGLING HER NECK ON THE WINDOW
                              BLIND CORDS.

39  030707CWE4337   F0374025A                                    54   TYPE        : OTHER            STATUS    : C
    DATE INCIDENT:  030107    SOURCE:                                 CITY/STATE  : PHOENIX, AZ      LOCATION  : HOME
    AGE/SEX      :  217/M     DATE ENTERED :                          DIAGNOSIS   : ANOXIA           BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638      DISP         :  DOA
    2ND PRODUCT  :  4074      WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :            CHAIRS, OTHER OR NOT SPECIFIED
                              A 17-MONTH OLD BOY FREQUENTLY SAT IN A PLASTIC CHAIR BELOW WINDOW
                              BLINDS. THE BOY BECAME ENTANGLED IN THE WINDOW BLIND CORDS AND WAS
                              STRANGLED.

40  030708CCC3335   X0372893A                                    54   TYPE        : ONSITE           STATUS    : C
    DATE INCIDENT:  030616    SOURCE:                                 CITY/STATE  : SAN FRANCISCO, CA LOCATION  : HOME
    AGE/SEX      :  004/M     DATE ENTERED :  030822                  DIAGNOSIS   : ANOXIA           BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638      DISP         :  DOA
    2ND PRODUCT  :  4076      WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :            BEDS OR BEDFRAMES, OTHER OR NOT SPEC
                              A 4-YEAR-OLD MALE WAS STANDING ON HIS MOTHER'S BED NEXT TO A WINDOW
                              WITH ONE LEG ON THE WINDOW LEDGE OR ON A 4-DRAWER DRESSER. HE WAS
                              WATCHING TELEVISION ON THE OPPOSITE WALL. HE GRABBED THE OUTER BLIND
                              CORDS AND TURNED AROUND SEVERAL TIMES. EACH TIME HE EITHER FELL OR JUMPED
                              THE CORDS WOULD WRAPPED AROUND HIS NECK. HE WAS FOUND
                              OFF THE BED, THE WINDOW LEDGE OR THE 4-DRAWER DRESSER.
                              HANGING FROM THE BLIND CORDS WITH HIS FEET 20" TO 30" OFF THE FLOOR.
                              HE DIED AT THE SCENE. THE BLIND CORDS WERE SAMPLED UNDER
                              03-840-6616.
```

```
                        WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07    15:52 Thursday, November 29, 2007
                                       INCIDENT INVESTIGATIONS
            U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

41   030723CCC1740
     DATE INCIDENT: X0373050A        SOURCE: MECAP              TYPE        : OTHER                    STATUS   : C
                   030329            DATE ENTERED : 030923      CITY/STATE  : PHILADELPHIA, PA         LOCATION : HOME
     AGE/SEX     : 210/F             DISP         : DOA         DIAGNOSIS   : OTHER                    BODYPART : NECK
     1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     NARRATIVE  : A TEN MONTH OLD FEMALE WAS FOUND DEAD WITH A FULL WINDOW BLIND,
                  CONTINUOUS LOOPED CORD WRAPPED AROUND HER NECK AND UNDER HER RIGHT
                  ARM. THE VICTIM HAD BEEN PLACED ON A TWIN BED AND WAS LEFT ALONE,
                  FOR ABOUT A TEN MINUTE PERIOD, TO TAKE A NAP. THE VICTIM'S FATHER,
                  THE CAREGIVER, RETURNED TO THE BEDROOM TO FIND THE CORD WRAPPED
                  AROUND THE VICTIM.

42   030828CNE8057
     DATE INCIDENT: N0380033A        SOURCE:                    TYPE        : OTHER                    STATUS   : C
                   030826            DATE ENTERED : 031024      CITY/STATE  : CHARLOTTE, NC            LOCATION : HOME
     AGE/SEX     : 218/M             DISP         : DOA         DIAGNOSIS   : ANOXIA                   BODYPART : ALL PARTS BODY
     1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT: 4009 NONBABY MATTRESSES                                              54
     NARRATIVE  : A 18-MONTH OLD MALE WAS PRONOUNCED DEAD FROM ASPHYXIA AFTER HE WAS
                  FOUND STRANGLED FROM A CONTINUOUSLY LOOPED, MINI-BLIND CORD. HE WAS
                  PLAYING WITHOUT ADULT SUPERVISION AND HAD WRAPPED THE CORD AROUND
                  HIS NECK. THE ROLLER-LOCK RELEASED, THE BLIND DESCENDED AND THE
                  CORD ENSNARED THE CHILD'S NECK.

