# EXHIBIT B(2)

```
                    WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07      15:52 Thursday, November 29, 2007   12
                                        INCIDENT INVESTIGATIONS
         U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
```

```
62  060602CCC1567    X0660001A
    DATE/INCIDENT:    060519          SOURCE:
    AGE/SEX:          004/F           DATE ENTERED : 060810       TYPE      : PHONE          STATUS   : C
    1ST PRODUCT:      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO DISP      : DOA            CITY/STATE : PENSACOLA, FL    LOCATION : HOME
    2ND PRODUCT:      0661 BUNK BEDS                          54  DIAGNOSIS : ANOXIA         BODYPART : ALL PARTS BODY
    NARRATIVE:        A 4-YEAR-OLD FEMALE DIED FROM STRANGULATION AFTER SHE WAS FOUND IN
                      HER BEDROOM BY HER MOTHER HANGING FROM A VERTICAL BLIND CORD THAT
                      WAS WRAPPED AROUND HER NECK AND TWISTED AT THE BACK OF HER NECK. A
                      WOODEN BUNK BED WITH A SLIDE ATTACHMENT WAS LOCATED ADJACENT TO THE
                      WINDOW WHERE THE BLINDS WERE INSTALLED, AND ONE SIDE OF THE CORD WAS
                      LOOPED OVER A CURTAIN ROD INSTALLED ABOVE THE WINDOW FRAME. WHETHER
                      THE VICTIM INTENTIONALLY OR ACCIDENTALLY WRAPPED THE CORD AROUND HER
                      NECK WAS NOT DETERMINED.

63  060811CCC3785    X0680292A
    DATE/INCIDENT:    060730          SOURCE:
    AGE/SEX:          003/M           DATE ENTERED : 060928       TYPE      : ONSITE         STATUS   :
    1ST PRODUCT:      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO DISP      :                CITY/STATE : SAN BERNARDINO, CA  LOCATION : HOME
    2ND PRODUCT:      4074 CHAIRS, OTHER OR NOT SPECIFIED     99  DIAGNOSIS : OTHER          BODYPART : NECK
    NARRATIVE:        AN 18 MONTH OLD MALE VICTIM WAS FOUND STRANGLED BY A HANGING, LOOPED
                      NYLON CORD ATTACHED TO A VERTICAL BLIND OF HIS BEDROOM WINDOW.
                      VICTIM'S MOTHER NOTICED THE VICTIM STANDING WITH ONE FOOT ON A
                      CHILD'S CHAIR AND ONE ON A SMALL TABLE FACING THE WINDOW. UPON
                      CHECKING ON VICTIM SHE DISCOVERED THAT THE CORD WAS IN FRONT OF HIS
                      EARS AND UNDER HIS NECK. VICTIM'S MOTHER CALLED FOR HELP AND
                      THE VICTIM WAS HOSPITALIZED WHERE HE DIED AS A RESULT
                      OF THIS INCIDENT.

64  060830CCC1755    0551054659
    DATE/INCIDENT:    051231          SOURCE: DTHS
    AGE/SEX:          002/M           DATE ENTERED : 061018       TYPE      : PHONE          STATUS   : C
    1ST PRODUCT:      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO DISP      : DOA            CITY/STATE : VIRGINIA BEACH, VA  LOCATION : HOME
    2ND PRODUCT:      1870 WINDOW SILLS OR FRAMES                 DIAGNOSIS : ANOXIA         BODYPART : ALL PARTS BODY
    NARRATIVE:        THE VICTIM IN THIS FATALITY WAS A TWO YEAR OLD BOY WHO DIED AFTER A
                      STRANGULATION INCIDENT INVOLVING A WINDOW BLIND CORD. THE MOTHER
                      ... ENDED ... IN THE BEDROOM IN ORDER TO TAKE A SHOWER.
                      UPON HER RETURN SHE FOUND THE VICTIM HANGING FROM THE BLIND CORD. HE
                      WAS TAKEN TO A HOSPITAL WHERE HE DIED.

65  060920CCC3892    X0690346A
    DATE/INCIDENT:    060918          SOURCE:
    AGE/SEX:          218/F           DATE ENTERED : 061116       TYPE      : PHONE          STATUS   : C
    1ST PRODUCT:      0638 WINDOW SHADES, VENETIAN BLINDS OR INDO DISP      : DOA            CITY/STATE : LAYTON, UT       LOCATION : HOME
    NARRATIVE:                                                54  DIAGNOSIS : ANOXIA         BODYPART : ALL PARTS BODY
                      A SEVENTEEN MONTH-OLD FEMALE DIED AS A RESULT OF STRANGULATION WHEN
                      WHILE SHE WAS UNSUPERVISED FOR A BRIEF PERIOD OF TIME IN A DAY CARE
                      FACILITY, SHE BECAME ENTANGLED IN A SET OF WINDOW BLIND CORDS.
```

```
                                                   15:52 Thursday, November 29, 2007

              U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
                       WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07
```

**66  070308CCC2346**          N0730128A
DATE INCIDENT:  070303
AGE/SEX:  220 / F
1ST PRODUCT  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT  1543 CRIBS
NARRATIVE  A 20 MONTH OLD FEMALE WAS FOUND UNRESPONSIVE WITH A LOOPED BLIND CORD
FROM VERTICAL BLINDS AROUND HER NECK. THE VICTIM'S MOTHER PUT HER TO
SLEEP IN HER CRIB WHICH WAS ABOUT FOUR INCHES AWAY FROM THE WINDOW
AND THE BLIND CORD. THE VICTIM'S FATHER FOUND HER WITH THE LOOPED CORD
WRAPPED AROUND HER NECK. THE CORD WAS REMOVED AND OFFICIALS WERE
CALLED. THE VICTIM WAS TRANSPORTED TO THE HOSPITAL WHERE SHE WAS
PRONOUNCED DEAD. CAUSE OF DEATH WAS RULED ASPHYXIA DUE TO PARTIAL
SUSPENSION BY A BLIND DRAWSTRING AND THE MANNER OF DEATH WAS RULED
AN ACCIDENT.
SOURCE: NEWS CLIP        TYPE        : OTHER               STATUS   : C
DATE ENTERED : 070412     CITY/STATE  : ROCHESTER HILLS, MI  LOCATION : HOME
DISP         : DOA        DIAGNOSIS   : ANOXIA              BODYPART : ALL PARTS BODY

**67  070703CCC1583**          X0770002A
DATE INCIDENT:  070618
AGE/SEX:  220 / F        54
1ST PRODUCT  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT  4076 BEDS OR BEDFRAMES, OTHER OR NOT SPEC
NARRATIVE  A MOTHER PLACED HER 3 MONTH OLD DAUGHTER IN A QUEEN SIZED BED FOR A
NAP. WHEN SHE RETURNED THE VICTIM WAS HANGING FROM THE CONTROL
CHAIN FOR THE VERTICAL BLINDS WHICH WERE ABOVE THE HEADBOARD OF THE
BED. THE BLINDS WERE INSTALLED IN 1993. THE VICTIM WAS TAKEN TO A
HOSPITAL WHERE SHE WAS DECLARED DEAD.
SOURCE:              TYPE        : ONSITE              STATUS   : C
DATE ENTERED : 070813     CITY/STATE  : MELBOURNE, FL       LOCATION : HOME
DISP         : DOA        DIAGNOSIS   : ANOXIA              BODYPART : ALL PARTS BODY

**68  070719CCC2643**          X0770398A
DATE INCIDENT:  070919
AGE/SEX:  210 / M        54
1ST PRODUCT  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT  1543 CRIBS
NARRATIVE  A 16 MONTH OLD MALE DIED AS A RESULT OF BEING STRANGLED BY THE INNER
CORD OF A 4 YEAR OLD WINDOW BLIND. THE VICTIM'S CRIB WAS NEAR THE
WINDOW WITH THE BLIND AND THE VICTIM SOMEHOW PULLED THE BLIND INTO
THE CRIB AND BECAME ENTANGLED AT THE NECK IN THE CORD.
SOURCE: OTHER            TYPE        : ONSITE              STATUS   : C
DATE ENTERED : 070919     CITY/STATE  : PAINESVILLE, OH     LOCATION : HOME
DISP         : DOA        DIAGNOSIS   : ANOXIA              BODYPART : ALL PARTS BODY

**69  070828CCC2757**          X0770524A
DATE INCIDENT:  071011
AGE/SEX:  214 / F        54
1ST PRODUCT  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT  4074 CHAIRS, OTHER OR NOT SPECIFIED
NARRATIVE  THE VICTIM WAS A 14-MONTH-OLD FEMALE WHO WAS IN AN ARM CHAIR PLAYING
WITH THE BLIND CORD UNBEKNOWNST TO HER FATHER WHO WAS IN ANOTHER
ROOM OF THE HOME. WHEN HE WENT TO CHECK ON HER SHE WAS IN THE ARM
CHAIR UNRESPONSIVE. HE BEGAN CPR AND CALLED 911. THE VICTIM WAS
PRONOUNCED DECEASED AT A LOCAL MEDICAL CENTER A SHORT WHILE LATER.
SOURCE:              TYPE        : PHONE               STATUS   : C
DATE ENTERED : 071011     CITY/STATE  : HELENA, AL          LOCATION : HOME
DISP         : DOA        DIAGNOSIS   : ANOXIA              BODYPART : ALL PARTS BODY

**70  820402HIA3078**          820321
DATE INCIDENT:  820321
AGE/SEX:  214 / F        99
1ST PRODUCT  0852 ROPE OR STRING
2ND PRODUCT  0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE  A 14-MONTH OLD CHILD RECEIVED DEATH FROM STRANGULATION BY A WOVEN-WOO
D-WINDOW-SHADE PULL CORD THAT HUNG IN AND ABOUT THE CRIB THAT SHE OCC
UPIED.
SOURCE:              TYPE        : OTHER               STATUS   : C
DT: ENTERED : 820520     CITY/STATE  : CA                  LOCATION : HOME
DISP         : DOA        DIAGNOSIS   : OTHER               BODYPART : NECK

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
INCIDENT INVESTIGATIONS

15:52 Thursday, November 29, 2007

---

**71**
820910ATL0654
DATE INCIDENT: 820827
AGE/SEX: 003 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 0679 SOFAS, COUCHES, DAVENPORTS, DIVANS OR
NARRATIVE: ON/ABOUT MID-AFTERNOON OF 27 AUGUST 1982 A 3 1/2 YEAR OLD WHITE MALE STRANGLED HIMSELF TO DEATH APPARENTLY ON THE CONTROL CHAIN OF A SET O F VERTICAL BLINDS. THE VICTIM AND HIS 1 1/2-YEAR OLD SISTER WERE UNAT TNEDED AT THE TIME. THE VICTIM APPARENTLY CLIMBED ON THE BACK OF THE SOFA, BECAME ENTANGLED IN THE CHAIN AND EITHER JUMPED OR FELL FROM THE BACK OF THE SOFA TO THE SOFA SEAT E CHAIN OR WAS PUTTING IT OVER HIS HEAD, BECAME ENTANGLED IN THE CHAIN CUSHIONS AND STRANGLED AND DIED.
SOURCE:
DATE ENTERED: 99
DISP: DOA
TYPE: OTHER
CITY/STATE: FL
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**72**
890711HCC1348
DATE INCIDENT: 880411
AGE/SEX: 013 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1543 CRIBS
NARRATIVE: AN 11 MONTH OLD MALE CHILD, ALONE IN HIS CRIB, WAS FOUND UNCONSCIOUS WITH HIS HEAD CAUGHT IN THE CORD OF A NEARBY WINDOW SHADE. REVIVED AT THE SCENE, THE CHILD DIED THREE DAYS LATER.
SOURCE: X8857267A
DATE ENTERED: 891013
DISP: DOA
TYPE: PHONE
CITY/STATE: BURKE, VA
DIAGNOSIS: OTHER
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**73**
890808HCC2234
DATE INCIDENT: 880620
AGE/SEX: 215 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 0852 ROPE OR STRING
NARRATIVE: AN 15 MONTH OLD FEMALE VICTIM WAS FOUND UNRESPONSIVE IN HER CRIB WITH HER HEAD SUSPENDED IN LOOP FORMED BY VENETIAN BLIND CORD.
SOURCE: X8888566
DATE ENTERED: 891012
DISP: DOA
TYPE: PHONE
CITY/STATE: BOISE, ID
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**74**
890829HCC3254
DATE INCIDENT: 881111
AGE/SEX: 216 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: A 16-MONTH-OLD MALE GOT THE LOOP OF A VENETION BLIND CORD AROUND HIS NECK. HE DIED WHEN THE CATCH ON THE CORD RELEASED AND THE LOUVERS FELL, HANGING HIM.
SOURCE: DTHS / 880402343 0
DATE ENTERED: 891107
DISP: DOA
TYPE: PHONE
CITY/STATE: GANADO, AZ
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**75**
890829HCC3258
DATE INCIDENT: 890722
AGE/SEX: 218 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1543 CRIBS
NARRATIVE: AN 18-MONTH-OLD MALE VICTIM DIED DUE TO STRANGULATION WHEN HIS HEAD BECAME ENTRAPPED INSIDE STRANDS IN A WINDOW BLIND CORD. VICTIM WAS IN CRIB. CRIB WAS 1 FOOT FROM WINDOW.
SOURCE: C8985015
DATE ENTERED: 891115
DISP: DOA
TYPE: OTHER
CITY/STATE: ENCINO, CA
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**76**
890918BEP0005
DATE INCIDENT: 890917
AGE/SEX: 212 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: THE GRANDMOTHER OF THE ONE-YEAR-OLD MALE VICTIM FOUND THE CHILD ON A BED IN THE BEDROOM SLUMPED FORWARD WITH HIS NECK CAUGHT IN A CORD LOOP OF A PLASTIC, BAMBOO-TYPE, BLIND. THE CHILD DIED OF STRANGU-LATION.
SOURCE: NEISS
DATE ENTERED: 891107
DISP: DOA
TYPE: PHONE
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

