IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY, ) ) ) ) Plaintiffs, ) ) v. ) ) MARIETTA DRAPERY & WINDOW ) COVERINGS CO., INC., et al., ) ) Defendants. ) | CAUSE NO. 06-CV-517-WDS |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on plaintiffs' motion to alter Order of July 31, 2008.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 20, 2009, the Court finds that the plaintiffs, **NORTH RIVER INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY** have no duty to defend or to indemnify the defendant, **MARIETTA DRAPERY & WINDOW COVERINGS CO., INC.,** in the underlying state-court action, *Alsup v. 3-Day Blinds, Inc.*

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the same Order of this Court entered March 20, 2009, the Court, sua sponte, **DISMISSED** plaintiffs' claims against defendants **RONALD ALSUP, ROBERT CREWS and MAGNUM PROPERTIES, LLC.,** who are the plaintiffs in the underlying state-court action, but have no actual standing on this declaratory judgment action.

**DATED** this 20th day of March, 2009.

JUSTINE FLANAGAN, ACTING CLERK


BY:    *s/Sandy Pannier*
        **Deputy Clerk**

**APPROVED:**


   *s/WILLIAM D. STIEHL*
     **U. S. District Judge**