43   030902CCN0848
     DATE INCIDENT: G0390002A        SOURCE:                    TYPE        : OTHER                    STATUS   : C
                   030831            DATE ENTERED : 031015      CITY/STATE  : MIDDLETOWN, OH           LOCATION : HOME
     AGE/SEX     : 004/M             DISP         : DOA         DIAGNOSIS   : ANOXIA                   BODYPART : ALL PARTS BODY
     1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT: 0679 SOFAS, COUCHES, DAVENPORTS, DIVANS OR                           54
     NARRATIVE  : A FOUR-YEAR-OLD MALE DIED WHEN HE PLACED A CORD FROM A WINDOW BLIND
                  AROUND HIS NECK. HE JUMPED OFF THE ARM OF A NEARBY COUCH.

44   030903CCN0864
     DATE INCIDENT: G0390012A        SOURCE:                    TYPE        : OTHER                    STATUS   : C
                   030830            DATE ENTERED : 031216      CITY/STATE  : BROOKFIELD, WI           LOCATION : HOME
     AGE/SEX     : 002/M             DISP         : DOA         DIAGNOSIS   : ANOXIA                   BODYPART : ALL PARTS BODY
     1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT: 0679 SOFAS, COUCHES, DAVENPORTS, DIVANS OR                           54
     NARRATIVE  : A 2 1/2 YEAR OLD MALE WAS FOUND UNRESPONSIVE, BY HIS MOTHER, HANGING
                  BY THE DRAW CORD OF THE VERTICAL BLINDS IN THE FAMILY ROOM OF HIS
                  HOME. THE CHILD WAS PRONOUNCED DEAD AT THE HOSPITAL AFTER ALL
                  RESUSCITATION EFFORTS FAILED.

45   030908CCC3405
     DATE INCIDENT: 0035011741       SOURCE: DTHS               TYPE        : PHONE                    STATUS   : C
                   001207            DATE ENTERED : 031028      CITY/STATE  : QUESTA, AZ               LOCATION : HOME
     AGE/SEX     : 221/F             DISP         : DOA         DIAGNOSIS   : OTHER                    BODYPART : NECK
     1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT: 4014 FURNITURE, NOT SPECIFIED
     NARRATIVE  : A 21-MONTH OLD GIRL HAD A HISTORY OF WALKING/JUMPING ON AN ADULT BED
                  AND THE NIGHT STAND WHICH WERE NEXT TO A WINDOW. SHE WAS FOUND BY
                  HER MOTHER HANGING FROM THE LOOP OF THE WINDOW BLIND CORD. THE
                  CHILD DIED.

46   040106CCC1316
     DATE INCIDENT: X0410064A        SOURCE: CONSUMER COMPLAINT TYPE        : OTHER                    STATUS   : C
                   031222            DATE ENTERED : 040405      CITY/STATE  : EAST MILLINOCKET, ME     LOCATION : HOME
     AGE/SEX     : 220/M             DISP         : DOA         DIAGNOSIS   : ANOXIA                   BODYPART : ALL PARTS BODY
     1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT: 1870 WINDOW SILLS OR FRAMES
     NARRATIVE  : A 20-MONTH-OLD MALE WAS STRANGLED AFTER HE PLACED HIS HEAD THROUGH A
                  LOOP FORMED BY THE LEFT SIDE INNER CORD OF A 27-INCH-WIDE MINI BLIND
                  MOUNTED TO A WINDOW IN HIS BEDROOM. THERE WERE NO WITNESSES TO THE
                  INCIDENT. THE VICTIM'S FATHER DISCOVERED THE STRANGULATION TWO HOURS
                  AFTER HE PLACED THE VICTIM IN BED FOR A NAP.
```

8

```
                         WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07    15:52 Thursday, November 29, 2007
                                         INCIDENT INVESTIGATIONS
                    U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
```