15

15:52 Thursday, November 29, 2007

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07
INCIDENT INVESTIGATIONS
U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

```
77
890926HBB3259      X8993126                          99   SOURCE:                        TYPE      : PHONE            STATUS    : C
DATE INCIDENT:     890925                                 DATE ENTERED : 891129          CITY/STATE: CARNEGIE, OK     LOCATION  : HOME
AGE/SEX:           216 / M                                DISP         : DOA             DIAGNOSIS : ANOXIA           BODYPART  : ALL PARTS BODY
1ST PRODUCT        0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE          THE VICTIM, A 16 MONTH OLD MALE, WAS PLAYING ON A BED WITH HIS 2 YEAR
                   OLD SISTER, WHILE THE CHILDREN WERE LEFT UNATTENDED. THE VICTIM
                   SOMEHOW GOT ENTANGLED IN A VENETIAN BLIND CORD AND WAS STRANGLED.
                   THE VICTIM DIED AT A RESULT OF LIGATURE STRANGULATION.

78
891107HCC351       X8980234                               SOURCE:                        TYPE      : OTHER            STATUS    : C
DATE INCIDENT:     891518                                 DATE ENTERED : 900111          CITY/STATE: N.RICHLAND HIL, TX  LOCATION : HOME
AGE/SEX:           210 / M                                DISP         : DOA             DIAGNOSIS : OTHER            BODYPART  : NECK
1ST PRODUCT        0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE          THE VICTIM, A TEN (10) MONTH OLD TWIN WAS ALONE IN HIS CRIB. WHILE
                   THE CHILDREN WERE LEFT UNATTENDED THE VICTIM SOMEHOW GOT ENTANGLED
                   IN A VENETIAN BLIND CORD AND WAS STRANGLED. THE VICTIM DIED AS A
                   RESULT OF ASPHYXIATION.

79
900119HCC1616      X9010677A                         99   SOURCE: NEWS CLIP              TYPE      : OTHER            STATUS    : C
DATE INCIDENT:     891229                                 DATE ENTERED : 900418          CITY/STATE: SEFFNER, FL      LOCATION  : MOBILE
AGE/SEX:           216 / M                                DISP         : DOA             DIAGNOSIS : OTHER            BODYPART  : ALL PARTS BODY
1ST PRODUCT        0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT        1543 CRIBS
NARRATIVE          A 16 MONTH OLD MALE WAS ASPHYXIATED WHEN HIS NECK BECAME ENTRAPPED
                   IN THE LOOP OF A VENETIAN BLIND AS HE WAS IN HIS CRIB WITHIN A TWO
                   BEDROOM MOBILE HOME.

80
900130HCC3418      8905017686                             SOURCE: DTHS                   TYPE      : ONSITE           STATUS    : C
DATE INCIDENT:     890917                                 DATE ENTERED : 900511          CITY/STATE: HOT SPRINGS, AR  LOCATION  : HOME
AGE/SEX:           215 / M                                DISP         : DOA             DIAGNOSIS : ANOXIA           BODYPART  : ALL PARTS BODY
1ST PRODUCT        0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT        1545 CRIBS, NOT SPECIFIED
NARRATIVE          15 MONTH OLD CHILD IN CRIB LOCATED ADJACENT TO WINDOW BLIND. VICTIM'S
                   NECK BECAME ENTANGLED IN WINDOW CORD.  DEATH BY STRANGULATION.

81
900524HCC2219      9047005827                             SOURCE: DTHS                   TYPE      : ONSITE           STATUS    : C
DATE INCIDENT:     900105                                 DATE ENTERED : 901005          CITY/STATE: NIOTA, TN        LOCATION  : HOME
AGE/SEX:           207 / F                                DISP         : DOA             DIAGNOSIS : ANOXIA           BODYPART  : ALL PARTS BODY
1ST PRODUCT        0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT        1543 CRIBS
NARRATIVE          A SEVEN (7) MONTH OLD FEMALE DIED AS A RESULT OF A LIGATURE
                   STRANGULATION. THE DEATH OCCURED AFTER THE CHILD BECAME BOUND
                   AROUND THE NECK WITH A CORD FROM THE VENETIAN BLINDS HANDING OVER
                   THE WINDOW NEXT TO HER CRIB.

82
900530HNE5188      N9050213                          99   SOURCE:                        TYPE      : ONSITE           STATUS    : C
DATE INCIDENT:     900504                                 DATE ENTERED : 900920          CITY/STATE: ROEBUCK, SC      LOCATION  : HOME
AGE/SEX:           212 / M                                DISP         : DOA             DIAGNOSIS : ANOXIA           BODYPART  : ALL PARTS BODY
1ST PRODUCT        0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT        1513 PLAYPENS
NARRATIVE          A ONE YEAR OLD MALE DIED FROM STRANGULATION WHEN THE CORD OF A VINYL
                   BLIND WAS CAUGHT AROUND HIS NECK AS HE PLAYED IN A PLAYPEN AT A
                   BABYSITTER'S HOME.  THE CORD WAS HANGING INTO THE PLAYPEN.
```

```
                          WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07    15:52 Thursday, November 29, 2007    16
        U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
```

**83**

```
   900531HCC3564
DATE INCIDENT: 894072610      SOURCE: DTHS            TYPE       : PHONE          STATUS   : C
AGE/SEX:       890730         DATE ENTERED : 900810   CITY/STATE : CUERO, TX      LOCATION : HOME
               002 / F        DISP :                  DIAGNOSIS  : ANOXIA         BODYPART : ALL PARTS BODY
1ST PRODUCT    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT    1543 CRIBS
NARRATIVE: ON JULY 30, 1989 A TWO YEAR OLD FEMALE WAS FOUND STRANGLED BY A
           MINI-BLIND CORD IN A RESIDENTIAL BEDROOM. THE CHILD HAD BEEN
           PLACED NEAR A BED TO NAP. SHE APPARENTLY ROLLED OFF OF THE
           BED AND BECAME ENTANGLED IN THE CORD.
```

**84**

```
   900608HCC1836
DATE INCIDENT: 893303522      SOURCE: DTHS            TYPE       : OTHER               STATUS   : C
AGE/SEX:       890611         DATE ENTERED : 900912   CITY/STATE : SOUTH BERWICK, ME   LOCATION : HOME
               002 / F        DISP :                  DIAGNOSIS  : ANOXIA              BODYPART : ALL PARTS BODY
1ST PRODUCT    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT    1543 CRIBS
NARRATIVE: A 13 MONTH OLD FEMALE PLACED IN HER CRIB FOR A NAP WAS ABLE TO REACH
           A NEARBY WINDOW BLIND AND PULLED IT INTO HER CRIB. THE
           CORD WRAPPED AROUND THE VICTIM'S NECK AND ASPHYXIATED HER WHEN
           SHE LOWERED HERSELF TO THE MATTRESS.
```

**85**

```
   900723HCC3611
DATE INCIDENT: X9073522A      SOURCE: MECAP           TYPE       : PHONE             STATUS   : C
AGE/SEX:       900711         DATE ENTERED : 910115   CITY/STATE : SAN ANTONIO, TX   LOCATION : HOME
               002 / M        DISP :                  DIAGNOSIS  : ANOXIA            BODYPART : ALL PARTS BODY
1ST PRODUCT    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT    1543 CRIBS
NARRATIVE: THIS CASE INVOLVED A 2 YEAR OLD MALE VICTIM WHO WAS LEFT IN A CRIB TO
           SLEEP. THE VICTIM'S BABY SITTER FOUND HIM 10 MINUTES LATER, HANGING
           BY THE NECK WITH A VENETIAN BLIND LOOP WRAPPED AROUND HIS NECK.
           THE VICTIM WAS DEAD ON ARRIVAL AT THE HOSPITAL EMERGENCY ROOM.
```

**86**

```
   900816HCN2237
DATE INCIDENT: G9080079A      SOURCE: NEWS CLIP       TYPE       : OTHER          STATUS   : C
AGE/SEX:       861005         DATE ENTERED : 901009   CITY/STATE : LADUE, MO      LOCATION : HOME
               218 / M        DISP :                  DIAGNOSIS  : ANOXIA         BODYPART : ALL PARTS BODY
1ST PRODUCT    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: AN 18 MONTH OLD MALE WAS FOUND STRANGLED WITH HIS NECK CAUGHT IN THE
           TENSION CORD ON THE REAR OF A WINDOW SHADE WHICH WAS NEAR HIS CRIB IN
           THE BEDROOM OF HIS HOME.
```

**87**

```
   900920HCC2015
DATE INCIDENT: 901203094      SOURCE: DTHS            TYPE       : OTHER          STATUS   : C
AGE/SEX:       002 / M        DATE ENTERED : 901130   CITY/STATE : APOPKA, FL     LOCATION : HOME
                              DISP :                  DIAGNOSIS  : ANOXIA         BODYPART : ALL PARTS BODY
1ST PRODUCT    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT    1327 NONWHEELED RIDING TOYS, UNPOWERED
NARRATIVE: A 3 YEAR OLD MALE WAS FOUND HANGING BY HIS NECK IN HIS BEDROOM.
           HE DIED THE FOLLOWING DAY OF ANOXIC ENCEPHALOPATHY DUE TO THE HANGING. A KNOCKED OVER
           ROCKING HORSE WAS IN THE IMMEDIATE VICINITY OF THE HANGING ACCIDENT.
```

**88**

```
   901101HCC0033
DATE INCIDENT: X90A0231A      SOURCE: MECAP           TYPE       : OTHER          STATUS   : C
AGE/SEX:       901021         DATE ENTERED : 910212   CITY/STATE : CORVALLIS, OR  LOCATION : HOME
               208 / M        DISP :                  DIAGNOSIS  : ANOXIA         BODYPART : ALL PARTS BODY
1ST PRODUCT    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT    1545 CRIBS, NOT SPECIFIED
NARRATIVE: AN EIGHT MONTH OLD MALE DIED OF STRANGULATION WHEN HIS HEAD BECAME
           INSERTED IN THE LOOP OF A BLIND CORD WHICH WAS IN THE CORNER OF HIS
           CRIB.
```

15:52 Thursday, November 29, 2007                                                                      17

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07

---

**89**
901213HCC0074
DATE INCIDENT:
AGE/SEX: 209 / M
1ST PRODUCT
NARRATIVE

SOURCE: X900C0623
DATE ENTERED: 901123
DISP: DOA
0638 WINDOW SHADES, VENETIAN BLINDS OR INDO

TYPE: OTHER
CITY/STATE: PHOENIX, AZ
DIAGNOSIS: ANOXIA
99
910305

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

A NINE MONTH OLD MALE WAS FOUND HANGING FROM A VENETIAN BLIND CORD CHAIN WHICH WAS LOCATED WITHIN 10 INCHES OF HIS CRIB. HE WAS PRONOUNCED DEAD AFTER TWO DAYS OF HOSPITALIZATION.

---

**90**
901218HCC2062
DATE INCIDENT:
AGE/SEX: 214 / F
1ST PRODUCT
2ND PRODUCT
NARRATIVE

SOURCE: DTHS
DATE ENTERED: 901029
DISP: DOA
0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NOT SPECIFIED

TYPE: OTHER
CITY/STATE: JEFFERSON CITY, MO
DIAGNOSIS: OTHER
9029023527
910304

STATUS: C
LOCATION: HOME
BODYPART: NECK

A 14 MONTH OLD INFANT FELL OFF AN ADULT-SIZE BED AT THE HOME OF A BABYSITTER. SHE FELL ABOUT 1/2-2 1/2-3 FEET TO THE BEDROOM FLOOR. DURING THE FALL HER HEAD WENT THROUGH AND HER NECK CAUGHT ON THE LOOP OF A WINDOW COVERING PULL CORD. SHE STRANGLED AND DIED AT THE SCENE.

---

**91**
910123HCC0118
DATE INCIDENT:
AGE/SEX: 223 / M
1ST PRODUCT
NARRATIVE

SOURCE: MECAP
DATE ENTERED: 910120
DISP: DOA
0638 WINDOW SHADES, VENETIAN BLINDS OR INDO

TYPE: OTHER
CITY/STATE: CLOVIS, NM
DIAGNOSIS: ANOXIA
910405

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

A 22 MONTH OLD MALE DIED WHEN HE BECAME ENTANGLED IN THE CHAIN OF AN UNUSED VENETIAN BLIND MECHANISM. HE WAS FOUND HANGING IN THE CHAIN WITH HIS SISTER AFTER HIS NAP. THE UNUSED MECHANISM WAS AT LEAST PARTIALLY HIDDEN BY THE CURTAINS. APPRESENTLY ON THE WINDOW IN THE VICTIM'S BEDROOM. THE FAMILY TOLD POLICE THEY WERE NOT AWARE THE CHAIN WAS IN THE WINDOW.

---

**92**
910305HCC0153
DATE INCIDENT:
AGE/SEX: 003 / M
1ST PRODUCT
NARRATIVE

SOURCE: MECAP
DATE ENTERED: 910207
DISP: DOA
0638 WINDOW SHADES, VENETIAN BLINDS OR INDO

TYPE: OTHER
CITY/STATE: DALLAS, TX
DIAGNOSIS: ANOXIA
910416

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

A THREE-YEAR OLD MALE WAS FOUND HANGING FROM A VERTICAL BLIND CORD, IN THE BEDROOM OF A RESIDENCE. CAUSE OF DEATH ON FEBRUARY 7, 1991, A THREE YEAR OLD MALE WAS CITED AS ASPHYXIA DUE TO HANGING.

---

**93**
910503HCC0210
DATE INCIDENT:
AGE/SEX: 003 / M
1ST PRODUCT
NARRATIVE

SOURCE: MECAP
DATE ENTERED: 910422
DISP: DOA
0638 WINDOW SHADES, VENETIAN BLINDS OR INDO

TYPE: PHONE
CITY/STATE: WYNNEWOOD, OK
DIAGNOSIS: ANOXIA
920123

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

THIS CASE INVOLVED A THREE YEAR OLD MALE VICTIM WHO WHILE HIDING BEHIND A DRAPERY IN THE LIVING ROOM OF THIS HOME AND STANDING ON A LOW WINDOW SILL, BECAME ENTANGLED IN THE CORD LOOP. HE WAS FOUND HANGING WITH THE CORD AROUND HIS NECK. HE WAS DOA AT THE HOSPITAL.

---

**94**
910712HCC2229
DATE INCIDENT:
AGE/SEX: 002 / F
1ST PRODUCT
NARRATIVE

SOURCE: MECAP
DATE ENTERED: 910708
DISP: DOA
0638 WINDOW SHADES, VENETIAN BLINDS OR INDO

TYPE: PHONE
CITY/STATE: JOLIET, IL
DIAGNOSIS: ANOXIA
910903

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

A 2-1/2 YEAR-OLD FEMAL WAS PLACED IN A BED FOR A NAP. A SHORT TIME LATER, THE INFANT WAS FOUND HANGING FROM THE DRAW CORD ON VERTICAL BLINDS THAT WERE IN THE BEDROOM. THE INFANT WAS TAKEN TO A HOSPITAL WHERE SHE WAS PRONOUNCED DEAD.

18

15:52 Thursday, November 29, 2007

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07

INCIDENT INVESTIGATIONS

---

**95**

```
1ST INCIDENT : 910718HCC1333      SOURCE: MECAP          X9176208A
DATE INCIDENT: 910714             DATE ENTERED : 910723
AGE/SEX      : 213 / M            DISP         : DOA      TYPE         : OTHER
1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   CITY/STATE   : BURNHAM, PA
2ND PRODUCT  : 1543 CRIBS                                    DIAGNOSIS    : ANOXIA
```
STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

NARRATIVE : THIS ACCIDENTAL DEATH INVOLVED A CRIB PLACED TOO CLOSE TO A VENETIAN BLIND. VICTIM WAS SUNDAY AND THE PARENTS HAD PLACED THE 13 MONTH OLD MALE VICTIM IN HIS CRIB FOR AN AFTER NOON NAP. THE PARENTS WERE BOTH DOWNSTAIRS AND WHEN THE MOTHER LOOKED IN ON HIS SON LATER HE WAS FOUND UNCONSCIOUS WITH THE VENETIAN ROUND HIS NECK. VICTIM DIED LATER IN THE HOSPITAL.