```
47  040319CNE1406    N0430239A                                   54    TYPE        : PHONE              STATUS    : C
    DATE INCIDENT:   040315     SOURCE:                                CITY/STATE  : WEST MELBOURNE, FL  LOCATION  : HOME
    AGE/SEX      :   003/M      DATE ENTERED   : 040521               DIAGNOSIS   : ANOXIA              BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO      DISP           : DOA
    2ND PRODUCT  :   4074 CHAIRS, OTHER OR NOT SPECIFIED
    NARRATIVE    :   A THREE YEAR OLD MALE DIED AS A RESULT OF "HANGING" WHEN HE WAS FOUND
                     WITH HIS FEET OFF THE GROUND AND THE LOOP OF THE PULL STRING CORD
                     FROM LIVING ROOM DRAPES AROUND HIS NECK. THIS CASE IS STILL
                     CONSIDERED TO BE IN AN "OPEN" STATUS AND FURTHER INVESTIGATION IS IN
                     PROGRESS.

48  040423CCC3268    0341024944                                        TYPE        : ONSITE             STATUS    : C
    DATE INCIDENT:   030930     SOURCE: DTHS                           CITY/STATE  : EUGENE, OR         LOCATION  : HOME
    AGE/SEX      :   217/M      DATE ENTERED   : 040614                DIAGNOSIS   : ANOXIA             BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO      DISP           : DOA
    2ND PRODUCT  :   1529 PORTABLE CRIBS
    NARRATIVE    :   A 17 MONTH OLD MALE DIED AS A RESULT OF ANOXIA AFTER HIS NECK BECAME
                     ENTANGLED IN THE CORD FOR A SET OF MINI-BLINDS. THE VICTIM WAS
                     SLEEPING IN A PORTABLE CRIB ADJACENT TO A WINDOW. THE BLIND CORD
                     WAS WITHIN THE REACH OF THE VICTIM. THE VICTIM APPARENTLY WAS
                     AWAKE PLAYING UNATTENDED AND BECAME ENTANGLED IN THE CORD. THE
                     MOTHER FOUND THE VICTIM UNCONSCIOUS AND NOT BREATHING.
                     RESUSCITATION EFFORTS WERE INITIATED BUT THE VICTIM DIED IN THE
                     HOSPITAL 18 HOURS AFTER THE EVENT.

49  040722CCC2648    X0473361A                                   54    TYPE        : ONSITE             STATUS    : C
    DATE INCIDENT:   040706     SOURCE:                                CITY/STATE  : ENNIS, TX          LOCATION  : HOME
    AGE/SEX      :   002/M      DATE ENTERED   : 040826                DIAGNOSIS   : OTHER              BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO      DISP           : DOA
    NARRATIVE    :   A TWO AND A HALF YEAR OLD MALE VICTIM DIED ACCIDENTALLY WHEN HIS NECK
                     BECAME CAUGHT IN A WINDOW BLIND CORD.

50  040729CCC3405    X0473493A                                        TYPE        : ONSITE              STATUS    : C
    DATE INCIDENT:   040629     SOURCE: OTHER                         CITY/STATE  : VAN NUYS, CA        LOCATION  : HOME
    AGE/SEX      :   002/F      DATE ENTERED   : 040922                DIAGNOSIS  : OTHER               BODYPART  : NECK
    1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO      DISP          : DOA
    2ND PRODUCT  :   4057 TABLES, NOT ELSEWHERE CLASSIFIED
    NARRATIVE    :   A TWO YEAR OLD FEMALE CHILD DIED ON JUNE 29, 2004 AS A RESULT OF AN
                     ACCIDENTAL WINDOW CORD STRANGULATION IN THE BEDROOM OF HER PARENT'S
                     APARTMENT. THE CHILD WAS LEFT UNATTENDED FOR A FEW MINUTES AND WHEN
                     THE MOTHER RETURNED THE CHILD WAS FOUND HANGING FROM A BEADED LOOPED
                     CHAIN WHICH WAS HANGING FROM THE LEFT SIDE OF THE VERTICAL BLINDS.
                     THERE WAS A NIGHT STAND NEXT TO THE WINDOW ON THE SAME SIDE AS THE
                     CORDS WHICH THE CHILD MAY HAVE CLIMBED TO TRY TO LOOK OUT OF THE
                     WINDOW.