---

**96**

```
1ST INCIDENT : 910726HWES014      SOURCE:                F9175014
DATE INCIDENT: 910709             DATE ENTERED : 910829
AGE/SEX      : 005 / F            DISP         : DOA      TYPE         : OTHER
1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   CITY/STATE   : ATWATER, CA
                                                    99       DIAGNOSIS    : ANOXIA
```
STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

NARRATIVE : A YOUNG CHILD DIED OF ANOXIA IN HER HOME, A BROKEN WINDOW BLIND. THE CORD WAS STRANGULATING IN A BEDROOM. THE CORD WAS WRAPPED AROUND A DOOR KNOB AND THE CHILD'S NECK. THE CORD WAS ESPARATED FROM THE MINI-BLIND.

---

**97**

```
1ST INCIDENT : 910807HCN1881      SOURCE: NEWS CLIP      G9180022A
DATE INCIDENT: 910722             DATE ENTERED : 911119
AGE/SEX      : 006 / M            DISP         : DOA      TYPE         : ONSITE
1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   CITY/STATE   : FT. WAYNE, IN
                                                             DIAGNOSIS    : ANOXIA
```
STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

NARRATIVE : A YEAR OLD MALE DIED OF ANOXIA WHEN HE JUMPED OR FELL FROM A BED WITH A MINI BLIND CORD AROUND HIS NECK.

---

**98**

```
1ST INCIDENT : 910905CWE7078      SOURCE: NEWS CLIP      F9197003A
DATE INCIDENT: 910801             DATE ENTERED : 911121
AGE/SEX      : 006 / M            DISP         : DOA      TYPE         : PHONE
1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   CITY/STATE   : FREEPORT, TX
2ND PRODUCT  : 1353 TOY BOXES OR CHESTS                      DIAGNOSIS    : ANOXIA
```
STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

NARRATIVE : A SIX (6) YEAR OLD MALE DIED AFTER HE ACCIDENTALLY HANGED HIMSELF PLAYING WITH A VENETIAN BLIND CORD IN HIS BEDROOM. THE VICTIM HAD BEEN PLAYING ON A TOY BOX/CHEST, DIRECTLY UNDER THE WINDOW WHERE THE VENETIAN BLIND WAS FREE HANGING. HE GOT THE CORD ATTACHED TO THE VENETIAN BLIND WAS ATTACHED AT THE CHEST-HIGH WALL. THE CAUSE OF DEATH WAS LISTED AS ANOXIA/ACCIDENTAL HANGING.

---

**99**

```
1ST INCIDENT : 911031HCC1464      SOURCE: CONSUMER COMPLAINT   N91A0034A
DATE INCIDENT: 911006             DATE ENTERED : 911226
AGE/SEX      : 003 / M            DISP         : DOA      TYPE         : OTHER
1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   CITY/STATE   : RANDOLD, MA
                                                             DIAGNOSIS    : ANOXIA
```
STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

NARRATIVE : A THREE (3) YEAR OLD MALE, DIED FROM LIGATURE STRANGULATION, WHEN HE BECAME ENTRAPPED IN A LOOP OF BEADED CHAIN, LOCATED ON END OF VERTICAL WINDOW BLIND. NON-SITE CPR ATTEMPTED WHEN VICTIM WAS DISCOVERED, BUT VICTIM WAS D.O.A. AT LOCAL HOSPITAL EMERGENCY ROOM.

---

**100**

```
1ST INCIDENT : 911211HCC0052      SOURCE: MECAP          X91C0571A
DATE INCIDENT: 911001             DATE ENTERED : 920319
AGE/SEX      : 003 / F            DISP         : DOA      TYPE         : OTHER
1ST PRODUCT  : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   CITY/STATE   : NORWALK, CA
                                                             DIAGNOSIS    : ANOXIA
```
STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

NARRATIVE : A THREE YEAR OLD FEMALE WAS FOUND ENTANGLED IN A VENETIAN BLIND CORD. THE VICTIM WAS LEANING INTO THE LOOP FORMED BY THE VENETIAN BLIND CORD. THE CORD WAS AROUND THE VICTIM'S THROAT.

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07
INCIDENT INVESTIGATIONS

15:52 Thursday, November 29, 2007

---

**101   92030HNE5088**

```
DATE INCIDENT : 920208          SOURCE :                 TYPE       : ONSITE        STATUS   : C
AGE/SEX       : 215 / M         DATE ENTERED : 920514    CITY/STATE : BELLVIEW, FL  LOCATION : MOBILE
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   DISP : DOA            DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
2ND PRODUCT   : 1515 PLAYPENS
N9230076   99
```

NARRATIVE : A 15 MONTH OLD MALE WAS SLEEPING IN A PLAYPEN WHICH HAD BEEN PLACED AGAINST A WALL AND BELOW A VENETIAN WINDOW BLIND WITH CORD. THE CORD WAS FOUND DRAPED IN THE PLAYPEN. VICTIM WAS FOUND WITH HIS HEAD ENTANGLED IN THE CORD AND WAS PRONOUNCED DEAD AT A LOCAL HOSPITAL. THE CAUSE OF DEATH IS REPORTED AS POSSIBLE HANGING, THE MANNER OF DEATH IS CONSIDERED ACCIDENTAL.

---

**102   920422HEP1281**

```
DATE INCIDENT : 920420          SOURCE : NEISS            TYPE       :              STATUS   : R
AGE/SEX       : 212 / M         DATE ENTERED : 920724     CITY/STATE :              LOCATION : HOME
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   DISP : DOA            DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
```

NARRATIVE : A 12 MONTH OLD MALE DIED FROM INJURIES RECEIVED WHEN HIS NECK BECAME ENTANGLED WITH A WINDOW BLIND CORD. THE INCIDENT OCCURRED AT AN ADULT CARE TAKERS RESIDENCE. THE INCIDENT OCCURRED WHEN THE VICTIM WHO WAS IN A CRIB POSITIONED ADJACENT TO A WINDOW BECAME ENTANGLED IN A WINDOW BLIND CORD. THE CORD WRAPPED AROUND THE VICTIM'S NECK AND STRANGLED THE VICTIM. THE VICTIM WAS PRONOUNCED DEAD SHORTLY AFTER AT A LOCAL HOSPITAL WHERE THE PRINCIPAL CAUSE OF DEATH IS LISTED AS ASPHYXIATION BY LIGATURE.

---

**103   920529HCC0188**

```
DATE INCIDENT : 910427          SOURCE : DTHS             TYPE       : PHONE         STATUS   : C
AGE/SEX       : 211 / M         DATE ENTERED : 920810     CITY/STATE : JACKSON, CA   LOCATION : HOME
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   DISP : DOA            DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
```

NARRATIVE : AN 11-MONTH-OLD BOY STRANGLED TO DEATH IN THE CORD OF A WINDOW BLIND.

---

**104   920721HCC1775**

```
DATE INCIDENT : 920317          SOURCE : MECAP            TYPE       : OTHER         STATUS   : C
AGE/SEX       : 212 / M         DATE ENTERED : 921027     CITY/STATE : MADISON, NJ   LOCATION : HOME
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   DISP : DOA            DIAGNOSIS  : ANOXIA        BODYPART : ALL PARTS BODY
X9274362A
```

NARRATIVE : THE FATHER OF VICTIM FOUND THE VICTIM, A 14 MONTH OLD MALE, ENTANGLED IN VENETIAN BLIND CORDS HANGING FROM THE FLOOR IN THE RECREATION ROOM OF THEIR HOME. THE CORDS WERE WRAPPED AROUND THE VICTIMS NECK CAUSING ASPHYXIATION FROM STRANGULATION.

---

**105   920722HCC2207**

```
DATE INCIDENT : 911113          SOURCE : DTHS             TYPE       : OTHER             STATUS   : C
AGE/SEX       : 212 / F         DATE ENTERED : 920924     CITY/STATE : PORT HURON, MI    LOCATION : HOME
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO   DISP : DOA            DIAGNOSIS  : ANOXIA            BODYPART : ALL PARTS BODY
X9126068845
```

NARRATIVE : A ONE YEAR OLD FEMALE STRANGULATED ON A VENETIAN BLINDS CORD IN HER BEDROOM. THE VICTIM'S CRIB WAS LOCATED NEXT TO THE WINDOW/ VENETIAN BLINDS, AND THE VICTIM WAS ABLE TO STAND IN HER CRIB, REACH OVER TO THE BLINDS, & PULL ON ONE OF THE VENETIAN BLINDS CORDS. THE CORD FORMED A LOOP, AND WHEN SHE PUT HER HEAD THROUGH THE LOOP THE VICTIM STRANGULATED ON THE CORD. THE VICTIM WAS DECLARED DEAD AT THE HOSPITAL.

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07        15:52 Thursday, November 29, 2007

---

**106  92092BHCN2681**
DATE INCIDENT: G9290139A
AGE/SEX: 212./M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: A 1 YEAR OLD CHILD DIED WHEN HE BECAME ENTANGLED IN A CORD FROM A WINDOW BLIND. THE CHILD WAS SLEEPING IN HIS CRIB WHEN HE WOKE UP AND GAINED ACCESS TO THE CORD. HE WAS PRONOUNCED DEAD AT THE HOSPITAL.

SOURCE: NEWS CLIP
DATE ENTERED: 921029
DISP: DOA

TYPE:
CITY/STATE: GALENA, OH
DIAGNOSIS: ANOXIA
OTHER:

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**107  92102BHCC3034**
DATE INCIDENT: X92A0259A
AGE/SEX: 212./M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: A 12 MONTH OLD MALE DIED OF STRANGULATION WHEN HIS NECK BECAME ENTANGLED IN A VENETIAN BLIND CORD. THE VICTIM WAS IN HIS CRIB AT THE TIME OF THE EVENT AND THE CORD WAS HANGING ADJACENT TO THE CRIB. THE VICTIM APPARENTLY PULLED THE CORD INTO THE CRIB AND PLACED HIS HEAD IN THE LOOP AT THE BOTTOM OF THE CORD.

SOURCE: MECAP
DATE ENTERED: 920905
DISP: DOA

TYPE:
CITY/STATE: REDMOND, OR
DIAGNOSIS: ANOXIA
ONSITE:

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**108  92119HCC1912**
DATE INCIDENT: 903025510
AGE/SEX: 003./M
1ST PRODUCT: 0852 ROPE OR STRING
2ND PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: A THREE (3) YEAR OLD HEALTHY WHITE MALE CHILD WAS ASPHYXIATED WHEN THE VENETIAN BLIND CORD HE WAS PLAYING WITH WRAPPED AROUND HIS NECK, AND HE FELL OR FAST DOWN, CAUSING IT TO TIGHTEN.

SOURCE: DTHS
DATE ENTERED: 900328
DISP: DOA

TYPE:
CITY/STATE: PEARL RIVER, NY
DIAGNOSIS: ANOXIA
PHONE:

STATUS: D
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**109  93020IHCC1027**
DATE INCIDENT: X93233560A
AGE/SEX: 002./M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 4052 OTHER UPHOLSTERED CHAIRS
NARRATIVE: A 2-1/2 YEAR OLD MALE DIED OF ASPHYXIA WHEN HE HUNG HIMSELF WHILE PLAYING WITH A VENETIAN BLIND CHAIN. HE APPARENTLY PLACED THE LOOP CHAIN AROUND HIS NECK AND THEN EITHER FELL OR JUMPED FROM THE BLIND IS UNKNOWN. THE MANUFACTURER OF THE VENETIAN WAS STANDING.

SOURCE: MECAP
DATE ENTERED: 921221
DISP: DOA

TYPE:
CITY/STATE: VERONA, NJ
DIAGNOSIS: ANOXIA
ONSITE:

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**110  92022ZHCC3127**
DATE INCIDENT: 920607474
AGE/SEX: 210./M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: A 10 MONTH OLD MALE WAS SUFFOCATED BY A MINIBLIND CORD. HE HAD BEEN LEFT TO PLAY BY THE FRENCH DOORS IN A BEDROOM. HIS MOTHER WAS IN THE KITCHEN. THE RESIDENCE. SHE WAS AWAY FROM THE VICTIM FOR ABOUT 5 MINUTES. THE BROTHER FOUND THE VICTIM'S BROTHER TO GET THE VICTIM. THE BROTHER RETURNED SAYING THAT THE VICTIM WAS ASLEEP. THE MOTHER FOUND THE VICTIM ENTANGLED IN THE CORD.

SOURCE: DTHS
DATE ENTERED: 920428
DISP: DOA

TYPE:
CITY/STATE: CATHEDRAL CITY, CA
DIAGNOSIS: ANOXIA
ONSITE:

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**111  93030ZHCC3140**
DATE INCIDENT: 920602179A
AGE/SEX: 210./M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1543 CRIBS
NARRATIVE: A 24 MONTH OLD CHILD HANGED HIMSELF IN A MINI-BLIND DRAWSTRING CORD. THE VICTIM WAS IN THE CRIB WHICH WAS ADJACENT TO A WINDOW WITH THE MINI-BLIND. HE APPARENTLY WOKE FROM HIS NAP AND BECAME ENTANGLED IN THE CORD.