51  041117CCC2129    X04A6000A                                   54    TYPE        : PHONE              STATUS    : C
    DATE INCIDENT:   041024     SOURCE:                                CITY/STATE  : FORT WAYNE, IN     LOCATION  : HOME
    AGE/SEX      :   003/M      DATE ENTERED   : 050125                DIAGNOSIS   : OTHER              BODYPART  : NECK
    1ST PRODUCT  :   0638 WINDOW SHADES, VENETIAN BLINDS OR INDO      DISP           : DOA
    NARRATIVE    :   3 YOM DIED AFTER AN ACCIDENTAL STRANGULATION INCIDENT INVOLVING A
                     WINDOW BLIND CORD.
```

```
                      WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07    15:52 Thursday, November 29, 2007  10
            U.S. CONSUMER PRODUCT SAFETY COMMISSION  INCIDENT INVESTIGATIONS
                                                  - NATIONAL INJURY INFORMATION CLEARINGHOUSE

52  050119CWE3007   F0513003A    SOURCE:                   54   TYPE        : OTHER             STATUS    : C
    DATE INCIDENT:  050117       DATE ENTERED  : 050314         CITY/STATE  : MILWAUKIE, OR     LOCATION  : HOME
    AGE/SEX      :  003 / M      DISP.         : DOA            DIAGNOSIS   : ANOXIA            BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :  A THREE YEAR OLD MALE WAS PLAYING WITH HIS BROTHER IN HIS BEDROOM
                    WHEN HE BECAME TANGLED IN A WINDOW BLIND CORD. THE VICTIM'S BROTHER
                    TOLD HIS MOTHER. THE VICTIMS UNCLE FOUND THE VICTIM HANGING BY HIS
                    NECK FROM THE WINDOW BLIND CORD. THE VICTIM DIED.

53  050124CCC3175   X0510507A    SOURCE: CONSUMER COMPLAINT     TYPE        : ONSITE            STATUS    : C
    DATE INCIDENT:  041210       DATE ENTERED  : 050315         CITY/STATE  : ANACORTES, WA     LOCATION  : HOME
    AGE/SEX      :  004 / M      DISP.         : DOA            DIAGNOSIS   : ANOXIA            BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :  A FOUR-YEAR-OLD MALE WAS FOUND BY HIS MOTHER AFTER FIVE MINUTES
                    HANGING BY HIS NECK SUSPENDED OFF THE GROUND FROM LOOPED PULL-CORDS
                    ON A SET OF "VENETIAN" WINDOW BLINDS IN HIS BEDROOM. THE VICTIM WAS
                    UNCONSCIOUS AND UNRESPONSIVE. HE WAS TRANSFERRED TO 3 DIFFERENT
                    HOSPITALS AND DIED 5 DAYS LATER DUE TO INJURIES SUSTAINED AS A
                    RESULT OF THE ACCIDENT.

54  050303CCC1535   X0530063A    SOURCE:                   54   TYPE        : OTHER             STATUS    : C
    DATE INCIDENT:  050204       DATE ENTERED  : 050411         CITY/STATE  : NAPLES, FL        LOCATION  : HOME
    AGE/SEX      :  003 / F      DISP.         : DOA            DIAGNOSIS   : ANOXIA            BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    2ND PRODUCT  :  1353 TOY BOXES OR CHESTS
    NARRATIVE    :  ON THE MORNING OF THE INCIDENT THE MOTHER WALKED INTO THE CHILDREN'S
                    ROOM AND FOUND HER 3.5 YEAR-OLD DAUGHTER HANGING FROM THE MINI BLIND
                    CORDS. THEY HAD SOMEHOW BECOME TANGLED AND THE VICTIM'S NECK WAS
                    LODGED BETWEEN THE CORDS AND SHE EXPIRED. THE POLICE AND MOTHER WERE
                    UNCERTAIN AS TO HOW/WHY THE CHILD HAD CLIMBED UP ON A TOY/BOOK
                    CHEST AND WHAT SHE WAS TRYING TO ACCOMPLISH. THE VICTIM DIED.