SOURCE: DTHS
DATE ENTERED: 920308
DISP: DOA

TYPE:
CITY/STATE: RANCHO CORDOVA, CA
DIAGNOSIS: ANOXIA
OTHER:

STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

```
                    WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07   15:52 Thursday, November 29, 2007   21
         U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
```

**112  930303HCC3141**
DATE INCIDENT: 9240019655   SOURCE: DTHS
920916            DATE ENTERED
AGE/SEX : 002./M          DISP
1ST PRODUCT : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE : THE VICTIM, A 2 YEAR OLD MALE WHO WAS ALMOST 3, SOMEHOW GOT HIS NECK ENTANGLED IN A WINDOW COVERING PULL CORD. THE PULL CORD WAS DIRECTLY ABOVE THE VICTIM'S BED. THE VICTIM DIED AS A RESULT OF AN ACCIDENTAL STRANGULATION.
TYPE                     OTHER
CITY/STATE : OKLAHOMA CITY, OK
DIAGNOSIS : ANOXIA
STATUS       : C
LOCATION     : HOME
BODYPART     : ALL PARTS BODY

**113  930310HCC1065**
DATE INCIDENT: X9333944A   SOURCE: MECAP
930212            DATE ENTERED
AGE/SEX : 003./M          DISP
1ST PRODUCT : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT : 5004 TOYS, NOT ELSEWHERE CLASSIFIED
NARRATIVE : A 3-1/2 YEAR OLD MALE WAS FOUND BY HIS FATHER HANGING BY HIS NECK WITH A VENETIAN BLIND CORD. THE VICTIM WAS LAST SEEN ALIVE PLAYING CORD. WHEN THE FATHER AWOKE FROM A NAP ABOUT 2 HOURS LATER HE OBSERVED THE VICTIM WITH THE CORD AROUND HIS NECK.
TYPE                     OTHER
CITY/STATE : SCOTCH PLAINS, NJ
DIAGNOSIS : FRACTURE
STATUS       : C
LOCATION     : HOME
BODYPART     : NECK

**114  930322HCC3159**
DATE INCIDENT: 9200090470   SOURCE: DTHS
920430            DATE ENTERED
AGE/SEX : 003./M          DISP
1ST PRODUCT : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT : 1301 TRICYCLES
NARRATIVE : A 3 YEAR OLD MALE WAS STANDING ON HIS TRICYCLE TRYING TO CLIMB INTO HIS RESIDENCE THROUGH AN OPEN WINDOW. THE VICTIM CAUGHT HIS HEAD ON A CURTAIN CORD INSIDE THE WINDOW, SLIPPED OFF HIS TRICYCLE AND HUNG HIMSELF.
TYPE                     OTHER
CITY/STATE : INGLEWOOD, CA
DIAGNOSIS : ANOXIA
STATUS       : C
LOCATION     : HOME
BODYPART     : ALL PARTS BODY

**115  930409HCC1096**
DATE INCIDENT: 9237075575   SOURCE: DTHS
921219            DATE ENTERED
AGE/SEX : 003./M          DISP
1ST PRODUCT : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT : 0694 BED, NOT SPECIFIED
NARRATIVE : A THREE YEAR OLD MALE CHILD WAS HUNG AS HE PLAYED IN HIS BEDROOM AT HIS HOME. THE CORD OF A VENETIAN BLIND AROUND HIS NECK, AND THEN EITHER FELL OR JUMPED OFF HIS BED.
TYPE                     PHONE
CITY/STATE : JACKSONVILLE, NC
DIAGNOSIS : ANOXIA
STATUS       : C
LOCATION     : HOME
BODYPART     : ALL PARTS BODY

**116  930518HCC1131**
DATE INCIDENT: X9355433A   SOURCE: MECAP
930515            DATE ENTERED
AGE/SEX : 210./F          DISP
1ST PRODUCT : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT : 1543 CRISS
NARRATIVE : WHILE ALONE IN HER CRIB, A 10 MONTH OLD FEMALE STOOD UP IN THE CORNER HAVE A CRIB CLOSED TO A WINDOW AND VENETIAN BLIND AND IS BELIEVED TO VENETIAN BLIND CORD. OR THIS CORDS WHEN SHE BECAME ENTANGLED IN THE NECK WHICH RESULTED IN HER DEATH. THE CAUSE OF DEATH IS REPORTED AS ASPHYXIA DUE TO HANGING. THE MANNER OF DEATH IS CONSIDERED ACCIDENTAL.
TYPE                     ONSITE
CITY/STATE : PORT ST. JOHN, FL
DIAGNOSIS : ANOXIA
STATUS       : C
LOCATION     : HOME
BODYPART     : ALL PARTS BODY

**117  930614HCC3232**
DATE INCIDENT: X9365789A   SOURCE: MECAP
930123            DATE ENTERED
AGE/SEX : 208./F          DISP
1ST PRODUCT : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE : AN 8 MONTH OLD FEMALE, WHO WAS IN HER CRIB, DIED FROM STRANGULATION CAUSED BY A MINI (WINDOW) BLIND PULL CORD.
TYPE                     OTHER
CITY/STATE : LOS ANGELES, CA
DIAGNOSIS : NOT STATED OR UNK
STATUS       : C
LOCATION     : HOME
BODYPART     : ALL PARTS BODY

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07 INCIDENT INVESTIGATIONS

15:52 Thursday, November 29, 2007

---

**118  930715CWE5010**
DATE INCIDENT: 930714
AGE/SEX: 003../M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: A THREE YEAR OLD MALE SUFFICATED AFTER BECOMING ENTANGLED BY THE NECK WITH A CORD USED TO RAISE AND LOWER A WINDOW COVERING. THERE WERE NO WITNESSES TO THE INCIDENT.

SOURCE: NEWS CLIP : 931102
DATE ENTERED
DISP.
TYPE
CITY/STATE :
DIAGNOSIS : DOA
OTHER : PHONE
: COLORADO SPRING, CO
: ANOXIA
STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS   BODY

---

**119  930920HCC1775**
DATE INCIDENT: 930827
AGE/SEX: 210../F
1ST PRODUCT: 0638 WINDOW
2ND PRODUCT: 1543 CRIBS
NARRATIVE: A 10 MONTH OLD FEMALE WAS AN APPARENT ACCIDENTAL STRANGULATION VICTIM WHEN A ROLL-UP WINDOW BLIND CORD WAS FOUND WRAPPED AROUND HER NECK AS SHE WAS WITHIN HER FULL SIZE CRIB IN THE BEDROOM OF HER MOBILE HOME.

SOURCE: NEWS CLIP : 931109
DATE ENTERED
DISP. SHADES, VENETIAN BLINDS OR INDO
TYPE
CITY/STATE :
DIAGNOSIS : DOA
OTHER : HAINES CITY, FL
: OTHER
STATUS : C
LOCATION : MOBILE
BODYPART : ALL PARTS   BODY

---

**120  940103CWE5001**
DATE INCIDENT: 931231
AGE/SEX: 217../M
1ST PRODUCT: 0638 WINDOW
2ND PRODUCT: 1543 CRIBS
NARRATIVE: A 17 MONTH OLD MALE DIED AFTER BEING HANGED BY HIS NECK IN A CORD OF A VENETIAN BLIND. THE VICTIM HAD BEEN PLACED DOWN FOR AN AFTERNOON NAP IN THE SAME ROOM AS HIS TWIN BROTHER. THEY WERE IN SEPARATE CRIBS PLACED ON EITHER SIDE OF A WINDOW. THE VICTIM PULLED THE CORD FROM THE INSIDE OF THE BLIND UNTIL IT FORMED A LOOP OUTSIDE OF THE BLIND. HE WAS FOUND WITH THE LOOP AROUND HIS NECK.

SOURCE: NEWS CLIP : 940328
DATE ENTERED
DISP.
TYPE
CITY/STATE :
DIAGNOSIS : DOA
OTHER : LAKEWOOD, CO
: ANOXIA
STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS   BODY

---

**121  940126HCC2056**
DATE INCIDENT: 930812
AGE/SEX: 210../?
1ST PRODUCT: 0638 WINDOW
NARRATIVE: A 10 MONTH OLD CHILD WAS STRANGLED TO DEATH BY THE CORD OF A WINDOW VENETIAN BLIND INSTALLED IN A BEDROOM WINDOW.

SOURCE: OTHER : 940429
DATE ENTERED
DISP. : DOA
SHADES, VENETIAN BLINDS OR INDO
TYPE
CITY/STATE :
DIAGNOSIS :
OTHER : OTTAWA, KS
: ANOXIA
STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS   BODY

---

**122  940415CCN1214**
DATE INCIDENT: 940413
AGE/SEX: 003../F
1ST PRODUCT: 0638 WINDOW
NARRATIVE: A 3 YEAR OLD FEMALE DIED WHEN SHE BECAME ENTANGLED IN A METAL CHAIN FROM A VERTICAL WINDOW BLIND AND STRANGLED. THE INCIDENT OCCURRED IN THE VICTIM'S HOME.

SOURCE: NEWS CLIP : 940615
DATE ENTERED
DISP. SHADES, VENETIAN BLINDS OR INDO
TYPE
CITY/STATE :
DIAGNOSIS : DOA
OTHER : TROY, MI
: ANOXIA
STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS   BODY

---

**123  940420CCC1437**
DATE INCIDENT: 940210
AGE/SEX: 212../F
1ST PRODUCT: 0638 WINDOW
2ND PRODUCT: 0654 BEDS, OR BED
NARRATIVE: A ONE YEAR OLD FEMALE WAS PLACED INTO HER BED AND LATER FOUND HANGING FROM A VENETIAN BLIND CORD. THE CAUSE OF DEATH WAS STRANGULATION. THE ACCIDENT TOOK PLACE IN THE NURSERY ROOM OF THE PARENT'S TOWNHOUSE. THERE WERE NO WITNESSES TO THE ACCIDENT.

SOURCE: MECAP : 940613
DATE ENTERED
DISP. : DOA
SHADES, NOT SPECIFIED
SHADES, VENETIAN BLINDS OR INDO
TYPE
CITY/STATE :
DIAGNOSIS :
OTHER : PHONE
: PURCELLVILLE, VA
: ANOXIA
STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS   BODY

```
                    WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07          15:52 Thursday, November 29, 2007
                              INCIDENT INVESTIGATIONS
         U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
```

---

**124**  940421CCN1236
DATE INCIDENT:
AGE/SEX: 003 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: G9440145A 940413 THREE YEAR OLD BOY STRANGLED ON THE PULL-CORD OF A WINDOW BLIND IN HIS BEDROOM. THE CHILD HAD BEEN SLEEPING IN THE TOP BUNK OF A BUNK BED AND WAS ABLE TO REACH THE CORD FROM HIS BED.
SOURCE: NEWS CLIP : 940802
DATE ENTERED: DISP: DOA
TYPE:              CITY/STATE: MADISON, WI   DIAGNOSIS: ANOXIA
STATUS: C   LOCATION: HOME   BODYPART: NECK   OTHER:

---

**125**  940603HNE5149
DATE INCIDENT:
AGE/SEX: 002 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: N9460078A 940531 A 2 YEAR OLD MALE CHILD APPARENTLY CLIMBED ONTO A NIGHT STAND/TABLE NEXT TO THE BED IN THE BEDROOM OF THE MOTHER'S BEDROOM AND SOMEHOW ENTANGLED HIS HEAD/NECK IN A BEADED LOOP - CORD OF A VERTICAL WINDOW TREATMENT/BLIND COVERING A SLIDING-GLASS-DOOR NEXT TO THE TABLE. AUTOPSY PERFORMED BY THE MEDICAL EXAMINER'S OFFICE CONCLUDED THAT THE CAUSE OF DEATH WAS ACCIDENTAL DUE TO ASPHYXIA.
SOURCE: NEWS CLIP : 940810
DATE ENTERED: DISP: DOA
TYPE:              CITY/STATE: LAUDERHILL, FL   DIAGNOSIS: ANOXIA
STATUS: C   LOCATION: ONSITE / HOME   BODYPART: ALL PARTS BODY

---

**126**  940623CBB2564
DATE INCIDENT: 940618
AGE/SEX: 216 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1543 CRIBS
NARRATIVE: X9464588A 941005 ON 6-18-94, AT APPROXIMATELY 1745 HOURS, A 16 MONTH OLD FEMALE WAS FOUND BY HER FATHER WITH HER NECK HANGING THROUGH THE LOOP OF A MINI-BLIND CORD WHICH EXTENDED INSIDE HER CRIB LOCATED IN FRONT OF A BEDROOM WINDOW.
SOURCE: MECAP
DATE ENTERED: DISP: DOA
TYPE:              CITY/STATE: PICAYUNE, MS   DIAGNOSIS: ANOXIA
STATUS: C   LOCATION: HOME   BODYPART: ALL PARTS BODY   PHONE:

---

**127**  940802CBB3669
DATE INCIDENT: 940729
AGE/SEX: 211 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1543 CRIBS
NARRATIVE: X9485203A 941005 ON 7/27/94 AT APPROXIMATELY 8:00 PM, AN ELEVEN MONTH OLD MALE WAS FOUND WITH A CORD OF A VENETIAN MINI-BLIND WRAPPED AROUND HIS NECK. CPR WAS GIVEN AND THE VICTIM WAS REMOVED TO A NEARBY HOSPITAL. HE EXPIRED 7/29/94 AS A RESULT OF THE INCIDENT. THE CAUSE OF DEATH IS GIVEN AS HAVING BEEN "HYPOXIC ENCEPHALOPATHY RESULTING FROM AN ACCIDENTAL ASPHYXIATION BY A VENETIAN BLIND CORD.
SOURCE: MECAP
DATE ENTERED: DISP: DOA
TYPE:              CITY/STATE: AUBURN, WA   DIAGNOSIS: ANOXIA
STATUS: C   LOCATION: ONSITE / HOME   BODYPART: ALL PARTS BODY

---

**128**  940802CBB3670
DATE INCIDENT:
AGE/SEX: 211 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: X9485245A 940727 AN 11 MONTH OLD MALE STRANGLED AFTER BECOMING ENTANGLED IN THE PULL CORD OF A MINIBLIND. THE CORD WAS HANGING DOWN FROM A WINDOW OVER THE CRIB. THE VICTIM WAS TAKING A NAP. THE BLIND HAD BEEN PULLED UP. THE VICTIM MAY HAVE BEEN CHEWING ON THE BLINDS AND THE CORD. HE APPARENTLY PLACED HIS HEAD THROUGH THE LOOP OF THE CORD AND THEN FELL OFF THE SIDE OF THE BED.
SOURCE: NEWS CLIP : 941230
DATE ENTERED: DISP: DOA
TYPE:              CITY/STATE: FONTANA, CA   DIAGNOSIS: ANOXIA
STATUS: C   LOCATION: OTHER / HOME   BODYPART: ALL PARTS BODY

---

23

15:52 Thursday, November 29, 2007

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07
INCIDENT INVESTIGATIONS

---

**129  941101CWE506**

- DATE/INCIDENT: F94B5006A  940822
- AGE/SEX: 003 / ?
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- SOURCE: MECAP
- DATE ENTERED: 950201
- DISP.: DOA
- TYPE: PHONE
- CITY/STATE: LAS VEGAS, NV
- DIAGNOSIS: ANOXIA
- STATUS: C
- LOCATION: HOME
- BODYPART: ALL PARTS BODY
- NARRATIVE: A 4 YEAR OLD ENTERED THE MASTER BEDROOM WHERE THE FAMILY SOMETIMES WATCHED TV. THE MOTHER ANSWERED A DISTANCE CALL. ABOUT 10 MINUTES LATER THE MOTHER CHECKED ON THE BOY AND FOUND HIM HANGING FROM A LOOPED MINI BLIND CORD. THE CHILD DIED TWO DAYS LATER. THE CHILD HAD PREVIOUSLY BEEN SEEN PUTTING THE CORD AROUND HIS NECK AND THE MOTHER TOLD HIM THAT THIS COULD HURT HIM OR "MAKE HIM DEAD". THE MOTHER FELT THIS ADMONITION HAD DISCOURAGED THE CHILD FROM TRYING THE SAME THING AGAIN.

---

**130  941115CCC3082**

- DATE/INCIDENT: X93565879A  920528
- AGE/SEX: 093 / F
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- SOURCE: MECAP
- DATE ENTERED: 950404
- DISP.: DOA
- TYPE: ONSITE
- CITY/STATE: MISSION VIEJO, CA
- DIAGNOSIS: ANOXIA
- STATUS: C
- LOCATION: PUBLIC
- BODYPART: ALL PARTS BODY
- NARRATIVE: A 93 YEAR OLD FEMALE WAS FOUND STRANGLED BY A VENETIAN BLIND CORD. HER NECK WAS IN THE LOOP OF THE CORD.

---

**131  941116HCC3016**

- DATE/INCIDENT: 942016207  940607
- AGE/SEX: 222 / F
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- SOURCE: DTHS
- DATE ENTERED: 950209
- DISP.: DOA
- TYPE: PHONE
- CITY/STATE: LAKE CHARLES, LA
- DIAGNOSIS: ANOXIA
- STATUS: C
- LOCATION: HOME
- BODYPART: ALL PARTS BODY
- NARRATIVE: THE DEATH OF A 22 MONTH OLD FEMALE WHEN SHE GOT HER HEAD ENTRAPPED IN A VENETIAN BLIND CORD THAT WAS LOCATED NEAR HER CRIB.