55  050414CNE2280   N0540103A    SOURCE:                        TYPE        : OTHER             STATUS    : C
    DATE INCIDENT:  050412       DATE ENTERED  : 050426         CITY/STATE  : LAUREL, MD        LOCATION  : HOME
    AGE/SEX      :  218 / M      DISP.         : DOA            DIAGNOSIS   : NOT STATED OR UNK BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :  AN 18 MONTH OLD MALE DIED AFTER WAS FOUND ENTRAPPED IN A METAL PULL
                    CHAIN FOR AN APARTMENT VERTICLE BLIND. THERE WERE NO WITNESSES TO
                    HOW THIS INCIDENT TOOK PLACE. CAUSE OF DEATH HAS NOT YET BEEN
                    DETERMINED.

56  050804CCC1029   X0580054A    SOURCE: OTHER                  TYPE        : ONSITE            STATUS    : C
    DATE INCIDENT:  050715       DATE ENTERED  : 050920         CITY/STATE  : YORKTOWN, VA      LOCATION  : HOME
    AGE/SEX      :  003 / M      DISP.         : DOA            DIAGNOSIS   : ANOXIA            BODYPART  : ALL PARTS BODY
    1ST PRODUCT  :  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    :  A THREE YEAR OLD MALE WAS FOUND BY HIS MOTHER UNRESPONSIVE AND
                    HANGING FROM A SINGLE OUTER CORD (LOOP PART) OF A WINDOW BLIND IN
                    THE VICTIM'S ROOM. THE VICTIM WAS PLAYING IN HIS ROOM WHEN HIS
                    MOTHER LAST SAW HIM PRIOR TO TAKING A SHOWER FOR NO MORE THAN 30
                    MINUTES BEFORE SHE FOUND HIM UNRESPONSIVE. THE VICTIM WAS
                    TRANSPORTED TO THE EMERGENCY ROOM AND DIED TWO DAYS LATER AS A
                    RESULT OF HIS INJURIES.
```

```
                                WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07         15:52 Thursday, November 29, 2007    11
                                             INCIDENT INVESTIGATIONS
                  U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

57  050921CCC3494  I0520216A        SOURCE:                         47  TYPE        : PHONE           STATUS    : C
    DATE INCIDENT: 050206           DATE ENTERED    : 051107            CITY/STATE  : RIVERSIDE, WA   LOCATION  : PUBLIC
    AGE/SEX      : 078 / F          DISP            : DOA               DIAGNOSIS   : ANOXIA          BODYPART  : ALL PARTS BODY
    1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    : A 78-YEAR-OLD FEMALE WITH ADVANCED ALZHEIMER'S DISEASE WAS FOUND IN
                   HER BEDROOM AT AN ADULT CARE HOME WITH THE CORD FROM A SET OF
                   MINI-BLINDS WRAPPED AROUND HER NECK. THE VICTIM WAS ALONE IN HER
                   ROOM FOR ABOUT ONE HOUR AND 15 MINUTES BEFORE BEING FOUND. THE
                   VICTIM WAS PRONOUNCED DEAD AT THE SCENE.

58  051206CCC3182  X05C0041A        SOURCE: NEWS CLIP                   TYPE        : OTHER           STATUS    : C
    DATE INCIDENT: 051201           DATE ENTERED    : 060201             CITY/STATE  : BOTHELL, WA     LOCATION  : HOME
    AGE/SEX      : 218 / F          DISP            : DOA                DIAGNOSIS   : ANOXIA          BODYPART  : ALL PARTS BODY
    1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    2ND PRODUCT  : 1529 PORTABLE CRIBS
    NARRATIVE    : AN 18-MONTH-OLD FEMALE WAS FOUND UNCONSCIOUS, WITH A LOOPED CORD FROM
                   A SET OF ROLL-UP SHADES (WINDOW BLINDS) WRAPPED AROUND HER NECK
                   TWICE. THE BLINDS WERE AFFIXED IN A CLOSET DOORWAY IN A BEDROOM AT
                   HER DAYCARE. THE CHILD HAD BEEN PUT DOWN FOR A NAP IN A PORTABLE
                   CRIB IN THE BEDROOM AROUND 2-1/2 HOURS BEFORE SHE WAS FOUND. THE
                   CHILD WAS PRONOUNCED DECEASED AT THE SCENE.