---

**132  950216CCC1367**

- DATE/INCIDENT: X95020324A  950130
- AGE/SEX: 003 / M
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- SOURCE: MECAP
- DATE ENTERED: 950421
- DISP.: DOA
- TYPE: OTHER
- CITY/STATE: CHAPPAQUA, NY
- DIAGNOSIS: ANOXIA
- STATUS: C
- LOCATION: HOME
- BODYPART: ALL PARTS BODY
- NARRATIVE: A 3 YEAR OLD MALE DIED OF ASPHYXIATION WHEN THE CORD FROM A WINDOW SHADE WRAPPED AROUND HIS NECK, LEAVING HIM HANGING FROM THE CORD.

---

**133  950224CCC2392**

- DATE/INCIDENT: G95101334A  910825
- AGE/SEX: 213 / F
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- SOURCE: NEWS CLIP
- DATE ENTERED: 950421
- DISP.: DOA
- TYPE: PHONE
- CITY/STATE: HARRIS, MI
- DIAGNOSIS: ANOXIA
- STATUS: C
- LOCATION: HOME
- BODYPART: ALL PARTS BODY
- NARRATIVE: A 13 MONTH OLD FEMALE STRANGLED ON A VENETIAN BLIND CORD TO THE VENETIAN BLINDS IN HER BEDROOM. HER CRIB WAS NEXT TO THE VENETIAN BLINDS, AND SHE SOMEHOW GOT THE CORD FROM THE BLINDS WRAPPED AROUND HER THROAT & NECK. SHE WAS DECLARED DOA. SHE DIED DUE TO ANOXIA DUE TO THE COMPRESSION OF HER AIRWAY, BECAUSE OF THE CORD WRAPPED AROUND HER NECK. IT WAS BELIEVED THAT SHE WAS ATTEMPTING TO LOOK OUT THE WINDOW WHEN THE ACCIDENT OCCURRED.

---

**134  950328CCC1521**

- DATE/INCIDENT: 951022575  940603
- AGE/SEX: 218 / M
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- 2ND PRODUCT: 0679 SOFAS, COUCHES, DAVENPORTS, DIVANS OR
- SOURCE: DTHS
- DATE ENTERED: 950608
- DISP.: DOA
- TYPE: OTHER
- CITY/STATE: PORTSMOUTH, VA
- DIAGNOSIS: ANOXIA
- STATUS: C
- LOCATION: HOME
- BODYPART: ALL PARTS BODY
- NARRATIVE: AN 18 MONTH OLD MALE, LEFT ALONE MOMENTARILY PLAYING IN THE LIVING ROOM OF A RESIDENTIAL HOME, WAS FOUND HANGING UNCONSCIOUS WITH THE CHAIN OF A BLINDS AROUND HIS NECK. ENHANCED APPARENTLY CLIMBED ONTO THE BACK OF THE SOFA, THE CHILD NEVER REGAINED CONSCIOUSNESS ACCIDENTALLY HANGING HIMSELF. AND DIED THREE DAYS LATER IN THE HOSPITAL.

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07
INCIDENT INVESTIGATIONS

15:52 Thursday, November 29, 2007

---

**135**  950330CCC3537
DATE INCIDENT: 
AGE/SEX       : 002:/M
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE     :

SOURCE: MECAP
DATE ENTERED : 941231
DISP.        :

X9530775A
950720
DOA

TYPE      : ONSITE
CITY/STATE: COTO DE CAZA, CA
DIAGNOSIS : ANOXIA

STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

A TWO YEAR OLD MALE DIED AS THE RESULT OF ASPHYXIATION, DUE TO CORD
LIGATURE HANGING FROM A WINDOW BLIND CORD AT HIS RESIDENCE.

---

**136**  950410CCC3574
DATE INCIDENT: 
AGE/SEX       : 002:/M
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE     :

SOURCE: MECAP
DATE ENTERED : 950326
DISP.        :

X9540853A
950620
DOA

TYPE      : ONSITE
CITY/STATE: SALEM, OR
DIAGNOSIS : ANOXIA

STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

A TWO YEAR OLD DIED AS A RESULT OF HANGING BY HER NECK IN THE LOOP OF
A BEADED CHAIN WHICH OPERATES VERTICAL BLINDS. THE VICTIM WAS ALONE
IN HER BEDROOM AT THE TIME OF THE EVENT. SHE APPARENTLY FELL OR
JUMPED FROM THE WINDOW SILL WITH THE CHAIN LOOP AROUND HER NECK. THE
VICTIM WAS ALONE FOR APPROXIMATELY 20 MINUTES AND WAS FOUND
UNCONSCIOUS BY HER MOTHER. RESUSCITATION EFFORTS WERE UNSUCCESSFULL
AND THE VICTIM WAS PRONOUNCED DEAD AT A LOCAL HOSPITAL.

---

**137**  950615CWE5009
DATE INCIDENT: 
AGE/SEX       : 002:/F
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE     :

SOURCE: MECAP
DATE ENTERED : 950511
DISP.        :

F9655009A
950922
DOA

TYPE      : OTHER
CITY/STATE: PITTSBURG, CA
DIAGNOSIS : ANOXIA

STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

THE VICTIM'S MOTHER FOUND THE VICTIM, A 2 YEAR OLD GIRL, HANGING FROM
A CORD THAT OPERATES MINIBLINDS. THIS INCIDENT OCCURRED IN A BEDROOM
BY A BOY FRIEND'S HOME. THIS BOYFRIEND ATTEMPTED TO REVIVE THE VICTIM
BUT HIS EFFORTS TO REVIVE HER WAS NOT SUCCESSFUL. THE VICTIM
WAS TRANSPORTED TO A HOSPITAL AND WAS PRONOUNCED DEAD AT THE HOSPITAL
. THE CAUSE OF DEATH IS: ASPHYXIA, DUE TO HANGING.

---

**138**  950626CCN2286
DATE INCIDENT: 
AGE/SEX       : 220:/F
2ND PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE     :

SOURCE: NEWS CLIP
DATE ENTERED : 950615
DISP.        :

G9560219A
950907
DOA

TYPE      : OTHER
CITY/STATE: LIVONIA, MI
DIAGNOSIS : ANOXIA

STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

0672 LAUNDRY HAMPERS
A 10 MONTH OLD FEMALE DIED AS A RESULT OF STRANGULATION BY A MINI-
BLIND CORD AROUND HER NECK. THE INCIDENT OCCURRED IN THE VICTIM'S
BEDROOM OF HER HOME.

---

**139**  950710CCC3842
DATE INCIDENT: 
AGE/SEX       : 002:/M
1ST PRODUCT   : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE     :

SOURCE: NEWS CLIP
DATE ENTERED : 950529
DISP.        :

X9561688A
951019
DOA

TYPE      : ONSITE
CITY/STATE: LAKE ELSINORE, CA
DIAGNOSIS : ANOXIA

STATUS    : C
LOCATION  : HOME
BODYPART  : ALL PARTS BODY

A 2 YEAR OLD BOY WAS STRANGLED BY THE CORD ON A WINDOW BLIND. THE
VICTIM AND HIS TWIN WERE PLAYING IN THEIR BEDROOM WHILE THEIR MOTHER
PREPARED A MEAL. AFTER 22 MINUTES THE MOTHER ENTERED THE ROOM AND
CORD HAD CAUGHT THE VICTIM. SUSPENDED BY THE CORD OF THE BLIND. A KNOT IN THE
CORD PREVENTED THE HEAD FROM TOUCHING THE FLOOR WINDOW AND PREVENTED THE
VICTIM'S FEET. THE CORD WAS AROUND THE
VICTIM'S NECK. HE WAS TRANSPORTED TO A LOCAL HOSPITAL BUT WAS NOT
REVIVED.

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07                    15:52 Thursday, November 29, 2007   26

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

---

**140  950727CWE1400**
DATE INCIDENT:
AGE/SEX: 216 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1353 TOY BOXES OR CHESTS
NARRATIVE: A 16 MONTH OLD FEMALE WAS STRANGLED TO DEATH WHEN SHE GOT UP ON A TOY BOX PLACED NEAR A WINDOW AND BECAME ENTANGLED IN THE METAL BEAD CHAIN USED TO OPEN AND CLOSE THE VENETIAN BLINDS COVERING THE WINDOW. THE INCIDENT HAPPENED WHILE SHE AND HER 2 YEAR OLD SISTER WERE LEFT ALONE IN THEIR BEDROOM.

SOURCE: NEWS CLIP
DATE ENTERED: 961009
DISP: DOA
TYPE: OTHER
CITY/STATE: IRVINE, CA
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**141  951011CBB1085**
DATE INCIDENT:
AGE/SEX: 005 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: A FIVE YEAR OLD MALE WAS LEFT ALONE FOR APPROXIMATELY TEN MINUTES, WAS FOUND PARTIALLY SUSPENDED BY A METAL CHAIN THAT OPERATED THE WINDOW BLIND. THE CHILD WAS PARTIALLY REVIVED BUT HE EXPIRED, CAUSE OF DEATH ACCIDENTAL STRANGULATION.

SOURCE: MECAP
DATE ENTERED: 950730
DISP: 960404
TYPE:
CITY/STATE: NEWPORT NEWS, VA
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**142  951108HCN0229**
DATE INCIDENT:
AGE/SEX: 002 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT:
NARRATIVE: THE INVESTIGATION REVEALED THAT, ON 11/07/95, AT APPROXIMATELY 2:30 PM, THE MOTHER OF 34 1/2 MONTH OLD APPROXIMATELY (I.E., THE TH94 BEDS NOT SPECIFIED) 3:30 PM, THE VICTIM'S MOTHER LEFT HER IN HER BED FOR HER AFTERNOON NAP. AT APPROXIMATELY 4:20 PM, THE VICTIM'S MOTHER AND HER MASSEUSE CAME OUT OF THE BEDROOM ACROSS FROM THE VICTIM'S BEDROOM AND THEY LOOKED INTO THE VICTIM'S BEDROOM AND FOUND THE VICTIM HANGING FROM THE LOOP OF THE WINDOW BLIND CORD, WHICH WAS LOCATED NEXT TO THE VICTIM'S BED. THE VICTIM'S MOTHER PHONED "911", AND THE VICTIM WAS TRANSPORTED TO THE HOSPITAL, WHERE SHE WAS PRONOUNCED DECEASED AT APPROXIMATELY 5:15 PM ON "11/07/95". THE MEDICAL EXAMINER'S REPORT LISTS THE CAUSE OF DEATH AS "ASPHYXIA DUE TO HANGING FROM A WINDOW BLIND CORD".

SOURCE: MECAP
DATE ENTERED: 951107
DISP: 960205
DOA
TYPE: ONSITE
CITY/STATE: CHICAGO, IL
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**143  951122CCC3190**
DATE INCIDENT:
AGE/SEX: 002 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: A 2 YEAR OLD MALE WAS FOUND UNCONSCIOUS HANGING FROM A VENETIAN BLINDS CORD IN HIS BEDROOM. HIS HEART AND RESPIRATORY FUNCTIONS WERE RESTORED BY THE ER PHYSICIANS, BUT HE HAD SUSTAINED SEVERE BRAIN DAMAGE CAUSED BY ANOXIA. HE EXPIRED THE NEXT DAY WHILE RECEIVING FURTHER TREATMENT AT A CHILDREN'S HOSPITAL.

SOURCE: DTHS
DATE ENTERED: 941104
DISP: 961009
DOA
TYPE: PHONE
CITY/STATE: LANCASTER, CA
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

---

**144  951128CWE7315**
DATE INCIDENT:
AGE/SEX: 003 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
NARRATIVE: THIS FATALITY INCIDENT INVOLVED A 3-YEAR OLD MALE WHO WAS FOUND HANGING BY HIS NECK ON A VENETIAN BLIND CORD. THE VICTIM WAS BEING CARED FOR BY HIS BABY SITTER AT THE TIME OF THE INCIDENT. THE INCIDENT POSSIBLY INSTIGATED THE LOCAL POLICE DEPARTMENT'S CHICANO SQUAD, REGARDING THEIR INVESTIGATION. THE PRODUCT IDENTIFICATION WAS MADE WITH THE COOPERATION OF THE APARTMENT COMPLEX MANAGEMENT. THE NEXT OF KIN WAS UNABLE TO BE CONTACTED.

SOURCE: NEWS CLIP
DATE ENTERED: 950914
DISP: 960307
DOA
TYPE: PHONE
CITY/STATE: HOUSTON, TX
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07
U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
15:52 Thursday, November 29, 2007                                                      27

---

**145  951208CCC1228**
DATE INCIDENT:
AGE/SEX: 002 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1523 CRIBS
NARRATIVE: A 2 MONTH OLD MALE WAS FATALLY INJURED WHEN HE EITHER BECAME ENTANGLED IN OR ACCIDENTALLY HANGED BY THE CHAIN OF A VERTICAL BLIND IN THE CHILD'S CRIB OR WAS POSITIONED IN THE CORNER OF THE BEDROOM, JUST INCHES FROM THE WINDOW (BLIND CORD CHAIN).

SOURCE: DTHS        943604369 7     960328
DATE ENTERED: 940605               DOA
DISP:
TYPE: ONSITE        STATUS: C
CITY/STATE: SPRING VALLEY, NY       LOCATION: HOME
DIAGNOSIS: ANOXIA   BODYPART: ALL PARTS BODY

---

**146  951214CCC3246**
DATE INCIDENT:
AGE/SEX: 214 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN
2ND PRODUCT: 1547 CRIBS, NONSPECIFIED
NARRATIVE: A 2 YEAR OLD FEMALE WAS FOUND UNRESPONSIVE IN HER CRIB WITH A VENETIA BLIND AROUND HER NECK. CAUSE OF DEATH IS GIVEN AS BEING ASPHYXIATION SECONDARY TO PULL CORD ON VENETIAN BLIND STRANGULATION.

SOURCE: DTHS        945302001 4     960425
DATE ENTERED: 940618               DOA
DISP:
TYPE: PHONE         STATUS: C
CITY/STATE: CENTRALIA, WA           LOCATION: HOME
DIAGNOSIS: ANOXIA   BODYPART: ALL PARTS BODY

---

**147  960108CBB2261**
DATE INCIDENT:
AGE/SEX: 216 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN
2ND PRODUCT: 0728 SOFAS, COUCHES, DAVENPORTS, DIVANS OR
NARRATIVE: ON 7-23-95, A 3 YEAR OLD BOY WAS STRANGLED WHEN THE CONTINUOUS LOOP CORD FROM VERTICAL BLINDS WRAPPED AROUND THE CHILD'S NECK. THE FAMILY'S LIVING ROOM BECAME THE SCENE OF THE ACCIDENT. THE CHILD, POSSIBLY STANDING ON A COUCH OR BOY WAS PLAYING WITH HIS 3 YEAR OLD BROTHER, AND MAY HAVE SLIPPED OFF BELOW THE BLINDS AT THE TIME OF THE ACCIDENT, AND NOT BEEN ABLE TO REGAIN THE COUCH WITH THE CORD AROUND HIS NECK AND WEARING A RELIGIOUS MEDALLION AROUND HIS HIS FOOTING. THE BOY WAS MAY HAVE BECOME ENTANGLED WITH THE BLIND NECK AT THE TIME, AND THIS CORD, FURTHER COMPLICATING THE SITUATION.