59  060202CCC2315  0526016319       SOURCE: DTHS                        TYPE        : OTHER           STATUS    : C
    DATE INCIDENT: 050311           DATE ENTERED    : 060309             CITY/STATE  : DELTA, MI       LOCATION  : HOME
    AGE/SEX      : 003 / M          DISP            : DOA                DIAGNOSIS   : ANOXIA          BODYPART  : ALL PARTS BODY
    1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    2ND PRODUCT  : 1502 BABY CHANGING TABLES
    NARRATIVE    : A THREE-YEAR-OLD MALE WAS PLACED IN HIS BEDROOM TO NAP. HIS MOTHER
                   PUT A VIDEO ON FOR HIM AND LEFT THE ROOM. WHEN SHE CHECKED ON HIM
                   WHEN THE VIDEO ENDED SHE FOUND HIM HANGING WITH THE CHAIN FROM THE
                   WINDOW BLIND AROUND THE BACK OF HIS NECK ANGLING UPWARD UNDER HIS
                   CHIN. HE WAS BLUISH GRAY IN COLOR AND UNRESPONSIVE. DESPITE
                   RESUSCITATION ATTEMPTS THE VICTIM DIED FROM ASPHYXIATION RESULTING
                   FROM THE HANGING. OFFICIALS BELIEVED THAT HE MAY HAVE CLIMBED ON TOP
                   OF THE CHANGING TABLE/DRESSER OR WINDOW SILL.

60  060502CCC3480  X0650017A        SOURCE: CONSUMER COMPLAINT          TYPE        : ONSITE          STATUS    : C
    DATE INCIDENT: 060411           DATE ENTERED    : 060619             CITY/STATE  : ELK GROVE, CA   LOCATION  : HOME
    AGE/SEX      : 215 / F          DISP            : DOA                DIAGNOSIS   : ANOXIA          BODYPART  : ALL PARTS BODY
    1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    2ND PRODUCT  : 0679 SOFAS, COUCHES, DAVENPORTS, DIVANS OR
    NARRATIVE    : MOTHER OF A 15-MONTH-OLD FEMALE VICTIM LEFT HER AND A 3-YEAR-OLD
                   BROTHER UNATTENDED FOR 5 MINUTES IN THE FAMILY ROOM, AND RETURNED TO
                   FIND THE VICTIM STANDING ON THE FLOOR, LEANING AGAINST THE COUCH,
                   UNRESPONSIVE, WITH PURPLE LIPS AND A WINDOW BLIND PULL CORD WRAPPED
                   AROUND HER NECK. THE VICTIM WAS TAKEN BY AMBULANCE TO THE HOSPITAL
                   WHERE SHE DIED 2 DAYS LATER. THE WINDOW BLIND HAD BREAKAWAY TASSELS
                   BUT PREVIOUS HOMEOWNERS TIED A KNOT IN THE PULL CORD JUST ABOVE THE
                   TASSELS, CREATING A CONTINUOUS LOOPED CORD IN WHICH THE VICTIM
                   STRANGLED.

61  060510CCC3492  0449000809       SOURCE: DTHS                        TYPE        : OTHER           STATUS    : C
    DATE INCIDENT: 040119           DATE ENTERED    : 060622             CITY/STATE  : LAYTON, UT      LOCATION  : HOME
    AGE/SEX      : 010 / M          DISP            : DOA                DIAGNOSIS   : ANOXIA          BODYPART  : ALL PARTS BODY
    1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
    NARRATIVE    : A TEN YEAR-OLD MALE WITH A HISTORY OF MENTAL AND EMOTIONAL ILLNESS
                   DIED AS A RESULT OF ASPHYXIA WHEN HE EITHER INTENTIONAL HUNG
                   HIMSELF, OR IN AN ATTEMPT TO SOLICIT ATTENTION FROM HIS PARENTS,
                   PLACED A CORD FROM A WINDOW BLIND AROUND HIS NECK AND WAS RENDERED
                   UNCONSCIOUS BEFORE HE OR ANYONE ELSE COULD REMOVE THE CORD.
```