SOURCE: MECAP       X95C1016A       960307
DATE ENTERED: 951226               DOA
DISP:
TYPE: OTHER         STATUS: C
CITY/STATE: ADDISON, IL             LOCATION: HOME
DIAGNOSIS: ANOXIA   BODYPART: ALL PARTS BODY

---

**148  960109CCC2373**
DATE INCIDENT:
AGE/SEX: 210 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN
NARRATIVE: ON JUNE 1995, A TEN MONTH OLD MALE WAS FOUND UNCONSCIOUS IN A BEDROOM CRIB. THE CRIB HAD BEEN LOCATED NEAR A WINDOW WHICH WAS COVERED WITH A SET OF WINDOW BLINDS. REPORTS INDICATED THAT THE CHILD MAY HAVE STOOD UP AND BECAME ENTANGLED IN THE LOOP OF THE BLIND CORD. THE CHILD EXPIRED THE NEXT DAY. CAUSE OF DEATH WAS LISTED AS ASPHYXIA DUE TO HANGING.

SOURCE: DTHS        954805645 9     960308
DATE ENTERED: 950602               DOA
DISP:
TYPE: PHONE         STATUS: C
CITY/STATE: LUBBOCK, TX             LOCATION: HOME
DIAGNOSIS: OTHER    BODYPART: ALL PARTS BODY

---

**149  960304HCN0685**
DATE INCIDENT:
AGE/SEX: 004 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN
NARRATIVE: A 4-1/2 YEAR OLD FEMALE WAS FOUND, BY HER MOTHER SLUMPED OVER A CHAIR WITH A VENETIAN BLIND CORD WRAPPED AROUND HER NECK. MOTHER ATTEMPTED FIRST AID THEN TELEPHONED AMBULANCE SERVICE. VICTIM WAS TAKEN TO A HOSPITAL.

SOURCE: NEWS CLIP   G96201 62A      960607
DATE ENTERED: 960206               DOA
DISP:
TYPE: ONSITE        STATUS: C
CITY/STATE: VEEDERSBURG, IN         LOCATION: HOME
DIAGNOSIS: ANOXIA   BODYPART: ALL PARTS BODY

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07      15:52 Thursday, November 29, 2007
U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
INCIDENT INVESTIGATIONS

150  960305CCC7064
DATE/INCIDENT : 9547045477      SOURCE: DTHS
AGE/SEX : 950927 / M            DATE ENTERED                    TYPE
1ST PRODUCT : 003- / M          DISP :                          CITY/STATE : RINGGOLD, GA      STATUS :
NARRATIVE : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO : 960507  DIAGNOSIS : ANOXIA          LOCATION : C
                                                                                              BODYPART : HOME
A 3 YEAR OLD MALE ACCIDENTALLY BECAME ENTANGLED IN A SET OF VENETIAN                          ALL PARTS BODY
BLINDS AND SUFFOCATED.

151  960327CCC5075
DATE/INCIDENT : 9317063983      SOURCE: DTHS
AGE/SEX : 931021 / F            DATE ENTERED                    TYPE
1ST PRODUCT : 219- /            DISP :                          CITY/STATE : GENEVA, IL        STATUS :
2ND PRODUCT : 0638 WINDOW SHADES, VENETIAN   : 960702           DIAGNOSIS : OTHER             LOCATION : C
NARRATIVE : 1545 CRIBS, NOT SPECIFIED       BLINDS OR INDO                                    BODYPART : HOME
                                                                                              NECK
ON 10/21/93 A 19 MONTH OLD GIRL WAS STRANGLED IN HER CRIB WHEN THE
CONTINUOUS LOOP CORD FROM VERTICAL BLINDS COVERING A DOUBLE HUNG
WINDOW IN THE CHILD'S BEDROOM BECAME WRAPPED AROUND THE CHILD'S
APPROXIMATELY THE CHILD HAD BEEN PUT INTO HER CRIB BY HER GRANDMOTHER
WITH THE BLIND CORD WRAPPED AROUND THE ... THE PERIOD WAS FOUND UNRESPONSIVE
POSITIONED ADJACENT TO THE WINDOW WITH THE ... BLINDS AND THE BLIND WAS
CORD HAD INADVERTENTLY BEEN LEFT IN THE CHILD'S CRIB.

152  960403CCC5089
DATE/INCIDENT : C9630035A       SOURCE: MECAP
AGE/SEX : 960221 /              DATE ENTERED                    TYPE
1ST PRODUCT : 002- / M          DISP : DOA                      CITY/STATE : CHAMPAIGN, IL     STATUS :
2ND PRODUCT : 0638 WINDOW SHADES, VENETIAN   : 960530           DIAGNOSIS : ANOXIA            LOCATION : C
NARRATIVE : A-2-12 YEAR OLD MALE   BLINDS OR INDO                                              BODYPART : HOME
                                COUCHES, DAVENPORTS, DIVANS OR   OTHER                          ALL PARTS BODY
A 2-1/2 YEAR OLD MALE WAS FOUND HANGING FROM THE LOOP CORD OF A WINDO
BLIND IN THE GAME ROOM. ... VICTIM APPARENTLY FELL FROM A
SOFA BACK.   VICTIM WAS DOA AT HOSPITAL.

153  960520CNE5140
DATE/INCIDENT : N9650169A       SOURCE: NEWS CLIP
AGE/SEX : 960517 /              DATE ENTERED                    TYPE
1ST PRODUCT : 003- / F          DISP : DOA                      CITY/STATE : BOCA RATON, FL    STATUS :
2ND PRODUCT : 0638 WINDOW SHADES, VENETIAN   : 960725           DIAGNOSIS : ANOXIA            LOCATION : C
NARRATIVE : A69-/ BED... NOT SPECIFIED   BLINDS OR INDO          ONSITE                        BODYPART : HOME
                                                                                              ALL PARTS BODY
... RESULT OF LIGATURE HANGING, AFTER BEING
SUSPENDED BY THE VENETIAN BLIND CORD, WHILE IN A
STANDING POSITION ON HER BED.

154  960524CCC5190
DATE/INCIDENT : X9652492A       SOURCE: MECAP
AGE/SEX : 960521 / M            DATE ENTERED                    TYPE
1ST PRODUCT : 217- / M          DISP : DOA                      CITY/STATE : AUBURN, WA        STATUS :
2ND PRODUCT : 0638 WINDOW SHADES, VENETIAN   : 960715           DIAGNOSIS : ANOXIA            LOCATION : C
NARRATIVE : 1513 PLAYPENS       BLINDS OR INDO                   ONSITE                        BODYPART : HOME
                                                                                              ALL PARTS BODY
MILK MONTH OLD MALE WAS PLACED IN A PORTABLE PLAYPEN WITH A BOTTLE OF
... VICTIM WAS CHECKED ON WHEN HEARD PLAYING FOR ABOUT 45 MINUTES. THE
HANGING FROM VINYL BLINDS THAT WERE ABOUT 2+ ... ABOVE THE VICTIM WAS SEEN
THE PLAYPEN. THE VICTIM'S HEAD WAS CAUGHT IN THE CORD ... SEEN WITHIN
THE BLINDS. THE CONTROL CORD WAS ON THE OPPOSITE SIDE OF THE
WINDOW AND WAS TIED UP. THE VICTIM WAS REMOVED FROM THE BLINDS AND
CPR WAS INITIATED. CPR WAS UNSUCCESSFUL.

29

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND PRODUCT DEATHS - CALENDAR YEAR 1980 TO 11-29-07

INCIDENT INVESTIGATIONS

15:52 Thursday, November 29, 2007

---

**155 960611CCC5238**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
NARRATIVE

X9662649A
960604
211 / M
0638 WINDOW SHADES, VENETIAN
AN 11 MONTH OLD BOY DIED OF STRANGULATION WHEN HIS HEAD BECAME WRAPPED IN A WINDOW MINI-BLIND CORD, AND HE COULD NOT ESCAPE. HE WAS IN A PLAYPEN THAT WAS LOCATED UNDER THE WINDOW. THE VICTIM WAS FOUND PARTIALLY SUSPENDED BY THE CORD WHILE HE WAS IN THE PLAYPEN. THE ACCIDENT OCCURRED AT THE VICTIM'S FATHER'S APARTMENT.

SOURCE: MECAP
DATE ENTERED
DISP.

TYPE : 960712
CITY/STATE : DOA
DIAGNOSIS : BLINDS OR INDO

OTHER : MONROE, MI
ANOXIA

STATUS
LOCATION
BODYPART

C :
HOME
ALL PARTS BODY

---

**156 960611CCC5239**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
2ND PRODUCT
NARRATIVE

X9662708A
960512
208 / F
0638 CRIBS
1543 CRIBS
AIR PRODUCT BASE
NAP. FOR THE OLD FEMALE RESIDED WITH HER MOTHER AND FATHER AT ANDREWS AIR FORCE, WENT HER MOTHER WAS UP. THE WALL WAS PLACED IN HER CRIB FOR A CRIB WENT INTO TO CHECK ON HER SHE WAS FOUND HANGING WITH THE MINI BLIND CORD WRAPPED AROUND HER NECK. VICTIM WAS PRONOUNCED DEAD THE FOLLOWING DAY.

SOURCE: MECAP
DATE ENTERED
DISP.
SHADES, VENETIAN

TYPE : 960819
CITY/STATE : DOA
DIAGNOSIS : BLINDS OR INDO

ONSITE : ANDREWS AIR FORCE,
ANOXIA

STATUS
MD LOCATION
BODYPART

C :
HOME
ALL PARTS BODY

---

**157 960717CCC5351**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
NARRATIVE

X9673129A
960713
212 / F
0038 WINDOW DISP.
A 3 YEAR OLD FEMALE,
ENTANGLED IN A LOOP FROM THE CORD OF MINI-BLINDS.

SOURCE: MECAP
DATE ENTERED
DISP.
VENETIAN HANG
FROM THE

TYPE : 960905
CITY/STATE : DOA
DIAGNOSIS : BLINDS OR INDO

DIED AS A RESULT OF BEING

OTHER : OAK APRK, MI
ANOXIA

STATUS
LOCATION
BODYPART

C :
HOME
ALL PARTS BODY

---

**158 960805HCC5429**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
2ND PRODUCT
NARRATIVE

9430005725
941006
212 / M
0638 WINDOW SHADES, VENETIAN
0694 BEDS, NOT SPECIFIED
STANDARD/94, A 12 MONTH OLD INFANT STRANGLED WHEN HE FELL FROM A HE WAS DOA AT THE EMERGENCY WINDOW BLIND CORD TANGLED AROUND HIS NECK. NO INFORMATION WAS OBTAINED ABOUT THE WINDOW BLIND INVOLVED IN THE INCIDENT.

SOURCE: DTHS
DATE ENTERED
DISP.

TYPE : 961101
CITY/STATE : DOA
DIAGNOSIS : BLINDS OR INDO

PHONE : GALLATIN GATEWAY,
ANOXIA

STATUS
MT LOCATION
BODYPART

C :
HOME
ALL PARTS BODY

---

**159 960827CBB5576**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
NARRATIVE

X9683556A
960515
003 / M
0638 WINDOW SHADES, VENETIAN
A 1 YEAR OLD MALE WAS FOUND HANGING FROM THE LOOP CORD OF A VENETIAN BLIND. THE BEDROOM BUSINESS MOTHER. HIS NECK WAS ENTANGLED IN THE CORD. THE INCIDENT OCCURRED WHEN HE WAS ALONE IN THE TPTOE ROOM FOR A SHORT. THE INCIDENT WHILE HE WAS ONE THE ROOM FOUND. WHILE HE WAS RECEIVED AT THE ER OF A NEARBY MEDICAL CENTER BUT DIED OF A COMPLICATION 2 DAYS AFTER THE INCIDENT WHILE RECEIVING FURTHER TREATMENT AT ANOTHER MEDICAL CENTER.

SOURCE: MECAP
DATE ENTERED
DISP.

TYPE : 970228
CITY/STATE : DOA
DIAGNOSIS : BLINDS OR INDO

PHONE : LONG BEACH, CA
ANOXIA

STATUS
LOCATION
BODYPART

C :
HOME
ALL PARTS BODY

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07   15:52 Thursday, November 29, 2007
U.S. CONSUMER PRODUCT SAFETY COMMISSION - INCIDENT INVESTIGATIONS - NATIONAL INJURY INFORMATION CLEARINGHOUSE

---

**160  961023CCC5005**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
2ND PRODUCT
NARRATIVE:

X96A0165A
960915
223 / F
0638 WINDOW SHADES, NOT SPECIFIED
1545 CRIBS, VENETIAN BLINDS OR INDO

SOURCE: MECAP
DATE ENTERED : 961129
DISP :

ON 9/15/96, A 23 MONTH OLD GIRL WAS STRANGLED WHEN THE LOOP CORD FROM BLINDS COVERING A WINDOW IN THE CHILD'S BEDROOM BECAME WRAPPED AROUND THE CHILD'S NECK. THE CHILD WAS IN HER CRIB, AND MAY HAVE STOOD UP TO PLAY WITH THE DANGLING CORD.

TYPE : OTHER
CITY/STATE : POUND, WI
DIAGNOSIS : OTHER

STATUS :
LOCATION : C
BODYPART : HOME
: NECK

---

**161  961107CCC5040**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
2ND PRODUCT
NARRATIVE:

X96B0371A
960916
002 / F
0638 WINDOW SHADES,
0677 SOFAS, COUCHES, DAVENPORTS, DIVANS OR

SOURCE: COMPLIANCE
DATE ENTERED : 970107
DISP : DOA

VENETIAN BLINDS OR INDO BROTHER OLD FEMALE WAS WATCHING TELEVISION WITH HER 5 YEAR OLD VICTIM'S MOTHER WAS IN THE FAMILY HOME WHEN VALNEY, MD. THE AND HER BROTHER WERE WATCHING TELEVISION IN THE VICTIM BROTHER RAN INTO THE KITCHEN TO GET HIS MOTHER AND TOLD HER THAT THERE WAS SOMETHING WRONG WITH THE VICTIM. THE MOTHER RAN INTO THE DEN AND FOUND THE VICTIM HANGING BY A PULL CORD FOR THE VENETIAN BLINDS. THE MOTHER CALLED 911 THEN STARTED CPR. THE VICTIM DIED THE NEXT DAY IN THE HOSPITAL.

TYPE : ONSITE
CITY/STATE : HUNT VALLEY, MD
DIAGNOSIS : CRUSHING

STATUS :
LOCATION : C
BODYPART : HOME
: NECK

---

**162  961125CNE7249**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
2ND PRODUCT
NARRATIVE:

F96B7062A
960426
211 / F
0638 WINDOW SHADES, VENETIAN
1545 CRIBS, NOT SPECIFIED

SOURCE: NEWS CLIP 970310
DATE ENTERED :
DISP : DOA

VENETIAN BLINDS OR INDO ON OCTOBER 26, 1996, AN ELEVEN MONTH OLD FEMALE WAS FOUND UNCONSCIOUS IN A BEDROOM CRIB. THE CRIB WAS LOCATED NEXT TO THE WINDOW WHICH WAS COVERED WITH A SET OF MINI-BLINDS. REPORTS INDICATED THAT THE CHILD HAD BEEN PLAYING WITH THE BLINDS AND BECAME ENTANGLED WITH THE CORD. SHE WAS TRANSPORTED TO A LOCAL HOSPITAL FOR TREATMENT. SHE WAS PRONOUNCED DEAD A FEW MINUTES LATER. AUTOPSY SAYS THE VICTIM DIED AS THE RESULT OF HANGING.

TYPE : ONSITE
CITY/STATE : ROWLETT, TX
DIAGNOSIS : ANOXIA

STATUS :
LOCATION : C
BODYPART : HOME
: ALL PARTS BODY

---

**163  961205CCC5112**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
2ND PRODUCT
NARRATIVE:

9553005226
950214
215 / F
0638 WINDOW SHADES,
1529 PORTABLE CRIBS

SOURCE: DTHS
DATE ENTERED : 970324
DISP : DOA

VENETIAN BLINDS OR INDO A 15-MONTH YEAR OLD FEMALE WAS FOUND UNRESPONSIVE ON HER BACK IN A PORTABLE CRIB WHICH HAD BEEN PLACED DIRECTLY UNDER A WINDOW WITH VENETIAN BLINDS. A LIGATURE FURROW WAS FOUND ON THE VICTIM'S NECK CUOLD NOT BE REVIVED, AND DEATH WAS ATTRIBUTED TO ACCIDENTAL HANGING.

TYPE : ONSITE
CITY/STATE : RENTON, WA
DIAGNOSIS : ANOXIA

STATUS :
LOCATION : C
BODYPART : HOME
: ALL PARTS BODY

---

**164  970127CNE5071**
DATE INCIDENT:
AGE/SEX:
1ST PRODUCT
NARRATIVE:

N97I0245A
970116
003 / M
0638 WINDOW SHADES, VENETIAN
A 3 YEAR OLD MALE DIED OF BLIND CORD IN THE

SOURCE: NEWS CLIP 970702
DATE ENTERED :
DISP : DOA

VENETIAN BLINDS OR INDO STANGULATION IN THE LOOP OF A VENETIAN BLIND CORD IN THE BEDROOM OF HIS HOME.

TYPE : OTHER
CITY/STATE : LARGO, FL
DIAGNOSIS : ANOXIA

STATUS :
LOCATION : C
BODYPART : HOME
: ALL PARTS BODY

31

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07
INCIDENT INVESTIGATIONS

15:52 Thursday, November 29, 2007

---

**165 970218CCC5320**
DATE INCIDENT: X9720453A
AGE/SEX: 209 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 0694 BEDS, NOT SPECIFIED
NARRATIVE: A 9 MONTH OLD MALE WAS PRONOUNCED DEAD FROM STRANGULATION AFTER HE WAS FOUND HANGING OFF THE SIDE OF A BED BY A CORD FROM A WINDOW BLIND.
SOURCE: MECAP
DATE ENTERED: 960616
DISP: DOA
TYPE: PHONE
CITY/STATE: MARLBORO, VT
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

**166 970319CCC1036**
DATE INCIDENT: 9536064981
AGE/SEX: 217 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 0694 BEDS, NOT SPECIFIED
NARRATIVE: A 17 MONTH OLD MALE CHILD DIED OF ASPHYXIATION WHEN HE BECAME PARTIALLY SUSPENDED IN A WINDOW BLIND CORD THAT WAS LOCATED AT THE FOOT OF THE BED. IT IS UNKNOWN IF THE CORD WAS LOOPED OR NOT.
SOURCE: DTHS
DATE ENTERED: 950826
DISP: DOA
TYPE: OTHER
CITY/STATE: LIVERPOOL, NY
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

**167 970321CWE4110**
DATE INCIDENT: F9734041A
AGE/SEX: 002 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 0694 BEDS, NOT SPECIFIED
NARRATIVE: A 2 YEAR OLD GIRL DIED OF ASPHYXIATION WHEN SHE BECAME CAUGHT WITH CORDS FROM A MINI-BLIND AROUND HER NECK WHILE SHE WAS SLEEPING IN HER BED.
SOURCE: NEWS CLIP
DATE ENTERED: 970125
DISP: DOA
TYPE: OTHER
CITY/STATE: DURANGO, CO
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

**168 970522CCC3168**
DATE INCIDENT: X9751875A
AGE/SEX: 217 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1870 WINDOW SILLS OR FRAMES
NARRATIVE: A 17 MONTH OLD MALE WAS FOUND ENTANGLED IN A VENETIAN BLIND CORD. HE WAS FOUND UNRESPONSIVE HANGING ON THE BLIND CORD WITH HIS CHIN SLIGHTLY ABOVE THE BEDROOM WINDOW SILL. THE CORD WAS WRAPPED AROUND HIS NECK AND HIS HEAD WAS THROUGH THE LOOP. HE DIED THE NEXT DAY HOSPITAL. CORONER RULED CAUSE OF DEATH AS ANOXIC ENCEPHALOPATHY (HANGING).
SOURCE: MECAP
DATE ENTERED: 970517
DISP: DOA
TYPE: ONSITE
CITY/STATE: NORTH HIGHLAND, CA
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

**169 970619CCC3227**
DATE INCIDENT: 9606110156
AGE/SEX: 222 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1870 WINDOW SILLS OR FRAMES
NARRATIVE: A ONE YEAR OLD FEMALE WAS TEMPORARILY ALONE IN THE LIVING ROOM OF HER HOME. SHE CLIMBED UP ONTO THE LEDGE OF A WINDOW AND GOT HER NECK IN THE PULL CORD OF A MINI BLIND. SHE WAS FOUND UNCONSCIOUS BY THE MOTHER AND EMERGENCY PERSONNEL WERE SUMMONED. THE CHILD WAS HOSPITALIZED, BUT SHE WAS NOT REVIVED.
SOURCE: DTHS
DATE ENTERED: 960808
DISP: DOA
TYPE: ONSITE
CITY/STATE: CORONA, CA
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

**170 970708CCC3254**
DATE INCIDENT: 9640026585
AGE/SEX: 214 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: VENETIAN BLIND CORD. NO AUTOPSY OR PRODUCT IDENTIFICATION
NARRATIVE: A 14 MONTH OLD MALE DIED FROM ASPHYXIATION WHEN HE WAS CAUGHT IN A VENETIAN BLIND CORD. NOT AVAILABLE FROM INVESTIGATING OFFICIALS SINCE THE CASE IS STILL OPEN.
SOURCE: DTHS
DATE ENTERED: 961114
DISP: DOA
TYPE: PHONE
CITY/STATE: LAWTON, OK
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY

```
                          WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07      15:52 Thursday, November 29, 2007
                                 INCIDENT INVESTIGATION
   U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE
```

```
171  970709CCC3258     SOURCE: MECAP          TYPE      : OTHER                 STATUS  : C
DATE INCIDENT : X9772347A    DATE ENTERED : 970922    CITY/STATE: GLADSTONE, OR      LOCATION: HOME
AGE/SEX  : 002./M    DISP         : DOA       DIAGNOSIS : ANOXIA                BODYPART: ALL PARTS BODY
1ST PRODUCT : 0638
NARRATIVE : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
A 2 YEAR OLD MALE DIED AS A RESULT OF STRANGULATION WHEN HIS NECK
BECAME ENTANGLED IN THE CORD FOR A MINI-BLIND WHILE HE WAS PLAYING
ON HIS BED. HE WAS FOUND UNCONSCIOUS AND NOT BREATHING WITHIN 20 OR 30
MINUTES. HE WAS FOUND WITH HIS NECK WRAPPED WITH THE CORD
WRAPPED AROUND HIS NECK. EFFORTS TO REVIVE THE VICTIM WERE
UNSUCCESSFUL AND HE WAS PRONOUNCED DEAD AT A LOCAL HOSPITAL
EMERGENCY ROOM.
```

```
172  970916CWE4149     SOURCE: NEWS CLIP      TYPE      : OTHER                 STATUS  : C
DATE INCIDENT : F9794078A    DATE ENTERED : 970403    CITY/STATE: COLORADO SPRINGS, CO   LOCATION: HOME
AGE/SEX  : 003./M    DISP         : DOA       DIAGNOSIS : ANOXIA                BODYPART: ALL PARTS BODY
1ST PRODUCT : 0638
NARRATIVE : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
A 3 YEAR OLD BOY DIED WHEN HE WAS CAUGHT AND HANGED IN THE CORDS ON A
MINI BLIND IN HIS HOME.
```

```
173  971015CCC1584     SOURCE: COMPLIANCE     TYPE      : OTHER                 STATUS  : C
DATE INCIDENT : X97A0109A    DATE ENTERED : 971008    CITY/STATE: HOBE SOUND, FL      LOCATION: HOME
AGE/SEX  : 220./M    DISP         : DOA       DIAGNOSIS : ANOXIA                BODYPART: ALL PARTS BODY
1ST PRODUCT : 0638
NARRATIVE : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
ACCORDING TO INITIAL REPORTS, A TWENTY MONTH OLD MALE STRANGLED, WHEN
HE ENTRAPPED HIS NECK AREA IN THE LOOP OF A VENETIAN BLIND CORD,
INSIDE THE BEDROOM OF HIS MOTHER'S TRAILER HOME. LATER INFORMATION
RECEIVED INDICATES THAT FOUL PLAY IS SUSPECTED, AND THE CASE IS
STILL CONSIDERED TO BE "OPEN".
```

```
174  971119CWE5009     SOURCE: CONSUMER COMPLAINT   TYPE      : OTHER           STATUS  : C
DATE INCIDENT : H9780215A    DATE ENTERED : 971108    CITY/STATE: RANCHO CORDOVA, CA   LOCATION: HOME
AGE/SEX  : 214./M    DISP         : DOA       DIAGNOSIS : ANOXIA                BODYPART: ALL PARTS BODY
1ST PRODUCT : 0638
2ND PRODUCT : 1543 CRIBS
NARRATIVE : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
A 14 MONTH OLD MALE CHILD HANGED HIMSELF IN THE PULL CORD OF A
MINI-BLIND WHILE IN HIS CRIB. THE CHILD WAS FOUND WITH HIS HEAD
THROUGH THE LOOP OF THE PULL CORD. THE CHILD HAD A HISTORY OF
PREVENT THIS. THE PARENTS HAD RAISED THE BLINDS TO
PREVENT THIS. THE VICTIM WAS ABLE TO REACH THE CORD AND PULL IT
INTO HIS CRIB.
```

```
175  980109CCC2177     SOURCE: DTHS           TYPE      : ONSITE                STATUS  : C
DATE INCIDENT : 9627035094   DATE ENTERED : 971127    CITY/STATE: MENDOTA HEIGHTS, MN   LOCATION: HOME
AGE/SEX  : 220./F    DISP         : DOA       DIAGNOSIS : ANOXIA                BODYPART: ALL PARTS BODY
1ST PRODUCT : 0638
NARRATIVE : 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
THE 1 1/2 YEAR OLD FEMALE VICTIM WAS PLAYING IN A BEDROOM WITH HER 3
YEAR OLD SISTER. THE VICTIM WAS HELPED UP ON A BED BY HER 3 YEAR
OLD SISTER. ADJACENT TO THE BED WAS A VENETIAN
BLIND INSTALLED. THE CORD FROM THE VENETIAN BLIND HAS A HANGING IT
WITHIN REACH OF THE BED. THE VICTIM GRABBED THE CORD AND PLACED IT
AROUND HER NECK. SHE REPORTEDLY, SHE LOST HER BALANCE AND WAS
ACCIDENTALLY HUNG BY THE CORD. SHE DIED AT THE HOSPITAL FROM ANOXIC
ENCEPHALOPATHY DUE TO EXTERNAL NECK COMPRESSION.
```

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE          15:52 Thursday, November 29, 2007

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07

---

**176  980112CCN0131**
DATE INCIDENT: 971229
AGE/SEX: 214 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
2ND PRODUCT: 1543 CRIBS
SOURCE: NEWS CLIP
DATE ENTERED: 980428
DISP:
TYPE: OTHER
CITY/STATE: WARSAW, IN
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY
NARRATIVE: THE 14 MONTH OLD BOY WAS PUT IN A CRIB BY HIS FATHER FOR A NAP AT THEIR WARSAW, IN, HOME ON DECEMBER 29, 1997. THE CRIB WAS WITHIN 6 TO 8 INCHES OF THE WALL WITH THE BLIND. WHEN THE FATHER CHECKED ON THE CHILD 1/2 HOUR LATER, THE FOUND HIM HANGING BY THE BLIND CORD. THE BOY WAS TAKEN TO THE COUNTY HOSPITAL BUT MEDICAL PERSONNEL WERE UNABLE TO REVIVE HIM. HE WAS PRONOUNCED DEAD FROM ASPHYXIA.

---

**177  980113CCC2220**
DATE INCIDENT: 9739019706
AGE/SEX: 212 / F
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
SOURCE: DTHS
DATE ENTERED: 970305
DISP:
TYPE: PHONE
CITY/STATE: GREENVILLE, OH
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY
NARRATIVE: THE 2 YEAR OLD FEMALE DIED WHEN HER NECK BECAME ENTANGLED BETWEEN THE CORDS THAT CONTROL THE ANGLE OF THE SLATS ON A VENETIAN BLIND.

---

**178  980115HCC3534**
DATE INCIDENT: 970118
AGE/SEX: 212 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
SOURCE: DTHS
DATE ENTERED: 980424
DISP: DOA
TYPE: PHONE
CITY/STATE: HOUSTON, TX
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY
NARRATIVE: A 1 YEAR OLD MALE WAS FOUND BY HIS MOTHER HANGING FROM AN ADJUSTABLE LOUVERED WINDOW SHADE CORD. THE VICTIM DIED OF ASPHYXIA DUE TO HANGING WITH THE PRODUCT. INFORMATION WAS OBTAINED. THE NEXT OF KIN WERE NOT CONTACTED. THIS WAS AN OFFICIALS ONLY SECTION 15 INVESTIGATION.

---

**179  980209CCC3581**
DATE INCIDENT: 980130
AGE/SEX: 003 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
SOURCE: OTHER
DATE ENTERED: 980508
DISP: DOA
TYPE: PHONE
CITY/STATE: HOUSTON, TX
DIAGNOSIS: ANOXIA
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY
NARRATIVE: A 3-YEAR-OLD MALE DIED AS A RESULT OF ASPHYXIA DUE TO HANGING ON A BEADED VERTICAL PATIO BLIND IN HIS APARTMENT. THE MOTHER OF THE VICTIM REPORTEDLY FELL ASLEEP ON THE APARTMENT LIVING ROOM FLOOR WITH THE VICTIM WATCHING TELEVISION. UPON AWAKENING THE MOTHER FOUND THE VICTIM HANGING BY HIS NECK ON THE VERTICAL BLIND BEADED CORD. THE PRODUCT WAS PARTIALLY IDENTIFIED AND THE BEADED CORD WAS PHOTOGRAPHED. THE PARENTS OF THE VICTIM WERE UNABLE TO BE CONTACTED FOR AN INTERVIEW.

---

**180  980305CBB5364**
DATE INCIDENT: 980204
AGE/SEX: 002 / M
1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
SOURCE:
DATE ENTERED: 980511
DISP: DOA
TYPE: OTHER
CITY/STATE: EDDYVILLE, IA
DIAGNOSIS: ANOXIA  47
STATUS: C
LOCATION: HOME
BODYPART: ALL PARTS BODY
NARRATIVE: A 2-YEAR-OLD MALE DIED IN AN INCIDENT INVOLVING A WINDOW BLIND CORD ON A MINI-BLIND IN HIS BEDROOM WINDOW. HE WAS PLAYING IN HIS ROOM AND APPARENTLY CLIMBED ONTO A YOUTH CHAIR TO LOOK OUT THE WINDOW AND THEN WRAPPED THE CORD AROUND HIS NECK. HE EITHER FELL OR JUMPED OFF THE CHAIR AND HUNG HIMSELF. THE BLINDS WERE INSTALLED IN THE MID TO LATE 1980'S.

November 29, 2007   Thursday,   15:52

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07
INCIDENT INVESTIGATIONS
NATIONAL INJURY INFORMATION CLEARINGHOUSE

U.S. CONSUMER PRODUCT SAFETY COMMISSION

---

**181  980310CBB684**
DATE INCIDENT:  X9832321A
AGE/SEX:  980303
1ST PRODUCT:  002. / F
2ND PRODUCT:  0638 WINDOW  SHADES, COUCHES, DAVENPORTS, DIVANS OR INDO
NARRATIVE:  0679 SOFAS,
A 2 YEAR 10 MONTH OLD GIRL DIED WHEN SHE GOT HER HEAD THROUGH A
CONTINUOUS PULL CORD LOOP ON A WINDOW COVERING AND FELL OR JUMPED
FROM THE ARM OF A SOFA.

SOURCE: NEWS CLIP : 980729
DATE ENTERED : DOA
DISP :

TYPE
CITY/STATE                 OTHER : LOVELAND, CO
DIAGNOSIS                        : ANOXIA

STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS BODY

---

**182  980326CCC0231**
DATE INCIDENT:  X9832548A
AGE/SEX:  980228
1ST PRODUCT:  220. / F
2ND PRODUCT:  0638 WINDOW  SHADES, COUCHES, DAVENPORTS, DIVANS OR INDO
NARRATIVE:  0679 SOFAS,
A TWENTY MONTH OLD FEMALE WAS FOUND UNRESPONSIVE, NOT BREATHING, WITH
LIGATURE ABRASIONS ON HER NECK. WHEN SHE WAS HUNG HERSELF INSIDE A
VENETIAN BLIND CORD. THE CAUSE OF DEATH WAS HANGING.

SOURCE: MECAP : 980623
DATE ENTERED : DOA
DISP :

TYPE
CITY/STATE                 OTHER : MIAMI, FL
DIAGNOSIS                        : ANOXIA

STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS BODY

---

**183  980522CCC1437**
DATE INCIDENT:  X9853266A
AGE/SEX:  980218
1ST PRODUCT:  004. / M
NARRATIVE:  0638 WINDOW  SHADES, VENETIAN BLINDS OR INDO
NEAR THE WINDOW, WITH THE CORD FROM THE VENETIAN BLINDS WRAPPED
A 4 YEAR OLD MALE'S FATHER FOUND HIM IN HIS ROOM, HANGING BY HIS NECK
AROUND HIS NECK. VICTIM DIED AS A RESULT OF THE INCIDENT.

SOURCE: MECAP : 980916
DATE ENTERED : DOA
DISP :

TYPE
CITY/STATE                 PHONE : EAST HARTFORD, CT
DIAGNOSIS                        : ANOXIA

STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS BODY

---

**184  980528CCC842**
DATE INCIDENT:  X9853324A
AGE/SEX:  981028
1ST PRODUCT:  003. / M
NARRATIVE:  0638 WINDOW  SHADES, VENETIAN BLINDS OR INDO
A 3 YEAR OLD MALE WAS FOUND WITH A VENETIAN BLIND CORD AROUND HIS
NECK. CPR WAS ATTEMPTED, BUT FAILED. THE VICTIM WAS PRONOUNCED
DEAD ON THE SAME DAY.

SOURCE: MECAP : 981028
DATE ENTERED : DOA
DISP :

TYPE
CITY/STATE                 PHONE : TACOMA, WA
DIAGNOSIS                        : ANOXIA

STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS BODY

---

**185  980701CWE7175**
DATE INCIDENT:  F9867066A
AGE/SEX:  980625
1ST PRODUCT:  003. / M
2ND PRODUCT:  0638 WINDOW  SHADES, VENETIAN BLINDS OR INDO
NARRATIVE:  0679 SOFAS, DISPS, DAVENPORTS, DIVANS OR
THE VICTIM, A TWO YEAR OLD FEMALE WAS FOUND HANGING BY HER MOTHER IN
HER BEDROOM. THE VICTIM APPARENTLY CLIMBED ONTO A SOFA AND STUCK
HER NECK THROUGH THE LOOP OF A CURTAIN DRAWSTRING. THE VICTIM WAS
DOA AND THE CAUSE OF DEATH WAS ACCIDENTAL HANGING.

SOURCE: NEWS CLIP : 980731
DATE ENTERED : DOA
DISP :

TYPE
CITY/STATE                 OTHER : IRVING, TX
DIAGNOSIS                        : ANOXIA

STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS BODY

---

**186  980821CBB662**
DATE INCIDENT:  X9884765A
AGE/SEX:  980818
1ST PRODUCT:  016. / F
2ND PRODUCT:  0638 WINDOW  SHADES, VENETIAN BLINDS OR INDO
NARRATIVE:  2138 PLAYPENS
A 16 MONTH OLD FEMALE DIED OF STRANGULATION BY A WINDOW MINI-BLIND
CORD, STRINGING BLIND SLATS TOGETHER, WHICH BECAME ENTANGLED AROUND
HER NECK. SHE APPARENTLY WOKE UP FROM A NAP AND BEGAN PLAYING WITH
THE MINI-BLINDS, WHICH COVERED A WINDOW NEXT TO HER TRAVEL
PLAYPEN/CRIB. THE DRAWSTRING WAS WELL OUT OF REACH.

SOURCE: NEWS CLIP : 990115
DATE ENTERED : DOA
DISP :

TYPE
CITY/STATE                 ONSITE : DUCK, NC
DIAGNOSIS                        : ANOXIA

STATUS : C
LOCATION : HOME
BODYPART : ALL PARTS BODY

U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07        15:52 Thursday, November 29, 2007

---

**187  981001CCC4014**
- DATE INCIDENT: 970417
- 9706056196
- AGE/SEX: 214 / M
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- SOURCE: DTHS
- DATE ENTERED
- DISP
- 990511 : DOA
- TYPE : OTHER
- CITY/STATE : EL CAJON, CA
- DIAGNOSIS : ANOXIA
- STATUS : C
- LOCATION : HOME
- BODYPART : ALL PARTS BODY
- NARRATIVE: A 14 MONTH OLD MALE WAS STRANGLED IN THE CORDS IN HIS BEDROOM WITH THE CORDS AROUND HIS NECK. RESUSCITATION EFFORTS WERE UNSUCCESSFUL.

---

**188  980202CCC3026**
- DATE INCIDENT: C97550026A
- 970108
- AGE/SEX: 003 / F
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- SOURCE: OTHER
- DATE ENTERED
- DISP
- 990119 : DOA
- TYPE : PHONE
- CITY/STATE : HOUSTON, TX
- DIAGNOSIS : ANOXIA
- STATUS : C
- LOCATION : HOME
- BODYPART : ALL PARTS BODY
- NARRATIVE: A 3 YEAR OLD FEMALE DIED OF ASPHYXIA DUE TO CORD WHILE BEING CARED FOR BY HER PARENTS IN A SINGLE FAMILY HOME IN HOUSTON, TX.

---

**189  981222CCC2128**
- DATE INCIDENT: H980018 9A
- 980901
- AGE/SEX: 005 / F
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- SOURCE: CONSUMER COMPLAINT
- DATE ENTERED
- DISP
- 990323 : DOA
- TYPE : OTHER
- CITY/STATE : ROSSVILLE, OH
- DIAGNOSIS : ANOXIA
- STATUS : C
- LOCATION : HOME
- BODYPART : ALL PARTS BODY
- NARRATIVE: A 5 YEAR OLD GIRL STRANGLED ON THE CORD FROM A WINDOW BLIND. SHE APPARENTLY FELL, STRUCK HER HEAD ON A WINDOW SILL AND FELL ONTO A LOOPED WINDOW BLIND CORD. THE CORD WRAPPED AROUND HER NECK TO CAUSE THE STRANGULATION.

---

**190  990121CBB2205**
- DATE INCIDENT: X99102333A
- 990116
- AGE/SEX: 2215 / M
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- 2ND PRODUCT: 1543 CRIBS
- SOURCE: MECAP
- DATE ENTERED
- DISP
- 990603 : DOA
- TYPE : ONSITE
- CITY/STATE : ROSELLE, IL
- DIAGNOSIS : ANOXIA
- STATUS : C
- LOCATION : HOME
- BODYPART : ALL PARTS BODY
- NARRATIVE: ON 1/16/1999, A MOTHER FOUND HER 15 MONTH OLD SON HANGING BY HIS NECK IN THE "STRINGING" CORDS OF A MINIBLIND, DIRECTLY ABOVE HER SON'S CRIB. HE DIED FROM HIS INJURIES. A SECOND SET OF SIMILAR MINIBLINDS WAS COLLECTED AS SAMPLE #99-830-3697.

---

**191  990325CCC0369**
- DATE INCIDENT: X99308 99A
- 990303
- AGE/SEX: 211 / F
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- 2ND PRODUCT: 1543 CRIBS
- SOURCE: MECAP
- DATE ENTERED
- DISP
- 990621 : DOA
- TYPE : PHONE
- CITY/STATE : WHITEVILLE, NC
- DIAGNOSIS : ANOXIA
- STATUS : C
- LOCATION : MOBILE
- BODYPART : ALL PARTS BODY
- NARRATIVE: AN 11 MONTH OLD FEMALE VICTIM WAS FOUND IN HER CRIB HANGED IN A SECTION OF THE LIFT-CORD OF A HORIZONTAL MINI-BLIND WHICH HAD BECOME LOOPED AROUND THE FRONT OF HER NECK. THE VICTIM WAS PRONOUNCE DEAD ON ARRIVAL AT THE EMERGENCY ROOM AT A NON-NEISS HOSPITAL.

---

**192  990520CHE5172**
- DATE INCIDENT: N99502 30A
- 990517
- AGE/SEX: 211 / F
- 1ST PRODUCT: 0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
- 2ND PRODUCT: 4052 OTHER UPHOLSTERED CHAIRS
- SOURCE: NEWS CLIP
- DATE ENTERED
- DISP
- 990908 : DOA
- TYPE : OTHER
- CITY/STATE : HIALEAH, FL
- DIAGNOSIS : OTHER
- STATUS : C
- LOCATION : HOME
- BODYPART : NECK
- NARRATIVE: A 3 YEAR OLD FEMALE DIED OF MECHANICAL ASPHYXIA DUE TO ENTRAPPING HER NECK INSIDE THE LOOP OF A VERTICAL BLIND'S METAL PULL CHAIN AS SHE WAS PLAYING ON HER UNCLE'S BODY AS HE NAPPED ON A LOVE SEAT ADJACENT TO THE BLINDS.

WINDOW BLIND DEATHS - CALENDAR YEAR 1980 TO 11-29-07    15:52 Thursday, November 29, 2007
INCIDENT INVESTIGATIONS
U.S. CONSUMER PRODUCT SAFETY COMMISSION - NATIONAL INJURY INFORMATION CLEARINGHOUSE

193  990618CWE6004    F99066004A       SOURCE: NEWS CLIP           TYPE      :                   STATUS   : C
     DATE-INCIDENT:    990615          DATE ENTERED : 990913       CITY/STATE : WALNUT CREEK, CA  LOCATION : HOME
     AGE/SEX:          002 /F          DISP.        : DOA          DIAGNOSIS : ANOXIA            BODYPART : ALL PARTS BODY
     1ST PRODUCT  :    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     NARRATIVE    :    2-1/2 YEAR OLD FEMALE WAS WATCHING TV ALONE FOR ABOUT 5-10 MINUTES,
                       AND WAS DISCOVERED BY HER GRANDMOTHER HANGING BY HER NECK FROM THE
                       METAL BEADED CHAIN CORD OF THE VERTICAL WINDOW BLIND. VICTIM
                       PRONOUNCED DEAD IN THE HOSPITAL. THE BLIND CORD WAS NORMALLY TIED
                       TO ITSELF AND KEPT OUT OF THE VICTIM'S REACH, BUT ON THIS DAY TH
                       GRANDMOTHER FORGOT TO TIE IT AND IT HUNG IN A CONTINUOUS LOOP WITHIN
                       THE VICTIM'S REACH.

194  990728HCC3423    X99511882A       SOURCE: MECAP               TYPE      : PHONE             STATUS   : C
     DATE-INCIDENT:    990111          DATE ENTERED : 990922       CITY/STATE : SULPHUR SPRINGS, TX   LOCATION : HOME
     AGE/SEX:          002 /F          DISP.        : DOA          DIAGNOSIS : ANOXIA            BODYPART : ALL PARTS BODY
     1ST PRODUCT  :    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     2ND PRODUCT  :    1543 CRIBS
     NARRATIVE    :    A13-MONTH-OLD FEMALE WAS FOUND HANGING BY HER NECK FROM A CONTINUOUS
                       LOOPED MINI-BLIND CORD WHILE IN HER CRIB. THE CRIB WAS PLACED
                       DIRECTLY UNDER THE WINDOW THAT THE MINI-BLIND WAS ATTACHED.

195  990818CCC0674    X99726536A       SOURCE: MECAP               TYPE      : OTHER             STATUS   : C
     DATE-INCIDENT:    981224          DATE ENTERED : 991110       CITY/STATE : VIRGINIA BEACH, VA    LOCATION : HOME
     AGE/SEX:          003 /M          DISP.        : DOA          DIAGNOSIS : ANOXIA            BODYPART : ALL PARTS BODY
     1ST PRODUCT  :    0638 WINDOW SHADES, VENETIAN BLINDS OR INDO
     NARRATIVE    :    A THREE-YEAR-OLD MALE, LEFT ALONE IN HER BEDROOM TO DRESS HERSELF,
                       WAS FOUND UNCONSCIOUS, MINUTES LATER HANGING BY THE NECK FROM A
                       LOOPED CORD ON THE VERTICAL WINDOW BLIND IN HER BEDROOM. SHE NEVER
                       REGAINED CONSCIOUSNESS AND WAS LATER DECLARED DEAD OF ASPHYXIA BY
                       HANGING.